AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| KYLE ALEXANDER and DYLAN SYMINGTON<br><br>*Plaintiff(s)*<br>v.<br><br>BF LABS, INC, a Wyoming corporation, doing business as BUTTERFLY LABS<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:14-CV-02159 KHV/JPO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BF Labs, Inc.
Serve: National Registered Agents, Inc. of KS
112 SW 7th Street, Suite 3C
Topeka, KS 66603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: 

Noah K. Wood
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105
T: (816) 256-3582
F: (816) 337-4243

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/8/2014

CLERK OF COURT

s/Tami Anthony
*Signature of Clerk or Deputy Clerk*
TIMOTHY M. O'BRIEN
CLERK OF COURT
259 Robert J. Dole U.S. Courthouse
500 State Ave
Kansas City KS 66101-2431

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-CV-02159 KHV/JPO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __BF Labs, Inc__
was received by me on *(date)* __4/8/14__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Lisa McGarity__, who is designated by law to accept service of process on behalf of *(name of organization)* __BF Labs, Inc.__ on *(date)* __4/8/14 12:50 PM__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __4/8/14__

_____
Server's signature

__Ryan E. Weekley__
Printed name and title

__1005 NW Topeka, KS 66608__
Server's address

Additional information regarding attempted service, etc: