IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, et al., | ) |
|                 **Plaintiffs,** | ) |
| v. | ) Case No. 14-CV-2159-KHV-JPO |
| BF LABS INC., | ) |
|                 **Defendant.** | ) |

**BF LABS INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant BF Labs Inc. states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

/s/ James M. Humphrey
James M. Humphrey      KS Fed. #70664
Michael S. Foster      KS #24011
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendant BF Labs Inc.

48046743.1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Noah K. Wood
Ari N. Rodopoulos
1100 Main Street, Suite 1800
Kansas City, MO  64105-5171

Attorneys for Plaintiffs

                                      /s/ James M. Humphrey
                                      Attorney for Defendant