IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, et al., | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )  Case No. 14-CV-2159-KHV-JPO |
| | ) |
| BF LABS INC., | ) |
| | ) |
| **Defendant.** | ) |

**ENTRY OF APPEARANCE**

Michael S. Foster, of Polsinelli PC, a duly licensed and practicing attorney in the United States District Court, District of Kansas, hereby enters his appearance on behalf of Defendant BF Labs Inc. James M. Humphrey, of the same firm, who is already counsel of record, is lead counsel for Defendant in this matter.

Respectfully submitted,

/s/ Michael S. Foster
James M. Humphrey                KS Fed. #70664
Michael S. Foster                    KS #24011
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendant BF Labs Inc.

48078264.1

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 6, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Noah K. Wood
Ari N. Rodopoulos
1100 Main Street, Suite 1800
Kansas City, MO  64105-5171

Attorneys for Plaintiffs

             /s/ Michael S. Foster
             Attorney for Defendant

2

48078264.1