IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, et al., | ) |
| | ) |
|         **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No. 14-CV-2159-KHV-JPO |
| | ) |
| BF LABS INC., | ) |
| | ) |
|         **Defendant.** | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 18th day of June, 2014, Defendant BF Labs Inc.'s Rule 26 Initial Disclosures were served on the following by electronic mail:

Noah K. Wood (noah@woodlaw.com)
Ari N. Rodopoulos (ari@woodlaw.com)
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO  64105-5171

                Respectfully submitted,

                /s/ Michael S. Foster

| | |
|---|---|
| James M. Humphrey | KS Fed. #70664 |
| Michael S. Foster | KS #24011 |

Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendant BF Labs Inc.

48286173.1