## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | |
|---|---|
| KYLE ALEXANDER, and<br>DYLAN SYMINGTON,<br>on behalf of themselves and all those similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BF LABS INC., a Wyoming corporation,<br>doing business as BUTTERFLY LABS,<br><br>　　　　　　　　　Defendant. | **CERTIFICATE OF SERVICE**<br><br>Case No. 14-CV-2159-KHV-JPO<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of June, 2014, Plaintiffs' Rule 26 Initial Disclosures were sent via electronic mail to:

> James M. Humphrey　　　KS Fed #70664
> jhumphrey@polsinelli.com
> Michael S. Foster　　　KS #24011
> mfoster@polsinelli.com
> 900 W 48th Place, Suite 900
> Kansas City, MO 64112
> T: (816) 753-1000
> F: (816) 753-1536

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　WOOD LAW FIRM, LLC

　　　　　　　　　　　　By　/s/  Ari Rodopoulos
　　　　　　　　　　　　Noah K. Wood　　　　　　KS #23238
　　　　　　　　　　　　noah@woodlaw.com
　　　　　　　　　　　　Ari N. Rodopoulos　　　USDC-KS #78455
　　　　　　　　　　　　ari@woodlaw.com
　　　　　　　　　　　　1100 Main Street, Suite 1800
　　　　　　　　　　　　Kansas City, MO 64105-5171
　　　　　　　　　　　　T: (816) 256-3582
　　　　　　　　　　　　F: (816) 337-4243

　　　　　　　　　　　　Attorneys for Plaintiffs