AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| *Plaintiff* <br> v. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
**OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:

*(Name of person to whom this subpoena is directed)*

❏ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: | Date and Time: Central Standard Time |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____ _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____ _____ , who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**EXHIBIT A**

**EXHIBIT A**

To Subpoena To Produce Documents
issued to Dwolla, Inc.

**Documents and Things to be Produced:**

Regarding <u>ANY</u> of the following Target Entities:

**Target Entities**:   BF Labs, Inc. d/b/a Butterfly Labs, its affiliates, agents or employees, which may include Eclipse Mining Consortium, Sonny Vleisides, Jeff Ownby, Josh Zerlan, Bruce Bourne, Nasser Ghoseiri, and any person using an email address from the domain "butterflylabs.com".

**Target Date:**   July 25, 2011 through the present

All documents, files and records, electronic or otherwise, showing:

1) Account applications, agreements, terms of service, or other documents concerning payment or financial services provided to, or accounts held by, the Target Entities or the Target Addresses.

2) All account, transaction, and activity information of any and all accounts related to the Target Entities.

3) Transaction records, account statements, records of payments or refunds, electronic transactions, invoices, transfers of money, invoices or other records of financial, transactions with the Target Entities or customers of the Target Entities.

4) Electronic mails, memorandums, correspondence, notes of communications, notes of meetings, faxes, or other communications or records of communications, either from, to, or concerning the Target Entities.

5) Electronic mails, memorandums, correspondence, notes of communications, notes of meetings, faxes, or other communications or records of communications, either from or to, customers of the Target Entities, concerning or relating to the Target Entities.

6) Customer complaints, fraud reports, or refunds requests regarding the Target Entities.