IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| KYLE ALEXANDER, and DYLAN SYMINGTON, on behalf of themselves and all those similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>BF LABS INC., a Wyoming corporation, doing business as BUTTERFLY LABS,<br><br>                      Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Case No. 14-CV-2159-KHV-JPO<br><br>JURY TRIAL DEMANDED |

## NOTICE OF INTENT TO SUBPOENA DOCUMENTS

**COME NOW**, Plaintiffs, and pursuant to Fed. R. Civ. P. 45(a)(4), hereby provide prior notice to Defendants of Plaintiffs' intent to issue a subpoena to US Bancorp on July 31, 2014 commanding the production of documents, electronically stored information, and/or tangible things on August 27, 2014. A copy of the subpoena Plaintiffs intend to serve is attached hereto as Exhibit A.

Date: <u>July 29, 2014</u>             Respectfully submitted,

                                            WOOD LAW FIRM, LLC

                                            By  /s/  *Ari Rodopoulos*
                                            Noah K. Wood            KS #23238
                                            noah@woodlaw.com
                                            Ari N. Rodopoulos     USDC-KS #78455
                                            ari@woodlaw.com
                                            1100 Main Street, Suite 1800
                                            Kansas City, MO 64105-5171
                                            T: (816) 256-3582
                                            F: (816) 337-4243

                                            Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

  I hereby certify that on this 29th day of July, 2014, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice of process on all parties of record.

                 /s/   *Ari Rodopoulos*
                 Attorney for Plaintiffs