# PROOF OF SERVICE

| | |
|---|---|
| COURT: | United States District Court, District of Kansas |
| CASE NO.: | 14-CV-2159-KHV-JPO |
| PLAINTIFF(S): | Kyle Alexander and Dylan Symington |
| DEFENDANT(S): | BF Labs, Inc. |
| PAPERS SERVED: (HEREAFTER "Papers") | Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action |

*************************************************************************

I HEREBY certify and make return that I:

SERVED: **Dwolla, Inc.**

ON: **August 1, 2014 at 9:42 a.m.**

AT: **666 Walnut Street, Suite 1830**

IN: **Des Moines, IA 50309**

by delivering a copy of the above-described Papers in the following manner:

| | |
|---|---|
| | I served the same by delivering a copy thereof on the above person personally. |
| | I served the same on the above person at the above person's dwelling house or usual place of abode (not a rooming house, hotel, club or apartment building) by delivering a copy to the individual named below, a person residing therein who was at least 18 years old. |
| X | I served the above named government office, company, corporation or partnership, association etc. by delivering a copy to the person named and described below at the address shown above. |

**Ty Wistrand, Manager**

NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED (IF NOT SHOWN ABOVE)

Fee: $ 60.00
Mileage:
Total: $ 60.00

*/s/ Douglas J. Brower*

Douglas S. Brower, Process Server
Legal Support Services LC
2625 South 1st Street
West Des Moines, IA 50265

SUBSCRIBED AND SWORN to before me by the said affiant this   1st   day of   August,   2014.

NOTARY PUBLIC in and for the State of Iowa
Commission Expires: