AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| KYLE ALEXANDER and DYLAN SYMINGTON <br> *Plaintiff* <br> v. <br> BF LABS, INC. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 14-CV-2159-KHV-JPO |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: US Bancorp
120 W 12th Street #105, Kansas City, MO 64105

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A attached hereto.

| Place: Wood Law Firm, LLC <br> 1100 Main Street, Suite 1800 <br> Kansas City, MO 64105 | Date and Time: Central Standard Time <br> 08/27/2014 11:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/31/2014

CLERK OF COURT

_____  OR  _____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Kyle Alexander and Dylan Symington, who issues or requests this subpoena, are:

Noah K. Wood / Aristotle N. Rodopoulos, Wood Law firm, LLC, 1100 Main Street, Suite 1800, Kansas City, MO 64105

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 14-CV-2159-KHV-JPO

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* 7-31-14.

☑ I served the subpoena by delivering a copy to the named person as follows: _____

Ashley Geist

on *(date)* 7-31-14 ; or

☐ I returned the subpoena unexecuted because: Text _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-6-14

_____Joe W Wells_____
Server's signature

Joe W Wells
Printed name and title

5917 Charlotte KC mo 64110
Server's address

Additional information regarding attempted service, etc.: