# Affidavit of Process Server

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
(NAME OF COURT)

| Kyle Alexander, et al. | vs | BF Labs, Inc. | 14-CV-2159-KHV-JPO |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, **Carlos Canas**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **PayPal, Inc.**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action**

by leaving with **Jan Lapinid** / **Process Specialist** At
NAME / RELATIONSHIP

☐ Residence _____ / _____
ADDRESS / CITY / STATE

☑ Business **CT Corp. System- 818 W. 7th St.** / **Los Angeles, CA 90017**
ADDRESS / CITY / STATE

On **8/4/2014** AT **3:10 PM**
DATE / TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE
from _____ / _____ / _____
CITY / STATE / ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____ (2) _____ _____
DATE TIME DATE TIME
(3) _____ _____ (4) _____ _____ (5) _____ _____
DATE TIME DATE TIME DATE TIME

**Description:** Age **29** Sex **Female** Race **Asian** Height **5'3"–5'4"** Weight **150** Hair **black** Beard _____ Glasses _____

_signature_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **5th** day of **August**, 20 **14**, by **Carlos Canas**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me. Los Angeles Co. #4571

_signature_
Bruce Anderson
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of **California**
My Commission expires **7/30/2015**

BRUCE J. ANDERSON
Commission # 1943123
Notary Public - California
Los Angeles County
My Comm. Expires Jul 30, 2015

NAPPS
FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS