# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| KYLE ALEXANDER, and DYLAN SYMINGTON, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BF LABS INC., a Wyoming corporation, doing business as BUTTERFLY LABS,<br><br>Defendant. | Case No. 14-CV-2159-KHV-JPO<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of August, 2014, Plaintiffs' First Interrogatories to Defendant and Plaintiffs' First Request for Production of Documents to Defendant were served in PDF and Word formats, along with a copy of the within Certificate of Service by electronic mail to: James M. Humphrey (jhumphrey@polsinelli.com) | Michael S. Foster (mfoster@polsinelli.com), 900 W 48th Place, Suite 900, Kansas City, MO 64112, Attorneys for Defendant.

Respectfully submitted,

WOOD LAW FIRM, LLC

By  /s/  *Ari Rodopoulos*
Noah K. Wood          KS #23238
noah@woodlaw.com
Ari N. Rodopoulos     USDC-KS #78455
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243
Attorneys for Plaintiffs