IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KYLE ALEXANDER
DYLAN SYMINGTON,
              Plaintiffs,

v.                                      Case No.  14-CV-2159-KHV-JPO

BF LABS, INC.,
              Defendant.

## NOTICE OF SERIVCE

NOW THIS 22nd day of August, 2014, non-party Commerce Bank did serve upon all parties, Plaintiffs by Noah Wood and Ari Rodopolous of Wood Law Firm, LLC, 1100 Main Street, Suite 1800, Kansas City, MO 64105; and Defendants by James Humphrey and Michael Foster of Polsinelli, P.C, 900 West 48th Place, Suite 900, Kansas City, MO 64112, documents responsive to Plaintiff's July 31, 2014, subpoena duces tecum to Commerce Bank, by depositing the same in the United States Mail, postage prepaid.

Respectfully Submitted,

SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.

By: s/Trevin Wray
    Trevin E. Wray, KS#21165
    7400 West 110th Street, Suite 600
    Overland Park, KS 66210
    913-342-2500
    913-342-0603(FAX)
    E-mail: twray@slln.com
ATTORNEYS FOR NON-PARTY COMMERCE BANK

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following parties via the Court's ECF filing system to:

Noah K. Wood
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

James Humphrey
Michael Foster
Polsinelli, PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112

s/Trevin Wray
Trevin E. Wray