IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| KYLE ALEXANDER, and <br> DYLAN SYMINGTON, <br> on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BF LABS INC., a Wyoming corporation, <br> doing business as BUTTERFLY LABS, <br><br> Defendant. | Case No. 14-CV-2159-KHV-JPO <br><br> JURY TRIAL DEMANDED |

**AMENDED NOTICE OF INTENT TO SUBPOENA DOCUMENTS**

**COME NOW**, Plaintiffs, and pursuant to Fed. R. Civ. P. 45(a)(4), hereby provide prior notice to Defendants of Plaintiffs' intent to issue a subpoena to Joseph Morgan d/b/a Joe's Datacenter on August 28, 2014 commanding the production of documents, electronically stored information, and/or tangible things on September 19, 2014. A copy of the subpoena Plaintiffs intend to serve is attached hereto as Exhibit A.

Date: <u>August 26, 2014</u>　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　WOOD LAW FIRM, LLC

　　　　　　　　　　　　　　　　　　　By  /s/  *Ari Rodopoulos*
　　　　　　　　　　　　　　　　　　　Noah K. Wood　　　　　　KS #23238
　　　　　　　　　　　　　　　　　　　noah@woodlaw.com
　　　　　　　　　　　　　　　　　　　Ari N. Rodopoulos　　　USDC-KS #78455
　　　　　　　　	　　　　　　　　　　ari@woodlaw.com
　　　　　　　　　　　　　　　　　　　1100 Main Street, Suite 1800
　　　　　　　　　　　　　　　　　　　Kansas City, MO 64105-5171
　　　　　　　　　　　　　　　　　　　T: (816) 256-3582
　　　　　　　　　　　　　　　　　　　F: (816) 337-4243

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

  I hereby certify that on this 22nd day of August, 2014, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice of process on all parties of record.

              /s/  *Ari Rodopoulos*
              Attorney for Plaintiffs