# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| KYLE ALEXANDER, and DYLAN SYMINGTON, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BF LABS INC., a Wyoming corporation, doing business as BUTTERFLY LABS,<br><br>Defendant. | Case No. 14-CV-2159-KHV-JPO<br><br>JURY TRIAL DEMANDED |

## NOTICE OF INTENT TO SUBPOENA DOCUMENTS

**COME NOW**, Plaintiffs, and pursuant to Fed. R. Civ. P. 45(a)(4), hereby provide prior notice to Defendants of Plaintiffs' intent to issue a subpoena to J Morgan & Associates, LLC, d/b/a Joe's Datacenter on August 28, 2014 commanding the production of documents, electronically stored information, and/or tangible things on September 19, 2014. A copy of the subpoena Plaintiffs intend to serve is attached hereto as Exhibit A.

Date: August 26, 2014

Respectfully submitted,

WOOD LAW FIRM, LLC

By  /s/  Ari Rodopoulos
Noah K. Wood                KS #23238
noah@woodlaw.com
Ari N. Rodopoulos           USDC-KS #78455
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

  I hereby certify that on this 22nd day of August, 2014, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice of process on all parties of record.

                  /s/   *Ari Rodopoulos*
                  Attorney for Plaintiffs