## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | |
|---|---|
| KYLE ALEXANDER, and ) <br> DYLAN SYMINGTON, ) <br> on behalf of themselves and all those ) <br> similarly situated, ) <br>  ) <br>  Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> BF LABS INC., a Wyoming corporation, ) <br> doing business as BUTTERFLY LABS, ) <br>  ) <br>  Defendant. ) | Case No. 14-CV-2159-KHV-JPO <br><br> JURY TRIAL DEMANDED |

### NOTICE OF INTENT TO SUBPOENA DOCUMENTS

**COME NOW**, Plaintiffs, and pursuant to Fed. R. Civ. P. 45(a)(4), hereby provide prior notice to Defendants of Plaintiffs' intent to issue a subpoena to J Morgan & Associates, LLC, d/b/a Joe's Datacenter on August 28, 2014 commanding the production of documents, electronically stored information, and/or tangible things on September 19, 2014. A copy of the subpoena Plaintiffs intend to serve is attached hereto as Exhibit A.

Date: <u>August 26, 2014</u>                Respectfully submitted,

                        WOOD LAW FIRM, LLC


                        By  /s/  Ari Rodopoulos
                        Noah K. Wood          KS #23238
                        noah@woodlaw.com
                        Ari N. Rodopoulos     USDC-KS #78455
                        ari@woodlaw.com
                        1100 Main Street, Suite 1800
                        Kansas City, MO 64105-5171
                        T: (816) 256-3582
                        F: (816) 337-4243

                        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of August, 2014, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice of process on all parties of record.

                                              /s/  *Ari Rodopoulos*
                                              Attorney for Plaintiffs