AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| KYLE ALEANDER and DYLAN SYMINGTON | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 14-CV-2159-KHV-JPO |
| | ) | |
| BF LABS, INC. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Weebly, Inc.
c/o John David Rusenko, Registered Agent, 564 Pacific Avenue, San Francisco, CA 94133

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A attached hereto.

| Place: Wheels of Justice<br>657 Mission Street, Suite 502<br>San Francisco, CA 94105 | Date and Time: Central Standard Time<br>09/29/2014 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/08/2014

*CLERK OF COURT*                                              OR                    [signature]

_____                                           _____
*Signature of Clerk or Deputy Clerk*                                                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Kyle Alexander and Dylan Symington _____ , who issues or requests this subpoena, are:

Noah K. Wood / Aristotle N. Rodopoulos, Wood Law firm, LLC, 1100 Main Street, Suite 1800, Kansas City, MO 64105

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**EXHIBIT A**

# EXHIBIT A

To Subpoena To Produce Documents
issued to Weebly, Inc.

## Documents and Things to be Produced:

Regarding <u>ANY</u> of the following Target Accounts:

**Target Account**:   sonofodi.weebly.com

**Target Date:**   July 25, 2011 through the present

All documents, files and records, electronic or otherwise, showing:

1) Registration and account information for the Target Account, including but not limited to name, e-mail address, IP address, form of payment or other information.

2) The current and all previous versions of the Target Account pages.

3) Access, login, and activity information for the Target Account, including but not limited to changes made to the Target Account, the time and date of access, and the originating IP address of any access, login, or activity information for the Target Account.

**Please include a notarized records affidavit with any documentation produced. Any electronically stored information should be produced in a machine readable format. Please contact the issuing attorney to discuss the most efficient and least burdensome means of producing any electronically stored information.**