IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | | |
|---|---|---|
| KYLE ALEXANDER, and DYLAN SYMINGTON, on behalf of themselves and all those similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 14-CV-2159-KHV-JPO |
| v. | ) ) | JURY TRIAL DEMANDED |
| BF LABS INC., a Wyoming corporation, doing business as BUTTERFLY LABS, | ) ) ) ) | |
| Defendant. | ) | |

### NOTICE OF INTENT TO SUBPOENA DOCUMENTS

**COME NOW**, Plaintiffs, and pursuant to Fed. R. Civ. P. 45(a)(4), hereby provide prior notice to Defendants of Plaintiffs' intent to issue a subpoena to Michael Marquardt d/b/a bitcointalk.org on September 8, 2014 commanding the production of documents, electronically stored information, and/or tangible things on September 29, 2014. A copy of the subpoena Plaintiffs intend to serve is attached hereto as Exhibit A.

Date: September 4, 2014

Respectfully submitted,

WOOD LAW FIRM, LLC

By /s/ Ari Rodopoulos
Noah K. Wood                KS #23238
noah@woodlaw.com
Ari N. Rodopoulos          USDC-KS #78455
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243

Attorneys for Plaintiffs

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of September, 2014, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice of process on all parties of record.

      /s/   *Ari Rodopoulos*
      Attorney for Plaintiffs