AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| KYLE ALEANDER and DYLAN SYMINGTON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  14-CV-2159-KHV-JPO |
| | ) | |
| BF LABS, INC. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                    Michael Marquardt
                  d/b/a bitcointalk.org, 6766 N Norway Shores Lane, Stone Lake, WI 54876
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A attached hereto.

| Place: Q & A Court Reporters<br>303 Main Street<br>Eau Claire, WI 54701          (T: (715) 834-9812) | Date and Time:     Central Standard Time<br><br>09/29/2014 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     09/08/2014

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Kyle Alexander and Dylan Symington                                                    , who issues or requests this subpoena, are:
Noah K. Wood / Aristotle N. Rodopoulos, Wood Law firm, LLC, 1100 Main Street, Suite 1800, Kansas City, MO 64105

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**EXHIBIT**
**A**

# EXHIBIT A

To Subpoena To Produce Documents
issued to Michael Marquardt d/b/a bitcointalk.org.

## Documents and Things to be Produced:

Regarding <u>ANY</u> of the following Target Accounts or Keywords for the Target Time Period:

| **Target Accounts**: | **Target Keywords**: |
|---|---|
| BFL_Josh | BFL |
| BFL_Sonny | BF Labs |
| BFL-Engineer | Butterfly Labs |
| Inaba | Vleisides |
| BFL AM Dave | Zerlan |
| bcp19 | Ownby |
| nibbknot | Ghoseiri |
| SLok | eclipse |
| | butterflylabs.com |
| **Target Time Period:** | eclipsemc.com |
| July 25, 2011 through the present | monarch |
| | jalapeno |
| | nimbusmining |

**Target Entities**:

BF Labs, Inc. d/b/a Butterfly Labs, its affiliates, agents or employees, which may include Eclipse Mining Consortium, Sonny Vleisides, Jeff Ownby, Josh Zerlan, Bruce Bourne, Nasser Ghoseiri, and any person using an email address from the domains "butterflylabs.com", "eclipsemc.com", or "webspawner.com"

All documents, files and records, electronic or otherwise, showing, containing or referencing:

1) Registration and account information for the Target Accounts, including but not limited to name, e-mail address, IP address, or other information.

2) Messages containing the Target Keywords or reference to the Target Accounts or Target Entities.

3) Threads containing the Target Keywords or reference to the Target Accounts or Target Entities.

4) Any thread containing a message posted by the Target Accounts.

5) Access, login, and activity information for the Target Accounts, including but not limited to, the time and date of access, and the originating IP address of any access, login, or activity information for the Target Accounts.

**Please include a notarized records affidavit with any documentation produced. Any electronically stored information should be produced in a machine readable format. Please contact the issuing attorney to discuss the most efficient and least burdensome means of producing any electronically stored information.**

6)   Registration and account information, including but not limited to name, e-mail address, IP address, or other information for any account with an email address from the domains butterflylabs.com or eclipsemc.com.

7)   Electronic mails, correspondence, notes of communications, notes of meetings, purchase orders, marketing material, or other communications or records of communications, either from, to, or concerning the Target Entities.

8)   Contracts, invoices, service orders, or other records of services provided to the Target Entities.

**Please include a notarized records affidavit with any documentation produced. Any electronically stored information should be produced in a machine readable format. Please contact the issuing attorney to discuss the most efficient and least burdensome means of producing any electronically stored information.**