# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, and DYLAN SYMINGTON, on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BF LABS INC., a Wyoming corporation, doing business as BUTTERFLY LABS, <br><br> Defendant. | NOTICE OF MEDIATION <br><br> Case No. 14-CV-2159-KHV-JPO <br><br> JURY TRIAL DEMANDED |

## NOTICE OF MEDIATION

Pursuant to the June 25, 2014 Scheduling Order (Doc. 8, p. 3), the parties jointly notify the Court this action will be mediated by Richard McLeod on November 5, 2014 at 9:30 a.m. at:

> The McLeod Law Firm
> 2020 Wyandotte Street
> Kansas City, Missouri 64108
> (816) 421-5656

Date: September 10, 2014                         Respectfully submitted,

WOOD LAW FIRM, LLC                               POLSINELLI PC

By  /s/  Ari N. Rodopoulos                       By  /s/  James M. Humphrey
Noah K. Wood          KS #23238                  James M. Humphrey    KS Fed #70664
noah@woodlaw.com                                 jhumphrey@polsinelli.com
Ari N. Rodopoulos    USDC-KS #78455              Michael S. Foster        KS #24011
ari@woodlaw.com                                  mfoster@polsinelli.com
1100 Main Street, Suite 1800                     900 W 48th Place, Suite 900
Kansas City, MO 64105-5171                       Kansas City, MO 64112
T: (816) 256-3582                                T: (816) 753-1000
F: (816) 337-4243                                F: (816) 753-1536

Attorneys for Plaintiffs                         Attorneys for Defendant