UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER and <br> DYLAN SYMINGTON <br><br> Plaintiff <br><br> v. <br><br> BF LABS, INC. <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case Action No. 14-CV-2159-KHV-JPO <br> ) <br> ) <br> ) <br> ) |

STATEMENT OF CONSULTATION

1.  Pursuant to Local Rule 37.2, this undersigned certifies that on September 11, 2014 I sent an email to Plaintiff's counsel Ari Rodopoulos and Noah Wood regarding movant Netsolus' concerns regarding Plaintiff's Subpoena and inquired upon their availability to discuss same.

2.  On September 12, 2014, Plaintiff's counsel Ari Rodopoulos and I engaged in a substantive telephone call in a good faith attempt to avoid the necessity of Netsolus' Motion to Quash Plaintiff's Non-Party Subpoena.

3.  Further, on September 12, 2014, Plaintiff's counsel Noah Wood and I engaged in the exchange of additional email communications in a good faith attempt to avoid the necessity of Netsolus' Motion to Quash Plaintiff's Non-Party Subpoena.

4.  A resolution on the scope of the subject Subpoena could not be reached.

By: /s/ A. Scott Waddell
A. Scott Waddell    KS# 20955

1