AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| KYLE ALEANDER and DYLAN SYMINGTON <br> *Plaintiff* <br> v. <br> BF LABS, INC. <br> *Defendant* | Civil Action No. 14-CV-2159-KHV-JPO |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Joseph Morgan
d/b/a Joe's Datacenter, 1325 Tracy Ave, Kansas city, MO 64106
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A attached hereto.

| Place: Wood Law Firm, LLC, 1100 Main Street, Suite 1800, Kansas City, MO 64105 | Date and Time: Central Standard Time <br> 09/19/2014 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: <br> Text |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/28/2014

| *CLERK OF COURT* | OR | *[signature]* |
|---|---|---|
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Kyle Alexander and Dylan Symington , who issues or requests this subpoena, are:

Noah K. Wood / Aristotle N. Rodopoulos, Wood Law firm, LLC, 1100 Main Street, Suite 1800, Kansas City, MO 64105

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 14-CV-2159-KHV-JPO

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Joseph Morgan DBA Joe's Datacenter
on *(date)* 8-29-14.

☒ I served the subpoena by delivering a copy to the named person as follows: Joe Morgan, Union Station, 30 W Pershing, Kansas City, MO 64108
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-29-14

_____
Server's signature

John Logan, Process Server
Printed name and title

PO Box 7471 Overland Park, KS 66207
Server's address

Additional information regarding attempted service, etc.: