# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. 2:14-cv-02159-KHV-JPO** |
| ) | |
| **BF LABS INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ENTRY OF APPEARANCE

COMES NOW Stephanie Lovett-Bowman of the law firm of Spencer Fane Britt & Browne LLP and enters her appearance on behalf of Eric L. Johnson, Temporary Receiver for Defendant BF Labs, Inc.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

     /s/ Stephanie Lovett-Bowman
Bryant T. Lamer              KS #22722
Kersten L. Holzhueter        KS #24885
Stephanie Lovett-Bowman      KS #24842
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:        (816) 474-8100
Facsimile:        (816) 474-3216
blamer@spencerfane.com
kholzhueter@spencerfane.com
slovettbowman@spencerfane.com

Attorneys for Temporary Receiver Eric L. Johnson

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on the 3rd day of October 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

    /s/ Stephanie Lovett-Bowman
    Attorney for Temporary Receiver Eric L. Johnson

WA 6141627.1