# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No. 2:14-cv-02159-KHV-JPO |
| | ) |
| **BF LABS INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ENTRY OF APPEARANCE

COMES NOW Bryant T. Lamer of the law firm of Spencer Fane Britt & Browne LLP and enters his appearance on behalf of Eric L. Johnson, Temporary Receiver for Defendant BF Labs, Inc.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

    /s/ Bryant T. Lamer
Bryant T. Lamer              KS #22722
Kersten L. Holzhueter        KS #24885
Stephanie Lovett-Bowman      KS #24842
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:       (816) 474-8100
Facsimile:       (816) 474-3216
blamer@spencerfane.com
kholzhueter@spencerfane.com
slovettbowman@spencerfane.com

Attorneys for Temporary Receiver Eric L. Johnson

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 3rd day of October 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                                    /s/ Bryant T. Lamer
                                       Attorney for Temporary Receiver Eric L. Johnson