**Google Analytics**

http://www.woodlaw.com – http://www.... 
www.woodlaw.com

Go to this report

# Network

Mar 28, 2014 - Sep 26, 2014

ALL » SERVICE PROVIDER: federal trade commission

All Sessions
0.15%

\+ Add Segment

**Explorer**

Summary



● Sessions

This data was filtered using an **advanced filter**.

| Service Provider | Page | Acquisition | | | Behavior | | | Conversions | Goal 1: Case Review | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Sessions | % New Sessions | New Users | Bounce Rate | Pages / Session | Avg. Session Duration | Case Review (Goal 1 Conversion Rate) | Case Review (Goal 1 Completions) | Case Review (Goal 1 Value) |
| | | 8 % of Total: 0.10% (7,970) | 87.50% Site Avg: 75.87% (15.33%) | 7 % of Total: 0.12% (6,047) | 12.50% Site Avg: 66.29% (-81.14%) | 1.38 Site Avg: 1.78 (-22.93%) | 00:00:25 Site Avg: 00:01:41 (-75.51%) | 0.00% Site Avg: 6.71% (-100.00%) | 0 % of Total: 0.00% (535) | $0.00 % of Total: 0.00% ($0.00) |
| 1. federal trade commission | /cases/butterfly-labs-and-bf-labs-inc-bitcoin-miners | 7 (87.50%) | 85.71% | 6 (85.71%) | 0.00% | 1.29 | 00:00:28 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 2. federal trade commission | /blog/customers-unite-bring-class-action-against-butterfly-labs | 1 (12.50%) | 100.00% | 1 (14.29%) | 100.00% | 2.00 | 00:00:00 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |

Rows 1 - 2 of 2

© 2014 Google



EXHIBIT 1