**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-cv-00815-BCW |
| | ) | |
| BF LABS INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**EMERGENCY MOTION FOR RELIEF FROM STAY TO PERMIT**
**COMPLIANCE WITH AN ORDER ISSUED BY THE UNITED STATES**
**DISTRICT COURT FOR THE DISTRICT OF KANSAS**

**COME NOW** Kyle Alexander and Dylan Symington (the "class representatives"), on behalf of themselves and all those similarly situated (the "customer class" or "consumers"), by and through their attorneys of record, and respectfully move this Court for relief from the stay provisions of this Court's October 2, 2014 order to permit the class representatives to comply with an order issued by the United States District Court for the District of Kansas. Suggestions in Support of this Motion are filed herewith.

Date: <u>October 3, 2014</u>          Respectfully submitted,

WOOD LAW FIRM, LLC

By  <u>/s/  Noah K. Wood</u>
<table>
<tr><td>Noah K. Wood</td><td>MO #51249</td></tr>
<tr><td>noah@woodlaw.com</td><td></td></tr>
<tr><td>Ari N. Rodopoulos</td><td>MO #58777</td></tr>
<tr><td>ari@woodlaw.com</td><td></td></tr>
</table>
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243
*Attorneys for Kyle Alexander and Dylan*
*Symington*

**EXHIBIT**
**9**

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2014, I served the foregoing to all counsel of record by electronically filing the foregoing document using CM/ECF:

| | |
|---|---|
| Helen Wong, DC Bar # 997800<br>Teresa N. Kosmidis, NY Bar# 4533824<br>Leah Frazier, DC Bar# 492540<br>Federal Trade Commission<br>600 Pennsylvania Ave., N.W.<br>Mail Stop CC-10232<br>Washington, D.C. 20580<br>202-326-3779 (Wong)<br>202-326-3216 (Kosmidis)<br>202-326-2187 (Frazier)<br>Facsimile: 202-326-3768<br>hwong@ftc.gov<br>tkosmidis@ftc.gov<br>lfrazier@ftc.gov | James M. Humphrey, MO # 50200<br>Michael S. Foster, MO # 61205<br>Miriam E. Bailey, MO # 60366<br>POLSINELLI PC<br>900 W. 48th Place, Suite 900<br>Kansas City, Missouri 64112-1895<br>Telephone: (816) 753-1000<br>Facsimile: (816) 753-1536<br>jhumphrey@polsinelli.com<br>mfoster@polsinelli.com<br>mbailey@polsinelli.com |
| Charles M. Thomas, MO Bar #28522<br>Assistant United States Attorney<br>Charles Evans Whittaker Courthouse<br>400 East Ninth Street, Room 5510<br>Kansas City, MO 64106<br>Telephone: (816) 426-3130<br>Facsimile: (816) 426-3165<br>E-mail: charles.thomas@usdoj.gov | Braden M. Perry, MO # 53865<br>KENNYHERTZ PERRY LLC<br>420 Nichols Road, Suite 207<br>Kansas City, MO 64112<br>Direct: 816-527-9445<br>Mobile: 913-488-4882<br>Fax: 855-844-2914<br>braden@kennyhertzperry.com |
| *Attorneys for Federal Trade Commission* | *Attorneys for Defendant BF Labs Inc., Darla Drake, Nasser Ghoseiri, and Sonny Vleisides* |

Federal Trade Commission v. BF Labs Inc., et al.                                                     2
*Emergency Motion For Relief From Stay To Permit Compliance With*
*An Order Issued By The United States District Court For The District Of Kansas*

Case 4:14-cv-00815-BCW   Document 60   Filed 10/03/14   Page 2 of 3

Bryant T. Lamer
Kersten L. Holzhueter
Andrea M. Chase
Katie Jo Wheeler
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City MO 64106
816-474-8100
blamer@spencerfane.com
kholzheuter@spencerfane.com
achase@spencerfane.com
kwheeler@spencerfane.com

*Attorneys for Receiver Eric L. Johnson*

/s/ *Noah K. Wood*
*Attorney for Kyle Alexander and Dylan Symington*

Federal Trade Commission v. BF Labs Inc., et al.                                        3
*Emergency Motion For Relief From Stay To Permit Compliance With*
*An Order Issued By The United States District Court For The District Of Kansas*

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-cv-00815-BCW |
| | ) | |
| BF LABS INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## SUGGESTIONS IN SUPPORT OF EMERGENCY MOTION FOR RELIEF FROM STAY TO PERMIT COMPLIANCE WITH AN ORDER ISSUED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

**COME NOW** Kyle Alexander and Dylan Symington (the "class representatives"), on behalf of themselves and all those similarly situated (the "customer class" or "consumers"), by and through their attorneys of record, and respectfully offer these suggestions in support of their emergency motion for relief from the stay provisions of this Court's October 2, 2014 order to permit the class representatives to comply with an order issued by the United States District Court for the District of Kansas.

## I.   REQUEST FOR EMERGENCY CONSIDERATION OF THIS MOTION

Pursuant to Rule 6(c)(1)(C), the class representatives respectfully request this Court to grant emergency consideration of this Motion because the class representatives have been ordered by the United States District Court for the District of Kansas to take actions in *Alexander v. BF Labs, Inc.*, Case No. 14-CV-2159-KHV-JPO by Tuesday, October 7, 2014.

Approximately one hour after this Court concluded its telephone hearing on the class representatives' motion to intervene, the Receiver filed a "Notice of Appointment of Temporary Receiver and Motion to Stay" in the Kansas Court. The filing informed the

Kansas Court of the Receiver's appointment and asked the Kansas Court to enter a stay of the *Alexander* action because "[t]he District of Kansas should enforce the stay ordered by the Western District of Missouri under principles of judicial economy and comity." (*See* Receiver's Notice and Motion to Stay, **Exhibit 1**).

One hour after the Receiver's filing, the Kansas Court ordered expedited briefing, requiring the class representatives to respond to the motion by Tuesday, October 7, 2014. (*See* Order, USDC-KS Doc. 54, **Exhibit 2**).

## II.   RELIEF FROM THIS COURT'S STAY IS REQUIRED FOR THE CLASS MEMBERS TO COMPLY WITH THE KANSAS COURT'S ORDER

On September 18, 2014, this Court entered an *ex parte* temporary restraining order ("TRO"), which, among other things, temporarily enjoins BFL and other individuals, freezes assets, and appoints a receiver. The TRO also stated "[e]xcept by leave of this Court, . . . Defendants and all other persons and entities . . . are stayed from taking any action to establish or enforce any claim, right, or interest for, against, on behalf of, in, or in the name of, the Receivership Defendant . . .  including, but not limited to . . . [c]ommencing, prosecuting, continuing, entering, or enforcing any suit or proceeding." (*See* Ex Parte Order, Doc. 9 at 26). The TRO also goes on to prohibit "[d]oing any act or thing whatsoever . . . to interfere with the Temporary Receiver in any way, or to interfere in any manner with the exclusive jurisdiction of this Court over the assets or documents of the Receivership Defendants."  (*Id.*).  On September 30, 2014, this Court extended the TRO until October 3, 2014.  (*See* Doc. 47).

Yesterday, October 2, 2014, this Court entered a "Stipulated Interim Order" which states the FTC, Defendants BF Labs, Inc., Darla Drake, and Sonny Vleisides have "stipulated and agreed to entry" of the order, which contains the same stay and

Federal Trade Commission v. BF Labs Inc., et al.                                                    2
*Suggestions In Support Of Emergency Motion For Relief From Stay To Permit Compliance*
*With An Order Issued By The United States District Court For The District Of Kansas*

prohibitory language as the TRO and states it shall only "expire upon further order of the Court." (*See* Doc. 54 at 26, 34).  The Receiver has taken the position in his filing before the Kansas Court "[t]he pending action against [BF Labs Inc.] . . . in [the Kansas Court] . . . is covered by the court-ordered stay."  (*See* Receiver's Notice and Motion to Stay, pp. 1-2, **Exhibit 1**).

The class representatives intend to file an opposition and response to the motion to stay pending before the U.S. District Court for the District of Kansas, which may allege, and seek relief based upon, one or more of the following grounds: (1) upon the filing of the class representatives' Complaint on April 4, 2014, the U.S. District Court for the District of Kansas acquired original exclusive jurisdiction under 28 U.S.C. § 1332(a) and (d) over the claims, parties, and assets this Court's Stipulated Interim Order encompasses; (2) the documents encompassed by this Court's Stipulated Interim Order were already subject to prior discovery orders entered on June 25, 2014 and July 10, 2014 by the U.S. District Court for the District of Kansas; (3) this Court's authority does not enjoin or oust the original exclusive jurisdiction or orders of the U.S. District Court for the District of Kansas; (4) the U.S. District Court for the District of Kansas, pursuant to the All Writs Act, 28 U.S.C. § 1651, has the authority to enjoin any disposition of claims or assets or conduct by any person or entity that interferes or threatens to interfere with its original exclusive jurisdiction; and (5) the doctrine of "comity" weighs in favor of the U.S. District Court for the District of Kansas maintaining continued jurisdiction under the "first to file" rule. *See Orthmann v. Apple River Campground, Inc.*, 765 F.2d 119, 121 (8th Cir. 1985) ("[C]ourts follow a 'first to file' rule that where two courts have concurrent jurisdiction, the first court in which jurisdiction attaches has

Federal Trade Commission v. BF Labs Inc., et al.
*Suggestions In Support Of Emergency Motion For Relief From Stay To Permit Compliance With An Order Issued By The United States District Court For The District Of Kansas*

3

Case 4:14-cv-00815-BCW   Document 61   Filed 10/03/14   Page 3 of 6

priority to consider the case."), citing *Hospah Coal Co. v. Chaco Energy Co.,* 673 F.2d 1161, 1163 (10th Cir.), *cert. denied,* 456 U.S. 1007 (1982).

The stay language in this Court's October 2, 2014 Stipulated Interim Order is both broad enough and vague enough that it could be interpreted as precluding the class representatives from filing their merits opposition and requesting related relief regarding the motion pending in the U.S. District Court for the District of Kansas. As a violation of this Court's Order could subject the class representatives and their counsel to contempt of court, the class representatives seek this relief from the stay provisions of the Court's October 2, 2014 order to avoid any possibility their actions before the Kansas Court could be in violation of this Court's Order.

WHEREFORE, for the foregoing reasons, the class representatives respectfully request this Court to grant their motion for relief from the stay provisions of this Court's October 2, 2014 order to permit the class representatives to comply with an order issued by the United States District Court for the District of Kansas, and any other relief the Court deems just and proper under the circumstances.

Date:  October 3, 2014                    Respectfully submitted,

                                          WOOD LAW FIRM, LLC

                                          By   /s/   Noah K. Wood
                                          Noah K. Wood              MO #51249
                                          noah@woodlaw.com
                                          Ari N. Rodopoulos         MO #58777
                                          ari@woodlaw.com
                                          1100 Main Street, Suite 1800
                                          Kansas City, MO 64105-5171
                                          T: (816) 256-3582
                                          F: (816) 337-4243
                                          *Attorneys for Alexander and Symington*

Federal Trade Commission v. BF Labs Inc., et al.
*Suggestions In Support Of Emergency Motion For Relief From Stay To Permit Compliance
With An Order Issued By The United States District Court For The District Of Kansas*                    4

Case 4:14-cv-00815-BCW   Document 61   Filed 10/03/14   Page 4 of 6

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2014, I served the foregoing to all counsel of record by electronically filing the foregoing document using CM/ECF:

Helen Wong, DC Bar # 997800
Teresa N. Kosmidis, NY Bar# 4533824
Leah Frazier, DC Bar# 492540
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, D.C. 20580
202-326-3779 (Wong)
202-326-3216 (Kosmidis)
202-326-2187 (Frazier)
Facsimile: 202-326-3768
hwong@ftc.gov
tkosmidis@ftc.gov
lfrazier@ftc.gov

James M. Humphrey, MO # 50200
Michael S. Foster, MO # 61205
Miriam E. Bailey, MO # 60366
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

Charles M. Thomas, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
E-mail: charles.thomas@usdoj.gov

Braden M. Perry, MO # 53865
KENNYHERTZ PERRY LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Mobile: 913-488-4882
Fax: 855-844-2914
braden@kennyhertzperry.com

*Attorneys for Federal Trade Commission*

*Attorneys for Defendant BF Labs Inc., Darla Drake, Nasser Ghoseiri, and Sonny Vleisides*

Federal Trade Commission v. BF Labs Inc., et al.
*Suggestions In Support Of Emergency Motion For Relief From Stay To Permit Compliance With An Order Issued By The United States District Court For The District Of Kansas*

5

Case 4:14-cv-00815-BCW   Document 61   Filed 10/03/14   Page 5 of 6

Bryant T. Lamer
Kersten L. Holzhueter
Andrea M. Chase
Katie Jo Wheeler
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City MO 64106
816-474-8100
blamer@spencerfane.com
kholzheuter@spencerfane.com
achase@spencerfane.com
kwheeler@spencerfane.com

*Attorneys for Receiver Eric L. Johnson*

/s/ Noah K. Wood
*Attorney for Kyle Alexander and Dylan Symington*

Federal Trade Commission v. BF Labs Inc., et al.                                          6
*Suggestions In Support Of Emergency Motion For Relief From Stay To Permit Compliance*
*With An Order Issued By The United States District Court For The District Of Kansas*

Case 4:14-cv-00815-BCW   Document 61   Filed 10/03/14   Page 6 of 6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **KYLE ALEXANDER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:14-cv-02159-KHV-JPO** |
| | ) | |
| **BF LABS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPOINTMENT OF TEMPORARY RECEIVER AND MOTION TO STAY

COMES NOW Eric L. Johnson, temporary receiver for Defendant BF Labs Inc., and notifies the Court of his appointment as temporary receiver and moves for a stay of this action. On September 18, 2014, in the matter styled <u>Federal Trade Commission v. BF Labs Inc., et al.</u>, Case No. 4:14-cv-00815-BCW (the "Receivership Case"), the United States District Court for the Western District of Missouri appointed Eric L. Johnson (the "Temporary Receiver") as the Temporary Receiver for BF Labs Inc. ("Receivership Entity") and entered a temporary restraining order pursuant to an Ex Parte Order (the "Appointment Order"). A true and correct copy of the Appointment Order, excluding voluminous exhibits, is attached hereto as **Exhibit 1**. On September 29, 2014, the Western District of Missouri extended the temporary restraining order until October 2, 2014. Receivership Case, Doc. 47, **Exhibit 2** hereto. On October 3, 2014, the Western District of Missouri entered a Stipulated Interim Order. Receivership Case, Doc. 54, **Exhibit 3** hereto.

Section XVII of the Stipulated Interim Order stayed all persons from taking any action to establish or enforce any claim, right, or interest against the Receivership Entity, including the continued prosecution of any suit against the Receivership Entity. Exh. 3 at 26. The pending action against the Receivership Entity in this Court, <u>Kyle Alexander et al. v. BF Labs Inc.</u>, is

EXHIBIT
**1**

WA 6089703.2

covered by the court-ordered stay.  The District of Kansas should enforce the stay ordered by the Western District of Missouri under principles of judicial economy and comity.

WHEREFORE Temporary Receiver moves that this Court enter a stay of this action until the Western District of Missouri lifts the stay imposed in the Receivership Case, and for such other and further relief the Court deems just and necessary.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Kersten L. Holzhueter

| | |
|---|---|
| Bryant T. Lamer | KS #22722 |
| Kersten L. Holzhueter | KS #24885 |
| Stephanie Lovett-Bowman | KS #24842 |

1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:        (816) 474-8100
Facsimile:        (816) 474-3216
blamer@spencerfane.com
kholzhueter@spencerfane.com
slovettbowman@spencerfane.com

Attorneys for Temporary Receiver Eric L. Johnson

2

WA 6089703.2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 3rd day of October 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Kersten L. Holzhueter

Attorney for Temporary Receiver Eric L. Johnson

WA 6089703.2



Tammy Reed <tammy@woodlaw.com>

## Activity in Case 2:14-cv-02159-KHV-JPO Alexander et al v. BF Labs Inc. Expediting Briefing Deadline

**KSD_CMECF@ksd.uscourts.gov** <KSD_CMECF@ksd.uscourts.gov>
To: ksd_nef@ksd.uscourts.gov

Fri, Oct 3, 2014 at 2:39 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**DISTRICT OF KANSAS**

### Notice of Electronic Filing

The following transaction was entered on 10/3/2014 at 2:39 PM CDT and filed on 10/3/2014
**Case Name:**        Alexander et al v. BF Labs Inc.
**Case Number:**      2:14-cv-02159-KHV-JPO
**Filer:**
**Document Number:** 54(No document attached)

**Docket Text:**
**ORDER expediting the deadline for plaintiff to respond to defendant re motion to stay case [53]. Response deadline 10/7/2014. Reply deadline 10/9/2014. Signed by Magistrate Judge James P. O'Hara on 10/03/2014. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(mb)**

**2:14-cv-02159-KHV-JPO Notice has been electronically mailed to:**

James M. Humphrey, IV     jhumphrey@polsinelli.com, blee@polsinelli.com, docketing@polsinelli.com, kmurray@polsinelli.com, ksartain@polsinelli.com

Ashley Scott Waddell     scott@aswlawfirm.com

Bryant T. Lamer     blamer@spencerfane.com

Noah K. Wood     noah@woodlaw.com, autumn@woodlaw.com, tammy@woodlaw.com

Michael S. Foster     mfoster@polsinelli.com

Stephanie Lovett Bowman     slovettbowman@spencerfane.com

Kersten L. Holzhueter     kholzhueter@spencerfane.com, cdorsey@spencerfane.com, ktatman@spencerfane.com

Aristotle N. Rodopoulos     ari@woodlaw.com, autumn@woodlaw.com, tammy@woodlaw.com

**EXHIBIT**

**2**

**2:14-cv-02159-KHV-JPO Notice has been delivered by other means to:**