

Noah Wood <noah@woodlaw.com>

# FTC v. BF Labs, 14-00815 (W.D.Mo.) / Alexander et al. v. BF Labs, 14-02159 (D.Ks)

**Kosmidis, Teresa** <tkosmidis@ftc.gov>   Mon, Oct 6, 2014 at 5:10 PM
To: Noah Wood <noah@woodlaw.com>, "Wong, Helen" <hwong@ftc.gov>
Cc: Ari Rodopoulus <ari@woodlaw.com>, "charles.thomas@usdoj.gov" <charles.thomas@usdoj.gov>, "Frazier, Leah" <lfrazier@ftc.gov>, "Lamer, Bryant" <blamer@spencerfane.com>, "Holzhueter, Kersten" <kholzhueter@spencerfane.com>

Noah,

Thank you for your email.  As we've discussed, this is a statutory enforcement action in which the FTC represents the interests of consumers nationwide.  We are seeking a final order that would prevent the defendants from engaging in the unlawful conduct alleged in the FTC's complaint, and equitable monetary relief.  If we obtain appropriate relief through a settlement, we will file a motion with the court asking it to enter the settlement.  Prior to that, settlement information would be non-public, and we would not be able to share it with non-parties.  Further, we are not aware of any means through which class counsel could object to a final order in our action.

Teresa Kosmidis

_____

Teresa N. Kosmidis

Federal Trade Commission

Bureau of Consumer Protection

600 Pennsylvania Avenue, NW

Mailstop CC-10232

Washington, D.C. 20580

Telephone: (202) 326-3216

Fax: (202) 326-3768

tkosmidis@ftc.gov

**EXHIBIT 11**

**From:** Noah Wood [mailto:noah@woodlaw.com]
**Sent:** Monday, October 06, 2014 3:34 PM
**To:** Wong, Helen
**Cc:** Kosmidis, Teresa; Ari Rodopoulus; charles.thomas@usdoj.gov; Frazier, Leah; Lamer, Bryant; Holzhueter, Kersten
**Subject:** FTC v. BF Labs, 14-00815 (W.D.Mo.) / Alexander et al. v. BF Labs, 14-02159 (D.Ks)

[Quoted text hidden]