## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No. 2:14-cv-02159-KHV-JPO |
| | ) |
| **BF LABS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE OF WIND DOWN OF TEMPORARY RECEIVERSHIP

COMES NOW Eric L. Johnson, Temporary Receiver for Defendant BF Labs Inc., and hereby notifies this Court of the wind down of the receivership:

1. On September 18, 2014, the Western District of Missouri entered an Ex Parte Order in *FTC v. BF Labs, Inc.*, No. 4:14-cv-00815-BCW (W.D. Mo. Sept. 15, 2014) ("Receivership Case"), which imposed a temporary restraining order, appointed Temporary Receiver, and froze the assets of BF Labs Inc. ("BFL").

2. On September 29, 2014, the Western District of Missouri extended the temporary restraining order until October 3, 2014, at 9:00 a.m.  On October 2, 2014, the Western District of Missouri entered a Stipulated Interim Order that reappointed Temporary Receiver and contained a "Stay of Actions."

3. On December 12, 2014, the Western District of Missouri entered its order in the Receivership Case denying the Federal Trade Commission's Motion to continue the injunction and the receivership order enforced in the case.

4. On December 23, 2014, the Court entered an order ("Wind Down Order") providing for the wind down of the Temporary Receivership.

5. The Wind Down Order is attached hereto as **Exhibit A.**

6. The Wind Down Order lifted the Stay of Actions contemplated in the Stipulated Interim Order. *See* Ex. A at 3.

7. Pursuant to the Wind Down Order, Temporary Receiver is to file Notice of the Wind Down Order in all jurisdictions where he has knowledge there is pending litigation that would have been impacted by the Stay of Actions.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Bryant T. Lamer
Bryant T. Lamer         KS #22722
Lucinda H. Luetkemeyer  KS #25326
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:      (816) 474-8100
Facsimile:      (816) 474-3216
blamer@spencerfane.com
lluetkemeyer@spencerfane.com
Attorneys for Temporary Receiver Eric L. Johnson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 30th day of December 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Bryant T. Lamer
Attorney for Temporary Receiver Eric L. Johnson