**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No. 2:14-cv-02159-KHV-JPO |
| | ) |
| **BF LABS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF WITHDRAWAL**

COMES NOW Lucinda H. Luetkemeyer of the law firm Spencer Fane Britt & Browne LLP and hereby gives notice of her withdrawal as counsel for Temporary Receiver Eric L. Johnson, in the above-referenced case. Bryant T. Lamer of this same law firm will continue to represent Temporary Receiver.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Lucinda H. Luetkemeyer
Bryant T. Lamer           MO #57355
Lisa Epps Dade            MO #48580
Andrea M. Chase           MO #66019
Lucinda H. Luetkemeyer    MO #63983
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:     (816) 474-8100
Facsimile:     (816) 474-3216
blamer@spencerfane.com
lepps@spencerfane.com
achase@spencerfane.com
lluetkemeyer@spencerfane.com

**ATTORNEYS FOR TEMPORARY
RECEIVER ERIC L. JOHNSON**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 27th day of February 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                           /s/ Lucinda H. Luetkemeyer  
                                           An Attorney for Temporary Receiver  
                                           Eric L. Johnson