IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| KYLE ALEXANDER, and ) <br> DYLAN SYMINGTON, ) <br> on behalf of themselves and all those ) <br> similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BF LABS INC., a Wyoming corporation, ) <br> doing business as BUTTERFLY LABS, ) <br> ) <br> Defendant. ) | Case No. 14-CV-2159-KHV-JPO <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2015, Plaintiffs' Second Request for Production of Documents to Defendant were served in PDF and Word formats, along with a copy of this Certificate of Service by electronic mail to: James M. Humphrey (jhumphrey@polsinelli.com) and Michael S. Foster (mfoster@polsinelli.com), 900 W 48th Place, Suite 900, Kansas City, MO 64112, Attorneys for Defendant.

Respectfully submitted,

WOOD LAW FIRM, LLC

By  /s/  Ari Rodopoulos
Noah K. Wood                KS #23238
noah@woodlaw.com
Ari N. Rodopoulos           KS #26585
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 3rd day of March, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

              By  /s/  *Ari N. Rodopoulos*
                *Attorneys for Kyle Alexander and Dylan Symington*