### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | |
|---|---|
| KYLE ALEXANDER, and <br> DYLAN SYMINGTON, <br> on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BF LABS INC., a Wyoming corporation, <br> doing business as BUTTERFLY LABS, <br><br> Defendant. | Case No. 14-CV-2159-KHV-JPO <br><br> JURY TRIAL DEMANDED |

### NOTICE OF INTENT TO SUBPOENA DOCUMENTS

**COME NOW**, Plaintiffs, and pursuant to Fed. R. Civ. P. 45(a)(4), hereby provide prior notice to Defendants of Plaintiffs' intent to issue a subpoena to Michael Marquardt d/b/a bitcointalk.org on March 6, 2015 commanding the production of documents, electronically stored information, and/or tangible things on March 24, 2015. A copy of the subpoena Plaintiffs intend to serve is attached hereto as Exhibit A.

Date: March 4, 2015

Respectfully submitted,

WOOD LAW FIRM, LLC

By  /s/  Ari Rodopoulos
Noah K. Wood                KS #23238
noah@woodlaw.com
Ari N. Rodopoulos           USDC-KS #78455
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243

Attorneys for Plaintiffs

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of March, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice of process on all parties of record.

                                                    /s/   *Ari Rodopoulos*
                                                  Attorney for Plaintiffs

*Notice of Intent to Subpoena Documents (Marqaurdt)*

2