## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Kansas** | **County of** | **US District Court** |

Case Number: 14CV2159KHCJPO   Court Date: 3/24/2015  10:30 am

Plaintiff:
**Kyle Aleander, et al**
vs.
Defendant:
**BF Labs Inc.**

For:
Wood Law Firm
1100 Main St. Suite 1800
Kansas City, MO  64105

Received by GREGG INVESTIGATIONS, INC. to be served on **Michael Marquardt dba bitcointalk.org, 500 Woodstock Circle, Monona, WI 53716**.

I, Lucas Bogk, being duly sworn, depose and say that on the **7th day of March, 2015 at 2:55 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and Check** with the date and hour of service endorsed thereon by me, to: **Michael Marquardt dba bitcointalk.org** at the address of: **500 Woodstock Circle, Monona, WI 53716**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am an adult over the age of 18, I am a resident of the State of Wisconsin, and I have no interest in the above action. I also certify that at the time of said service, I endorsed upon the copy so served, the date upon which the same was served, the time, place, manner of service and upon whom service was made and signed my name thereto.

_____
Lucas Bogk
Process Server

Subscribed and Sworn to before me on the 9th day of March, 2015 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
STATE OF WISCONSIN
MY COMMISSION EXPIRES:

GREGG INVESTIGATIONS, INC.
500 E. Milwaukee St., Lower
P O Box 1270
Janesville, WI 53547-1270
(608) 755-1976
Our Job Serial Number: GWK-2015001745

Service Fee: $52.76

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n