IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 14-CV-2159-KHV-JPO |
| | ) |
| **BF LABS INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of March, 2015, Defendant BF Labs Inc.'s Supplemental Answers and Objections to Plaintiff's First Interrogatories were served on the following by electronic mail:

Noah K. Wood, Esq. (noah@woodlaw.com)
Ari N. Rodopoulos, Esq. (ari@woodlaw.com)
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

Attorneys for Plaintiff

       Respectfully submitted,

       /s/ Michael S. Foster
       James M. Humphrey  KS Fed. #70664
       Michael S. Foster  KS #24011
       Polsinelli PC
       900 W. 48th Place, Suite 900
       Kansas City, Missouri 64112-1895
       Telephone: (816) 753-1000
       Facsimile: (816) 753-1536
       jhumphrey@polsinelli.com
       mfoster@polsinelli.com

       Attorneys for Defendant BF Labs Inc.

## CERTIFICATE OF SERVICE

       I hereby certify that on March 20, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

Attorneys for Plaintiff

                                        /s/ Michael S. Foster
                                        Attorney for Defendant