# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, and <br> DYLAN SYMINGTON, <br> on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BF LABS INC., a Wyoming corporation, doing business as BUTTERFLY LABS, <br><br> Defendant. | Case No. 14-CV-2159-KHV-JPO |

## PLAINTIFFS' MOTION TO COMPEL

**COME NOW** Plaintiffs Kyle Alexander and Dylan Symington, by and through their attorneys of record, and respectfully request this Court compel Defendant BF Labs Inc. ("BFL") to provide complete responses to Plaintiffs' First Interrogatories and First Request for Production of Documents. Plaintiffs' Memorandum in Support and Index of Exhibits are filed herewith, which include an affidavit certifying compliance with Fed. R. Civ. P. 37(a)(1) and D. Kan. Rule 37.2.

Date: 3/20/2015

WOOD LAW FIRM, LLC

By  /s/  Ari N. Rodopoulos
Noah K. Wood KS #23238
noah@woodlaw.com
Ari N. Rodopoulos KS # 26585
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243

*Attorneys for Kyle Alexander and Dylan Symington*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of March, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

                                               By  /s/  Ari N. Rodopoulos
                                                   *Attorneys for Kyle Alexander and Dylan Symington*