

**Tammy Reed <tammy@woodlaw.com>**

## Fwd: BFL discovery responses

**Ari Rodopoulos** <ari@woodlaw.com>  
To: Tammy Reed <tammy@woodlaw.com>

Fri, Mar 20, 2015 at 4:09 PM

Thank you,

Ari N. Rodopoulos  
Wood Law Firm, LLC  
1100 Main Street, Suite 1800  
Kansas City, MO  64105-5171  
Tel: (816)256-3582  
Fax: (816)337-4243  
ari@woodlaw.com

> Begin forwarded message:
>
> **From:** Ari Rodopoulos <ari@woodlaw.com>  
> **Subject: BFL discovery responses**  
> **Date:** February 2, 2015 at 10:13:07 AM CST  
> **Cc:** Noah Wood <noah@woodlaw.com>  
> **To:** mfoster@polsinelli.com
>
> Michael:
>
> We spoke last week about the status of BFL's discovery responses.  You mentioned you would let me know the date BFL expects to be able to serve responses.  Can you please provide this date?
>
> Thank you,
>
> Ari N. Rodopoulos  
> Wood Law Firm, LLC  
> 1100 Main Street, Suite 1800  
> Kansas City, MO  64105-5171  
> Tel: (816)256-3582  
> Fax: (816)337-4243  
> ari@woodlaw.com

**EXHIBIT 3**