

**Tammy Reed <tammy@woodlaw.com>**

## Fwd: BFL discovery responses

**Ari Rodopoulos** <ari@woodlaw.com>  
To: Tammy Reed <tammy@woodlaw.com>

Fri, Mar 20, 2015 at 4:09 PM

Thank you,

Ari N. Rodopoulos  
Wood Law Firm, LLC  
1100 Main Street, Suite 1800  
Kansas City, MO  64105-5171  
Tel: (816)256-3582  
Fax: (816)337-4243  
ari@woodlaw.com

> Begin forwarded message:
>
> **From:** Michael Foster <MFoster@Polsinelli.com>  
> **To:** 'Ari Rodopoulos' <ari@woodlaw.com>  
> **Cc:** Noah Wood <noah@woodlaw.com>  
> **Subject: RE: BFL discovery responses**  
> **Date:** February 2, 2015 at 1:49:50 PM CST
>
> Ari,
>
> Our clients are working hard on getting you answers to your interrogatories now. I will email them now and then follow up so I can give you a better idea and realize you need a drop dead date. Many of our responses needed to be revised because of the FTC action. I believe we can get you documents and responses to everything this month. We answered Mr. Meissner's first requests this last Friday because he only asked for a few things and little to none ESI (which Modus is still processing - so the documents have not been produced). I will follow up here shortly. Thanks.
>
> Michael
>
> -----Original Message-----  
> From: Ari Rodopoulos [mailto:ari@woodlaw.com]  
> Sent: Monday, February 02, 2015 10:13 AM  
> To: Michael Foster  
> Cc: Noah Wood  
> Subject: BFL discovery responses
>
> Michael:
>
> We spoke last week about the status of BFL's discovery responses. You mentioned you would let me know the date BFL expects to be able to serve responses. Can you please provide this date?
>
> Thank you,
>
> Ari N. Rodopoulos  
> Wood Law Firm, LLC  
> 1100 Main Street, Suite 1800  
> Kansas City, MO 64105-5171  
> Tel: (816)256-3582



EXHIBIT 4

Fax: (816)337-4243
ari@woodlaw.com

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.