

Tammy Reed <tammy@woodlaw.com>

## Alexander v. BFL (14-2159)

**Tammy Reed** <tammy@woodlaw.com>   Fri, Feb 20, 2015 at 12:33 PM
To: KSD_ohara_chambers@ksd.uscourts.gov

Hello!

We are having a discovery issue and would like to know if Judge O'Hara might be available this afternoon for a brief phone conference with the parties. You can reach me by phone at (816) 651-2400. Thanks.

Tammy


### Tammy Reed

Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105
T: (816) 256-3582
F: (816) 337-4243
www.woodlaw.com

**EXHIBIT 8**