

Tammy Reed <tammy@woodlaw.com>

## 2:14-cv-02159-KHV-JPO Alexander et al v. BF Labs Inc.

**Ari Rodopoulos** <ari@woodlaw.com>                                            Fri, Feb 20, 2015 at 1:40 PM
To: Megan_Miller@ksd.uscourts.gov
Cc: blamer@spencerfane.com, jhumphrey@polsinelli.com, kholzhueter@spencerfane.com, lluetkemeyer@spencerfane.com, mfoster@polsinelli.com, noah@woodlaw.com, scott@aswlawfirm.com, slovettbowman@spencerfane.com, Tammy Reed <tammy@woodlaw.com>

The dispute is between Plaintiffs and BFL regarding BFL's discovery responses.  Since the stay in the FTC action was lifted, the parties have been discussing a date by which BFL would provide discovery responses, but an agreement couldn't be reached in January or February thus far.  Plaintiffs demanded BFL to provide responses by 2/20 and planned to file a motion to compel on 2/21 if necessary.  The parties again discussed the issue today prior to providing a joint summary of the dispute to the court.  BFL advised they will provide discovery responses today.  As it stands, a teleconference is no longer necessary at this time.

Thank you,

Ari N. Rodopoulos
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO  64105-5171
Tel: (816)256-3582
Fax: (816)337-4243
ari@woodlaw.com

[Quoted text hidden]

**EXHIBIT 9**