

Tammy Reed <tammy@woodlaw.com>

## Alexander, et al., v. BF Labs, Inc.

**Ari Rodopoulos** <ari@woodlaw.com>	Tue, Mar 10, 2015 at 12:12 PM
To: Jim Humphrey <JHumphrey@polsinelli.com>, Michael Foster <mfoster@polsinelli.com>
Cc: Noah Wood <Noah@woodlaw.com>, Tammy Reed <tammy@woodlaw.com>

Jim/Michael:

Are you available on Wed, Thur, or Fri this week to discuss Plaintiffs' second golden rule letter?

Also, did Netsolus provide you a copy of the documents it recently produced in response to our subpoena?  If not, let me know and we can make arrangements to get a copy to you.

Thank you,

Ari N. Rodopoulos
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO  64105-5171
Tel: (816)256-3582
Fax: (816)337-4243
ari@woodlaw.com

>	[Quoted text hidden]
>	[Quoted text hidden]
>	<2015-03-03 Ps' 2nd RFPD to Ds.doc><2015-03-03 COS re Ps' 2nd RFPD to Ds.pdf><2015-03-03 ANR 2nd Golden Rule L to BFL.pdf><2015-03-03 Ps' 2nd RFPD to Ds.pdf>

**EXHIBIT 13**