

Tammy Reed <tammy@woodlaw.com>

## Follow up discovery item

**Ari Rodopoulos** <ari@woodlaw.com>   Tue, Mar 17, 2015 at 10:31 AM
To: Jim Humphrey <jhumphrey@polsinelli.com>, Michael Foster <mfoster@polsinelli.com>
Cc: Tammy Reed <tammy@woodlaw.com>, Noah Wood <noah@woodlaw.com>

Jim/Michael:

There is one issue I forgot to discuss with you last week about BFL's Exhibit B: Why was Plaintiff Kyle Alexander omitted from the list of people who ordered mining equipment and paid money to BFL? In its answer, BFL admits Kyle Alexander ordered and paid for mining equipment from BFL.

Michael and I discussed this briefly a week and a half ago or so, but I never received any further info on this.

Thank you,

Ari N. Rodopoulos
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO  64105-5171
Tel: (816)256-3582
Fax: (816)337-4243
ari@woodlaw.com

EXHIBIT 14



**Tammy Reed <tammy@woodlaw.com>**

## Follow up discovery item

**Ari Rodopoulos** <ari@woodlaw.com>   Tue, Mar 17, 2015 at 12:26 PM
To: Michael Foster <MFoster@polsinelli.com>
Cc: Jim Humphrey <JHumphrey@polsinelli.com>, Tammy Reed <tammy@woodlaw.com>, Noah Wood <noah@woodlaw.com>

Are there any other customers/orders (beside Kyle Alexander) that were put on hold and/or otherwise not included in Exhibit B for any reason?

Thank you,

Ari N. Rodopoulos
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO  64105-5171
Tel: (816)256-3582
Fax: (816)337-4243
ari@woodlaw.com

[Quoted text hidden]