

**Tammy Reed <tammy@woodlaw.com>**

## Follow up discovery item

**Michael Foster** <MFoster@polsinelli.com>  Tue, Mar 17, 2015 at 10:48 AM
To: Ari Rodopoulos <ari@woodlaw.com>, Jim Humphrey <JHumphrey@polsinelli.com>
Cc: Tammy Reed <tammy@woodlaw.com>, Noah Wood <noah@woodlaw.com>

Ari,

I was told that after a person filed a lawsuit or sent a demand letter, their order was put on hold and they likely would not be part of exhibit B.

Thanks.

Michael

[Quoted text hidden]

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

EXHIBIT 15



**Tammy Reed <tammy@woodlaw.com>**

## Follow up discovery item

**Michael Foster** <MFoster@polsinelli.com>  Tue, Mar 17, 2015 at 2:04 PM
To: Ari Rodopoulos <ari@woodlaw.com>
Cc: Jim Humphrey <JHumphrey@polsinelli.com>, Tammy Reed <tammy@woodlaw.com>, Noah Wood <noah@woodlaw.com>

We are looking into this and will get back to you as soon as we know. Thank you.

Michael

---

**From:** Ari Rodopoulos [mailto:ari@woodlaw.com]
**Sent:** Tuesday, March 17, 2015 12:27 PM
**To:** Michael Foster
**Cc:** Jim Humphrey; Tammy Reed; Noah Wood
**Subject:** Re: Follow up discovery item

[Quoted text hidden]
[Quoted text hidden]