

## Your order has been shipped!
1 message

**Butterfly Labs, Inc.** <tracking@shipstation.com>
Reply-To: john@butterflylabs.com
To:

Dear William Morrison,

Thank you for your order from **Butterfly Labs!** Your order (#⬛⬛⬛) was shipped via USPS, USPS Priority Mail on ⬛⬛⬛.  You can track your package at any time using the link below.

**Shipped To:**

**Track Your Shipment:**

This shipment includes the following items:

| Item # | Description | Qty |
|---|---|---|
|  | REPAIR/REPLACE SINGLE | 1 |

Thank you for your business and we look forward to serving you in the future!

**Butterfly Labs, Inc.**
**Phone:** 913-271-6744
**Email:** john@butterflylabs.com
**Website:** http://www.butterflylabs.com

**REDACTED**

**EXHIBIT 18**