| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| NOAH K. WOOD, ESQ. ()<br>WOOD LAW FIRM<br>1100 Main Street, Suite 1800<br>Kansas City, MO  64105 | (816) 256-3582 | |
| Attorneys for:   PLAINTIFFS | Ref. No. Or File No.<br>W2634730 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

Plaintiff:
KYLE ALEXANDER, et al.

Defendant:
BF LABS, INC.

| PROOF OF SERVICE | Date:<br>9/29/2014 | Time:<br>10:30a.m. | Dept/Div:<br>WOJ | Case Number:<br>14-CV-2159-KHV-JPO |
|---|---|---|---|---|

I, David Dewey Sprenzel                                , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the:  SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; EXHIBIT A

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Witness                : WEEBLY, INC.

By Serving          : STEVEN ROUSSEY, Manager in Charge- Authorized to Accept Service of Process

Address             : 460 Bryant Street,  San Francisco, California 94107
Date & Time       : Monday, September 8, 2014 @ 4:57 p.m.
Witness fees were : Paid in the amount of $1.00

Person serving:
David Dewey Sprenzel
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1290
   (3) County: San Francisco
   (4) Expires: 6/12/2015

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 8, 2014

Signature: _____
David Dewey Sprenzel

