**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
|      **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 14-CV-2159-KHV-JPO |
| | ) |
| **BF LABS INC.,** | ) |
| | ) |
|      **Defendant.** | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of April, 2015, Defendant BF Labs Inc.'s Second Supplemental Answers and Objections to Plaintiff's First Interrogatories were served on the following by electronic mail:

    Noah K. Wood, Esq. (noah@woodlaw.com)
    Ari N. Rodopoulos, Esq. (ari@woodlaw.com)
    Wood Law Firm, LLC
    1100 Main Street, Suite 1800
    Kansas City, MO 64105-5171

    Attorneys for Plaintiff

                Respectfully submitted,

                POLSINELLI PC

                By: /s/ Michael S. Foster
                      JAMES M. HUMPHREY (KS Fed. #70664)
                      MICHAEL S. FOSTER (KS #24011)
                      900 W. 48th Place, Suite 900
                      Kansas City, Missouri  64112-1895
                      Telephone: (816) 753-1000
                      Facsimile: (816) 753-1536
                      jhumphrey@polsinelli.com
                      mfoster@polsinelli.com

                ATTORNEYS FOR DEFENDANT
                BF LABS INC.

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 1, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

ATTORNEYS FOR PLAINTIFF

                          /s/ Michael S. Foster
                          Attorney for Defendant