IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 14-CV-2159-KHV-JPO |
| | ) |
| BF LABS INC., | ) |
| | ) |
|     Defendant. | ) |

**DEFENDANT BF LABS INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

Defendant BF Labs Inc., respectfully requests, pursuant to Local Rule 6.1 and Rule 6(b) of the Federal Rules of Civil Procedure, an Order granting it an extension of time to respond to Plaintiffs Kyle Alexander and Dylan Symington's Motion to Compel. In support of its request for relief, Defendant states as follows:

    1.    On March 20, 2015, Plaintiffs filed their Motion to Compel. Pursuant to the Local Rules, Defendant's response to Plaintiffs' Motion is due Friday, April 3, 2015.

    2.    On March 20, 2015, before the Plaintiffs filed their motion to compel, Defendant supplemented its interrogatory answers.

    3.    In Plaintiffs' Suggestions in Support of its Motion to Compel filed that same day, Plaintiffs noted that Defendant sent supplemental interrogatory answers and objections but that they did not have sufficient time to review those supplemental answers.

    4.    After conferring with Plaintiffs' counsel again regarding Plaintiffs' discovery requests and Defendant's Responses and Answers, on April 1, 2015, Defendant supplemented its interrogatory answers again.

5. Defendant requires additional time to confer with Plaintiffs' counsel after supplementing its discovery responses to determine what, if anything, is at issue relating to Plaintiffs' Motion to Compel.

6. Defendant's counsel has contacted Plaintiffs' counsel and Plaintiffs' counsel does not oppose this motion. Plaintiffs' counsel has agreed to an extension of seven days from the original due date for Defendant to respond to Plaintiffs' Motion to Compel.

7. This is Defendant's first request for an extension of time to extend the time in which to respond to Plaintiffs' Motion to Compel.

8. This Motion is not intended to cause any delay, will not result in any prejudice to Plaintiffs, and the extension will not interfere in any of the Court's discovery deadlines.

WHEREFORE, Defendant BF Labs Inc. respectfully requests an Order from the Court to extend the deadline for Defendant to respond to Plaintiffs' Motion to Compel up to and including, April 10, 2015.

Respectfully submitted,

/s/ Michael S. Foster
James M. Humphrey              KS Fed. #70664
Michael S. Foster                    KS #24011
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendant BF Labs Inc.

2

## CERTIFICATE OF SERVICE

This is to certify that I have on the 1st day of April, 2015, filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following attorneys of record:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

Attorneys for Plaintiffs

  /s/ Michael S. Foster
Attorney for Defendant BF Labs Inc.