## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.: 2:14-CV-2159-KHV-JPO |
| ) | |
| **BF LABS INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL AND
### ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

COMES NOW James M. Humphrey of the law firm Polsinelli PC and hereby withdraws as counsel for Defendant BF Labs Inc. pursuant to D. Kan. 83.5.5(c).  Further, Mark A. Olthoff hereby enters his appearance as substituting counsel of record for Defendant BF Labs, Inc.  In addition to service of this Notice on counsel of record and any pro se parties, a copy of this Notice has been mailed to, or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2) on April 6, 2014.

                Respectfully submitted,

                POLSINELLI PC

                By:  /s/ Mark A. Olthoff
                    MARK A. OLTHOFF    KS Fed. #70339
                    MICHAEL S. FOSTER    KS # 24011
                    900 W. 48th Place, Suite 900
                    Kansas City, Missouri  64112-1895
                    Telephone: (816) 753-1000
                    Facsimile: (816) 753-1536
                    molthoff@polsinelli.com
                    mfoster@polsinelli.com

                ATTORNEYS FOR DEFENDANT BF LABS INC.

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on the 3rd day of April 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                           /s/ James M. Humphrey
                                        Attorney for Defendant BF Labs Inc.