**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **KYLE ALEXANDER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 14-CV-2159-KHV-JPO** |
| | ) | |
| **BF LABS INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT BF LABS INC.'S SECOND UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO FILE ITS OPPOSITION
TO PLAINTIFFS' MOTION TO COMPEL**

Defendant BF Labs Inc., respectfully requests, pursuant to Local Rule 6.1 and Rule 6(b) of the Federal Rules of Civil Procedure, an Order granting it an extension of time to respond to Plaintiffs Kyle Alexander and Dylan Symington's Motion to Compel.  In support of its request for relief, Defendant states as follows:

1.      On March 20, 2015, Plaintiffs filed their Motion to Compel.  Pursuant to the Local Rules, Defendant's response to Plaintiffs' Motion was due on Friday, April 3, 2015.

2.      On March 20, 2015, before the Plaintiffs filed their motion to compel, Defendant supplemented its interrogatory answers.

3.      In Plaintiffs' Suggestions in Support of its Motion to Compel filed that same day, Plaintiffs noted that Defendant sent supplemental interrogatory answers and objections but that they did not have sufficient time to review those supplemental answers.

4.      After conferring with Plaintiffs' counsel again regarding Plaintiffs' discovery requests and Defendant's Responses and Answers, on April 1, 2015, Defendant supplemented its interrogatory answers again.

5.      On April 1, 2015, Defendant filed its first unopposed motion for an extension of time until April 10, 2015 to respond to Plaintiffs' motion to compel.

6.      That same day, this Court entered an Order granting Defendant's unopposed motion for an extension of time until April 10, 2015.

7.      On April 6, 2015, James M. Humphrey filed a withdrawal of counsel and an entry of appearance of substituted counsel was filed by Mark A. Olthoff.

8.      Defense counsel then had a conference call with Plaintiffs' counsel on April 9, 2015 to confer on whether any remaining issues remained that relate to Plaintiffs' Motion to Compel.

9.      The parties agreed that issues remain that relate to the Plaintiffs' Motion to Compel and that Defendant will have to respond to Plaintiffs' Motion to Compel.

10.     During that conference call, Plaintiffs' counsel has agreed to an extension of seven days from April 10, 2015 to April 17, 2015 for Defendant to respond to Plaintiffs' Motion to Compel.

11.     This is Defendant's second request for an extension of time to extend the time in which to respond to Plaintiffs' Motion to Compel.

12.     This Motion is not intended to cause any delay, will not result in any prejudice to Plaintiffs, and the extension will not interfere in any of the Court's discovery deadlines.

WHEREFORE, Defendant BF Labs Inc. respectfully requests an Order from the Court to extend the deadline for Defendant to respond to Plaintiffs' Motion to Compel up to and including, April 17, 2015.

Respectfully submitted,


/s/ Michael S. Foster

| Mark A. Olthoff | KS Fed. #70339 |
|---|---|
| Michael S. Foster | KS #24011 |

Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
 And thatmolthoff@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendant BF Labs Inc.

**CERTIFICATE OF SERVICE**

This is to certify that I have on the 9th day of April, 2015, filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following attorneys of record:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

Attorneys for Plaintiffs

  /s/ Michael S. Foster
Attorney for Defendant BF Labs Inc.