## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| KYLE ALEXANDER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Case No. 14-CV-2159-KHV-JPO** |
| | ) | |
| BF LABS INC., | ) | |
| | ) | |
| Defendant. | ) | |

### <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the originals of (1) Defendant BF Labs Inc.'s First Set of Interrogatories to Plaintiff Kyle Alexander; (2) Defendant BF Labs Inc.'s First Set of Interrogatories to Plaintiff Dylan Symington; (3) Defendant BF Labs Inc.'s First Requests for Production of Documents and Electronically stored information to Plaintiff Kyle Alexander; and (4) Defendant BF Labs Inc.'s First Requests for Production of Documents and Electronically stored information to Plaintiff Dylan Symington were served on counsel for Plaintiffs at the address below by electronic mail on April 9, 2015.

Respectfully submitted,

POLSINELLI PC

By: /s/ Michael S. Foster
      MARK A. OLTHOFF      KS Fed. #70339
      MICHAEL S. FOSTER      KS #24011
      900 W. 48th Place, Suite 900
      Kansas City, Missouri  64112-1895
      Telephone: (816) 753-1000
      Facsimile: (816) 753-1536
      molthoff@polsinelli.com
      mfoster@polsinelli.com

ATTORNEYS FOR DEFENDANT BF LABS INC.

## CERTIFICATE OF SERVICE

I hereby certify that on 9th day of April, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

ATTORNEYS FOR PLAINTIFF

/s/ Michael S. Foster
Attorney for Defendant

50117098.1