IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| KYLE ALEXANDER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 14-CV-2159-KHV-JPO |
| | ) | |
| BF LABS INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT BF LABS INC.'S SECOND SUPPLEMENTAL ANSWERS AND
OBJECTIONS TO PLAINTIFFS' FIRST INTERROGATORIES**

Defendant BF Labs Inc., by and through its counsel of record, submits its second supplemental answers and objections to Plaintiffs' First Interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure.

**INTERROGATORIES**

5. For each product identified in No. 2, above, identify the number of units manufactured by month and year, the number of units ordered by consumers by month and year, and the number of units shipped to consumers by month and year.

**ANSWER:**

BF Labs historically has not tracked by product the number of units it has manufactured or shipped to consumers by month and year and, thus, no readily available document or database exists to respond specifically to the interrogatory. However, Marc Goodpasture, production manager at BF Labs, states that all 28 NM units that met specifications ordinarily were shipped the same or next business day after assembly. Therefore, it may be possible to approximate the number of units manufactured by month and year by reviewing emails sent from tracking@shipstation.com that alerted customers that a product was shipped. BF Labs has produced or will produce copies of the emails pursuant to Fed. R. Civ. P. 33(d). BF Labs objects

to the undue burden and expense of specifically collecting those emails and manually creating a spreadsheet based on the number of units manufactured and shipped to consumers by month and year. Plaintiffs are equally able to review the emails and create a spreadsheet for the litigation if they choose to do so.

Marc Goodpasture also states that, for the 65 NM, he tracked the number of boards received per day. BF Labs was constrained by the number of chips that were made available up to mid to late September 2013. As chips were made available, they were overnighted to the board builder who in turn overnighted the completed boards to BF Labs.  BF Labs was building hundreds of units per day.  Every unit that met specification ordinarily was shipped as soon as it came off the test.  The number of boards delivered to BF Labs by month in 2013 is as follows:

July = 702

August = 3473

September = 9592

October = 18890

November = 11610

December = 4000

Total = 48267

Mr. Goodpasture notes that he did not keep track of the boards beyond the second week of December. Mr. Goodpasture also notes that BF Labs did build 4000 more single boards to be used in a data center, but the cases were six to eight weeks late from its supplier.

For the FPGA generation order dates and order status, *see* Exhibit A. For the 65 and 28 NM generations, *see* Exhibit B which will show order dates and order status. Further, BF Labs has identified a spreadsheet that contains 81 different customers whose order status was excluded

from Exhibit B for various reasons.  *See* Exhibit G.

Further, BF Labs has a manually created spreadsheet that includes a weekly breakdown of how many 65 NM products were shipped from July 14, 2013 to December 14, 2013 that was used internally for PayPal purposes. BF Labs believe that this document is not comprehensive as to all shipping. *See* Exhibit H.

Finally, as above, BF Labs has emails from tracking@shipstation.com that alerted customers that a product was shipped but BF Labs objects to the undue burden and expense of gathering those emails and manually creating a spreadsheet based on the number of units shipped to consumers by month and year. *See* Fed. R. Civ. P 33(d).

6.     For each product identified in No. 2, above, identify the number of units manufactured by month and year that were not ordered by consumers.

**ANSWER:**

BF Labs is unable to provide a specific answer as historical manufacturing records were not maintained on the basis requested. BF Labs incorporates by reference its answer to interrogatory No. 5.  BF Labs believes that all of the units it manufactured were ordered by customers until the preorder queue was exhausted. Given the use of the preorder sales model, the vast majority of FPGA and 65 NM products were ordered by customers prior to manufacture and the daily focus was on producing at maximum output and shipping as quickly as possible to fulfill the demand from pre-existing orders. At times, only at the end of the preorder queue, BF Labs manufactured units without a pre-existing order, and those were manufactured with the intent to sell to customers from stock. BF Labs does not have historical records that reflect or identify the number of units assembled for any particular month when the preorder queue may

have been exhausted. In February 2015, BF Labs completed building 28 NM units to satisfy the preorder queue. BF Labs is not able to identify units that were not ordered by consumers, nor did the company track such units by month and year. In addition, BF Labs shipped units to data centers for use in providing remote mining services to customers who had preordered or ordered "off the shelf" processing capacity, but did not order the physical units; however, BF Labs did not maintain records of the number of units built by month and year for these specific purposes.

7.      For each product identified in No. 2, above, identify the date(s) Defendant first requested, ordered, or initiated the manufacture of such products and the number of units Defendant requested, ordered, or initiated the manufacture of on each such date.

**ANSWER:**

BF Labs does not maintain or possess historical manufacturing records that would allow an exhaustive answer to this interrogatory, but incorporates its answers to interrogatories Nos. 4, 5, and 6 above. BF Labs is also not aware of any witness or witnesses with knowledge of the specific information as to precise dates and numbers of units on each date. BF Labs does not purchase fully manufactured machines and rather assembles components itself for each machine. Because dozens of components go into each machine that BF Labs buys with varying lead times, the interrogatory is too vague to answer.

8.      For each product identified in No. 2, above, identify the estimated shipping date (and each revised shipping date) Defendant represented publically, the date each representation was made, and Defendant's factual basis for making such representation to the public on each such date.

**ANSWER:**

BF Labs objects to Plaintiffs' request to the extent it seeks information that BF Labs represented publically such information is equally accessible to Plaintiffs. BF Labs directs Plaintiffs to three blogs that may contain this information:

https://forums.butterflylabs.com/members/bfl_josh.html

https://forums.butterflylabs.com/members/bfl_jody.html

https://forums.butterflylabs.com/members/bfl_updates.html

Further answering, to the best of BF Labs' knowledge, BF Labs represented that the ASIC generation was "now in final stage development" and that "[i]nitial product delivery [was] scheduled for October, 2012," was made from June through September 2012. In the text space immediately following both the June and September representations (which presumably existed in July and August, too), customers were referred to BF Labs' FAQ page and "release notes."

The "release notes," set forth in Q&A format and available at least as early as July 2012 stated in relevant part:

> **So will the BitForce SC product line REALLY come out in October?**
>
> This is a fair question. Let's review our track record. If you're not aware, our initial product, the BitForce Single had a slow delivery cycle. This was initially due to a last minute design change before initial product release. When we did release it, we weren't quite prepared for the explosive success we had. After several rounds of scaling, single delivery is in sufficient volume to catch up quickly.
>
> The Mini Rig product release has followed it's [sic] development and release timeline pretty well. Initial deliveries aren't far from estimates and the speed of production is on pace to ensure most customers will get their Mini Rigs ahead of schedule.
>
> The SC product line has been under development for quite some time and is not the result of an expedited development process. Although there are always issues during development, our team is highly experienced in

exactly this field and we're currently ahead of our original timeline. Honest Abe, we're scheduling shipments for October of 2012.

BF Labs' FAQ page (at least as it appeared in September 2012) provided in relevant part:

**When will the ASIC (Single SC) ship?**

We plan on shipping the ASIC versions of our products by the end of October or early November [2012], depending on quantity of units available. Please see the FAQ with regards to 1/3 shipping plan. . . . .

**Where am I in line and when will my order ship?**

We cannot disclose the number of orders we currently have. Shipping of new units is still anticipated to being [sic] late October or early November. We are unable to predict accurate wait times until shipping begins.

**Can I get a refund on my pre-order?**

Butterfly Labs, INC is accepting pre-orders for ASIC based products, expected to begin shipping in late October or early November 2012. Your pre-order with payment confirms your place in line for delivery once we begin shipping. Payments made for pre-orders of ASIC based products now under development should be considered non-refundable until products begin shipping or 1 January 2013, whichever is earlier.

**What is your 1/3 shipping plan?**

Because of the potential for massive disruption that our ASIC units may cause to the mining ecosystem, we are instituting a 1/3 shipping method for our first shipment of products to individuals. So that no single person or handful of people are able to gain a material advantage over another, we will ship all our available units at the same time to as many customers as we can. This means we will likely delay shipping on our first units until we have accumulated enough stock to satisfy a significant portion of our initial orders. This ensures that as many people as possible who are early adopters are equally and fairly treated when receiving our product. To that end we will be shipping our first orders as such: 1/3 of each product line (Jalapeno, Single SC and Mining SC) will be shipping to new orders, 1/3 to upgrade orders and the final 1/3 will be shipped to a random selection of orders from the first two categories (both upgrade and new customers) received in the first month of orders (From 23 June 2012 to 22 July 2012).

In October 2012, BF Labs updated the BitForce SC product page to state that the product

"is now in final stage development" and "[i]nitial product delivery is scheduled for November."

In October 2, 2012, Jody Drake posted on the Butterfly Labs blog that:

> We have worked hard but we see no possibility of beginning to ship the SC's in October. Hang on to your trade-in units and keep mining…

On October 29, 2012, Josh Zerlan posted on the Butterfly Labs blog that:

> We are not going to make the first half of November shipping goal. Right now, I want to say fourth or fifth week of November, but lots of little issues have cropped up, pushing the shipping date out a bit here and there. To be on the safe side, I would estimate the end of November/beginning of December as a likely ship date . . . . We are also still waiting on the HSF for the Single SC to show up – the factory has been a bit slow in that department, so that set things back a bit. We expect the final chip versions to be in our hands in ~25 days, with final assembly and shipping to begin a few days after that.

On November 27, 2012, Jody Drake posted on the Butterfly Labs blog:

> That's right. No ASIC's for November. Customer Service left the building for a Thanksgiving holiday, but our team members kept answering emails from home. We were hoping to come back to work this week with good news of imminent production starting. Not happening this month. Although we see shipments of parts everyday, we kind of need ALL of them to make an SC.

In early December 2012, the BitForce Single "SC" pre-order form stated that delivery was "currently scheduled for December." Later in December 2012, the pre-order form was updated to state that delivery was "currently scheduled for January 2013." A separate December 2012 BitForce Single "SC" product advertising page stated that "[i]nitial product delivery is scheduled for February, 2013."

In late February 2013, a BitForce SC product page stated that:

> BitForce SC (ASIC) products are in final stage development with initial shipping scheduled for the last half of February 2013. Products are shipped according to placement in the order queue.

On February 25, 2013, Josh Zerlan posted on the Butterfly Labs blog that:

> I know people have been waiting on an update for awhile. The simple fact of the matter is there hasn't been any solid updates to offer. I know people

are desperate and starving for information and I wish I could provide new information every day, but some days there just isn't new information. Luckily there is some new information today. It's not the best information (such as we are shipping today!) but it is at least an update.

We had expected the bumping to be done by now, as per the previous update(s). That has not been completed yet. There are a number of reasons why this is the case, and we are not pleased with any of them. The bumping facility, which we have no direct contact with, did not complete the NRE on the timeline we had spoke to the packaging facility about. As I've written in previous posts, we are dealing with such an accelerated time scale that all of these facilities simply aren't used to dealing with. It's been a learning experience for both us and for the facilities we are using. The upside, such as it is, is that going forward, we will have all the large, time sucking hurdles already out of the way and the rest of the chips should breeze through without issue, as all the NRE, tooling, design, panning and machines will already be configured for what we need.

Since Friday we have been, in a word, agonizing over how to make up for lost time. [describing plan to minimize time issues going forward] . . . .

We expect at least some of the chips to be on their way to Chicago by Tuesday, where they will be mounted and sent out to our engineers and KC for testing and final MCU programming. At that point, once the MCU programming is confirmed we'll begin assembling the units. Right now, I'm planning on a week from Friday to be the day, but I'm just gonna say that's subject to change at the moment, although I don't anticipate a change right now.

The ASIC team has promised me pictures of the wafer tomorrow, Tuesday the 26th. As soon as I get those, I will be posting them. "As soon as I hear something with regards to the chip testing, I will be posting that as well. If I'm not posting an update, it's because there's nothing new to report.

On March 15, 2013, Josh Zerlan posted an update on the BF Labs blog:

It's been a long couple days here at the labs! Trying to test the chip in the test rig has been exceptionally trying and it turns out it's due to a bad socket on the tester. Initially we were concerned there might be a problem with the bumping or substrate, but fortunately we had tested the chips prior with the wire bonding technique, so we knew they worked. Getting the test boards made proved to be fortuitous as well, since we were able to bypass the test right completely and bring the chips up on the board. By doing so, we were able to finally identify that the problem was related directly to the test rig and not any intermediate process or step.

Bringing a chip to life in situ on a board is not the easiest thing, so it has been slow going. The chip was responding properly on the board late this afternoon and we will be picking up the process in the morning. We hope to have a more complete test by Saturday night or Sunday sometime. Meanwhile, we will also be hard soldering a chip into place for use in the test rig and replacing the socket to allow the bulk testing to finish. In some other positive news, we've not found a single bad chip yet, which could mean our yield rate will be exceptionally high...maybe we just got lucky out of the 50 chips we have available on boards so far, but it seems unlikely. So that may mean the vast majority of our chips will be usable. . . .

So the good news is the boards work, the chips work, the bumping works, the substrate works. We just need to nail down a bit more with the firmware and we should be able to conduct a full test and start shipping. I will be posting another update as soon as I have more information. Needless to say it's been a pretty busy and stressful last few days here, and some script kiddie deciding to DDoS our sites this morning didn't help matters. All connectivity problems should be resolved now and we will keep people updated as time allows.

On March 28, 2013, Josh Zerlan posted an update on the BF Labs blog:

I had wanted to post a video tonight, but wasn't able to make that happen, so let me apologize for that in advance. As some of you may know from the chatbox, we have been working diligently to get these ASICs out the door. We've been tracking down a power issue these last few days and have it isolated to a few key systems. In the interest of time, we are planning on potentially scaling back units hashing speed as required to accommodate the extra power and shipping multiple units to those that want their units right now. If would would [sic] prefer to wait for a unit after we've made some changes to the systems that need a bit of tweaking, we will be happy to put your shipment on hold. However, if you'd rather have the units right now at an increased power usage, we will ship you as many units as required to get you to the hashrate your [sic] purchased, if we need up having to scale back any given class of unit to fit within the power envelope of the current board design.

We have the current design hashing, and as I said, I had hoped to have a video of a unit hashing here in KC, but I wasn't able to bring that all together tonight, but hopefully I can get it posted up tomorrow or by this weekend.  I will update as soon as I have more news to share, with a video.

If you absolutely do not want a unit that is consuming more power than expected, you can let us know you'd like to wait for a revised unit or you are welcome to request a refund. If you'd rather have your units shipped regardless of increased power usage, we will still guarantee your hashrate

by shipping you however many units are required to achieve your purchased hashrate. There is no need to contact us right now if you are not concerned about the power usage and just want your units shipped ASAP. Even with the increased power demand on these first units, they will still out perform any competing products by a very wide margin in terms of power and megahash/J.

In April 2013, a BF Labs product page stated that:

BitForce SC (ASIC) products are in final stage development with initial shipping scheduled for the last half of April 2013. Products are shipped according to placement in the order queue, and delivery may take 2 months or more after order. All sales are final.

In April 2013, the BF Labs FAQ page provided:

**When will you start shipping machines?**

We plan on shipping the ASIC versions of our products by the end of April. We have orders that date back to June of 2012. Those are the orders that will be delivered first. Orders placed now will not ship until the month of July. . . . .

**Where am I in line and when will my order ship?**

We cannot disclose the number of orders we currently have. Shipping of new units is still anticipated to begin by the end of April, 2013. We are unable to predict accurate wait times until shipping begins. . . . .
Where am I in line and when will my order ship? [this question appears twice on the FAQ page]

We currently do not have the ability to easily disclose the number of orders we currently have. Shipping of new units is expected to begin soon. It is unknown at this time when we will complete the shipping of our pre-orders. Even though we should start shipping soon, orders placed now will be shipped at a later time. Our orders date back to June, 2012. All of those orders and those placed since then will be shipped before new orders.

What is your 1/3 shipping plan?

Because of the potential for massive disruption that our ASIC units may cause to the mining ecosystem, we are instituting a 1/3 shipping method for our first shipment of products to individuals. So that no single person or handful of people are able to gain a material advantage over another, we will ship all our available units at the same time to as many customers as we can. This means we will likely delay shipping on our first units until

we have accumulated enough stock to satisfy a significant portion of our initial orders. This ensures that as many people as possible who are early adopters are equally and fairly treated when receiving our product. To that end we will be shipping our first orders as such: 1/3 of each product line (Jalapeno, Single SC and Mining SC) will be shipping to new orders, 1/3 to upgrade orders and the final 1/3 will be shipped to a random selection of orders from the first two categories (both upgrade and new customers) received in the first month of orders (From 23 June 2012 to 22 July 2012).

On April 19, 2013, Jody Drake posted on the BF Labs blog that:

I said I would post everyday we ship an ASIC. I saw 2 Jalapenos leave the plant today. The first ones go to developers/reviewers. You have to have software to run them so don't cry because they get them first. I expect to see several more leave next week. It's very exciting for our employees to see units ship even though they are not yet bound for true customer homes.

On June 14, 2013, Jody Drake posted on the BF Labs blog that:

We shipped Jalapenos through august 25 and into August 26 today.

No Singles.

I said complaining doesn't help because we can't ship any faster just because we hear that you are not happy about it. Do you think we are sitting around BFL with shelves full of miners until we get an email that says, 'Darn it, I am upset because you haven't shipped'? Our lives would be different if all the miners were shipped, but the reality is, they are not all shipped yet, but we are doing our best to change that.

Thanks to all our customers, who have made this job a great joy.

On July 1, 2013, Josh Zerlan stated on the BF Labs blog: "Yes, I still expect us to be through the back orders by the end of August."

Jody Drake's blog updates dated August 29, 2013, October 29, 2013, and November 28, 2013 identify by order/pay dates which units were shipping.

BF Labs' pattern of consistent and detailed updates was not limited to the BitForce SC product line. Even more extensive shipping updates, and additional cautionary, qualifying

language, were provided for the subsequent Monarch line. In September 2013, for example, the

Monarch product page stated:

> This is a Pre-Order product which is not yet shipping. If you're uncomfortable waiting until the development is complete and the product is shipped, do NOT pre-order this product. Perhaps undesirable, but this is a pre-order market. Customers flatly demand to get in line for the new technology before it's finished development. This has created a lot of drama for the manufacturers but it's something we simply have to deal with. All manufacturers in this space have experienced some degree of delay with their first generation ASIC. Every last one of them, so we're reluctant to give a specific delivery date. However, this is our second generation, so we have much greater clarity on the process and we feel our timeline to begin shipments towards the end of the year is solid.
>
> Here's a breakdown of the timeline.
>
> We're now in at the final stage of development (Tapeout) and are sending wafers into production at the foundry in the next few weeks
>
> Foundry production takes 10 weeks
>
> Bumping, Slicing & BGA packaging takes approximately 2 weeks
>
> Initial shipments begin and ramp up to full capacity over the following 3 weeks
>
> Since this is our 2nd generation ASIC chip, we're free from the pitfalls sometimes associated with a first generation design. Testing systems, Bumping masks, Substrates, & under fill engineering are all carryovers from our last version of the chip, so they're ready for high volume production once the wafers are ready. The importance of this can't be overstated when considering schedule certainty. Nevertheless, please do not purchase this product if you are unwilling to wait for the product to complete its development. . . . .
>
> Pre-Order Terms: This is a pre-order. 28 nm ASIC products are shipped according to placement in the order queue, and delivery may take 3 months or more after order. All sales are final.

Also, beginning in at least February 2014 and continuing through at least August 15,

2014, Josh Zerlan posted detailed production and testing updates for the Monarch line, just as he

had for the BitForce SC. Those posts were made on the Butterfly Labs Forum on February 5,

2014, February 18, 2014, March 4, 2014, April 19, 2014, April 30, 2014, June 12, 2014, June 17, 2014, and August 15, 2014.

On August 15, 2015, Zerlan stated that "[s]hipping of the Monarchs will begin next week."

Regarding BF Labs' factual basis for making representations, BF Labs considered the production and assembly processes, information it received from suppliers and component manufacturers, communications with crucial vendors, contracts it had for ASIC chip delivery, among other things.

9.      For each estimated shipping date (and each revised estimated shipping date) identified in No. 8, above, identify the *percentage of units* of each product identified in No. 2, above, that were actually shipped within the *estimated shipping date*.   For purposes of this interrogatory, *percentage of units* is defined as the number of units shipped within the applicable estimated shipping date divided by the number of orders pending for the same type of unit times 100%.  Further, *estimated shipping date* is defined as either (a) the estimated shipping date if a fixed date was provided (*e.g.*, "within 2 months"); or (b) the earliest estimated shipping date if a range of dates was provided (*e.g.*, "within 2 months or later" or "within 2 to 6 months").

**ANSWER:**

Defendant objects to this request on the grounds that it is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. BF Labs has no historical record that determines any particular percentage of units shipped within any particular estimated shipping date. Plaintiffs' counsel has stated to Defendant's counsel that Plaintiffs' counsel will perform calculations to answer interrogatory request No. 9 assuming that

interrogatory request No. 8 had been revised. Further answering, BF Labs is providing the first

shippable unit date and sales end date for each product listed in No. 2 above:

| Generation | Product | First Shippable Unit Date | Sales End Date |
|---|---|---|---|
| FPGA | Single | 2/21/2012 | 11/2012 |
| | MiniRig | 6/18/2012 | 11/2012 |
| | | | |
| ASIC 65 NM | 4.5 GH "Jalapeno" | 4/22/2013 | 04/04/2013 |
| | 10 GH | 1/2/2014 | Currently posted on website |
| | 30 GH | 7/19/2013 | 04/04/2013 |
| | 60 GH | 6/21/2013 | 04/04/2013 |
| | 5 GH "Jalapeno" | 10/19/2013 | 02/08/2014 |
| | 25 GH | 11/7/2013 | No later than May 27,2014 |
| | 50 GH | 11/2/2013 | No later than May 27,2014 |
| | 1,500 GH* | 8/1/2013 | 04/04/2013 |
| | 500 GH | 06/2013 | 12/11/2013 |
| | 230 GH | 12/2013 | 06/01/2014 |
| | Nimbus Mining | 1/27/2014 | 07/18/2014 |
| | | | |
| ASIC 28 NM | Mining By The Gigahash / CloudMinin | 6/23/14 | 07/18/2014 |
| | 600 GH | 8/20/2014 | 07/18/2014 |
| | 300 GH | None - Upgraded to 600 GH | 07/18/2014 |
| | 700 GH | 8/20/2014 | 07/18/2014 |
| | 1 TH | None - Withdrawn | 07/18/2014 |

*This was never shipped as a single 1,500 GH unit. Orders for this product were fulfilled with 3 - 500 GH machines.

12.     For all policies or contracts of insurance which you were or may be insured in any

manner, for the damages, claims, or actions that have arisen out of the occurrence(s) mentioned

in Plaintiffs' Complaint, state the type of coverage, the name and address of the company or

companies issuing such insurance, the policy number, the limits of coverage for each type of

coverage contained in the policy, and whether any reservation of rights or controversy or

coverage dispute exists between you and the insurance company.

**ANSWER:**

This information has previously been provided to Plaintiffs. *See* BFLABS-KA 00000001-

31. Coverage has been denied in *FTC v. BF Labs Inc., et al.*, No. 14-815-BCW (W.D. Mo.). The

letter denying coverage will be produced. *See* BFLABS-KA 00002724 to 2726.

13.     Identify all owners of Defendant by name, address, and percentage of ownership.

**ANSWER:**

Sonny Vleisides, 12406 Overbrook, Leawood, KS 66209 (44%); Nasser Ghoseiri, c/o Law Offices of Behrouz Shafie Associates, 1575 Westwood Blvd., Ste 200, Los Angeles, CA 90024 (40%); A.D. Douma, 3024BN Rotterdam, Netherlands (1%); Alexa Fuller, 12336 S Alcan St., Olathe, KS 66062-5950 (2.5%); Chris Vleisides, 9817 Walnut, Kansas City, MO 64114 (2.5%); Jeffrey S. Ownby, 130 N Park Rd., La Grange, IL 60525 (10%).


14.     Identify all bitcoin mining accounts or operations operated, owned, utilized, or otherwise controlled by Defendant or Defendant's agents or employees by stating the name and number of the account or location of the operation, the specific date(s) bitcoins were mined under that account or at that location, and the product name, version, and serial number of the each piece of mining equipment used to mine bitcoins for each account or operation.

**ANSWER:**

BF Labs objects to this Interrogatory to the extent it seeks information relating to any bitcoin mining accounts owned by BF Labs' agents or employees that are not operated, owned, utilized, or otherwise controlled by BF Labs. BF Labs will not answer this interrogatory to the extent it seeks such information. Subject to the foregoing objection, Eclipse Mining Consortium ("EMC") became part of BF Labs on October 26, 2012. This mining consortium is operated on multiple servers in multiple locations. Josh Zerlan, Vice President of Product Development at BF Labs, believes that four companies host EMC equipment. The contact information for those hosting companies are:

Liquid Web Inc.
4210 S. Creyts Rd
Lansing, MI 48917-9526, US

Hivelocity Hosting
8010 Woodland Center Blvd suite 700
Tampa, FL. 33614

Hetzner Online AG
Industriestr. 25
91710 Gunzenhausen
Germany

Staminus Communications
4695 MacArthur Court
11th Floor
Newport Beach, CA 92660

BF Labs is unaware where those companies' equipment is specifically located.

EMC provides pool mining services for thousands of pool members, who own their own equipment and the bitcoins mined; BF Labs objects to providing records on the mining results of machines not owned by the company, and does not maintain records of the serial number or type of customer equipment connected to the pool.

BF Labs set up a mining operation at its headquarters in February 2014 to fund the bitcoin prize pool for an internet game show named "The Bitcoin Game Show." Initially, no more than 2 TH of 65 NM mining equipment was used; these were units left over after BF Labs' 65 NM pre-order queue was fulfilled. BF Labs ended mining with no more than 3.5 TH of 65 NM equipment.  During the entire operation of this pool, approximately 14 bitcoins were mined.

In January 2014, BF Labs entered into a cloud-based mining partnership with a data center hosting company through which it offered a product sold under the name Nimbus Mining. The hosting company provides administrative software that monitors bitcoins mined to each customer's account; BF Labs does not receive copies of these records. To support the Nimbus

Mining offering (sold between January and June 2014), later a free service referred to as Temporary CloudMining (provided between June and December 2014), and eventually permanent (paid) CloudMining (from December 2014 to present), BF Labs initially provided 594 units of excess 230 GH machines to the partnership. These machines were decommissioned in August and September 2014. Starting in July 2014, BF Labs began deploying substandard, non-shippable 28 NM Monarchs to the same hosting company to be used to replace the 65 NM equipment. Between July and August 2014 approximately 611 TH of Monarch equipment was delivered. For Nimbus Mining and Cloud Mining, approximately 700 bitcoins were mined and should ultimately be received by BF Labs. *See* Exhibit I for breakdown by month of how much was mined into BF Labs' active wallet. These bitcoins came from burn-in testing, RMA testing, and broken-wing units. Other than mining through Nimbus Mining and cloud mining, BF Labs has only mined from its headquarters in Overland Park, Kansas. BF Labs is currently unaware of where Nimbus or cloud mining have mined bitcoin from. In conversations regarding purported discovery disputes, Plaintiffs' counsel has asked about Joe's Data Center. Josh Zerlan, Vice President of Product Development of BF Labs, stated that mining was done at Joe's Data Center but it was not mining done on behalf of BF Labs but rather customer owned devices that were used to mine for themselves. During the FPGA and 65 NM generations, BF Labs provided a link to third party hosting on its site and if the customer opted for that service then BF Labs would turn the hardware over to the data center. BF Labs merely rented servers for EMC and its website at Joe's Data Center.

18.     Identify and itemize all consideration (cash, bitcoins, *etc*.) received by Defendant from customers who pre-ordered a product or service from Defendant.

**ANSWER:**

For FPGA generation sales, *see* exhibit A. For the 28 and 65 NM generations, *see* exhibit B. BF Labs has identified a spreadsheet that contains 81 different customers whose order status was excluded from Exhibit B for various reasons.  *See* Exhibit G. In almost all cases, customers who paid in bitcoin went through BitPay, which converted 100% of the bitcoins to dollars. BF Labs then decided how much they were to receive in bitcoin and in dollars. BF Labs then drew that over to its bank account or wallet. Therefore, any payments sent in bitcoin generally were not received fully in bitcoin after going through this exchange service. Further answering, BF Labs is unable to identify whether a payment was for preorder or for items that were purchased off the shelf. In a very few cases, customers sent bitcoins directly to BF Labs' wallet.  It is estimated this happened less than ten times.  In those cases, the transaction can be found in the active wallet transaction log with a keyword search of labels similar to "payment received" or "miner purchased."  This was typically done in cases where no other payment method was available to either the consumer or BF Labs.

19.    Identify all customers who requested a refund from Defendant, denoting which customers received refunds, the date of such refunds, and the type and amount of such refunds (cash, bitcoins, *etc.*).

**ANSWER:**

*See* Exhibit E which is comprehensive as of February 20, 2015. *See also* Exhibit J which is comprehensive as of March 31, 2015. Both Exhibit E and Exhibit J list the date of such refunds, the amount of refunds, and the type of refunds (see the section titled "Notes"). Both Exhibits E and J are maintained by BF Labs' accounting staff. Further answering, Exhibit K is

also attached that BF Labs' customer service group maintains, that also contains refund data that includes the date a valid refund request was received. Exhibit K, however, may not cover earlier historical data.

20.   Identify all IPs and account names that Defendant's employees or agents have utilized to post information on the internet relating or referring to bitcoin mining by the dates the posts were made, the contents, and the location of those posts.

**ANSWER**:

BF Labs objects to this interrogatory to the extent it seeks "the dates the posts were made, the contents, and the location of those posts" as this is unduly burdensome and overbroad. Subject to the foregoing objections, the following account names have been used to post information on BF Labs' forums: BFL AM Dave, BFL_Emily, BFL_Jody, BFL_Jonathon, BFL_Josh, BFL_Nasser, BFL Office, BFL_Sabina, and BFL_Updates.

23.   How many bitcoins has Defendant mined (either by itself or by someone else on Defendant's behalf) for Defendant's own benefit from the testing of mining equipment pre-ordered by customers before shipping such equipment to customers?

**ANSWER:**

BF Labs does not maintain historical records that would enable it to answer the specific question posed by this interrogatory.  BF Labs is otherwise unable to determine precisely the number of bitcoins mined through the testing of mining equipment.  BF Labs further states, in an effort to respond to interrogatory, that there are various activities that result in "by-product" mining, such as product research and development, quality assurance testing, returned item

testing and diagnosis, and substandard unit testing and repair/retest. The bitcoin resulting from this "by-product" mining has historically been directed to a single wallet address.  That wallet address is    18UxwNVLPo7vyRkCgs5wusUfhhbMYhApAu.  While  the  number  of  bitcoins generated by testing cannot be determined with precision, it is less than the 8124.58 total bitcoins mined and identified in the answer to Interrogatory No. 22 above (a figure which includes bitcoins that were mined as part of the Nimbus Mining partnership, as well as bitcoins that BF Labs has yet to receive from cloud mining). BF Labs believes that approximately 7240 bitcoins were mined by BF Labs through product research and development, quality assurance testing, returned item testing and diagnosis, substandard units, and repair/retesting.

Respectfully submitted,

/s/ Michael S. Foster
James M. Humphrey                          KS Fed. #70664
Michael S. Foster                               KS #24011
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendant BF Labs Inc.

STATE OF _Missouri_ )
                              )ss.
COUNTY OF _Platte_ )

Before me appeared David McClain, being duly sworn upon his or her oath, states that he or she is a representative of Defendant BF Labs Inc., that he or she duly authorized to answer the foregoing interrogatories on behalf of Defendant BF Labs Inc., and that the answers given are true and correct to the best of his or her information, knowledge, and belief.

_David J McClain_

Subscribed and sworn to before me this _1st_ day of April, 2015.

_____
Notary Public

My commission expires:

_9/14/15_

R. JUSTIN ROWDEN
Notary Public - Notary Seal
State of Missouri
Commissioned for Platte County
My Commission Expires: September 14, 2015
Commission Number: 11240575

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2015, a true and correct copy of the foregoing pleading was served via electronic mail on the following:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

Attorneys for Plaintiffs


      /s/ Michael S. Foster
Attorney for Defendant BF Labs Inc.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

KYLE ALEXANDER, et al.,          )
                               )
           Plaintiffs,           )
                               )
v.                                 )   **Case No. 14-CV-2159-KHV-JPO**
                               )
BF LABS INC.,                )
                               )
           Defendant.         )

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 1st day of April, 2015, Defendant BF Labs Inc.'s Second Supplemental Answers and Objections to Plaintiff's First Interrogatories were served on the following by electronic mail:

Noah K. Wood, Esq. (noah@woodlaw.com)
Ari N. Rodopoulos, Esq. (ari@woodlaw.com)
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

Attorneys for Plaintiff

Respectfully submitted,

POLSINELLI PC

By: /s/ Michael S. Foster
         JAMES M. HUMPHREY (KS Fed. #70664)
         MICHAEL S. FOSTER (KS #24011)
         900 W. 48th Place, Suite 900
         Kansas City, Missouri 64112-1895
         Telephone: (816) 753-1000
         Facsimile: (816) 753-1536
         jhumphrey@polsinelli.com
         mfoster@polsinelli.com

ATTORNEYS FOR DEFENDANT
BF LABS INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 1, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

ATTORNEYS FOR PLAINTIFF


/s/ Michael S. Foster
Attorney for Defendant