## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

KYLE ALEXANDER, and                       )
DYLAN SYMINGTON,                          )
on behalf of themselves and all those     )
similarly situated,                       )
                                          )
                          Plaintiffs,     )
                                          )     Case No. 14-CV-2159-KHV-JPO
v.                                        )
                                          )
BF LABS INC., a Wyoming corporation,      )
doing business as BUTTERFLY LABS,         )
                                          )
                          Defendant.      )

## PLAINTIFFS' UNOPPOSED MOTION
## FOR AN EXTENSION OF TIME TO FILE THEIR
## REPLY SUGGESTIONS IN SUPPORT OF THEIR MOTION TO COMPEL

**COMES NOW** Plaintiffs, by and through their attorneys of record, and hereby request an Order granting them an extension of time to file their Reply Suggestions in Support of their Motion to Compel pursuant to Local Rule 6.1 and Rule 6(b) of the Federal Rules of Civil Procedure. In support of their request, Plaintiffs state as follows:

1.     On March 20, 2015, Plaintiffs filed their Motion to Compel. Pursuant to the Local Rules, Defendant's response was due Friday April 3, 2015.

2.     On April 1, 2015, Defendant BF Labs, Inc. sought and obtained an extension of time to April 10, 2015 in which to respond to Plaintiffs' Motion to Compel.

3.     On April 9, 2015, Defendant BF Labs, Inc. again sought and obtained an extension of time to April 17, 2015 in which to respond to Plaintiffs' Motion to Compel.

4.     On April 17, 2015, Defendant BF Labs, Inc. filed its Suggestions in Opposition to Plaintiffs' Motion to Compel. Pursuant to Local Rules, Plaintiffs' reply is due on Friday, May 1, 2015.

Alexander, et al. v. BF Labs Inc.                                                    1
*Plaintiffs' Motion for Extension of Time to File Reply Suggestions in
Support of Their Motion to Compel*

5.      Plaintiffs' counsel has contacted Defendant's counsel and Defendant's counsel does not oppose this motion. Defendant's counsel has agreed to an extension of seven (7) days or until May 8, 2015.

6.      This is Plaintiffs' first request for an extension of time to extend the time in which to file their reply in support of their Motion to Compel.

7.      This motion is not intended to cause any delay, will not result in any prejudice to Defendants, and the extension will not interfere in any of the Court's discovery deadlines.

**WHEREFORE**, Plaintiffs respectfully request an Order from the Court to extend the deadline for Plaintiff to file their reply suggestions in support of their Motion to Compel to and including May 8, 2015.

Date: <u>April 30, 2015</u>

WOOD LAW FIRM, LLC

By    <u>  /s/ Ari N. Rodopoulos  </u>
      Noah K. Wood                     Bar #23238
      noah@woodlaw.com
      Aristotle N. Rodopoulos      Bar #26585
      ari@woodlaw.com
      1100 Main Street, Suite 1800
      Kansas City, MO 64105-5171
      T: (816) 256-3582
      F: (816) 337-4243
      Attorneys for Plaintiff

<u>Alexander, et al. v. BF Labs Inc.</u>                                                    2
*Plaintiffs' Motion for Extension of Time to File Reply Suggestions in*
*Support of Their Motion to Compel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.


By  /s/  Ari N. Rodopoulos
   *Attorneys for Kyle Alexander and Dylan
   Symington*


Alexander, et al. v. BF Labs Inc.                                                      3
*Plaintiffs' Motion for Extension of Time to File Reply Suggestions in
Support of Their Motion to Compel*