# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, and<br>DYLAN SYMINGTON,<br>on behalf of themselves and all those similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>BF LABS INC., a Wyoming corporation, doing business as BUTTERFLY LABS,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 14-CV-2159-KHV-JPO<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' SECOND MOTION TO COMPEL

**COME NOW** Plaintiffs Kyle Alexander and Dylan Symington, by and through their attorneys of record, and respectfully request this Court compel Defendant BF Labs Inc. ("BFL") to produce the documents requested in Plaintiffs' Second Request for Production of Documents, Request No. 1. Plaintiffs' Memorandum in Support and Index of Exhibits are filed herewith, which include an affidavit certifying compliance with Fed. R. Civ. P. 37(a)(1) and D. Kan. Rule 37.2.

Date: 5/6/2015        WOOD LAW FIRM, LLC

                 By  /s/  Ari N. Rodopoulos
                 Noah K. Wood KS #23238
                 noah@woodlaw.com
                 Ari N. Rodopoulos KS # 26585
                 ari@woodlaw.com
                 1100 Main Street, Suite 1800
                 Kansas City, MO 64105-5171
                 T: (816) 256-3582
                 F: (816) 337-4243

                 *Attorneys for Kyle Alexander and Dylan Symington*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

By  /s/  Ari N. Rodopoulos
*Attorneys for Kyle Alexander and Dylan Symington*