# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, and <br> DYLAN SYMINGTON, <br> on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BF LABS INC., a Wyoming corporation, <br> doing business as BUTTERFLY LABS, <br><br> Defendant. | Case No. 14-CV-2159-KHV-JPO |

## AFFIDAVIT

I, Ari Rodopoulos, being duly sworn, do hereby testify as follows:

1. I am over the age of eighteen years. The facts set forth in this affidavit are based on my personal knowledge. If called as a witness, I could and would competently testify to all of these facts.

2. I am counsel for Plaintiffs in this action.

3. This affidavit is being offered pursuant to Federal Rules of Civil Procedure 37(a)(1) and Local Rule 37.2 and in support of Plaintiffs' Second Motion to Compel.

4. I have communicated in writing and over the phone with defense counsel Michael Foster and Mark Olthoff in a sincere attempt to resolve the differences relating to Plaintiffs' Second Motion to Compel, but without reaching an agreement.

5. The written communications are attached to this affidavit collectively as **Exhibit A** and are also attached as individual exhibits to Plaintiffs' Memorandum in Support of Motion to Compel.

6. On May 4, 2015, Plaintiffs' counsel had a phone discussion with BFL's



counsel about Request No. 1, and BFL advised it would not produce the documents filed under seal in the FTC action without a court order. The parties agreed the dispute over Request No. 1 could not be resolved without court involvement.

AFFIANT FUTHER SAYETH NOT.

_____
Ari Rodopoulos

Sworn and subscribed before me this 6th day of May, 2015.

_____
Notary Public

My commission expires:

TAMMY REED
Notary Public, State of Missouri
Platte County
Commission # 13461186
My Commission Expires June 04, 2017

Alexander, et al. v. BF Labs Inc.
*Affidavit in Support of Plaintiffs' Second Motion to Compel*

2