IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 14-CV-2159-KHV-JPO |
| | ) |
| **BF LABS INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT BF LABS INC.'S RESPONSES TO PLAINTIFFS'
SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS
AND ELECTRONICALLY STORED INFORMATION**

Defendant BF Labs Inc., by and through its counsel of record, submits the following responses and objections to Plaintiffs' Second Requests for Production of Documents and Electronically Stored Information ("Requests") pursuant to Rule 34 of the Federal Rules of Civil Procedure.

**RESPONSE TO PRODUCTION REQUESTS**

1. Any and all documentation given to, provided to, or filed with the Federal Trade Commission, Eric Johnson (the temporary receiver), and/or the United States District Court for the Western District of Missouri, including business plans and status reports, in *Federal Trade Commission v. BF Labs, Inc., et al.*, Case Number 4:14-CV-815-BCW.

**ANSWER:**

BF Labs objects to this Request as it seeks "[a]ny and all documentation," which is overly broad, unduly burdensome, and Plaintiffs have not reasonably tailored this request to matters that may be within the scope of discovery permitted under Fed. R. Civ. 26 for this case. BF Labs also objects to this request to the extent that it seeks documents protected from discovery and are sealed pursuant to Court order in case number 4:14-CV-815-BCW. Plaintiffs

EXHIBIT 2

have propounded 20 requests in their first set of requests for production and to the extent the same or similar documents requested were provided to the persons identified in this request, Defendants have or will produce them to Plaintiffs.

2. Any and all documentation given to, provided to, or filed with the Johnson County, Kansas District Attorney's office in response to or related to any investigation of BF Labs, Inc.'s business practices or the conduct of its owners, officers, agents, or employees within five (5) years of the date of this document.

**ANSWER:**

BF Labs states that the documents it has produced or will produce include the documents given to, provided to, or filed with the Johnson County Kansas District Attorney.

3. Any and all documentation given to, provided to, or filed with the Kansas Attorney General's office in response to or related to any investigation of BF Labs, Inc.'s business practices or the conduct of its owners, officers, agents, or employees within five (5) years of the date of this document.

**ANSWER:**

No responsive documents exist.

4. Any and all documentation given to, provided to, or filed with the Federal Bureau of Investigation or Department of Justice's office in response to or related to any investigation of BF Labs, Inc.'s business practices or the conduct of its owners, officers, agents, or employees within four (5) years of the date of this document.

**ANSWER:**

BF Labs objects to this Request as it seeks "[a]ny and all documentation," which is overly broad, unduly burdensome, and Plaintiffs have not reasonably tailored this request to matters that may be within the scope of discovery permitted under Fed. R. Civ. 26 in this case. BF Labs also objects to this request as these documents are not subject to civil discovery due to an on-going investigation. Plaintiffs have propounded 20 requests in their first set of requests for production and to the extent the same or similar documents requested were provided to the persons identified in this request, Defendants have or will produce them to Plaintiffs.

Respectfully submitted,

/s/ Michael S. Foster
| | |
|---|---|
| Mark A. Olthoff | KS Fed. #70339 |
| Michael S. Foster | KS #24011 |

Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
molthoff@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendant BF Labs Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on April 6, 2015, a true and correct copy of the foregoing pleading was served via electronic mail on the following:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

Attorneys for Plaintiffs

      /s/ Michael S. Foster
      Attorney for Defendant BF Labs Inc.