IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, and <br> DYLAN SYMINGTON, <br> on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BF LABS INC., a Wyoming corporation, doing business as BUTTERFLY LABS, <br><br> Defendant. | Case No. 14-CV-2159-KHV-JPO |

**PLAINTIFFS' UNOPPOSED MOTION
TO AMEND SCHEDULING ORDER**

**COMES NOW** Plaintiffs, by and through their attorneys of record, and hereby request an Order amending the scheduling order pursuant to Local Rule 6.1 and Rule 6(b) of the Federal Rules of Civil Procedure. In support of their request, Plaintiffs state as follows:

1. Between February 23, 2015 and March 20, 2015, Defendant BF Labs, Inc. ("BFL") produced thousands of pages of Excel documents.

2. Between March 30, 2015 and April 1, 2015, BFL produced nearly 3,000 pages of emails and other documents.

3. On April 6, 2015, BFL produced over 21,000 pages of documents.

4. On April 13, 2015, BFL produced a hard drive containing hundreds of thousands of electronic documents and files.

5. On April 28, 2015, BFL produced another 3,766 pages of documents and 49 Excel and .csv files containing thousands of lines of data.

6. On May 1, 2015, Defendant BF Labs, Inc. produced several thousand

additional electronic files.

7. BFL is expected to produce additional documents and/or supplemental documents over the next few weeks.

8. Plaintiffs have filed a Motion to Compel (Doc. #72) and a Second Motion to Compel (Doc. # 86), which are still pending.

9. Because of the volume and timing of documents produced by BFL, Plaintiffs request that an amended scheduling order be entered in order to allow Plaintiffs sufficient time to review the discovery materials produced thus far and to review the discovery materials that may be produced over the next few weeks.

10. Plaintiffs propose the scheduling order be amended as set forth in the attached **Exhibit A**.

11. Plaintiffs' counsel has contacted Defendant's counsel and Defendant's counsel has no objection to the proposed amendments to the scheduling order.

12. The scheduling order was previously amended in December of 2014 because this action was stayed by a related FTC action against BFL.

13. This is Plaintiffs first request for an amendment of the scheduling order.

14. This motion is not intended to cause any unnecessary delay and does not request a new trial date.

**WHEREFORE**, Plaintiffs respectfully request this Court to enter an amended scheduling order in accordance with the proposed deadlines contained in Exhibit A.

Date: <u>May 6, 2015</u>

                                  WOOD LAW FIRM, LLC

                        By   */s/ Ari N. Rodopoulos*
                             Noah K. Wood         Bar #23238
                             noah@woodlaw.com
                             Ari N. Rodopoulos     Bar #26585
                             ari@woodlaw.com
                             1100 Main Street, Suite 1800
                             Kansas City, MO 64105-5171
                             T: (816) 256-3582
                             F: (816) 337-4243
                             Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

       I hereby certify that on this 6th day of May, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

                        By   */s/ Ari N. Rodopoulos*
                             *Attorneys for Kyle Alexander and Dylan Symington*