| SUMMARY OF DEADLINES AND SETTINGS | | |
|---|---|---|
| Event | Deadline/Setting | Proposed Deadline/Setting |
| Supplementation of initial disclosures | 40 days before the deadline for completion of discovery | 40 days before the deadline for completion of discovery |
| Discovery completed | August 3, 2015 | November 2, 2015 |
| Experts disclosed by plaintiff | May 15, 2015 | August 13, 2015 |
| Experts disclosed by defendant | July 2, 2015 | September 30, 2015 |
| Rebuttal experts disclosed | July 16, 2015 | October 14, 2015 |
| Motions to amend | May 22, 2015 | August 20, 2015 |
| Motion for class certification | August 17, 2015 | November 16, 2015 |
| All other potentially dispositive motions (e.g., summary judgment) and any motions challenging admissibility of expert testimony | October 1, 2015 | December 30, 2015 |
| Comparative fault identification | May 8, 2015 | August 6, 2015 |
| Proposed pretrial order due | August 10, 2015 | November 9, 2015 |
| Pretrial conference | August 20, 2015 at 9:00 a.m. | November 18, 2015 |
| Trial | May 2, 2016 at 9:30 a.m. | May 2, 2016 at 9:30 a.m. |



EXHIBIT A