UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KYLE ALEXANDER, et al.,

        Plaintiffs,

                              Case No.: 14-2159-KHV

v.

BF LABS INC.,

        Defendant.

## SECOND AMENDED SCHEDULING ORDER

Plaintiffs have filed an unopposed motion to amend the scheduling order (ECF doc. 88).  For good cause shown, the court has approved and the parties have agreed to the following amendments to the scheduling order.  However, the court has reset the trial date, which has been approved by the presiding U.S. District Judge, Kathryn H. Vratil.  Accordingly, the scheduling order is amended as follows:

1. All discovery shall now be completed by **November 2, 2015.**

2. Plaintiffs' experts shall now be disclosed by **August 13, 2015.**

3. Defendant's experts shall now be disclosed by **September 30, 2015**.

4. Rebuttal experts shall now be disclosed by **October 14, 2015.**

5. Motions to amend shall now be filed by **August 20, 2015**.

6. Motions for class certification shall now be filed by **November 16, 2015.**

O:\SchedulingOrders\14-2159-KHV-88-ASO.docx

7. Comparative fault identification shall be completed by **August 6, 2015.**

7. Proposed pretrial order shall now be due by **November 9, 2015**.

8. Final pretrial conference is now scheduled for **November 18, 2015, at 9:00 a.m.**

9. Dispositive motion deadline shall now be **December 30, 2015.**

10. The trial is now scheduled for **August 8, 2016, at 9:30 a.m.**

All other provisions of the original and first amended scheduling orders shall remain in effect. The schedule adopted in this second amended scheduling order will not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated May 7, 2015, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge
