IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, and ) <br> DYLAN SYMINGTON, ) <br> on behalf of themselves and all those ) <br> similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BF LABS INC., a Wyoming corporation, ) <br> doing business as BUTTERFLY LABS, ) <br> ) <br> Defendant. ) | Case No. 14-CV-2159-KHV-JPO |

**PLAINTIFFS' UNOPPOSED MOTION
FOR EXTENSION OF TIME**

**COMES NOW** Plaintiffs, by and through their attorneys of record, and hereby request an Order granting them an extension of time to file their Reply Suggestions in Support of their Motion to Compel pursuant to Local Rule 6.1 and Rule 6(b) of the Federal Rules of Civil Procedure. In support of their request, Plaintiffs state as follows:

1. On March 20, 2015, Plaintiffs filed their Motion to Compel.

2. On April 17, 2015, Defendant BF Labs, Inc. filed its Suggestions in Opposition to Plaintiffs' Motion to Compel.

3. On April 30, 2015, Plaintiffs sought an extension of seven (7) days, or until May 8, 2015 to file their Reply Suggestions, which was granted by the Court.

4. Plaintiffs now request an additional three (3) day extension, *i.e.*, until May 11, 2015.

5. Plaintiffs' counsel has contacted Defendant's counsel and Defendant's counsel does not oppose this motion.

6. This motion is not intended to cause any delay, will not result in any

prejudice to Defendants, and the extension will not interfere in any of the Court's discovery deadlines.

**WHEREFORE**, Plaintiffs respectfully request this Court to enter an order extending Plaintiffs' deadline to file Reply Suggestions in support of their Motion to Compel to May 11, 2015.

Date: May 8, 2015

>WOOD LAW FIRM, LLC
>
>By   /s/ Ari N. Rodopoulos
>Noah K. Wood                        Bar #23238
>noah@woodlaw.com
>Ari N. Rodopoulos                   Bar #26585
>ari@woodlaw.com
>1100 Main Street, Suite 1800
>Kansas City, MO 64105-5171
>T: (816) 256-3582
>F: (816) 337-4243
>Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

>By   /s/  Ari N. Rodopoulos
>*Attorneys for Kyle Alexander and Dylan Symington*