IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, and <br> DYLAN SYMINGTON, <br> on behalf of themselves and all those similarly situated, <br> <br> Plaintiffs, <br> <br> v. <br> <br> BF LABS INC., a Wyoming corporation, <br> doing business as BUTTERFLY LABS, <br> <br> Defendant. | Case No. 14-CV-2159-KHV-JPO |

**PLAINTIFFS' UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO FILE REPLY SUGGESTIONS
IN SUPPORT OF SECOND MOTION TO COMPEL**

**COMES NOW** Plaintiffs, by and through their attorneys of record, and hereby request an Order granting them an extension of time to file Reply Suggestions in Support of their Second Motion to Compel pursuant to Local Rule 6.1 and Rule 6(b) of the Federal Rules of Civil Procedure. In support of their request, Plaintiffs state as follows:

1. On May 6, 2015, Plaintiffs filed their Second Motion to Compel.

2. On May 20, 2015, Defendant filed Suggestions in Opposition. Pursuant to Local Rules, Plaintiffs' reply is due on Monday, June 8, 2015.

3. Plaintiffs respectfully request a one-day extension to June 9, 2015 to file a reply.

4. Plaintiffs' counsel has contacted Defendant's counsel and Defendant does not oppose this motion.

5. This is Plaintiffs' first request for additional time to file a reply in support

Alexander, et al. v. BF Labs Inc.
*Plaintiffs' Unopposed Motion for Extension of Time to File Reply Suggestions in Support of Second Motion to Compel*

1

of Plaintiffs' Second Motion to Compel.

6. This motion is not intended to cause any delay, will not result in any prejudice to Defendants, and the extension will not interfere in any of the Court's discovery deadlines.

**WHEREFORE**, Plaintiffs respectfully request an Order from the Court extending Plaintiffs' deadline to file a reply to June 9, 2015.

Date: June 8, 2015

        WOOD LAW FIRM, LLC

By   /s/ *Ari N. Rodopoulos*

| | |
|---|---|
| Noah K. Wood | Bar #23238 |
| noah@woodlaw.com | |
| Ari N. Rodopoulos | Bar #26585 |
| ari@woodlaw.com | |

1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

By   /s/  *Ari N. Rodopoulos*
    *Attorneys for Kyle Alexander and Dylan Symington*

Alexander, et al. v. BF Labs Inc.
*Plaintiffs' Unopposed Motion for Extension of Time to File Reply Suggestions in Support of Second Motion to Compel*

2