# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, and <br> DYLAN SYMINGTON, <br> on behalf of themselves and all those similarly situated, <br>   <br>                         Plaintiffs, <br>   <br> v. <br>   <br> BF LABS INC., a Wyoming corporation, doing business as BUTTERFLY LABS, <br>   <br>                         Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 14-CV-2159-KHV-JPO <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify on this 8th day of June, 2015, a true and accurate copy of the foregoing were sent via email to: Mark A. Olthoff (molthoff@polsinelli.com) and Michael S. Foster (mfoster@polsinelli.com):

1. DYLAN SYMINGTON'S OBJECTIONS AND ANSWERS TO defendant's first interrogatories;

2. DYLAN SYMINGTON'S OBJECTIONS AND RESPONSES TO defendant's first request for production;

3. KYLE ALEXANDER'S OBJECTIONS AND ANSWERS TO defendant's first interrogatories; and

4. KYLE ALEXANDER'S OBJECTIONS AND RESPONSES TO defendant's first request for production.

Date: June 8, 2015

                                     WOOD LAW FIRM, LLC

                        By   /s/ *Ari N. Rodopoulos*
                            Noah K. Wood          Bar #23238
                            noah@woodlaw.com
                            Ari N. Rodopoulos     Bar #26585
                            ari@woodlaw.com
                            1100 Main Street, Suite 1800
                            Kansas City, MO 64105-5171
                            T: (816) 256-3582
                            F: (816) 337-4243
                            Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of June, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

                        By   /s/  *Ari N. Rodopoulos*
                            *Attorneys for Kyle Alexander and Dylan Symington*