**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
|        **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 14-CV-2159-KHV-JPO |
| | ) |
| **BF LABS INC.,** | ) |
| | ) |
|        **Defendant.** | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of June, 2015, Defendant BF Labs Inc. has served discovery responses and documents to comply with the Court's May 18, 2015 Order to:

Noah K. Wood, Esq. (noah@woodlaw.com)
Ari N. Rodopoulos, Esq. (ari@woodlaw.com)
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

Attorneys for Plaintiff

                Respectfully submitted,

                /s/ Michael S. Foster
                Mark A. Olthoff               KS Fed. #70339
                Michael S. Foster              KS #24011
                Polsinelli PC
                900 W. 48th Place, Suite 900
                Kansas City, Missouri 64112-1895
                Telephone: (816) 753-1000
                Facsimile: (816) 753-1536
                molthoff@polsinelli.com
                mfoster@polsinelli.com

                Attorneys for Defendant BF Labs Inc.

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

Attorneys for Plaintiff

                          /s/ Michael S. Foster
                          Attorney for Defendant