## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, and DYLAN SYMINGTON, on behalf of themselves and all those similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>BF LABS INC., a Wyoming corporation, doing business as BUTTERFLY LABS,<br><br>                Defendant. | Case No. 14-CV-2159-KHV-JPO |

### CERTIFICATE OF SERVICE

I hereby certify on this 30th day of June, 2015, a true and accurate copy of the foregoing were sent via email to: Mark A. Olthoff (molthoff@polsinelli.com) and Michael S. Foster (mfoster@polsinelli.com):

1. DYLAN SYMINGTON'S SUPPLEMENTAL OBJECTIONS AND ANSWERS TO defendant's first interrogatories;

2. DYLAN SYMINGTON'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO defendant's first request for production;

3. KYLE ALEXANDER'S SUPPLEMENTAL OBJECTIONS AND ANSWERS TO defendant's first interrogatories; and

4. KYLE ALEXANDER'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO defendant's first request for production.

Date: <u>June 30, 2015</u>

                        WOOD LAW FIRM, LLC

By   /s/ *Ari N. Rodopoulos*
     Noah K. Wood        Bar #23238
     noah@woodlaw.com
     Ari N. Rodopoulos      Bar #26585
     ari@woodlaw.com
     1100 Main Street, Suite 1800
     Kansas City, MO 64105-5171
     T: (816) 256-3582
     F: (816) 337-4243
     Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of June, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

By   /s/  *Ari N. Rodopoulos*
     *Attorneys for Kyle Alexander and Dylan Symington*