# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 14-CV-2159-KHV-JPO |
| | ) |
| **BF LABS INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT BF LABS INC.'S MOTION TO COMPEL

Defendant BF Labs Inc., by and through its attorneys of record, respectfully requests this Court compel Plaintiffs Kyle Alexander and Dylan Symington ("Plaintiffs") to provide complete responses to BF Labs' First Interrogatories and First Request for Production of Documents. BF Labs' Memorandum in Support and Exhibits are filed herewith, which include an affidavit certifying compliance with Fed. R. Civ. P. 37(a)(1) and D. Kan. Rule 37.2.

Dated: July 8, 2015

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF  KS Fed. #70339
MICHAEL S. FOSTER  KS #24011
POLSINELLI PC
900 W. 48th Place
Suite 900
Kansas City, Missouri  64112-1895
(816) 753-1000
(816) 753-1536 (FAX)
molthoff@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendant BF Labs Inc.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 8th day of July, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                         /s/ Mark A. Olthoff
                                         Attorney for Defendant BF Labs Inc.