# EXHIBIT G

**From:** Ari Rodopoulos [mailto:ari@woodlaw.com]
**Sent:** Monday, July 06, 2015 11:11 AM
**To:** Michael Foster
**Cc:** Mark Olthoff; Tammy Reed
**Subject:** Re: Alexander/Symington supplemental discovery responses

Michael:

Regarding IROGs 25-27 and RFPDs 42-46, as we discussed on the phone in mid-June, Plaintiffs have provided the universe of facts and documents that Plaintiffs are presently aware of and might cite in support of class certification.  I do not yet know the claims upon which certification will be sought or the class definitions and, as such, I do not yet know the particular facts and documents (within the universe of facts and documents provided) that I will cite to in my motion for class certification, which is not due for several months.  If it wasn't clear in the supplemental answer, Plaintiffs will respond in full without objection once discovery is complete and/or once Plaintiffs' counsel's legal analysis regarding class certification has been completed.  Other than my transitory mental impressions re class certification, which is work product, I guess I'm not sure exactly what you would be asking the court to compel.

> On Jul 2, 2015, at 11:51 AM, Michael Foster <MFoster@Polsinelli.com> wrote:
>
>     Ari:  Thank you for sending us the supplemental discovery responses.  After having looked them over, it appears plaintiffs are continuing to object to any discovery as to the class allegations in the complaint.  As a result, unless we hear from you by close of business on Monday July 6, 2015 that plaintiffs will respond in full without objection to interrogatories 25-27 and requests 42-46, we intend to file a motion to compel asking the court for assistance.
>
>     If you have any questions, please let me know.
>
> Michael
>
>
> **From:** Ari Rodopoulos [mailto:ari@woodlaw.com]
> **Sent:** Tuesday, June 30, 2015 4:13 PM
> **To:** Michael Foster; Mark Olthoff
> **Cc:** Tammy Reed
> **Subject:** Alexander/Symington supplemental discovery responses
>
> Michael/Mark:

Attached are Plaintiffs' supplemental discovery responses. We've tried our best to provide supplemental responses consistent with the negotiation and issues we discussed on the phone on June 17. Please let me know if you have any follow up questions or if there are any issues we still need to work out.

I do not have the verification pages yet, but we should have those in a few days and I'll send them over.

Thank you,

Ari N. Rodopoulos
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO  64105-5171
Tel: (816) 256-3582
Fax: (816) 337-4243
ari@woodlaw.com

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.