# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| KYLE ALEXANDER, and <br> DYLAN SYMINGTON, <br> on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BF LABS INC., a Wyoming corporation, <br> doing business as BUTTERFLY LABS, <br><br> Defendant. | Case No. 14-CV-2159-KHV-JPO |

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2015, Plaintiffs' Third Request for Production of Documents to Defendant were served in PDF and Word formats, along with a copy of this Certificate of Service by electronic mail to: Mark Olthoff (molthoff@polsinelli.com) and Michael Foster (mfoster@polsinelli.com), 900 W 48th Place, Suite 900, Kansas City, MO 64112, Attorneys for Defendant.

Respectfully submitted,

WOOD LAW FIRM, LLC

By /s/ Ari Rodopoulos
Noah K. Wood                KS #23238
noah@woodlaw.com
Ari N. Rodopoulos           KS #26585
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 9th day of July, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.


              By  /s/  Ari N. Rodopoulos
                *Attorneys for Kyle Alexander and Dylan Symington*