## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

KYLE ALEXANDER, and )
DYLAN SYMINGTON, )
on behalf of themselves and all those )
similarly situated, )
 )
     Plaintiffs, )
 ) Case No. 14-CV-2159-KHV-JPO
v. )
 )
BF LABS INC., a Wyoming corporation, )
doing business as BUTTERFLY LABS, )
 )
     Defendant. )

## NOTICE TO TAKE VIDEOTAPED DEPOSITION OF BF LABS INC.'S DESIGNATED REPRESENTATIVE(S)

**PLEASE TAKE NOTICE**, that counsel for Plaintiffs will take the deposition upon oral examination pursuant to Rule 30(b)(6) as follows:

| | |
|---|---|
| **DEPONENT:** | Designated representative(s) of BF LABS INC. ("BFL") |
| **MATTERS:** | All topics listed in Exhibit A attached hereto. |
| **DATE AND TIME:** | August 4, 2015 beginning at 9:00 a.m. and to continue from day to day until completed. |
| **LOCATION OF DEPOSITION:** | Polsinelli P.C. 900 W. 48th Place, Suite 900 Kansas City, Missouri 64112 (816) 753-1000 |
| **COURT REPORTER:** | Cross Reporting 110 South Main Street Independence, MO 64050 (816) 252-8883 |
| **VIDEOGRPAHER:** | TBC Video P O Box 20 Greenwood, MO 64034 (816) 221-3376 |

Pursuant to Rule 30(b)(6), BFL has a duty to designate "one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf . . . and it may set out the matters on which each person designated will testify." *See* Fed. R. Civ. P. 30(b)(6).  Further, "[t]he persons designated must testify about information known or reasonably available to the organization." *Id.*

The Plaintiff will provide a court reporter and videographer.

This deposition is intended to be used for any lawful purpose, including use at trial.

Date: July 17, 2015

WOOD LAW FIRM, LLC

By  /s/ Ari N. Rodopoulos
    Noah K. Wood        Bar #23238
    noah@woodlaw.com
    Ari N. Rodopoulos    Bar #26585
    ari@woodlaw.com
    1100 Main Street, Suite 1800
    Kansas City, MO 64105-5171
    T: (816) 256-3582
    F: (816) 337-4243
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

By  /s/  Ari N. Rodopoulos
    *Attorneys for Kyle Alexander and Dylan Symington*