# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 14-CV-2159-KHV-JPO |
| | ) |
| **BF LABS INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT MOTION TO AMEND SCHEDULING ORDER
## OF DISCLOSURE OF PLAINTIFFS' EXPERTS

Plaintiffs Kyle Alexander and Dylan Symington ("Plaintiffs") and Defendant BF Labs, Inc. ("Defendant"), respectfully request that the Court extend the deadline for the disclosure of Plaintiffs' experts in the Second Amended Scheduling Order (Dkt. No. 89). In support of its motion, the parties state as follows:

1. In May 2015, the Court issued a Second Amended Scheduling Order (Dkt. No. 89) setting forth deadlines for discovery and dispositive motions and setting the trial date.

2. All parties now request that the Court extend the deadline for Plaintiffs to disclose their expert in the Second Amended Scheduling Order by approximately three weeks. No other discovery deadlines would be affected. The proposed new deadline date is as follows:

| Action | Scheduling Order Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Expert Disclosure | August 13, 2015 | September 4, 2015 |

3. The parties are seeking a brief extension in order to accommodate deposition schedules. The parties are not seeking an extension toward the deadline for dispositive motions and are not seeking to move the trial date. Thus, granting the requested extension would not

impact any other deadlines in the Second Amended Scheduling Order and would not delay the case.

WHEREFORE, Plaintiffs and Defendant jointly and respectfully request this Court amend the Second Amended Scheduling Order to extend Plaintiffs' expert disclosure by approximately three weeks as set forth *supra* in paragraph two.

Dated: July 20, 2015

        Respectfully submitted,

/s/ Ari N. Rodopoulos
NOAH K. WOOD      KS #23238
ARI N. RODOPOULOUS      KS #26585
WOOD LAW FIRM, LLC
1100 Main Street, Suite 1800
Kansas City, Missouri  64105-5171
(816) 256-3582
(816) 337-4243 (FAX)
noah@woodlaw.com
ari@woodlaw.com

Attorneys for Plaintiffs Kyle Alexander and Dylan Symington.

/s/ Mark A. Olthoff
MARK A. OLTHOFF      KS Fed. #70339
MICHAEL S. FOSTER      KS #24011
POLSINELLI PC
900 W. 48th Place
Suite 900
Kansas City, Missouri  64112-1895
(816) 753-1000
(816) 753-1536 (FAX)
molthoff@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendant BF Labs Inc.

2

**CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that on the 20th day of July, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

        /s/ Mark A. Olthoff
        Attorney for Defendant BF Labs Inc.

3