# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, and DYLAN SYMINGTON, on behalf of themselves and all those similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>BF LABS INC., a Wyoming corporation, doing business as BUTTERFLY LABS,<br><br>          Defendant. | Case No. 14-CV-2159-KHV-JPO |

## JOINT NOTICE

**COME NOW** the parties, and jointly state they have agreed on an appropriate fee award pursuant to this Court's July 21, 2015 Order, Doc. 111. The agreed-upon fee award was paid on July 27, 2015.

    Respectfully submitted,

/s/ Ari N. Rodopoulos
NOAH K. WOOD    KS #23238
ARI N. RODOPOULOS    KS #26585
WOOD LAW FIRM, LLC
1100 Main Street, Suite 1800
Kansas City, Missouri 64105-5171
(816) 256-3582
(816) 337-4243 (FAX)
noah@woodlaw.com
ari@woodlaw.com

Attorneys for Plaintiffs Kyle Alexander and Dylan Symington.

/s/ Mark A. Olthoff
MARK A. OLTHOFF          KS Fed. #70339
MICHAEL S. FOSTER        KS #24011
POLSINELLI PC
900 W. 48th Place
Suite 900
Kansas City, Missouri  64112-1895
(816) 753-1000
(816) 753-1536 (FAX)
molthoff@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendant BF Labs Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of July, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Ari N. Rodopoulos
Attorney for Plaintiffs

2