### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | |
|---|---|
| KYLE ALEXANDER, and <br> DYLAN SYMINGTON, <br> on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BF LABS INC., a Wyoming corporation, doing business as BUTTERFLY LABS, <br><br> Defendant. | Case No. 14-CV-2159-KHV-JPO |

## CERTIFICATE OF SERVICE

I hereby certify on the 28th day of July, 2015, Plaintiffs' Second Supplemental Responses to Defendant's First Request for Production of Documents and Plaintiffs' Second Supplemental Responses to Defendant's First Interrogatories, along with a copy of this Certificate of Service, were sent by electronic mail to: Mark Olthoff (molthoff@polsinelli.com) and Michael Foster (mfoster@polsinelli.com), 900 W 48th Place, Suite 900, Kansas City, MO 64112, Attorneys for Defendant.

Respectfully submitted,

WOOD LAW FIRM, LLC

By   /s/  Ari Rodopoulos
Noah K. Wood                    KS #23238
noah@woodlaw.com
Ari N. Rodopoulos               KS #26585
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of July, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

      By  /s/  *Ari N. Rodopoulos*
      *Attorneys for Kyle Alexander and Dylan Symington*