# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, and <br> DYLAN SYMINGTON, <br> on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BF LABS INC., a Wyoming corporation, <br> doing business as BUTTERFLY LABS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 14-CV-2159-KHV-JPO <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION OF BF LABS INC.'S DESIGNATED REPRESENTATIVE(S)

**PLEASE TAKE NOTICE**, that counsel for Plaintiffs will take the deposition upon oral examination pursuant to Rule 30(b)(6) as follows:

| | |
|---|---|
| **DEPONENT:** | Designated representative(s) of BF LABS INC. ("BFL") |
| **MATTERS:** | All topics listed in Exhibit A attached hereto. |
| **DATE AND TIME:** | August 25, 2015 beginning at 9:00 a.m. and to continue from day to day until completed. |
| **LOCATION OF DEPOSITION:** | Polsinelli P.C. <br> 900 W. 48th Place, Suite 900 <br> Kansas City, Missouri 64112 <br> (816) 753-1000 |
| **COURT REPORTER:** | Cross Reporting <br> 110 South Main Street <br> Independence, MO 64050 <br> (816) 252-8883 |
| **VIDEOGRPAHER:** | TBC Video <br> P O Box 20 <br> Greenwood, MO 64034 <br> (816) 221-3376 |

Pursuant to Rule 30(b)(6), BFL has a duty to designate "one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf . . . and it may set out the matters on which each person designated will testify." *See* Fed. R. Civ. P. 30(b)(6). Further, "[t]he persons designated must testify about information known or reasonably available to the organization." *Id*.

The Plaintiff will provide a court reporter and videographer.

This deposition is intended to be used for any lawful purpose, including use at trial.

Date: August 4, 2015

WOOD LAW FIRM, LLC

By  /s/ *Ari N. Rodopoulos*
Noah K. Wood                Bar #23238
noah@woodlaw.com
Ari N. Rodopoulos           Bar #26585
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

By  /s/  *Ari N. Rodopoulos*
*Attorneys for Kyle Alexander and Dylan Symington*