# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, and <br> DYLAN SYMINGTON, <br> on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BF LABS INC., a Wyoming corporation, <br> doing business as BUTTERFLY LABS, <br><br> Defendant. | Case No. 14-CV-2159-KHV-JPO |

## PLAINTIFFS' MOTION FOR LEAVE
## TO FILE FIRST AMENDED COMPLAINT

**COMES NOW**, Plaintiffs, and, pursuant to Rule 15(a) moves the Court for leave to file a First Amended Complaint.

1. Rule 15(a)(2) provides a party may amend its pleading at any time with leave of the Court and directs that "[t]he court should freely give leave when justice so requires."

2. Since filing their Complaint, Plaintiffs have discovered significant additional facts that were previously unknown and not alleged.

3. Plaintiffs' proposed First Amended Complaint is attached hereto as Exhibit 1.

**WHEREFORE**, Plaintiffs pray this Court enter an order granting Plaintiffs leave to file a First Amended Complaint, and any other relief the Court deems just and proper.

        Respectfully submitted,

        WOOD LAW FIRM, LLC


      By */s/ Ari N. Rodopoulos*
        Noah K. Wood    MO #51249
        Ari N. Rodopoulos   MO #58777
        ari@woodlaw.com
        1100 Main Street, Suite 1800
        Kansas City, MO 64105-5171
        T: (816) 256-3582
        F: (816) 337-4243
        *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

  I hereby certify that on the 20th day of August, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

        */s/ Ari N. Rodopoulos*
        Attorney for Plaintiff