**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| KYLE ALEXANDER, and  )<br>DYLAN SYMINGTON,  )<br>on behalf of themselves and all those )<br>similarly situated,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>BF LABS INC., a Wyoming corporation,  )<br>doing business as BUTTERFLY LABS,  )<br>  )<br>Defendant.  ) | Case No. 14-CV-2159-KHV-JPO |

**PLAINTIFFS' MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT**

**COME NOW**, Plaintiffs, and, pursuant to Rule 15(a) move the Court for leave to file a First Amended Complaint. Plaintiffs seek to add four owners/officers of BF Labs, Inc. as defendants in this action, make additional factual allegations that fall within the subject matter of the initial complaint, narrow the scope of the class, and reduce the number of claims asserted. Defendant BF Labs, Inc. opposes this Motion. Plaintiffs' Memorandum in Support of this Motion is filed herewith. Plaintiffs' proposed First Amended Complaint is attached to Plaintiffs' Memorandum in Support as Exhibit 1.

**WHEREFORE**, Plaintiffs pray this Court enter an order granting Plaintiffs leave to file a First Amended Complaint, and any other relief the Court deems just and proper.

Respectfully submitted,

WOOD LAW FIRM, LLC


By   /s/ *Ari N. Rodopoulos*
    Noah K. Wood             MO #51249
    Ari N. Rodopoulos        MO #58777
    ari@woodlaw.com
    1100 Main Street, Suite 1800
    Kansas City, MO 64105-5171
    T: (816) 256-3582
    F: (816) 337-4243
    *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of August, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                         /s/ *Ari N. Rodopoulos*
                        Attorney for Plaintiff