# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, and ) <br> DYLAN SYMINGTON, ) <br> on behalf of themselves and all those ) <br> similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BF LABS INC., a Wyoming corporation, ) <br> doing business as BUTTERFLY LABS, et al. ) <br> ) <br> Defendants. ) | **CERTIFICATE OF SERVICE** <br><br> Case No. 14-CV-2159-KHV-JPO <br><br> JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify on the 4th day of September, 2015, Plaintiffs' Expert Disclosures were sent by electronic mail to: Mark Olthoff (molthoff@polsinelli.com) and Michael Foster (mfoster@polsinelli.com), 900 W 48th Place, Suite 900, Kansas City, MO 64112, Attorneys for Defendant BF Labs Inc.  The remaining defendants have not yet entered an appearance but will be served with a copy of Plaintiffs' Expert Disclosures upon appearing as a party to this action.

Respectfully submitted,

WOOD LAW FIRM, LLC

By  /s/  Ari Rodopoulos
Noah K. Wood                KS #23238
noah@woodlaw.com
Ari N. Rodopoulos           KS #26585
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

By  /s/  Ari N. Rodopoulos
*Attorneys for Kyle Alexander and Dylan Symington*