AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

KYLE ALEXANDER and
DYLAN SYMINGTON

*Plaintiff(s)*

v.   Civil Action No. 2:14-CV-02159

BF LABS, INC, a Wyoming corporation,
doing business as BUTTERFLY LABS

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Sonny Vleisides
    Serve: BF Labs, Inc.
          10770 El Monte St., Suite #101
          Leawood, KS 66211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Noah K. Wood
    Wood Law Firm, LLC
    1100 Main Street, Suite 1800
    Kansas City, MO 64105
    T: (816) 256-3582
    F: (816) 337-4243

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/03/2015   s/Mike Mort
                                        *Signature of Clerk or Deputy Clerk*

Kansas City courthouse

## AFFIDAVIT OF SERVICE

**State of Kansas**  County of  **District Court**

Case Number: 2:14-CV-02159

Plaintiff:
**KYLE ALEXANDER AND SYLAN SYMINGTON ET AL**

vs.

Defendant:
**BF LABS, INC. ET AL**

For:
WOOD LAW FIRM
1100 MAIN STREET
KANSAS CITY, MO 64105

Received by ARISTOCRAT PROCESS SERVING/KIS on the 4th day of September, 2015 at 11:38 am to be served on **SONNY VLEISIDES BF LABS, INC., 10770 EL MONTE ST, SUITE 101, LEAWOOD, KS 66211**.

I, EDWARD HARVEY JR., being duly sworn, depose and say that on the **4th day of September, 2015** at **1:50 pm, I:**

**PERSONALLY SERVED** by delivering a true copy of the SUMMONS IN A CIVIL ACTION, ORDER, FIRST AMENDED COMPLAINT. to: SONNY VLEISIDES BF LABS, INC. at the address of: 315 W 75th ST., KANSAS CITY, MO 64114

I certify that I am over the age of 18, have no interest in the above action, and am a process server in good standing in the judicial circuit in which the process was served. I declare under the penalty of perjury that the foregoing is true in substance and in fact to my best information and belief.

Subscribed and Sworn to before me on the 9th day of September, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

MELISSA JACKSON
Notary Public, State of Kansas
My Appointment Expires
9-18-17

EDWARD HARVEY JR.
Process Server

ARISTOCRAT PROCESS SERVING/KIS
115 E. Park St.
Ste. D
Olathe, KS 66061
(913) 780-2007

Our Job Serial Number: AIL-2015024797

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0s

