AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| KYLE ALEXANDER and DYLAN SYMINGTON<br>*Plaintiff(s)*<br>v.<br>BF LABS, INC, a Wyoming corporation, doing business as BUTTERFLY LABS<br>*Defendant(s)* | Civil Action No. 2:14-CV-02159 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Jeff Ownby
    Serve: 130 N Park.
          LaGrange, IL 60525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Noah K. Wood
    Wood Law Firm, LLC
    1100 Main Street, Suite 1800
    Kansas City, MO 64105
    T: (816) 256-3582
    F: (816) 337-4243

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/03/2015          s/Mike Mort
                                                     *Signature of Clerk or Deputy Clerk*

Kansas City courthouse

Defendant: **Jeff Ownby/Bf Labs Inc. a Wyoming Corp. dba Butterfly Labs**

Case No: **2:14-CV-02159**

Plaintiff: **Kyle Alexander & Dylan Symington**

## AFFIDAVIT OF SERVICE

I certify that I served the following papers on the Defendant: **Summons In A Civil Action 33 pgs**

__X__ 1. **Personal Service:** By Leaving a copy of the summons and complaint at the name Defendant's abode personally.

_____ 2. **Substitute Service:** By Leaving a copy of the summons and Complaint at the Defendant's usual place of abode with some person of the family or person residing There, of the age of 13 years or upwards, and informing that person of the contents Thereof

_____ 3. **Service On:** Corporation____ Company____ Business____ Partnership____ By leaving a copy of the summons and complaint with the registered agent, Authorized Person, or partner of the Defendant.

_____ 4. **Not found after a due diligent search.** I am unable to find the party named above.

---

Attempted Services:   Date   Time   Location   Note

9.6.15   3:46pm CDT   Served personally defendant and pet his white dog while serving him.   130 Park LaGrange IL

Signature of Special Process Server: _Gina Slaven_
Process Server Name: _____Gina Slaven_____   Age: __49__   Date: 9.11.15
Server Address: _____1202 N 75th St. #269 Downers Grove IL 60516

---

State/Commonwealth __Il__

County of __Cook__   } ss.

On this the __11th__ day of __September__ 2015, before me, __Pamela Sylvester__, the undersigned Notary Public personally appeared __Gina Slaven__

Notary Public _Pamela Sylvester_

PAMELA SYLVESTER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 20, 2017