# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| KYLE ALEXANDER, and<br>DYLAN SYMINGTON,<br>on behalf of themselves and all those<br>similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>BF LABS INC., et al.,<br><br>          Defendants. | **CERTIFICATE OF SERVICE**<br><br>Case No. 14-CV-2159-KHV-JPO<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2015, Plaintiffs' Supplemental Rule 26 Initial Disclosures were sent via electronic mail to:

Michael S. Foster
mfoster@polsinelli.com
Mark Olthoff
molthoff@polsinelli.com
900 W 48th Place, Suite 900
Kansas City, MO 64112
T: (816) 753-1000
F: (816) 753-1536

        Respectfully submitted,

        WOOD LAW FIRM, LLC

    By   /s/   Ari Rodopoulos
        Noah K. Wood         KS #23238
        noah@woodlaw.com
        Ari N. Rodopoulos      KS #26585
        ari@woodlaw.com
        1100 Main Street, Suite 1800
        Kansas City, MO 64105-5171
        T: (816) 256-3582
        F: (816) 337-4243
        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 22nd day of September, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.


              By  /s/  Ari N. Rodopoulos
                *Attorneys for Kyle Alexander and Dylan Symington*