# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No. 14-CV-2159-KHV-JPO |
| | ) |
| **BF LABS INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of October, 2015, Defendants BF Labs Inc., Sonny Vleisides, and Jeffrey Ownby have served their Disclosure of Expert Testimony by electronic mail to:

    Noah K. Wood, Esq. (noah@woodlaw.com)
    Ari N. Rodopoulos, Esq. (ari@woodlaw.com)
    Wood Law Firm, LLC
    1100 Main Street, Suite 1800
    Kansas City, MO 64105-5171

    Attorneys for Plaintiffs

                                    Respectfully submitted,

                                    /s/ Mark A. Olthoff

| | |
|---|---|
| Mark A. Olthoff | KS Fed. #70339 |
| Michael S. Foster | KS #24011 |
| Polsinelli PC | |
| 900 W. 48th Place, Suite 900 | |
| Kansas City, Missouri  64112-1895 | |
| Telephone: (816) 753-1000 | |
| Facsimile: (816) 753-1536 | |
| molthoff@polsinelli.com | |
| mfoster@polsinelli.com | |

                                    Attorneys for Defendants

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

Attorneys for Plaintiffs

                                        /s/ Mark A. Olthoff
                                        Attorney for Defendants