### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, and ) <br> DYLAN SYMINGTON, ) <br> on behalf of themselves and all those ) <br> similarly situated, ) <br> ) <br>                Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BF LABS INC., et al., ) <br> ) <br>                Defendants. ) | Case No. 14-CV-2159-KHV-JPO |

### PLAINTIFFS' UNOPPOSED MOTION
### FOR EXTENSION OF TIME

**COME NOW** Plaintiffs, by and through their attorneys of record, and hereby request an Order granting them a one-week extension of time to file their Motion for Class Certification. In support of this unopposed Motion, Plaintiffs state:

1. Plaintiffs' Motion for Class Certification is due November 16, 2015.

2. The Memorandum in Support of the Motion for Class Certification contains information and citations to documents originally produced by Defendants as confidential pursuant to a protective order entered by the Court. (*See* Doc. 13).

3. The parties are attempting to resolve confidentiality concerns in order to avoid or to reduce the need for requesting in-camera review or leave to file under seal.

4. Plaintiffs' counsel has conferred with defense counsel and Defendants do not oppose this motion.

5. This motion is not intended to cause any delay, will not result in any prejudice to Defendants, and the extension will not interfere in any of the Court's other deadlines.

**WHEREFORE**, Plaintiffs respectfully request this Court to enter an order extending Plaintiffs' deadline to file their Motion for Class Certification to November 23, 2015.

Date: <u>November 16, 2015</u>

                                                              WOOD LAW FIRM, LLC

                                        By   <u>/s/ *Ari N. Rodopoulos*</u>
                                                 Noah K. Wood         Bar #23238
                                                 noah@woodlaw.com
                                                 Ari N. Rodopoulos     Bar #26585
                                                 ari@woodlaw.com
                                                 1100 Main Street, Suite 1800
                                                 Kansas City, MO 64105-5171
                                                 T: (816) 256-3582
                                                 F: (816) 337-4243
                                                 Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

                                          By   <u>/s/ *Ari N. Rodopoulos*</u>
                                                 *Attorneys for Kyle Alexander and Dylan Symington*

Alexander, et al. v. BF Labs Inc., et al.
*Plaintiffs' Unopposed Motion for Extension of Time*                                   2