IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KYLE ALEXANDER, and )
DYLAN SYMINGTON, )
on behalf of themselves and all those )
similarly situated, )
                                                  )
                    Plaintiffs, )
                                         )    Case No. 14-CV-2159-KHV-JPO
v. )
                                                  )
BF LABS INC., et al., )
                                                  )
                    Defendants. )
                                                  )

**<u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

**COME NOW** Plaintiffs and, pursuant to Rule 23, respectfully move the Court for an Order:

(a) Determining that this action shall be maintained as a class action with the Plaintiff class defined as:

**<u>Alexander Count I – KCPA</u>**

"All persons who pre-paid BFL for ASIC 65 NM generation products or ASIC 28 NM generation products between June 23, 2012 and July 17, 2014."

**<u>Alexander Count II – Unjust Enrichment</u>**

"All persons who (1) pre-paid BFL for ASIC 65 NM generation products or ASIC 28 NM generation products between June 23, 2012 and July 17, 2014, and (2) as of November 23, 2015, have not received the product(s) ordered and have not received a refund."

**<u>Alexander Count III – Conversion</u>**

"All persons who (1) pre-paid BFL for ASIC 65 NM generation products or ASIC 28 NM generation products between June 23, 2012 and July 17, 2014, (2) demanded or requested a refund, and (3) as of November 23, 2015, have

not received the product(s) ordered and have not received a refund."

### Symington Count I – KCPA

"All persons who pre-paid BFL for ASIC 65 NM generation products or ASIC 28 NM generation products between June 23, 2012 and July 17, 2014."

### Symington Count II – Unjust Enrichment

"All persons who (1) pre-paid BFL for ASIC 65 NM generation products or ASIC 28 NM generation products between June 23, 2012 and July 17, 2014, and (2) as of November 23, 2015, have received the product(s) ordered."

### Symington Count III – Conversion

"All persons who (1) pre-paid BFL for ASIC 65 NM generation products or ASIC 28 NM generation products between June 23, 2012 and July 17, 2014, and (2) as of November 23, 2015, have received the product(s) ordered."

(b) Appointing Plaintiffs Kyle Alexander and Dylan Symington as class representatives;

(c) Appointing Plaintiff's counsel Noah K. Wood and Ari N. Rodopoulos of the Wood Law Firm, LLC as lead class counsel; and

(d) Any other relief the Court deems just and proper.

**WHEREFORE**, for the reasons set forth here and in Plaintiffs' Memorandum in Support, filed herewith, Plaintiffs pray this Court grant their Motion for Class Certification.

Date: November 23, 2015

        WOOD LAW FIRM, LLC

By   /s/ *Ari N. Rodopoulos*
Noah K. Wood     Bar #23238
noah@woodlaw.com
Ari N. Rodopoulos     Bar #26585
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

     I hereby certify that on this 23rd day of November, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

By   /s/ *Ari N. Rodopoulos*
    *Attorneys for Plaintiffs*