1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DIVISION OF KANSAS
2

3   KYLE ALEXANDER, and          )
    DYLAN SYMINGTON, on behalf    )
4   of themselves and all those  )
    similarly situated,          )
5                  Plaintiffs,   )
                                 )
6      vs.                       )  No. 14–CV–2159–KHV–JPO
                                 )
7   BF LABS, INC, a Wyoming      )
    Corporation, doing business  )
8   as BUTTERFLY LABS,           )
                  Defendant.     )
9

10              DEPOSITION OF BRUCE BOURNE,

11  produced, sworn and examined on Tuesday, August 25,
    2015, at the law offices of Polsinelli, P.C., 900
12  West 48th Place, Suite 900, in Kansas City, Missouri,
    before:
13
                   JAMES A. LEACOCK, CCR, for
14               CROSS REPORTING SERVICE, INC

15  A Certified Court Reporter for the State of Missouri.
    Taken on behalf of the Plaintiffs.
16
                        APPEARANCES:
17
    For the Plaintiffs:
18       WOOD LAW FIRM, LLC
         By:  Mr. Ari N. Rodopoulos
19       1100 Main Street, Suite 1800
         Kansas City, Missouri  64105
20
    For the Defendant:
21       POLSINELLI, P.C.
         By:  Mr. Mark A. Olthoff, and
22            Mr. Michael Foster
         900 West 48th Place, Suite 900
23       Kansas City, Missouri  64112

24  Videographer:
         Mr. David Lombardo, TBC Video
25

**EXHIBIT**

**1**

| | | |
|---|---|---|
| 1 | | guess tested as well.  I thought you said |
| 2 | | something along the lines of BFL's position was |
| 3 | | until it was tested, we didn't deem it to be |
| 4 | | manufactured.  Something along those lines? |
| 5 | A. | I don't remember my exact words from earlier today |
| 6 | | -- |
| 7 | Q. | Something like that? |
| 8 | A. | -- but yes, as far as the company was concerned. |
| 9 | Q. | What I was getting at was that the testing then |
| 10 | | was -- that's something that was done on every |
| 11 | | unit basically that was manufactured? |
| 12 | A. | I wasn't part -- I wasn't overseeing the |
| 13 | | manufacturing, but it certainly was the company's |
| 14 | | policy and practice to test every unit. |
| 15 | Q. | And that's on the live network, correct? |
| 16 | A. | There were units I believe in early days of the |
| 17 | | company that were tested on, test network.  In |
| 18 | | fact, I'm not entirely clear whether the FPGA's |
| 19 | | were mostly or all tested on the test network.  If |
| 20 | | we limit the discussion to the ASICs, live network |
| 21 | | was the predominant, if not exclusive. |
| 22 | Q. | All units, live network, that is most likely? |
| 23 | A. | That is my understanding of it, yes. |
| 24 | Q. | I am going to move to -- there is a document filed |
| 25 | | in the FTC action, it is Document Number 42. |

```
 1   Q.   (By Mr. Rodopoulos)  Let's go down to 12-H.  "FTC
 2        alleges that a test net exists which enables
 3        machines to be tested without being used to mine."
 4        Does BFL admit or deny that?
 5   A.   We would admit that a test net exists that does
 6        enable machines to be tested without being used to
 7        mine.  We would not agree that it was sufficient
 8        to test the machines we were building adequately.
 9   Q.   If you go down to 12-K.  "FTC alleges that BFL
10        notified each and every buyer on the B.F. Labs
11        online order form that the shipping date for the
12        ordered product was two months or longer."  Is
13        that true?
14   A.   This is the FTC asserting that we did that.  That
15        would have certainly been true for -- remember I
16        talked earlier about there was a date, either
17        March or May, when we put a pop-up on there and
18        anybody who was waiting in the queue got that
19        notification.  So I think there were probably
20        exceptions before that, but from that point
21        forward, that would be a true statement.
22   Q.   As of roughly?
23   A.   March or May of 2013.
24   Q.   Okay.  Just so I'm clear.  B.F. Labs' online order
25        form, that is just one of the pages on the
```

1       orders in the time frame that was projected at

2       that time.

3   Q.  (By Mr. Rodopoulos)  Fair to say, though, that

4       most of the people who placed a preorder did not

5       receive within the original represented shipping

6       date?

7   A.  Again, you know, the represented shipment date was

8       always projected, anticipated, scheduled.  And it

9       was somewhat of a moving target.  If we go back to

10      the two months or longer language, certainly it

11      was two months or longer.  So in that regard I

12      would say it was inside the two months or longer

13      within compliance with that.  If we look at --

14      most shipments occurred later than the originally

15      projected initial shipment date.  I will say that.

16  Q.  And then on this two months or more thing, it

17      sounds like BFL interprets that as, that's a -- I

18      mean, that's a fail-proof shipping projection.

19      Basically you can't miss it.  It includes every

20      possible date technically?

21  A.  Technically it does.  That wasn't the company's

22      intent.

23  Q.  "Defendants admit that when it comes to bitcoin

24      mining, time is of the essence."

25  A.  We are in W.?

1    Q.   W.; is that true?

2    A.   Admit?  You know, we would object to the term

3         "admit".  And "time is of the essence," I would

4         say that must have some legal connotation that --

5         I'm sure there is something technical about that.

6         Would we say time is important?  Yes.

7    Q.   Very important, would you go that far?

8                   MR. OLTHOFF:  Object to the term, it is

9         argumentative.

10   A.   No, there's too many factors that go into that.  I

11        mean, you know, if I am late, but the price of

12        bitcoin jumps after I deliver, then it is not very

13        important that I am later than I had been earlier.

14        Or if I deliver early and the price of bitcoin

15        falls afterward, that is a market movement and,

16        you know, that's not something that drives the

17        timing of the delivery.

18   Q.   (By Mr. Rodopoulos)  Isn't that kind of the same

19        thing, though, saying that future events don't

20        affect present events?

21                   MR. OLTHOFF:  Object to the form, it is

22        argumentative.

23   A.   I'm not sure I follow the question.  Sorry.

24   Q.   (By Mr. Rodopoulos)  Okay.  I'll drop that one.

25        But, at least from BFL's perspective, based on its

1       interaction with consumers, did BFL understand

2       that consumers believed that time was of the

3       essence?

4   A.  Again, I don't know what the definition.  It was

5       clear that consumers felt timing was important.

6   Q.  There you go.

7   A.  Yes.

8   Q.  Okay.  If you go down to AA.  Actually, I'm sorry.

9       Let's go to X.  FTC alleges that -- they use the

10      phrase "other consumers."  I am going to change

11      this slightly.  Is it true that some consumers

12      have never received a machine or a refund at all?

13  A.  Yes.

14  Q.  That is true as of today?

15  A.  That is true as of today.

16  Q.  Any idea how many consumers have not received

17      either the product they ordered or a refund?

18  A.  Yes.  There are, round numbers, about 1600.

19  Q.  1600 unique consumers?

20  A.  I believe that is unique consumers as opposed to

21      open orders.  Because some consumers have multiple

22      orders.  I believe that's about 1600 unique

23      consumers.

24  Q.  And do you have an idea of what that refund

25      liability would be?

1   A.   Well, they are not all refunds.  There's at least

2        100 people who have never responded to multiple

3        outreaches as to whether they want their product

4        or they want a refund.  So we call them the

5        non-responders.  So there's some subset that we

6        just don't know at this point whether they want

7        equipment or they want a refund.  There is

8        approximately 7 and a half million dollars of

9        refunds that have been requested but not yet paid.

10       And that is, I think that's around 1500 of the

11       1600.

12   Q.   Earlier we were talking about Kyle Alexander's

13       situation.  He falls into this category?

14   A.   Of --

15   Q.   People who haven't received the product or a

16       refund?

17   A.   Right.  Requested a refund, not yet paid.

18   Q.   Not yet paid.  Correct?

19   A.   Yes.  He does.

20   Q.   And then also when we were talking about kind of

21       the benefit and whether there is a corresponding

22       liability.  Is this the liability that you are

23       talking about, the obligation to pay refunds to

24       those people?

25   A.   Or ship them product, yes.

1    Q.   What about those that have requested a refund,

2         though.  The obligation is to provide a refund now

3         at this point?

4    A.   Yes.  Let me clarify.  We leave it open that if

5         someone chooses to get a piece of equipment

6         instead of a refund, we are willing to ship the

7         equipment.  And we do have people who choose that.

8         But most people request a refund and then are

9         still in line for a refund.

10   Q.   Now, with respect to at least these 1500 or so

11        that are owed a refund.  That have requested a

12        refund and not yet received one.  Does BFL

13        acknowledge that it owes that money to those

14        people?

15   A.   Yes.

16   Q.   So we are not fighting on that ground?

17   A.   No.  If we were in a position to pay it, we would

18        pay that, those refunds.

19   Q.   Is BFL willing to just allow a judgment to be

20        entered against BFL, at least for those people, in

21        the amount that is owed, so we don't have to

22        litigate over that?

23             MR. OLTHOFF:  Object to the form of the

24        question, it calls for a legal conclusion.  Legal

25        strategy.

```
 1            officer didn't understand what had been -- either
 2            she agreed to something and didn't understand it,
 3            or later forgot.  But the company's belief was
 4            that proper description had been given, proper
 5            permission had been gained and that there was no
 6            failing on the part of Sonny to do what he needed
 7            to do to comply with the terms of his release.
 8   Q.   Fair to say, though, that these issues were not
 9            disclosed by BFL to the public?
10   A.   That is fair to say.
11   Q.   Okay.  Very good.  Real quickly, 16.  Sources of
12            BFL's funding.  I am going to try to summarize
13            them for you and then you tell me if I have got
14            them right.  Okay?  It sounds like sources of
15            funding or income were the preorder sales of
16            various generation miners, correct?
17   A.   Yes.
18   Q.   That appears to be the largest part of income?
19   A.   That is correct.
20            MR. OLTHOFF:  Just object to the extent
21            that the term "income" is misleading.
22   Q.   (By Mr. Rodopoulos)  Well, funding, income.  That
23            is the largest source of revenue.  How about that?
24   A.   Both funding and revenue would be correct.
25   Q.   And then --
```

1   A.   Income would not.

2   Q.   Fair enough.  All right.  So then the other

3        sources of income would be, there was the hosted

4        mining products or services, correct?

5   A.   Yes.  Sorry.

6   Q.   And then there was the acquisition of bitcoins

7        through the methods we've discussed today,

8        correct?

9   A.   That's correct.

10  Q.   That would also count as revenues or funding I

11       guess?

12  A.   Yes.

13  Q.   And there was the sale of the chips in bulk

14       apparently?

15  A.   Yes.

16  Q.   Any other sources?

17  A.   The initial $8,000 capital contribution by the

18       founders.  The founder's testing, mining, and

19       preorder sales and then sales from stock.

20       Customer, it is still customer sales.

21  Q.   And the main thing I am trying to get at is, there

22       wasn't some rich investor that came in and gave

23       $10 million to the company in operating capital or

24       anything, correct?

25  A.   There was -- that's correct.  There was no

Bruce Bourne - 08/25/2015                213

1      significant outside source of funding.  That

2      wasn't just described.

3  Q.  All right.  17.  In Document 14 in the FTC action,

4      I am quoting a sentence there out of one of BFL's

5      pleadings.  Specifically that "BFL notified each

6      and every buyer on the B.F. Labs online order form

7      that the shipping date for the ordered product was

8      two months or longer."  Is that true?

9              MR. OLTHOFF:  Object to the form as

10     vague and ambiguous.

11 A.  It is out of context.  However, anyone who was

12     waiting in the preorder queue at that March 1st or

13     May 1st date then was required to either accept

14     the product form revision and the new terms which

15     were two months or longer for delivery, and then

16     anyone who ordered after that date got that as

17     part of their online form.

18 Q.  (By Mr. Rodopoulos)  Let's break it down real

19     quick, though.  The quoted language, though, in

20     Topic 17, does BFL admit that it made that

21     representation to the Court in the FTC action?

22 A.  This was a representation by our counsel on behalf

23     of the company.  So I'm going to assume that what

24     is between the two quotes is accurate.  If that's

25     the case, and that is what is reflected in the

306 S.E. 291 Highway - Suite 5
Lee's Summit, Missouri 64063
www.kansascity-courtreporter.com

CROSS REPORTING SERVICE
Certified Court Reporters

(816) 252-8883
Fax (816) 252-7044
crossreporting@sbcglobal.net

1  Q.   (By Mr. Rodopoulos)  That's what I thought based

2       on the ship date.  I wasn't aware that any ASICs

3       shipped in 2012, so.

4  A.   They did not.

5  Q.   All right.  So safe to say Exhibit A. is likely

6       just related to FPGA sales?

7  A.   Should be.  And this would be referenced in our

8       interrogatory responses, right?

9  Q.   And I do believe that's what it says.

10 A.   What would help, if one of these exhibits I think

11      was our first interrogatory response?  Yeah, okay,

12      that will help me.  Although it might be one of

13      the supplements where it actually gets mentioned.

14      But that one -- see Exhibit A.  Yes, Exhibit A. is

15      the FPGA generation order date and order status.

16 Q.   I am going to move on to Exhibit B. then.

17 A.   All right.

18 Q.   Exhibit B. I understand to be the, basically the

19      identification of people who pre-ordered ASIC

20      products?

21 A.   That's correct.

22 Q.   That would include both generations of ASIC --

23 A.   Yes.

24 Q.   -- correct?

25 A.   Yes.

1        original.

2   Q.   (By Mr. Rodopoulos)  Here you go.

3   A.   Thank you.  Okay.  So we're on, you say E.?

4   Q.   Yes.  Exhibit E. to me looks like it is showing

5        the amount of refunds paid to whom the refunds

6        were paid and it looks like whether it was paid in

7        cash or in bitcoins.  Is that your understanding

8        as well?

9   A.   It should be, although I also think that it may

10       show if refunds were made by Paypal, which if you

11       want to lump that in with cash, I would agree.

12  Q.   Go to Exhibit F.  Exhibit F., the way I understood

13       it, was that was showing the request made by those

14       who had received a miner, who had had some kind of

15       issue or work order request or something along

16       those lines?

17  A.   It says "RMA" somewhere on there?

18  Q.   I will show it to you.  Yes.

19  A.   RMA ID.  Yes, those are people who had an issue

20       with their miner and called, contacted the company

21       one way or the other.

22  Q.   Exhibit G.  I have a two-page document there for

23       Exhibit G.  Which the way I understand this is

24       that it is just showing people whose orders or

25       order status was not included in either Exhibit A.

1        or B. because of some kind of hold status.

2   A.   Yes.  It looks like it is a supplement to Exhibit

3        B.

4   Q.   So if I wanted to see all the people that had

5        placed an order for an ASIC machine with BFL,

6        that's in the records that have been produced, the

7        way I would do that is I would look at Exhibit B.

8        as well as Exhibit G. to see that?

9   A.   I think so.  Anyone whose order was excluded from

10       B.  Yes.  So you would look at B. plus G. to get

11       that.

12  Q.   Very good.  Exhibit H. I have as a one-page

13       exhibit, that basically shows the total units

14       shipped by week since July 14th, 2013.  And I just

15       wanted to -- I will have you look at it.

16  A.   That one I am actually familiar with.

17  Q.   What units are we talking about, ASIC units?

18  A.   These are the first generation ASIC units.

19  Q.   Does this include any of the second generation

20       ASIC units?

21  A.   It does not.

22  Q.   So it looks like, based on Exhibit H., that from

23       July of 2013 through it looks like mid December of

24       the same year, that approximately 36,000 ASIC

25       units, first generation, were shipped?

1    Q.    Is that correct?

2    A.    I think that's coins mined into whatever

3          particular wallet.  The active wallet.  I think

4          somewhere in the response it refers to the

5          company's active wallet, I think.  And that's the

6          ones that came in through mining activities.

7    Q.    And this represents all bitcoins that BFL

8          obtained, at least as of the date this was

9          produced?

10   A.    I don't think that would be accurate.  Because my

11         understanding is that's from mining as opposed to

12         consumer sales.  So to the extent there were

13         consumer sales, and we got part or all of that

14         payment in the form of bitcoin, that's not

15         reflected.

16   Q.    Understood.  So Exhibit I. cuts out bitcoins that

17         you received as a payment for a miner?

18   A.    That's my understanding of I.

19   Q.    Exhibit J. appears to be a supplemental exhibit

20         showing who got refunded, the amount and the date

21         of refund?

22   A.    May I see that.

23   Q.    Is that correct?

24   A.    Yes.  How many pages?  219 pages.  That is a list

25         of people who got refunds.

1       Okay, so how would you like this to be paid?  We

2       are going to have to find the reference to this

3       Exhibit K. in there to see.

4   Q.  (By Mr. Rodopoulos)  It looks like it also

5       includes --

6   A.  It does show -- okay.  So are these pages so wide

7       that we're not seeing for one person all the way

8       across?

9   Q.  Yeah, it is.

10  A.  It is.  So it goes all the way across.  So it

11      looks like if they were paid, the date the refund

12      was complete is listed there.  I believe in the

13      various supplements, you know, there were

14      different spreadsheets being kept.  And I think

15      some of them probably have overlapping

16      information.

17  Q.  While Mike is looking for that, let's move on

18      to -- I have just a handful more of these exhibits

19      to try to make sure I understand what they are.

20  A.  All right.

21          MR. FOSTER:  Was there a second one too?

22          MR. RODOPOULOS:  There should have been.

23      I don't know if I brought that, though.

24  A.  I noticed I was missing the second supplement.

25      So --