| | | |
|---|---|---|
| INTERNET ARCHIVE WaybackMachine | http://butterflylabs.com/ [Go] | JUN **JUL** AUG ◄ **29** ► 2010 **2011** 2012   Close   Help |
| 429 captures 15 May 03 - 19 May 15 | | |

**BUTTERFLYLABS**                                              Search this site

**Home**   Products   Drivers   Consulting   FAQ   Jobs   Contact Us                    Gift Store   Media



**Butterfly Labs manufactures a line of high speed encryption processors for use in research, telecommunication and security applications.**

---

### BitForce Platform

The BitForce platform is conveniently adaptable to the scale of your needs.

**Single** | Multi Unit | Super Computer

A low cost option for 1,250 mh/s applications such as pen test & rainbow table work. Our 'single' product comes packaged as a slim, portable USB device. Just plug it into a host computer and begin your task. These units can be stacked in series without practical limitation.

### BitForce System Features

The BitForce SHA256 processor system breaks new ground in high speed verification efficiency.

- Industry leading performance
- Lowest cost per performance available
- Zero CPU turn around latency
- Easy scalability
- Extremely low power consumption
- Open system interchangeability

### BitForce Cost & Availability

- **BitForce Singles** will be publicly available on August 25th, 2011. Pre orders will be accepted on a first come first serve basis at the single unit cost of $399.
- **BitForce 'rig' units** will be available on September 25th.
- **Super Computer** processor cards are expected to be available in Q1 2012, but will only be available to institutional customers or previous customers of BitForce platform products. (Price and performance are yet to be announced).

---

© 2011 Butterfly Labs Inc.                                                                                      Top ↑



EXHIBIT 2

BFLABS-KA 00029806