IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 14-CV-2159-KHV-JPO |
| | ) |
| BF LABS INC., | ) |
| | ) |
|     Defendant. | ) |

### DEFENDANT BF LABS INC.'S ANSWERS AND OBJECTIONS TO PLAINTIFFS' FIRST INTERROGATORIES

Defendant BF Labs Inc., by and through its counsel of record, submits the following answers and objections to Plaintiffs' First Interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure.

### INTERROGATORIES

BF Labs answers and objects to Plaintiffs' First Interrogatories as follows:

1. State the name, address, employer, and job title of each person answering these Interrogatories and which interrogatory answers they are responsible for answering.

**ANSWER:**

David McClain, Account Manager at BF Labs Inc. with a business address of 10770 El Monte St #101, Leawood, Kansas 66211, with the assistance of counsel, was responsible for answering interrogatories 1-23. Bruce Bourne, a non-employee consultant, and Sonny Vleisides, Chief Innovation Officer at BF Labs Inc., assisted Mr. McClain in answering interrogatories No. 4 and 6.

2. Identify all products offered by Defendant for purchase by consumers from the date of Defendant's inception to the date of these interrogatories, including the product name,

**EXHIBIT 3**

version, and the date the product was first released/available for purchase.

**ANSWER:**

| **Generation** | **Product** | **Sales Start Date** |
|---|---|---|
| **FPGA** | Single | 11/2011 |
|  | MiniRig | 1/2012 |
| **ASIC 65 NM** | 4.5 GH | 6/23/2012 |
|  | 30 GH | 6/23/2012 |
|  | 60 GH | 6/23/2012 |
|  | 1,500 GH | 6/23/2012 |
|  | 5 GH | 4/04/2013 |
|  | 25 GH | 4/04/2013 |
|  | 50 GH | 4/04/2013 |
|  | 500 GH | 6/12/2013 |
|  | 10 GH | 12/13/2013 |
|  | 230 GH | 12/2013 |
| **ASIC 28 NM** | 600 GH | 8/17/2013 |
|  | 300 GH | 9/04/2013 |
|  | 1 TH | 3/11/2014 |
|  | 700 GH | 8/19/2014 |
| **Mining by the Gigahash/Cloud Mining** |  | 9/11/2013 |
| **Nimbus Mining** |  | 1/24/2014 |

2

This information has previously been provided to Plaintiffs. *See* BFLABS-KA 00000001-31. Coverage has been denied in *FTC v. BF Labs Inc., et al.*, No. 14-815-BCW (W.D. Mo.). The letter denying coverage will be produced.

13. Identify all owners of Defendant by name, address, and percentage of ownership.

**ANSWER:**

Sonny Vleisides, 12406 Overbrook, Leawood, KS 66209 (44%); Nasser Ghoseiri, c/o Law Offices of Behrouz Shafie Associates, 1575 Westwood Blvd., Ste 200, Los Angeles, CA 90024 (40%); Jeffrey S. Ownby, 130 N Park Rd., La Grange, IL 60525 (10%); Alexa Fuller, Olathe, KS (2.5%); Chris Vleisides, Kansas City, MO (2.5%); and A.D. Douma, Rotterdam, Netherlands (1%).

14. Identify all bitcoin mining accounts or operations operated, owned, utilized, or otherwise controlled by Defendant or Defendant's agents or employees by stating the name and number of the account or location of the operation, the specific date(s) bitcoins were mined under that account or at that location, and the product name, version, and serial number of the each piece of mining equipment used to mine bitcoins for each account or operation.

**ANSWER:**

BF Labs objects to this Interrogatory to the extent it seeks information relating to the bitcoin mining accounts owned by BF Labs' agents or employees that are not operated, owned, utilized, or otherwise controlled by BF Labs. BF Labs will not answer this interrogatory to the extent it seeks such information. Subject to the foregoing objection, Eclipse Mining Consortium became part of BF Labs on October 26, 2012. This mining consortium is operated on multiple

9

Respectfully submitted,


/s/ Michael S. Foster
James M. Humphrey                    KS Fed. #70664
Michael S. Foster                    KS #24011
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendant BF Labs Inc.

16

STATE OF _____  )
                                           )ss.
COUNTY OF _____)

      Before me appeared David McClain, being duly sworn upon his or her oath, states that he or she is a representative of Defendant BF Labs Inc., that he or she duly authorized to answer the foregoing interrogatories on behalf of Defendant BF Labs Inc., and that the answers given are true and correct to the best of his or her information, knowledge, and belief.

                                                                  _____

      Subscribed and sworn to before me this \_\_\_ day of February, 2015.

                                                                    _____
                                                                    Notary Public

My commission expires:

## CERTIFICATE OF SERVICE

I hereby certify that on February 20th, 2015, a true and correct copy of the foregoing pleading was served via electronic mail on the following:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

Attorneys for Plaintiffs


 /s/ Michael S. Foster
Attorney for Defendant BF Labs Inc.

18