# Bitcoin Forum

## Other => Off-topic => Topic started by: BFL_Sonny on September 20, 2012, 08:36:36 PM

Title: **Hi, my name is Sonny Vleisides**
Post by: **BFL_Sonny** on **September 20, 2012, 08:36:36 PM**

Hello, my name is Sonny Vleisides.  I've been involved in technology and libertarian focused ventures for most of my adult life.  I believe very strongly in freedom, honesty and personal responsibility.

I decided to drop university studies at UMKC back in 1991.  My mother wasn't very happy about it, but with youthful ambition and no sense, I set out to travel the world instead.  I've lived in Russia, Indonesia, Latin America, Europe etc...  Mostly seeking opportunity while trying to learn what I could.  Along the way, libertarian ideals became more interesting than any other and looking back, it's clear that's the attraction that's pulled me through life from one focus to the next.  The internet was an exciting development.  I started webspawner.com in 1995.  It was my focus for many years.  Do a search for 'free webpages' on google.  I'm currently president of that company, not BFL.

In the late 90's, I found myself face to face with a great new concept.  It was called jurisdictional arbitration.  That's where you're able to leverage technology to profit from differences in law from one jurisdiction to another. The hotbed of it was in offshore gaming where a Costa Rican license could be used along with satellite telecommunications to offer gaming services to clients all over the world, even in the United States.  I thought this was pretty cool, so I started a software company to provide the back end for these systems.  We operated services as Sportsbook Solutions (http://web.archive.org/web/20051212053226/http://www.sportsbooksolutions.com/) and the SportsPulse platform (http://web.archive.org/web/20080905225349/http://www.sportspulse.com/).  It was a lucrative and fun time.  I saw it as a libertarian adventure in challenging the authorities of the world while earning a good living.

I came to know my real father only as an adult.  So when I got the opportunity to know him better, I was eager and curious.  His name was James Ray Houston (the focus of the indictment).  He was very charismatic and had a wild past from having ran for governor in Nevada.  At one time he had a Lear jet with his picture on the tail.  He'd gone broke and rich several times since and had a zillion GREAT stories to tell.  I was completely enamored.  At that time he had been building a business bundling lottery tickets and selling shares of ownership in their potential winnings.  He moved to simply guaranteeing the ticket results on his own via re-insurance pools (US Patent application number US 2004/0058726 A1 (http://www.google.com/patents?id=qhSWAAAAEBAJ&printsec=abstract&zoom=4#v=onepage&q&f=true)).  At some point after that it became clear to him that he could use a sportsbook license to clarify legality and allow his customers to bet on the outcome of a lottery without buying a lottery ticket.  So instead of "I bet the Giants win by 7", it's "I bet the NY Lottery pick 3 is 4-7-2".  He built international lottery products like this and took them to market.  I helped him.

It was a roaring success.

It's fair to say the US Government didn't like it much in spite of the legal basis.

After several years, indictments suddenly rained down on all forms of offshore gaming.

That year (2007), about 30% of the larger offshore sportsbook/poker/lottery gaming companies were indicted with mail fraud and money laundering related accusations including betonsports.com, sportsbook.com, sportingbet plc.  Later it was Bookmaker.com, 2Betsdi.com, Funtimebingo.com, Goldenarchcasino.com, Truepoker.com, Betmaker.com, Betgrandesports.com, Doylesroom.com, Betehorse.com, Beted.com....  and many more.

Each case was different and this one was particularly unusual because it wasn't a standard sportsbook model.  In fact, this case was started by the IRS.  Why the IRS?  It's not my place to say, but it's worth any reader taking a moment to think about.  The core of their argument was that if a customer didn't buy the ticket from the government, then they were being victimized.  Consequently, it was decided that all economic activity by James Houston's company was fraudulent

**EXHIBIT 4**