1  American Fax Co, European Union Commission, EU American Payment
2  Co, Global Search Network, North American Foreign Payments
3  Services, Worldwide Verification Service, and others
4  (collectively, the "Fraudulent Lottery and Pension Companies")
5  were companies purporting to, for a fee, enter individuals in the
6  United States into foreign and domestic lotteries, and to set up
7  pension accounts.
8          b.   Defendants SONNY VLEISIDES ("VLEISIDES"), JAMES
9  RAY HOUSTON, aka Rex Rogers ("HOUSTON"), and DENNIS EMMETT
10 ("EMMETT") owned and controlled portions of the Fraudulent
11 Lottery and Pension Companies.
12         c.   Defendant WILLIAM CLOUD ("CLOUD") worked for the
13 Fraudulent Lottery and Pension Companies, which work included
14 handling offshore mailing addresses, creating and maintaining
15 victim lists, and handling and directing the handling of victim
16 funds.
17         d.   Defendant SCOTT HENRY WALTHER ("WALTHER") worked
18 for the Fraudulent Lottery and Pension Companies, which work
19 included overseeing the finances of the Fraudulent Lottery and
20 Pension Companies, and controlling some of the bank accounts
21 related to those entities.
22 B.   THE SCHEME TO DEFRAUD
23      2.   Beginning in or about 1990, and continuing to at least
24 in or about July 2006, in Los Angeles, Orange, Ventura, San Louis
25 Obispo, and Riverside Counties, within the Central District of
26 California, and elsewhere, defendants VLEISIDES, HOUSTON, EMMETT,
27 CLOUD, and WALTHER, together with others known and unknown to the
28 Grand Jury, knowingly and with intent to defraud, devised,

EXHIBIT 5

A&S 03981

1 participated in, and executed a scheme to defraud victims as to a
2 material matter, and to obtain money and property from such
3 victims by means of material false and fraudulent pretenses,
4 representations, and promises, and by the concealment of material
5 facts.
6    3. To execute the scheme to defraud, defendants VLEISIDES,
7 HOUSTON, EMMETT, CLOUD, and WALTHER and others known and unknown
8 to the Grand Jury set up and operated the Fraudulent Lottery and
9 Pension Companies. The scheme operated as follows:
10      a. Defendants VLEISIDES, HOUSTON, EMMETT, CLOUD, and
11 WALTHER, and others known and unknown to the Grand Jury created
12 and sent over one million solicitations purportedly offering
13 increased chances of winning foreign and domestic lotteries such
14 as "The Australian Lottery," "The International Irish
15 Sweepstakes," "The El Gordo," "The Bunderschmidt," "The NY Super
16 7," and the "Triple Crown Lottery." The solicitations claimed
17 that the victims were purchasing "positions" in tickets to
18 lotteries that would be grouped together or "pooled" to buy
19 larger blocks of tickets. The solicitations contained various
20 misrepresentations, including but not limited to the following:
21       i. That money sent by participants in the pool
22 would be used to purchase tickets in lotteries, horse races, and
23 other such games;
24       ii. That participants in the pool had a chance to
25 win millions of dollars;
26       iii. That previous participants in the pool had
27 won millions of dollars through the pool;
28

3

A&S 03982