

  

LOGIN

CREATE A FREE ACCOUNT

## NEWS CENTER

Monday, November 23, 2015

# Butterfly Labs Announces Next Generation ASIC Lineup

**Share Article**

     

Largest SHA256 Hardware Manufacturer Acquires Venture Capital Funding

**(PRWEB) JUNE 15, 2012**

Butterfly Labs (BF Labs Inc.), a market leader in microprocessor design, is unveiling today the technical specifications for three of its next generation SHA-256 processor based products:
1)    BitForce SC Jalapeno: a USB powered coffee warmer providing 3.5 GH/s, priced at under $149
2)    BitForce SC Single: a standalone unit providing roughly 40 GH/s, priced at $1,299
3)    BitForce SC Mini Rig: a case & rack mount server providing 1 TH/s, priced at $29,899

"Butterfly Labs has always considered itself a serious manufacturer in the SHA-256 hardware industry and our customers are leaders in providing hashing services for some of the world's great technological challenges," noted Nasser G, BFL CTO. "We see the BitForce SC lineup as the natural next step in continuing to meet our customer's needs."

Because our first and second generation equipment is expected to be outpaced very quickly by the new hardware, customers who have purchased earlier generation products will be able to trade them in at 100% of their value toward the purchase of SC-generation hardware.

Venture Capital Funding Acquired, Record Rate of First Quarter Growth

Butterfly Labs, the largest market provider of SHA-256 hardware, is now backed by private venture



"Having made bold investments in new technology, they're poised to redefine the landscape for SHA-256 hash verification."



EXHIBIT
**7**

capital, and looking forward to continuing its operations in what some have recently labeled the "Silicon Prairie" of the Midwest.

Retail sales have continued to grow strongly, and with exponential month-to-month sales increases, the decision to back BFL was made easily. "Butterfly Labs has strong fundamentals indicative of the kind of rapid growth company we support," the private equity group notes. "Having made bold investments in new technology, they're poised to redefine the landscape for SHA-256 hash verification."

Founded in 2011, Butterfly Labs is a worldwide leader in SHA-256 hardware products. The company offers a range of products and consulting services in semiconductor design.

"Butterfly Labs" and "BitForce SC" are trademarks of Butterfly Labs Inc. in the United States and/or other countries.

Share article on socal media or email:

     

View article via:

 PDF     PRINT

## Contact Author

**NICK W.**

[BF Labs Inc.](#)
816 226 6966
[Email >](#)

**VISIT WEBSITE** 

 > News Center >

      

**Questions about a news article you've read?**

**Reach out to the author:** contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

**Call PRWeb:** 1-866-640-6397

  

CREATE A FREE ACCOUNT    

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.