```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DIVISION OF KANSAS
 2

 3   KYLE ALEXANDER, and            )
     DYLAN SYMINGTON, on behalf     )
 4   of themselves and all those    )
     similarly situated,            )
 5                 Plaintiffs,      )
                                    )
 6        vs.                       )  No. 14-CV-2159-KHV-JPO
                                    )
 7   BF LABS, INC, a Wyoming        )
     Corporation, doing business    )
 8   as BUTTERFLY LABS,             )
                   Defendant.       )
 9

10             DEPOSITION OF SONNY VLEISIDES,

11   produced, sworn and examined on Tuesday, August 25,
     2015, at the law offices of Polsinelli, P.C., 900
12   West 48th Place, Suite 900, in Kansas City, Missouri,
     before:
13
                   JAMES A. LEACOCK, CCR, for
14                CROSS REPORTING SERVICE, INC

15   A Certified Court Reporter for the State of Missouri.
     Taken on behalf of the Plaintiffs.
16
                          APPEARANCES:
17
     For the Plaintiffs:
18        WOOD LAW FIRM, LLC
          By:  Mr. Ari N. Rodopoulos
19        1100 Main Street, Suite 1800
          Kansas City, Missouri  64105
20
     For the Defendant:
21        POLSINELLI, P.C.
          By:  Mr. Mark A. Olthoff, and
22             Mr. Michael Foster
          900 West 48th Place, Suite 900
23        Kansas City, Missouri  64112

24   Videographer:
          Mr. David Lombardo, TBC Video
25
```

**EXHIBIT 8**

1           production they are non-fungible, in other phases
2           of production they are.
3    Q.     Any other common components that are non-fungible?
4    A.     That is an interesting question.  Ultimately you
5           can re-engineer anything.  So it is really
6           important to understand that in the moment, if you
7           expect to build something, none of the parts are
8           fungible.
9    Q.     Let me jump in here real quick, because I don't
10          want to keep you here all day unnecessarily.  I'm
11          not asking you to re-engineer anything or get into
12          engineering level detail.  This topic just asked,
13          just a real general overview.  Someone who doesn't
14          know what is inside of this product at all, what
15          are kind of the major components, the common
16          components.  Even if it is comprised of a thousand
17          tiny little parts that gets down to a technical
18          engineering level.  Together, though, how would
19          you group those?  How would you categorize those
20          things.  Really I am just looking for a real high
21          level general.
22                    Let me give you an example.  Maybe this
23          will help.  What I thought you were going to say
24          was stuff like this.  Well, you've got your main
25          processor, you've got some circuit boards, you

1            have a power supply, a power regulator, I guess.
2   A.   Would you like part categories?  Is that what you
3        are looking for?
4   Q.   That would be fine.  However you want to do it.  I
5        am just looking for a general overview, so people
6        can understand.  It has got a power supply.  It
7        has got a chip.  It has got heat syncs.  It has
8        got -- if there are fans in there, and then they
9        are all contained in some kind of outer shell.
10       Very general overview.
11  A.   The general categories of parts that go into these
12       products, irrespective of the generation or
13       individual product.  You have an enclosure, you
14       have a VRM --
15  Q.   Which is?
16  A.   Voltage regulation and management system that
17       provides the power to the ASIC chip.  The ASIC
18       chip is another component.  Then you have the PCB,
19       which all of that sits on.  You have the
20       enclosure.  I don't know if I already said that.
21       An external power supply.  You have fans.  You
22       have, depending on the product, different types of
23       thermal solutions, either water-cooled or
24       air-cooled or simply passively radiated.
25  Q.   Those common parts categories, those are common to

```
 1            all of the products, first and second generation
 2            ASIC?
 3    A.      As a category description they are common to all
 4            the products.
 5    Q.      Very good.  With those kind of parts categories,
 6            using those categories, can you explain kind of
 7            the process that they are assembled or put
 8            together to make a complete unit?  Is there a
 9            typical sequence of events that leads to a
10            finished product or how does it work?
11    A.      It is different for each product.
12    Q.      Okay.
13    A.      Initially the mechanical engineer envisions how
14            the product will be assembled.  You develop the
15            enclosure and the form factor based on those
16            expectations.  Once you actually get into the
17            production process, the people involved on the
18            floor may come up with different alternative
19            solutions or methodologies.  Sometimes if there's
20            a part which is particularly time consuming or
21            troublesome, where it might put too much stress on
22            the PCB and crack the chip.  So you would
23            re-engineer that portion of the product or that
24            procedure in assembly.  So it is a fluid process
25            throughout the entire production line until you
```