

http://www.butterflylabs.com/products    Go

MAY **JUN** JUL
◀ **23** ▶
2011 **2012** 2013

Close
Help

267 captures
19 Aug 11 - 19 Apr 15



**ButterflyLabs**

Search this site

Home  Products  Drivers  Consulting  News  FAQ  Jobs  Contact Us  Order          Gift Store   Media

# Products



| The Single | Mini Rig | SuperComputer Chip (BitForce SC) |
|---|---|---|
| Slim & enormously powerful. BitForce Singles are an excellent low cost solution. | Professional grade performance density at new levels of cost and power efficiency. | Some jobs have exceptional needs. The BitForce SuperComputer processor can deliver. |
| **$599** | **$15,295** | **TBA** |
| Performance: **832 Mega Hash / s @ 80w** | Performance: **25.2 Giga Hash / S @ 1,250w** | Performance: **3.5, 40 & 1,000 GH/s** |
| BitForce Singles are tiny and wonderfully efficient. Singles can also be linked together. See full performance & product specification. | Our Mini Rig unit can be configured for the performance you need. Monitor speed, energy consumption & heat via master display. | The BitForce SC chip is now in final stage development. Initial product delivery is scheduled for October, 2012. See the SC FAQ for more information. |
| • Small size (100 x 100 mm)<br>• Easy USB connectivity<br>• Hot plug clusterable<br>• Quiet (32db)<br>• Low thermal signature | • Low power<br>• Quiet<br>• Flexible upgrade slots<br>• Blistering speed<br>• Digital readout | • Trivial power consumption<br>• Silent operation<br>• End game performance<br>• Previous generation obsolescence protection (Client upgrade path) |
| ORDER NOW | ORDER NOW | See our June 15th press release |

© 2012 Butterfly Labs Inc.                                            Top ↑



EXHIBIT 9

BFLABS-KA 00030018