

CALL US: 1-800-809-MINE (6463)  |  FOLLOW US:        My Account    My Wishlist    My Cart    Checkout    Log In

**BUTTERFLYLABS**        Home    Products    Drivers    Consulting    FAQ    Support Forums    Jobs

## Products

The Bitforce line of ASIC Super Computer (SC) bitcoin miners are next generation bitcoin mining hardware available in 4 different configurations.



| 5 GH/S BITCOIN MINER | 25 GH/S BITCOIN MINER | 50 GH/S BITCOIN MINER | 500 GH/S BITCOIN MINER |
|---|---|---|---|
| $274.00  Order | $1,249.00  Order | $2,499.00  Order | $22,484.00  Order |

## Components



**65 NM ASIC BITCOIN MINING CHIP**

$75.00    Order



**Links**
- Site Map
- Search Terms
- Advanced Search
- Orders and Returns
- Contact Us

**NEWSLETTER**
Enter your email to be notified of new developments and product releases (your email will never be sold or misused).

[Enter your email address]    Subscribe

**GET IN TOUCH**
E-mail us at:
office@butterflylabs.com

Call us at:
1-800-809-MINE (6463)

Copyright: © 2012 Butterfly Labs Inc. All rights reserved.        Privacy Policy

**EXHIBIT 10**

BFLABS-KA 00030727