

## Products

The Bitforce line of ASIC Super Computer (SC) bitcoin miners are next generation bitcoin mining hardware available in 4 different configurations.

### 65nm Products - Units in Stock. Shipping Immediately.



### 28nm Products



### Components





65 NM ASIC BITCOIN MINING CHIP



Out of stock

BFLABS-KA 00030734

**EXHIBIT 12**

INTERNET ARCHIVE
WaybackMachine

https://products.butterflylabs.com/    Go

180 captures
29 Nov 12 - 20 May 15

NOV **DEC** JAN
◀ **10** ▶
2012 **2013** 2014

Close
Help

**Links**

NEWSLETTER

GET IN TOUCH

Site Map

Enter your email to be notified of new developments and product releases (your email will never be sold or misused).

E-mail us at:
**office@butterflylabs.com**

Search Terms

Enter your email address    Subscribe

Call us at:
**1-800-809-MINE (6463)**

Advanced Search

Orders and Returns

Contact Us

Copyright: © 2012 Butterfly Labs Inc. All rights reserved.    Privacy Policy

**BFLABS-KA 00030735**