# DECLARATION OF SAMUEL PLAINFIELD
# PURSUANT TO 28 U.S.C. § 1746

I, Samuel Plainfield, have personal knowledge of the facts below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I live in Walnut Creek, California. I am over 18 years old, and I currently work in San Francisco, California as a technology consultant.

2. On or about April 18, 2013, I purchased a 50-gigahash Bitcoin mining machine from Butterfly Labs. I believe this machine was called the BitForce SC ASIC miner, and that it was the 65 nanometer model. In total, I paid $2,567 for my order—$2,499.00 for the machine, and $68.00 for shipping and handling. I paid for my order by credit card, and used Paypal to process the payment. I received confirmation of my order from Butterfly Labs later that day by email. A true and correct copy of my order confirmation is attached here as **Attachment A**.

3. When I placed my order with Butterfly Labs, I expected to receive my Bitcoin mining machine within about two months, or three months at the most.

4. On or about May 1, 2013, I received an email from Butterfly Labs notifying me that the company's Bitcoin miners were "shipping now." The email said that customers "may have seen news reports of our ASIC miners in the wild." It also noted that the company was "*very* aware of the undesirable dynamics of any delay," but had been updating its product specifications "in order to deliver a reliable product at the expected performance." The email instructed me to confirm my order because of the company's product updates, and said that if I did not confirm, my order would be cancelled and my money refunded. A true and correct copy of this email from May 1, 2013 is attached here as **Attachment B**.

**EXHIBIT 15**

5. I attempted to confirm my order on several occasions in May 2013. I was never able to confirm my order by logging into the company's website, so I emailed the company and asked them to consider my email a confirmation of my order. After exchanging several emails with a company representative who identified himself as Brandon, I received an email on or about June 7, 2013 stating that my order "looks fine." I took this statement to mean my order had been confirmed. A true and correct copy of my email correspondence with Butterfly Labs in an attempt to confirm my order is attached here as **Attachment C**.

6. I still had not received my order by mid-August 2013—four months after I placed the order. On or about August 24, 2013, I sent Butterfly Labs an email requesting a firm shipping date. Despite this request, I never received a firm shipping date from the company. Instead, a representative who identified herself as Tamika directed me to check the status of my order by looking at the company's blog. A true and correct copy of my email correspondence with Butterfly Labs in an attempt to get a firm shipping date is attached here as **Attachment D**.

7. On or about August 29, 2013, I received an email from Butterfly Labs announcing a new Bitcoin mining product—the "Monarch." In the email, Butterfly Labs claimed the Monarch would offer up to ten times more computational power than the BitForce. The email offered customers who still had still not received their earlier orders the chance to "transfer and use the purchase price of [the earlier] order towards the purchase of a Monarch." When I received this email, I believed Butterfly Labs was taking orders for the "Monarch" as a way to get the additional money they needed to finance their production backlog. A true and correct copy of this email from August 29, 2013 is attached here as **Attachment E**.

8. I chose not to upgrade my order to a Butterfly Labs "Monarch" miner. Instead, I continued to seek delivery of my original order.

9. I had still not received my order by October 2013, or any update on when the company planned to ship my order. On or about October 10, 2013, I filed a dispute with my credit card company about the purchase. That same day, I sent the company an email informing them of my credit card dispute and requesting that they cancel my order and refund me the entire purchase price. Had the company shipped the product on or about this date, its value would have been severely diminished due to the passage of time, and I would have been very unlikely to recuperate the cost of my purchase through Bitcoin mining activity. This is because the value of every individual miner is diminished when more miners are added to the Bitcoin network, and many miners had been added between May 2013 and October 2013.

10. On or about October 16, 2013, I received a response from a company representative who identified herself as Alicia. Alicia told me that all sales of the product were final and that "refunds will not be processed." Alicia's email did not include any more information about when I could expect to receive my order—it simply said that it would be shipped according to my position in the order queue. A true and correct copy of my email correspondence with Butterfly Labs seeking a refund is attached here as **Attachment F**.

11. I ultimately received a credit for the purchase price of the Butterfly Labs miner from my credit card company, after the credit card company granted my chargeback request. I never received a refund from Butterfly Labs, and the company never sent me the Bitcoin miner I had ordered.

12. I filed a complaint against the company with the Federal Trade Commission on or about November 13, 2013.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements made in this declaration are true and correct.

Executed in San Francisco, California, on ___September 24___, 2014

Samuel Plainfield