**From:** **Jonathon Griffin** jonathon@butterflylabs.com
**Subject:** Re: Problem with BFL 60GH Single
**Date:** November 25, 2013 at 4:38 PM
**To:** Dylan Symington DSYM@comcast.net

I'm sorry, but we do not provide reimbursement.

We will ship it back to you at our expense.

If you give me your tracking number, I can authorize shipment to go out immediately, so you'll be able to get your replacement sooner.

Kind regards,
Jonathon

On Mon, Nov 25, 2013 at 3:49 PM, Dylan Symington <DSYM@comcast.net> wrote:
> Ok Jonathon, I will ship it back to you. Is there any way that I can get reimbursed for the shipping costs or the money that I have been
> missing out on while the miner wasn't working? It's frustrating that I had to wait so long to get this thing in the first place, and then when I
> finally get it, it is defective and I have to pay even more money to ship it back.
>
> -Dylan

On Nov 25, 2013, at 10:53 AM, Jonathon Griffin wrote:

> Hello, Dylan.
>
> Sorry about the delay. Your unit is defective; the RMA ticket is 32385-17394-RMA.
>
> Please write that on the box when you ship it to:
>
> 10770 El Monte, Suite 101, Overland Park, KS, 66211
>
> Kind regards,
> Jonathon
>
> On Sat, Nov 23, 2013 at 9:16 AM, Dylan Symington <DSYM@comcast.net> wrote:
> > Hey Jonathon,
> >
> > When I go to Start > Devices and Printers, I do see an unspecified device with the name "Single RS232-HS", but when I try to populate
> > the FT_Prog device tree by pressing f5 it doesn't find any devices at all. For that reason I am stuck on step 3. Any advice?
> >
> > -Dylan
> >
> > On Nov 21, 2013, at 12:10 PM, Jonathon Griffin wrote:
> >
> > > 1) Plugging in the unit to Windows, drivers do not install automatically.
> > > 2) Going to Start > Devices and Printers, you see an Unspecified device with the name "Single RS232-HS".
> > >
> > > Steps to resolve the problem:
> > >
> > > 1) Download the BitFORCE-SHA256-SC.xml file.
> > > 2) Install FT_Prog_v2.8.2.0
> > > 3) Run FT_Prog and press F5.
> > > 4) Once the Device Tree has been populated, you should find a device with the Chip Type "FT232H".
> > > 5) Right-click it in the Device Tree view and select Apply Template > From File, and choose the xml file.
> > > 6) Press Ctrl+P or click the thunderbolt next to the magnifying glass.
> > > 7) In the new window, click Program.
> > > 8) Press F5 or click the magnifying glass.
> > > 9) You should see "BitFORCE SHA256 SC" in the Product Description. The device has been successfully programed.
> > >
> > > 10) If on a Windows OS, unplugging the device and plugging it back in will prompt the OS to begin installing the default FTDI driver.
> > > Once complete, your unit should function normally.

EXHIBIT
16

**From:** **Butterfly Labs**  tracking@shipstation.com
**Subject:** Your order has been shipped!
**Date:** November 1, 2013 at 8:50 AM
**To:** dsym@comcast.net



Dear Dylan Symington,

Thank you for your order from **Butterfly Labs!** Your order (#100032385) was shipped via USPS, USPS Priority Mail on 11/1/2013.  You can track your package at any time using the link below.

**Shipped To:**
Dylan Symington
6310 OWEN PL
BETHESDA, MD 20817-5462 US

**Track Your Shipment:** 9410810200986142673359

This shipment includes the following items:

| Item # | Description | Qty |
|--------|-------------|-----|
| SGL600G | 60 GH/s Bitcoin Miner | 1 |

**Thank you for your business and we look forward to serving you in the future!**

**Butterfly Labs**
**Phone:** 913-271-6744
**Email:** office@butterflylabs.com
**Website:** http://www.butterflylabs.com

**A&S 00041**