

Bitcoin Forum > Other > Off-topic > is butterfly labs mining with those ASICs at the moment?

« previous topic next topic »

Pages: 1 2 3 [**4**] 5 6 7 8 9 10 11 12 13 14  All                                                               **print**

| Author | Topic: is butterfly labs mining with those ASICs at the moment?  (Read 26868 times) |
|---|---|

**j▮▮▮▮**
Legendary

Activity: 1386

Ignore

> **Re: butterfly labs is definitely mining with those ASICs at the moment**
> September 19, 2012, 08:49:06 PM
>
> **Quote from:** c▮▮▮▮▮ **on September 19, 2012, 08:39:29 PM**
> > Do not you dare test a difficulty changing amount of hashing power on mainnet.
> >
> > THIS IS WHAT TEST NET IS FOR.
>
> More like testnet-in-a-box.
>
> ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
> ▮▮▮▮▮▮▮, bitcoin core dev team and BitPay engineer; opinions are my own, not my employer.
> Donations / tip jar: 1BrufViLKnSWtuWGkryPsKsxonV2NQ7Tcj

#61



Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction. Advertise here.

**BFL_Josh**
Member

Activity: 78

Ignore

> **Re: butterfly labs is definitely mining with those ASICs at the moment**
> September 19, 2012, 08:53:38 PM
>
> If we tested on testnet, it would make testnet useless, since it would spike the difficulty to unmanagable levels.
>
> Regardless, we aren't testing any ASIC equipment on the live network either now or in the past, so it's pretty immaterial.  We already have a plan, which I explained to several people at the Bitcoin conference on how we are going to handle the live testing when that time comes.

#62

