ROUGH DRAFT

```
 1   A    Among other things.
 2   Q    What else would a consumer pay in and then it
 3        would end up in that wallet?
 4   A    Nothing.
 5   Q    What else has ended up in that wallet?
 6   A    Mining revenue, other -- various other payments
 7        that are not customer related.  I'm not sure what
 8        else but there probably is other things.
 9   Q    Okay, so let's start with the mining revenue,
10        could you describe that?
11   A    When we burn in our hardware and it earns bit
12        coins it is sent to that wallet.
13   Q    And I didn't hear a phrase you said.  You said
14        when we something our equipment?
15   A    When we burn in our equipment, when we test it to
16        be sure that it's functioning properly.
17   Q    And what equipment do you test?
18   A    The hardware we manufacture.
19   Q    Do you test one piece of each type of hardware?
20   A    No, we test each one individually.
21   Q    So every bit coin mining machine that Butterfly
22        Labs manufactures you test?
23   A    Ideally.
24   Q    And that's before it goes to the consumer?
25   A    Yes.
```

EXHIBIT 20

Federal Trade Commission vs. BF Labs   Josh Zerlan   9/25/2014

ROUGH DRAFT

1  Q   Those are machines that are sold to the consumers?
2  A   Yes.
3  Q   And does the consumer know that the company has
4      mind for bit coins using it?
5  A   I wouldn't know.
6  Q   Are you aware of any representations on the
7      website or anyone else where that would explain
8      that to consumers?
9  A   For which hardware pieces are we talking about?
10         MR. PERRY:  Can I just stop you a
11     second.  We're getting a little far afield of the
12     limited subjected matter of this deposition
13     pursuant to the Temporary Restraining Order.  I'm
14     going to let you go a little bit further and see
15     where this goes, but what it comes down to, the
16     wallets identification and the location of those
17     wallets should be about the limit of your proper
18     testimony.  Thank you, though.
19         MS. MITHAL:  Okay, and thank you.
20 Q   (By Ms. Mithal)  And with the wallet you -- I'm
21     sorry, can the court reporter read back my last
22     question?
23         (WHEREUPON, THE PENDING QUESTION WAS
24     READ BY THE REPORTER.)
25         MR. PERRY:  I'm actually going to