IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 14-CV-2159-KHV-JPO |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' SECOND UNOPPOSED MOTION
### FOR AN EXTENSION OF TIME TO FILE
### THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Defendants BF Labs Inc., Sonny Vleisides, and Jeffrey Ownby respectfully request, pursuant to Local Rule 6.1 and Rule 6(b) of the Federal Rules of Civil Procedure, an Order granting them an extension of time to respond to Plaintiffs Kyle Alexander and Dylan Symington's Motion for Class Certification. In support of their request for relief, Defendants state as follows:

1. On November 23, 2015, Plaintiffs filed their Motion for Class Certification. By reason of a prior enlargement of time request, Defendants' response to Plaintiffs' Motion is due Wednesday, December 30, 2015.

2. Plaintiffs and Defendants are continuing to discuss potential avenues for a resolution of this matter and request more time to entertain those discussions before Defendants file a response to Plaintiffs' Motion. The parties' discussions have progressed significantly since the previous request for enlargement of time. Initial settlement terms have been exchanged between counsel on a confidential basis. Counsel for the parties are hopeful and optimistic that a resolution will be reached within the next few weeks.

52016731.1

3. Defendants' counsel has contacted Plaintiffs' counsel and Plaintiffs' counsel does not oppose this motion. Plaintiffs' counsel has agreed to an extension until January 22, 2016 for Defendants to respond to Plaintiffs' Motion for Class Certification.

4. This is Defendants' second request for an extension of time to extend the time in which to respond to Plaintiffs' Motion.

5. This Motion is not intended to cause any delay, will not result in any prejudice to Plaintiffs, and the extension will not interfere in any of the Court's deadlines.

WHEREFORE, Defendants BF Labs Inc., Sonny Vleisides, and Jeffrey Ownby respectfully request an Order from the Court to extend the deadline for Defendants to respond to Plaintiffs' Motion for Class Certification up to and including, January 22, 2016.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF                KS Fed. #70339
MICHAEL S. FOSTER              KS #24011
POLSINELLI PC
900 W. 48th Place
Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
moltoff@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendants BF Labs Inc., Sonny Vleisides, and Jeffrey Ownby

**CERTIFICATE OF SERVICE**

This is to certify that I have on the 29th day of December, 2015, filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following attorneys of record:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

Attorneys for Plaintiffs

    /s/ Mark A. Olthoff
Attorney for Defendants

3