IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
|       **Plaintiffs,** | ) |
| | ) |
| **v.** | ) Case No. 14-CV-2159-KHV-JPO |
| | ) |
| **BF LABS INC.,** | ) |
| | ) |
|       **Defendant.** | ) |

**JOINT MOTION TO STAY CASE UNTIL MARCH 1, 2016 TO
CONTINUE WORKING ON POTENTIAL SETTLEMENT AGREEMENT**

Plaintiffs Kyle Alexander and Dylan Symington ("Plaintiffs") and Defendants BF Labs, Inc., Sonny Vleisides, and Jeffrey Ownby ("Defendants") respectfully request that the Court stay this matter until March 1, 2016, including staying the Defendants' Response to Plaintiffs' Motion for Class Certification. In support of this joint motion, the parties state as follows:

1. In May 2015, the Court issued a Second Amended Scheduling Order (Dkt. No. 89) setting forth, among other things, deadlines for discovery, dispositive motions and setting the trial date.

2. No deadlines remain other than a response to Plaintiffs' Motion for Class Certification ("Plaintiffs' Motion") and the Plaintiffs' Reply to that motion until trial set for August 8, 2016.

3. The parties have been engaged in substantive settlement negotiations, attempting to resolve complicated claims in a putative nationwide class. The discussions are on-going but all parties agree that more time is needed to work on remaining issues and details.

4. All parties request that the Court stay this matter and all pending deadlines until March 1, 2016 as they continue to discuss potential avenues for a resolution of this matter and request a stay to entertain those discussions before Defendants file a response to Plaintiffs' Motion.

52204717.1

5. The parties are not seeking to move the trial date. Thus, granting the requested extension would not impact any other deadlines in the Second Amended Scheduling Order and would not delay the case.

6. The stipulated stay would further the interests of judicial economy by facilitating the resolution of this matter without judicial intervention.

WHEREFORE, Plaintiffs and Defendants jointly and respectfully request that this Court stay this matter until March 1, 2016.

Dated: January 20, 2016

Respectfully submitted,

/s/ Ari N. Rodopoulos
NOAH K. WOOD                    KS #23238
ARI N. RODOPOULOUS              KS #26585
WOOD LAW FIRM, LLC
1100 Main Street, Suite 1800
Kansas City, Missouri  64105-5171
(816) 256-3582
(816) 337-4243 (FAX)
noah@woodlaw.com
ari@woodlaw.com

Attorneys for Plaintiffs Kyle Alexander and Dylan Symington.


/s/ Mark A. Olthoff
MARK A. OLTHOFF                 KS Fed. #70339
MICHAEL S. FOSTER               KS #24011
POLSINELLI PC
900 W. 48th Place
Suite 900
Kansas City, Missouri  64112-1895
(816) 753-1000
(816) 753-1536 (FAX)
molthoff@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendants BF Labs Inc., Sonny Vleisides, and Jeffrey Ownby

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of January, 2016, a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Mark A. Olthoff
Attorney for Defendant BF Labs Inc.

52204717.1