IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 14-CV-2159-KHV-JPO |
| | ) |
| **BF LABS INC.,** | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Plaintiffs Kyle Alexander and Dylan Symington and Defendants BF Labs Inc., Sonny Vleisides, and Jeffrey Ownby (collectively the "Parties") submit the following status report as requested by this Court on January 21, 2016. (Doc. No. 146). The Parties have been engaged in significant substantive settlement negotiations, attempting to resolve complicated claims in a putative class class action potentially involving thousands of class members. The discussions have been very productive and the Parties are attempting to finalize the details of a potential settlement. The Parties therefore respectfully request that the Court continue the stay of this matter until March 16, 2016, including staying the Defendants' Response to Plaintiffs' Motion for Class Certification. The parties anticipate being in a position to file a motion for approval of class settlement by March 16, 2016.

Dated:  March 2, 2016

                Respectfully submitted,

                /s/ Ari N. Rodopoulos
                NOAH K. WOOD          KS #23238
                ARI N. RODOPOULOUS    KS #26585
                WOOD LAW FIRM, LLC
                1100 Main Street, Suite 1800
                Kansas City, Missouri  64105-5171
                (816) 256-3582
                (816) 337-4243 (FAX)
                noah@woodlaw.com

ari@woodlaw.com

Attorneys for Plaintiffs Kyle Alexander and Dylan Symington.


/s/ Mark A. Olthoff
MARK A. OLTHOFF  KS Fed. #70339
MICHAEL S. FOSTER  KS #24011
POLSINELLI PC
900 W. 48th Place
Suite 900
Kansas City, Missouri  64112-1895
(816) 753-1000
(816) 753-1536 (FAX)
molthoff@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendants BF Labs Inc., Sonny Vleisides, and Jeffrey Ownby

2

52204717.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of March, 2016, a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Mark A. Olthoff
Attorney for Defendants

52204717.1