# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 14-CV-2159-KHV-JPO |
| | ) |
| **BF LABS INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

## JOINT STATUS REPORT

Plaintiffs Kyle Alexander and Dylan Symington and Defendants BF Labs Inc., Sonny Vleisides, and Jeffrey Ownby (collectively the "Parties") submit the following status report as requested by this Court on March 7, 2016. (Doc. No. 148). The Parties have been engaged in significant substantive settlement negotiations, attempting to resolve complicated claims in a putative class action potentially involving thousands of class members. The discussions have been very productive as the Parties are attempting to finalize the details of a potential settlement and have begun drafting settlement documents. The Parties therefore respectfully request that the Court continue the stay of this matter one more week until March 23, 2016, including staying the Defendants' Response to Plaintiffs' Motion for Class Certification. The parties anticipate being in a position to file a motion for approval of class settlement by March 23, 2016.

Dated:  March 16, 2016

                                            Respectfully submitted,

                                            /s/ Ari N. Rodopoulos

| | |
|---|---|
| NOAH K. WOOD | KS #23238 |
| ARI N. RODOPOULOS | KS #26585 |

WOOD LAW FIRM, LLC
1100 Main Street, Suite 1800
Kansas City, Missouri  64105-5171
(816) 256-3582
(816) 337-4243 (FAX)
noah@woodlaw.com

52204717.1

ari@woodlaw.com

Attorneys for Plaintiffs Kyle Alexander and Dylan Symington.


/s/ Mark A. Olthoff
MARK A. OLTHOFF                    KS Fed. #70339
MICHAEL S. FOSTER                      KS #24011
POLSINELLI PC
900 W. 48th Place
Suite 900
Kansas City, Missouri  64112-1895
(816) 753-1000
(816) 753-1536 (FAX)
molthoff@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendants BF Labs Inc., Sonny Vleisides, and Jeffrey Ownby

2

52204717.1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 16th day of March, 2016, a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

      /s/ Mark A. Olthoff
      Attorney for Defendants