## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **KYLE ALEXANDER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 14-CV-2159-KHV-JPO** |
| | ) | |
| **BF LABS INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs Kyle Alexander and Dylan Symington ("Plaintiffs") move for an Order of this Court, under Fed. R. Civ. P. 23, granting preliminary approval of the proposed class action settlement ("Settlement") as set forth in the Settlement Agreement attached hereto as **Exhibit 1**.[1] The Settlement Agreement was entered into following a mediation, substantial discovery, and extensive negotiations.

Plaintiffs respectfully request that the Court enter the proposed Order, attached as *Exhibit B* to the Settlement Agreement ("Preliminary Approval Order"):

1.      Granting preliminary approval of the proposed Settlement;

2.      Certifying for settlement purposes only the proposed class pursuant to Federal Rule of Civil Procedure 23;

3.      Appointing Noah Wood and Ari Rodopoulos of Wood Law Firm, LLC as Class Counsel for settlement purposes;

4.      Appointing Plaintiffs Kyle Alexander and Dylan Symington as Class Representatives for settlement purposes;

---

[1] Unless specifically defined herein, capitalized terms used herein have the meanings assigned to them in the Settlement Agreement.

5.     Approving the form of and directing distribution of the proposed Notice of Pendency of Class Action and Proposed Settlement ("Notice") and Claim Form, attached as *Exhibit A* and *Exhibit E*, respectively, to the Settlement Agreement; and

6.     Setting the Final Approval Hearing for a date no earlier than ninety (90) days, or as soon thereafter as practicable, after entry of the Preliminary Approval Order.

7.     The settlement agreement (**<u>Exhibit 1</u>** hereto), which is more fully explained in the accompanying Memorandum in Support and Settlement Agreement, is fair, adequate, and reasonable.

8.     The settlement resolves all of the claims of the putative settlement class, defined as follows: "All customers who prepaid BF Labs Inc. for ASIC 65 NM generation products or ASIC 28 NM generation products between June 23, 2012 and July 17, 2014."

9.     Although the claims of the BF Labs Settlement Class Members are to be resolved in the settlement, the ability of BF Labs to make the payments contemplated in the Agreement is based upon future funding. BF Labs currently has insufficient assets to provide settlement payments to the proposed settlement class members. However, should BF Labs fail to obtain funding on or before May 1, 2017, the Court may enter a judgment against BF Labs for any unpaid amounts. Sections 4 and 5 of the Agreement describes in more detail the circumstances and amounts of settlement payments contemplated in the Agreement, if approved.

10.     BF Labs does not oppose this Motion or the entry of an Order preliminarily approving the settlement.

11.     In support of this Motion, Plaintiffs contemporaneously submit the Memorandum in Support of the Motion for Preliminary Approval of Settlement.

WHEREFORE, Plaintiffs request that the Court grant preliminary approval of the settlement, appoint Plaintiffs' counsel as class counsel, appoint Plaintiffs as class representatives, direct that notice be given forthwith, that a subsequent date be set for the purpose of a final fairness hearing, and for such other relief as the Court deems just and proper.

Respectfully submitted this 20th day of April, 2016.

Respectfully submitted,

/s/ Ari N. Rodopoulos
NOAH K. WOOD                    KS #23238
ARI N. RODOPOULOS               KS #26585
WOOD LAW FIRM, LLC
1100 Main Street
Suite 1800
Kansas City, Missouri 64105-5171
(816) 256-3582
(816) 337-4243 (FAX)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record in this case.

/s/ Ari N. Rodopoulos
Attorney for Plaintiffs