IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
MAY 1 2 2016
TIMOTHY M. O'BRIEN CLERK
By: _____ Deputy

| | |
|---|---|
| KYLE ALEXANDER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:14-cv-02159-KHV-JPO |
| BF LABS, INC., | ) |
| Defendant. | ) |

### NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Stephanie Lovett-Bowman and hereby withdraws as counsel for Temporary Receiver Eric L. Johnson. Bryant T. Lamer and Kersten L. Holzhueter of the law firm Spencer Fane Britt & Browne remain as counsel for the Temporary Receiver.

Respectfully submitted,

*Stephanie Lovett-Bowman*
Stephanie Lovett-Bowman    KS #24842
217 W. 67th Terrace
Kansas City, MO 64113
steph.lovett@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of May 2016, a true and correct copy of the foregoing was filed in person with the United States District Court for the District of Kansas, at which time the clerk filed the foregoing using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

*/s/ Stephanie Jewett Bowman*