IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER and ) <br> DYLAN SYMINGTON, ) <br> on behalf of themselves and all those ) <br> similarly situated, ) <br>   ) <br> Plaintiffs, ) <br> v. ) <br>   ) <br> BF LABS INC., d/b/a BUTTERFLY LABS, ) <br> SONNY C. VLEISIDES ) <br> and JEFF OWNBY, ) <br>   ) <br> Defendants. ) <br> _____ ) | CIVIL ACTION <br><br> No. 14-2159-KHV |

## ORDER

Plaintiffs Kyle Alexander and Dylan Symington bring this class action on behalf of all persons who prepaid BF Labs for bitcoin mining machines between June 23, 2012 and July 17, 2014. Plaintiffs assert claims against BF Labs, Sonny C. Vleisides and Jeff Ownby under the Kansas Consumer Protection Act, K.S.A. § 50-626(b)(3) and K.S.A. § 50-627(a) ("KCPA"). Plaintiffs also bring unjust enrichment claims under Kansas common law.[1]

This matter comes before the Court on defendant Jeff Ownby and Sonny Vleisides' Motion To Dismiss (Doc. #129) filed September 25, 2015. The Court finds that this motion should be overruled without prejudice in light of the pending Unopposed Motion For Preliminary Approval Of Settlement (Doc. #150) filed April 20, 2016.

---

[1] In addition, against BF Labs, plaintiffs assert a common law claim of conversion.

**IT IS THEREFORE ORDERED** that the Motion To Dismiss (Doc. #129) filed September 25, 2015 be and hereby is **OVERRULED** without prejudice.

Dated this 19th day of September, 2016, at Kansas City, Kansas.

                                        s/ Kathryn H. Vratil
                                        Kathryn H. Vratil
                                        United States District Judge