IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
|        **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 14-CV-2159-KHV-JPO |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
|        **Defendants.** | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**

Defendants Sonny Vleisides and Jeffrey Ownby respectfully request, pursuant to Local Rule 6.1 and Rule 6(b) of the Federal Rules of Civil Procedure, an Order granting them an extension of time to respond to Plaintiffs' First Amended Complaint. In support of their request for relief, Defendants state as follows:

1. On September 2, 2015, Plaintiffs filed an Amended Complaint, adding Sonny Vleisides and Jeffrey Ownby as Defendants. [Dkt. No. 123]

2. On September 25, 2015, Sonny Vleisides and Jeffrey Ownby filed a Motion to Dismiss. [Dkt. No. 129]

3. On January 21, 2016, this Court entered an Order staying this case. [Dkt. No. 146]

4. On September 19, 2016, this Court entered an Order overruling Sonny Vleisides and Jeffrey Ownby's Motion to Dismiss without prejudice in light of the pending Unopposed Motion for Preliminary Approval of Settlement filed on April 20, 2016. [Dkt. No. 154]

5. This is Defendants' first request for an extension of time to extend the time in which to respond to Plaintiffs' Amended Complaint.

6. Defendants accordingly request, out of an abundance of caution, that the Court grant Defendants a 14-day extension of time to Answer the Amended Complaint from the day the Motion for Settlement is ruled upon, if it is denied.

7. This Motion is not intended to cause any delay, will not result in any prejudice to Plaintiffs, and the extension will not interfere in any of the Court's deadlines.

8. Counsel for Defendants has contacted Counsel for the Plaintiffs. Counsel for the Plaintiffs does not oppose the requested relief.

WHEREFORE, Defendants Sonny Vleisides, and Jeffrey Ownby respectfully request an Order from the Court to extend the deadline for Defendants to respond to Plaintiffs' Amended Complaint for 14 days from when the Motion for Settlement is entered (if it is denied).

Respectfully submitted,

/s/ Mark A. Olthoff
Mark A. Olthoff                             KS Fed. #70339
Michael S. Foster                           KS #24011
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
moltoff@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendants BF Labs Inc., Sonny Vleisides, and Jeffrey Ownby

2

54802530.1

**CERTIFICATE OF SERVICE**

      This is to certify that I have on the 21st day of September, 2016, filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following attorneys of record:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

Attorneys for Plaintiffs

      /s/ Mark A. Olthoff
      Attorney for Defendants

54802530.1