# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 14-CV-2159-KHV-JPO |
| ) | |
| **BF LABS INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFFS' MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO AMEND

Plaintiffs Kyle Alexander and Dylan Symington ("Plaintiffs") respectfully request this Court to reconsider its Order [Doc. 157] finding as moot Plaintiffs' Motion to Certify Class [Doc. 137], or in the alternative, to grant Plaintiffs leave to file an amended motion for class certification. Plaintiffs' Memorandum in Support is submitted herewith.

Respectfully submitted,

WOOD LAW FIRM, LLC


/s/ Ari N. Rodopoulos
NOAH K. WOOD                     KS #23238
ARI N. RODOPOULOS            KS #26585
1100 Main Street
Suite 1800
Kansas City, Missouri 64105-5171
(816) 256-3582
(816) 337-4243 (FAX)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record in this case.

                                  /s/ Ari N. Rodopoulos
                                  Attorney for Plaintiffs