**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chris Wolpert
Clerk of Court　　　　　　　　　　　October 17, 2016　　　　　　　　　　　Chief Deputy Clerk

Mr. Ari N. Rodopoulos
Mr. Noah K. Wood
Wood Law Firm, LLC
1100 Main Street, Suite #1800
Kansas City, MO 64105

**RE:**　　**16-609, Alexander, et al v. BF Labs, Inc., et al**
　　　　　Dist/Ag docket: 2:14-CV-02159-KHV

Dear Counsel:

Your petition for permission to appeal pursuant to Fed. R. Civ. P. 23(f) and Fed. R. App. P. 5, has been filed today. Please note your case number above. You will be notified of the court's action on this petition and advised of any further requirements. Any answer to the petition shall be filed with the court within 10 days after the petition is served. See Fed. R. App. P. 5(b)(2).

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　Michael Foster
cc:　　Bryant T. Lamer
　　　　　Lucinda H. Luetkemeyer
　　　　　Mark A. Olthoff

EAS/at