# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

KYLE ALEXANDER, and )
DYLAN SYMINGTON, )
on behalf of themselves and all those )
similarly situated, )
)
                Plaintiffs, )
) Case No. 14-CV-2159-KHV-JPO
v. )
)
BF LABS INC., et al., )
)
                Defendants. )
)

## **PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION**

**COME NOW** Plaintiffs and, pursuant to Rule 23, respectfully move the Court for an Order:

(a)    Determining that this action shall be maintained as a class action with the Plaintiff class defined as:

### **Alexander Count I – KCPA**

All persons who (1) pre-paid BFL for ASIC 65 NM generation products or ASIC 28 NM generation products between September 3, 2012 and July 17, 2014, and (2) as of November 18, 2016, have not received the product(s) ordered and have not received a refund.

### **Alexander Count II – Unjust Enrichment**

All persons who (1) pre-paid BFL for ASIC 65 NM generation products or ASIC 28 NM generation products between September 3, 2012 and July 17, 2014, and (2) as of November 18, 2016, have not received the product(s) ordered and have not received a refund.

### Alexander Count III – Conversion

All persons who (1) pre-paid BFL for ASIC 65 NM generation products or ASIC 28 NM generation products between September 3, 2012 and July 17, 2014, (2) demanded or requested a refund, and (3) as of November 18, 2016, have not received the product(s) ordered and have not received a refund.

### Symington Count I – KCPA

All persons who (1) pre-paid BFL for ASIC 65 NM generation products or ASIC 28 NM generation products between September 3, 2012 and July 17, 2014, and (2) as of November 18, 2016, have received the product(s) ordered and have not received a refund.

### Symington Count II – Unjust Enrichment

All persons who (1) pre-paid BFL for ASIC 65 NM generation products or ASIC 28 NM generation products between September 3, 2012 and July 17, 2014, and (2) as of November 18, 2016, have received the product(s) ordered and have not received a refund.

### Symington Count III – Conversion

All persons who (1) pre-paid BFL for ASIC 65 NM generation products or ASIC 28 NM generation products between September 3, 2012 and July 17, 2014, and (2) as of November 18, 2016, have received the product(s) ordered and have not received a refund.

Excluded from each class shall be BF Labs Inc. and any shareholder, director, officer, or employee of BF Labs Inc.; the Court and Court personnel; counsel of record for BF Labs Inc.; and counsel of record for the Named Plaintiffs and Plaintiffs; and any customers who previously settled with Defendants.

(b) Appointing Plaintiffs Kyle Alexander and Dylan Symington as class

representatives;

(c)   Appointing Plaintiff's counsel Noah K. Wood and Ari N. Rodopoulos of the Wood Law Firm, LLC as lead class counsel; and

(d)   Any other relief the Court deems just and proper.

**WHEREFORE**, for the reasons set forth here and in Plaintiffs' Memorandum in Support, filed herewith, Plaintiffs pray this Court grant their Amended Motion for Class Certification.

Date: November 18, 16

WOOD LAW FIRM, LLC

By   /s/ *Ari N. Rodopoulos*
Noah K. Wood                 Bar #23238
noah@woodlaw.com
Ari N. Rodopoulos            Bar #26585
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2016, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

By   /s/  *Ari N. Rodopoulos*
*Attorneys for Plaintiffs*