```
1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DIVISION OF KANSAS
2


3    KYLE ALEXANDER, and           )
     DYLAN SYMINGTON, on behalf    )
4    of themselves and all those   )
     similarly situated,           )
5                       Plaintiffs,)
                                   )
6         vs.                      )  No. 14-CV-2159-KHV-JPO
                                   )
7    BF LABS, INC, a Wyoming       )
     Corporation, doing business   )
8    as BUTTERFLY LABS,            )
                        Defendant. )
9

10              DEPOSITION OF BRUCE BOURNE,

11   produced, sworn and examined on Tuesday, August 25,
     2015, at the law offices of Polsinelli, P.C., 900
12   West 48th Place, Suite 900, in Kansas City, Missouri,
     before:
13
                JAMES A. LEACOCK, CCR, for
14              CROSS REPORTING SERVICE, INC

15   A Certified Court Reporter for the State of Missouri.
     Taken on behalf of the Plaintiffs.
16
                        APPEARANCES:
17
     For the Plaintiffs:
18        WOOD LAW FIRM, LLC
          By:  Mr. Ari N. Rodopoulos
19        1100 Main Street, Suite 1800
          Kansas City, Missouri  64105
20
     For the Defendant:
21        POLSINELLI, P.C.
          By:  Mr. Mark A. Olthoff, and
22             Mr. Michael Foster
          900 West 48th Place, Suite 900
23        Kansas City, Missouri  64112

24   Videographer:
          Mr. David Lombardo, TBC Video
25
```

EXHIBIT 1

1          guess tested as well.  I thought you said
2          something along the lines of BFL's position was
3          until it was tested, we didn't deem it to be
4          manufactured.  Something along those lines?
5     A.   I don't remember my exact words from earlier today
6          --
7     Q.   Something like that?
8     A.   -- but yes, as far as the company was concerned.
9     Q.   What I was getting at was that the testing then
10         was -- that's something that was done on every
11         unit basically that was manufactured?
12    A.   I wasn't part -- I wasn't overseeing the
13         manufacturing, but it certainly was the company's
14         policy and practice to test every unit.
15    Q.   And that's on the live network, correct?
16    A.   There were units I believe in early days of the
17         company that were tested on, test network.  In
18         fact, I'm not entirely clear whether the FPGA's
19         were mostly or all tested on the test network.  If
20         we limit the discussion to the ASICs, live network
21         was the predominant, if not exclusive.
22    Q.   All units, live network, that is most likely?
23    A.   That is my understanding of it, yes.
24    Q.   I am going to move to -- there is a document filed
25         in the FTC action, it is Document Number 42.

1  Q.  (By Mr. Rodopoulos)  Let's go down to 12-H.  "FTC
2      alleges that a test net exists which enables
3      machines to be tested without being used to mine."
4      Does BFL admit or deny that?
5  A.  We would admit that a test net exists that does
6      enable machines to be tested without being used to
7      mine.  We would not agree that it was sufficient
8      to test the machines we were building adequately.
9  Q.  If you go down to 12-K.  "FTC alleges that BFL
10     notified each and every buyer on the B.F. Labs
11     online order form that the shipping date for the
12     ordered product was two months or longer."  Is
13     that true?
14 A.  This is the FTC asserting that we did that.  That
15     would have certainly been true for -- remember I
16     talked earlier about there was a date, either
17     March or May, when we put a pop-up on there and
18     anybody who was waiting in the queue got that
19     notification.  So I think there were probably
20     exceptions before that, but from that point
21     forward, that would be a true statement.
22 Q.  As of roughly?
23 A.  March or May of 2013.
24 Q.  Okay.  Just so I'm clear.  B.F. Labs' online order
25     form, that is just one of the pages on the

```
 1            orders in the time frame that was projected at
 2            that time.
 3       Q.   (By Mr. Rodopoulos)  Fair to say, though, that
 4            most of the people who placed a preorder did not
 5            receive within the original represented shipping
 6            date?
 7       A.   Again, you know, the represented shipment date was
 8            always projected, anticipated, scheduled.  And it
 9            was somewhat of a moving target.  If we go back to
10            the two months or longer language, certainly it
11            was two months or longer.  So in that regard I
12            would say it was inside the two months or longer
13            within compliance with that.  If we look at --
14            most shipments occurred later than the originally
15            projected initial shipment date.  I will say that.
16       Q.   And then on this two months or more thing, it
17            sounds like BFL interprets that as, that's a -- I
18            mean, that's a fail-proof shipping projection.
19            Basically you can't miss it.  It includes every
20            possible date technically?
21       A.   Technically it does.  That wasn't the company's
22            intent.
23       Q.   "Defendants admit that when it comes to bitcoin
24            mining, time is of the essence."
25       A.   We are in W.?
```

1   Q.   W.; is that true?
2   A.   Admit?  You know, we would object to the term
3        "admit".  And "time is of the essence," I would
4        say that must have some legal connotation that --
5        I'm sure there is something technical about that.
6        Would we say time is important?  Yes.
7   Q.   Very important, would you go that far?
8             MR. OLTHOFF:  Object to the term, it is
9        argumentative.
10  A.   No, there's too many factors that go into that.  I
11       mean, you know, if I am late, but the price of
12       bitcoin jumps after I deliver, then it is not very
13       important that I am later than I had been earlier.
14       Or if I deliver early and the price of bitcoin
15       falls afterward, that is a market movement and,
16       you know, that's not something that drives the
17       timing of the delivery.
18  Q.   (By Mr. Rodopoulos)  Isn't that kind of the same
19       thing, though, saying that future events don't
20       affect present events?
21            MR. OLTHOFF:  Object to the form, it is
22       argumentative.
23  A.   I'm not sure I follow the question.  Sorry.
24  Q.   (By Mr. Rodopoulos)  Okay.  I'll drop that one.
25       But, at least from BFL's perspective, based on its

| | | |
|---|---|---|
| 1 | | interaction with consumers, did BFL understand |
| 2 | | that consumers believed that time was of the |
| 3 | | essence? |
| 4 | A. | Again, I don't know what the definition.  It was |
| 5 | | clear that consumers felt timing was important. |
| 6 | Q. | There you go. |
| 7 | A. | Yes. |
| 8 | Q. | Okay.  If you go down to AA.  Actually, I'm sorry. |
| 9 | | Let's go to X.  FTC alleges that -- they use the |
| 10 | | phrase "other consumers."  I am going to change |
| 11 | | this slightly.  Is it true that some consumers |
| 12 | | have never received a machine or a refund at all? |
| 13 | A. | Yes. |
| 14 | Q. | That is true as of today? |
| 15 | A. | That is true as of today. |
| 16 | Q. | Any idea how many consumers have not received |
| 17 | | either the product they ordered or a refund? |
| 18 | A. | Yes.  There are, round numbers, about 1600. |
| 19 | Q. | 1600 unique consumers? |
| 20 | A. | I believe that is unique consumers as opposed to |
| 21 | | open orders.  Because some consumers have multiple |
| 22 | | orders.  I believe that's about 1600 unique |
| 23 | | consumers. |
| 24 | Q. | And do you have an idea of what that refund |
| 25 | | liability would be? |

1  A.  Well, they are not all refunds. There's at least
2      100 people who have never responded to multiple
3      outreaches as to whether they want their product
4      or they want a refund. So we call them the
5      non-responders. So there's some subset that we
6      just don't know at this point whether they want
7      equipment or they want a refund. There is
8      approximately 7 and a half million dollars of
9      refunds that have been requested but not yet paid.
10     And that is, I think that's around 1500 of the
11     1600.
12 Q.  Earlier we were talking about Kyle Alexander's
13     situation. He falls into this category?
14 A.  Of --
15 Q.  People who haven't received the product or a
16     refund?
17 A.  Right. Requested a refund, not yet paid.
18 Q.  Not yet paid. Correct?
19 A.  Yes. He does.
20 Q.  And then also when we were talking about kind of
21     the benefit and whether there is a corresponding
22     liability. Is this the liability that you are
23     talking about, the obligation to pay refunds to
24     those people?
25 A.  Or ship them product, yes.

1  Q.  What about those that have requested a refund,
2      though. The obligation is to provide a refund now
3      at this point?
4  A.  Yes. Let me clarify. We leave it open that if
5      someone chooses to get a piece of equipment
6      instead of a refund, we are willing to ship the
7      equipment. And we do have people who choose that.
8      But most people request a refund and then are
9      still in line for a refund.
10 Q.  Now, with respect to at least these 1500 or so
11     that are owed a refund. That have requested a
12     refund and not yet received one. Does BFL
13     acknowledge that it owes that money to those
14     people?
15 A.  Yes.
16 Q.  So we are not fighting on that ground?
17 A.  No. If we were in a position to pay it, we would
18     pay that, those refunds.
19 Q.  Is BFL willing to just allow a judgment to be
20     entered against BFL, at least for those people, in
21     the amount that is owed, so we don't have to
22     litigate over that?
23         MR. OLTHOFF: Object to the form of the
24     question, it calls for a legal conclusion. Legal
25     strategy.

1       officer didn't understand what had been -- either
2       she agreed to something and didn't understand it,
3       or later forgot.  But the company's belief was
4       that proper description had been given, proper
5       permission had been gained and that there was no
6       failing on the part of Sonny to do what he needed
7       to do to comply with the terms of his release.
8  Q.   Fair to say, though, that these issues were not
9       disclosed by BFL to the public?
10 A.   That is fair to say.
11 Q.   Okay.  Very good.  Real quickly, 16.  Sources of
12      BFL's funding.  I am going to try to summarize
13      them for you and then you tell me if I have got
14      them right.  Okay?  It sounds like sources of
15      funding or income were the preorder sales of
16      various generation miners, correct?
17 A.   Yes.
18 Q.   That appears to be the largest part of income?
19 A.   That is correct.
20            MR. OLTHOFF:  Just object to the extent
21      that the term "income" is misleading.
22 Q.   (By Mr. Rodopoulos)  Well, funding, income.  That
23      is the largest source of revenue.  How about that?
24 A.   Both funding and revenue would be correct.
25 Q.   And then --

1  A.  Income would not.
2  Q.  Fair enough.  All right.  So then the other
3      sources of income would be, there was the hosted
4      mining products or services, correct?
5  A.  Yes.  Sorry.
6  Q.  And then there was the acquisition of bitcoins
7      through the methods we've discussed today,
8      correct?
9  A.  That's correct.
10 Q.  That would also count as revenues or funding I
11     guess?
12 A.  Yes.
13 Q.  And there was the sale of the chips in bulk
14     apparently?
15 A.  Yes.
16 Q.  Any other sources?
17 A.  The initial $8,000 capital contribution by the
18     founders.  The founder's testing, mining, and
19     preorder sales and then sales from stock.
20     Customer, it is still customer sales.
21 Q.  And the main thing I am trying to get at is, there
22     wasn't some rich investor that came in and gave
23     $10 million to the company in operating capital or
24     anything, correct?
25 A.  There was -- that's correct.  There was no

1        significant outside source of funding.  That
2        wasn't just described.
3   Q.   All right.  17.  In Document 14 in the FTC action,
4        I am quoting a sentence there out of one of BFL's
5        pleadings.  Specifically that "BFL notified each
6        and every buyer on the B.F. Labs online order form
7        that the shipping date for the ordered product was
8        two months or longer."  Is that true?
9                 MR. OLTHOFF:  Object to the form as
10       vague and ambiguous.
11  A.   It is out of context.  However, anyone who was
12       waiting in the preorder queue at that March 1st or
13       May 1st date then was required to either accept
14       the product form revision and the new terms which
15       were two months or longer for delivery, and then
16       anyone who ordered after that date got that as
17       part of their online form.
18  Q.   (By Mr. Rodopoulos)  Let's break it down real
19       quick, though.  The quoted language, though, in
20       Topic 17, does BFL admit that it made that
21       representation to the Court in the FTC action?
22  A.   This was a representation by our counsel on behalf
23       of the company.  So I'm going to assume that what
24       is between the two quotes is accurate.  If that's
25       the case, and that is what is reflected in the

1  Q.   (By Mr. Rodopoulos)  That's what I thought based
2       on the ship date.  I wasn't aware that any ASICs
3       shipped in 2012, so.
4  A.   They did not.
5  Q.   All right.  So safe to say Exhibit A. is likely
6       just related to FPGA sales?
7  A.   Should be.  And this would be referenced in our
8       interrogatory responses, right?
9  Q.   And I do believe that's what it says.
10 A.   What would help, if one of these exhibits I think
11      was our first interrogatory response?  Yeah, okay,
12      that will help me.  Although it might be one of
13      the supplements where it actually gets mentioned.
14      But that one -- see Exhibit A.  Yes, Exhibit A. is
15      the FPGA generation order date and order status.
16 Q.   I am going to move on to Exhibit B. then.
17 A.   All right.
18 Q.   Exhibit B. I understand to be the, basically the
19      identification of people who pre-ordered ASIC
20      products?
21 A.   That's correct.
22 Q.   That would include both generations of ASIC --
23 A.   Yes.
24 Q.   -- correct?
25 A.   Yes.

1       original.
2  Q.   (By Mr. Rodopoulos)  Here you go.
3  A.   Thank you.  Okay.  So we're on, you say E.?
4  Q.   Yes.  Exhibit E. to me looks like it is showing
5       the amount of refunds paid to whom the refunds
6       were paid and it looks like whether it was paid in
7       cash or in bitcoins.  Is that your understanding
8       as well?
9  A.   It should be, although I also think that it may
10      show if refunds were made by Paypal, which if you
11      want to lump that in with cash, I would agree.
12 Q.   Go to Exhibit F.  Exhibit F., the way I understood
13      it, was that was showing the request made by those
14      who had received a miner, who had had some kind of
15      issue or work order request or something along
16      those lines?
17 A.   It says "RMA" somewhere on there?
18 Q.   I will show it to you.  Yes.
19 A.   RMA ID.  Yes, those are people who had an issue
20      with their miner and called, contacted the company
21      one way or the other.
22 Q.   Exhibit G.  I have a two-page document there for
23      Exhibit G.  Which the way I understand this is
24      that it is just showing people whose orders or
25      order status was not included in either Exhibit A.

1       or B. because of some kind of hold status.
2    A. Yes.  It looks like it is a supplement to Exhibit
3       B.
4    Q. So if I wanted to see all the people that had
5       placed an order for an ASIC machine with BFL,
6       that's in the records that have been produced, the
7       way I would do that is I would look at Exhibit B.
8       as well as Exhibit G. to see that?
9    A. I think so.  Anyone whose order was excluded from
10      B.  Yes.  So you would look at B. plus G. to get
11      that.
12   Q. Very good.  Exhibit H. I have as a one-page
13      exhibit, that basically shows the total units
14      shipped by week since July 14th, 2013.  And I just
15      wanted to -- I will have you look at it.
16   A. That one I am actually familiar with.
17   Q. What units are we talking about, ASIC units?
18   A. These are the first generation ASIC units.
19   Q. Does this include any of the second generation
20      ASIC units?
21   A. It does not.
22   Q. So it looks like, based on Exhibit H., that from
23      July of 2013 through it looks like mid December of
24      the same year, that approximately 36,000 ASIC
25      units, first generation, were shipped?

1   Q.   Is that correct?
2   A.   I think that's coins mined into whatever
3        particular wallet.  The active wallet.  I think
4        somewhere in the response it refers to the
5        company's active wallet, I think.  And that's the
6        ones that came in through mining activities.
7   Q.   And this represents all bitcoins that BFL
8        obtained, at least as of the date this was
9        produced?
10  A.   I don't think that would be accurate.  Because my
11       understanding is that's from mining as opposed to
12       consumer sales.  So to the extent there were
13       consumer sales, and we got part or all of that
14       payment in the form of bitcoin, that's not
15       reflected.
16  Q.   Understood.  So Exhibit I. cuts out bitcoins that
17       you received as a payment for a miner?
18  A.   That's my understanding of I.
19  Q.   Exhibit J. appears to be a supplemental exhibit
20       showing who got refunded, the amount and the date
21       of refund?
22  A.   May I see that.
23  Q.   Is that correct?
24  A.   Yes.  How many pages?  219 pages.  That is a list
25       of people who got refunds.

1           Okay, so how would you like this to be paid?  We
2      are going to have to find the reference to this
3      Exhibit K. in there to see.
4   Q.  (By Mr. Rodopoulos)  It looks like it also
5      includes --
6   A.  It does show -- okay.  So are these pages so wide
7      that we're not seeing for one person all the way
8      across?
9   Q.  Yeah, it is.
10  A.  It is.  So it goes all the way across.  So it
11     looks like if they were paid, the date the refund
12     was complete is listed there.  I believe in the
13     various supplements, you know, there were
14     different spreadsheets being kept.  And I think
15     some of them probably have overlapping
16     information.
17  Q.  While Mike is looking for that, let's move on
18     to -- I have just a handful more of these exhibits
19     to try to make sure I understand what they are.
20  A.  All right.
21              MR. FOSTER:  Was there a second one too?
22              MR. RODOPOULOS:  There should have been.
23     I don't know if I brought that, though.
24  A.  I noticed I was missing the second supplement.
25     So --