1  American Fax Co, European Union Commission, EU American Payment
2  Co, Global Search Network, North American Foreign Payments
3  Services, Worldwide Verification Service, and others
4  (collectively, the "Fraudulent Lottery and Pension Companies")
5  were companies purporting to, for a fee, enter individuals in the
6  United States into foreign and domestic lotteries, and to set up
7  pension accounts.
8           b.   Defendants SONNY VLEISIDES ("VLEISIDES"), JAMES
9  RAY HOUSTON, aka Rex Rogers ("HOUSTON"), and DENNIS EMMETT
10 ("EMMETT") owned and controlled portions of the Fraudulent
11 Lottery and Pension Companies.
12          c.   Defendant WILLIAM CLOUD ("CLOUD") worked for the
13 Fraudulent Lottery and Pension Companies, which work included
14 handling offshore mailing addresses, creating and maintaining
15 victim lists, and handling and directing the handling of victim
16 funds.
17          d.   Defendant SCOTT HENRY WALTHER ("WALTHER") worked
18 for the Fraudulent Lottery and Pension Companies, which work
19 included overseeing the finances of the Fraudulent Lottery and
20 Pension Companies, and controlling some of the bank accounts
21 related to those entities.
22 B.   THE SCHEME TO DEFRAUD
23      2.   Beginning in or about 1990, and continuing to at least
24 in or about July 2006, in Los Angeles, Orange, Ventura, San Louis
25 Obispo, and Riverside Counties, within the Central District of
26 California, and elsewhere, defendants VLEISIDES, HOUSTON, EMMETT,
27 CLOUD, and WALTHER, together with others known and unknown to the
28 Grand Jury, knowingly and with intent to defraud, devised,

EXHIBIT 5

A&S 03981

participated in, and executed a scheme to defraud victims as to a material matter, and to obtain money and property from such victims by means of material false and fraudulent pretenses, representations, and promises, and by the concealment of material facts.

3. To execute the scheme to defraud, defendants VLEISIDES, HOUSTON, EMMETT, CLOUD, and WALTHER and others known and unknown to the Grand Jury set up and operated the Fraudulent Lottery and Pension Companies. The scheme operated as follows:

    a. Defendants VLEISIDES, HOUSTON, EMMETT, CLOUD, and WALTHER, and others known and unknown to the Grand Jury created and sent over one million solicitations purportedly offering increased chances of winning foreign and domestic lotteries such as "The Australian Lottery," "The International Irish Sweepstakes," "The El Gordo," "The Bunderschmidt," "The NY Super 7," and the "Triple Crown Lottery." The solicitations claimed that the victims were purchasing "positions" in tickets to lotteries that would be grouped together or "pooled" to buy larger blocks of tickets. The solicitations contained various misrepresentations, including but not limited to the following:

        i. That money sent by participants in the pool would be used to purchase tickets in lotteries, horse races, and other such games;

        ii. That participants in the pool had a chance to win millions of dollars;

        iii. That previous participants in the pool had won millions of dollars through the pool;

3

A&S 03982