




BFLABS-KA 00030018