

CALL US: 1-800-809-MINE (6463) | FOLLOW US:    My Account   My Wishlist   My Cart   Checkout   Log In

**BUTTERFLYLABS**    Home   Products   Drivers   Consulting   FAQ   Support Forums   Jobs

## Products

The Bitforce line of ASIC Super Computer (SC) bitcoin miners are next generation bitcoin mining hardware available in 4 different configurations.



| 5 GH/S BITCOIN MINER | 25 GH/S BITCOIN MINER | 50 GH/S BITCOIN MINER | 500 GH/S BITCOIN MINER |
|---|---|---|---|
| $274.00   Order | $1,249.00   Order | $2,499.00   Order | $22,484.00   Order |

## Components

65 NM ASIC BITCOIN MINING CHIP



$75.00   Order

**Links**
- Site Map
- Search Terms
- Advanced Search
- Orders and Returns
- Contact Us

**NEWSLETTER**
Enter your email to be notified of new developments and product releases (your email will never be sold or misused).

[Enter your email address]   Subscribe

**GET IN TOUCH**
E-mail us at:
office@butterflylabs.com

Call us at:
1-800-809-MINE (6463)
Copyright: © 2012 Butterfly Labs Inc. All rights reserved.    Privacy Policy



EXHIBIT 10

BFLABS-KA 00030727