INTERNET ARCHIVE WaybackMachine
https://products.butterflylabs.com/ Go
180 captures
29 Nov 12 - 20 May 15
SEP OCT NOV
15
2012 2013 2014
Close
Help

CALL US: 1-800-809-MINE (6463) | FOLLOW US:

My Account My Wishlist My Cart Checkout Log In

BUTTERFLYLABS

Home Products Drivers Consulting FAQ Support Forums Jobs

## Products

*The Bitforce line of ASIC Super Computer (SC) bitcoin miners are next generation bitcoin mining hardware available in 4 different configurations.*

### MINING BY THE GH

$10.83 / GH Pre-Order

### 300 GH BITCOIN MINING CARD

$2,800.00 Pre-Order

### 600 GH BITCOIN MINING CARD

$4,680.00 Pre-Order

## Components

### 5 GH/S BITCOIN MINER

$274.00 Order

### 50 GH/S BITCOIN MINER

$2,499.00 Order

### 500 GH/S BITCOIN MINER

$22,484.00 Order

### 65 NM ASIC BITCOIN MINING CHIP

$75.00 Order

EXHIBIT 11

**Links**

Site Map

**NEWSLETTER**

Enter your email to be notified of new developments and product releases (your email will never be sold or misused).

**GET IN TOUCH**

E-mail us at:
office@butterflylabs.com

INTERNET ARCHIVE
**WayBackMachine**

https://products.butterflylabs.com/  Go

**180 captures**
29 Nov 12 - 20 May 15

Call us at:
1-800-809-MINE (6463)

SEP **OCT** NOV
◀ **15** ▶
2012 **2013** 2014

Close

Help

Orders and Returns

Contact Us

Copyright: © 2012 Butterfly Labs Inc. All rights reserved.

Privacy Policy

**BFLABS-KA 00030729**