

CALL US: 1-800-809-MINE (6463) | FOLLOW US:      My Account    My Wishlist    My Cart    Checkout    Log In

**BUTTERFLYLABS**          Home    Products    Drivers    Consulting    FAQ    Support Forums    Jobs

## Products

The Bitforce line of ASIC Super Computer (SC) bitcoin miners are next generation bitcoin mining hardware available in 4 different configurations.

### 65nm Products - Units in Stock. Shipping Immediately.

| 25 GH/S BITCOIN MINER | 50 GH/S BITCOIN MINER | 500 GH/S BITCOIN MINER |
|---|---|---|



| $1,249.00   Order | $2,499.00   Order | $22,484.00   Order |
|---|---|---|

### 28nm Products

| BITCOIN MINING BY THE GH | 300 GH BITCOIN MINING CARD | 600 GH BITCOIN MINING CARD |
|---|---|---|

    



| $10.83 / GH   Pre-Order | $2,800.00   Pre-Order | $4,680.00    Pre-Order |
|---|---|---|

### Components

65 NM ASIC BITCOIN MINING CHIP



Out of stock

BFLABS-KA 00030734

EXHIBIT 12

| | | | |
|---|---|---|---|
| INTERNET ARCHIVE **WaybackMachine** | https://products.butterflylabs.com/  [Go]  **180 captures**  29 Nov 12 - 20 May 15 | | NOV **DEC** JAN  ◄ **10** ►  2012 **2013** 2014 | Close  Help |

**Links**

NEWSLETTER

GET IN TOUCH

Site Map

Enter your email to be notified of new developments and product releases (your email will never be sold or misused).

E-mail us at:
**office@butterflylabs.com**

Search Terms

[Enter your email address]  [Subscribe]

Call us at:
**1-800-809-MINE (6463)**

Advanced Search

Orders and Returns

Contact Us

Copyright: © 2012 Butterfly Labs Inc. All rights reserved.                                                                                                         Privacy Policy

BFLABS-KA 00030735