**DECLARATION OF CHALMERS GREENLEE IV**
**PURSUANT TO 28 U.S.C. § 1746**

I, Chalmers Greenlee IV, have personal knowledge of the facts below and am competent to testify about them.  If called as a witness, I could and would testify as follows:

1. I live in Orlando, Florida.  I am over 18 years old, and I am currently self-employed.

2. On or about February 3, 2013, I contacted Butterfly Labs by email to inquire about the company's "Mini Rig" Bitcoin mining machines.  In my email, I told the company I was planning to order two of its BitForce Mini Rig 'SC' machines.  I asked whether the machines were ready to ship or whether I would have to wait several months for delivery.  I closed my email by expressing my desire to receive the machines "as fast as possible" and noting that "In BTC [Bitcoins] time is money." A true and correct copy of my February 3 inquiry email is attached as **Attachment A**.

3. On or about February 3, 2013, I placed an order for two "BitForce Mini Rig SC" mining machines from Butterfly Labs, with payment to follow by wire transfer.  The order was for a total of $60,146—$58,798 for the two machines, and $348 for priority shipping and handling.  I received confirmation of my order from Butterfly Labs later that day.  A true and correct copy of my order confirmation is attached here as **Attachment B**.

4. After placing my order, I sent Butterfly Labs a follow-up email informing the company that I planned to send payment by wire transfer on or before February 6, 2013.  In this email, I asked Butterfly Labs for an estimated shipping date, and requested that my machines be in transit no later than February 13, 2013.  A true and correct copy of my email requesting shipment by February 13 is attached here as **Attachment C**.

**EXHIBIT 14**

5. On or about February 4, 2013, I received a phone call from Butterfly Labs. On the phone, a representative who identified himself as Dave McClain told me that I could expect to receive my Bitcoin mining equipment order by "late April or early May."

6. Later that same day, I received a follow-up email from Dave McClain. In the email, Mr. McClain said that I "may be looking at a ship time of the first part of May." I understood this to mean that I would receive my order by early May at the latest. A true and correct copy of this February 4 email from Butterfly Labs is attached as **Attachment D**.

7. On or about February 5, 2013, I sent Butterfly Labs a wire transfer in the amount of $60,146. A true and correct copy of my wire transfer request is attached here as **Attachment E**. That same day, I sent the company an email attaching the receipt for my wire transfer. In that email, I asked the company to "make all best efforts to expedite my order" and to "aim for April or sooner if at all possible" for delivery. A true and correct copy of my February 5 email to Butterfly Labs is attached here as **Attachment F**.

8. On or about February 6, 2013, I decided to purchase two smaller Bitcoin mining machines from Butterfly Labs—the BitForce Single SC models. I submitted my order on the company's website and paid for my order with a $2,632 wire transfer. A true and correct copy of my second wire transfer request is attached here as **Attachment G**.

9. I decided to purchase Bitcoin mining machines from Butterfly Labs because, at the time, it was the only company offering machines with such high computational power. High computational power was important to me because it would allow me to successfully mine more Bitcoins with the product, which would allow me to recuperate the cost of the purchase and hopefully make a profit.

10. I still had not received any portion of either of my Butterfly Labs orders by early June of 2013. On or about June 18, 2013, I sent Butterfly Labs an email requesting a refund for the two BitForce Mini Rig 'SC' machines. In the email, I said I would accept a partial refund of $29,899 if the company would cancel half of my order and send me one Mini Rig machine by the end of August 2013. However, I instructed the company to issue me a full refund of $60,146 if they could not send me one Mini Rig machine by August 2013. A true and correct copy of my June 18 refund request is attached here as **Attachment H**.

11. On or about June 19, 2013, I received an email from Dave McClain at Butterfly Labs informing me that the company would send me three separate machines that together had the approximate computational power of one of the Mini Rig units I had ordered. In the email, Mr. McClain said that the first of these Mini Rig units had been delivered that week, and asked if I still wanted a refund. A true and correct copy of this June 19 email from Butterfly Labs is attached here as **Attachment I**.

12. On or about June 27, 2013, I emailed Butterfly Labs to renew my request for a partial refund of $29,899. In this email, I asked the company for more information about the three smaller machines they planned to combine in order to get me the computational power of one Mini Rig unit. A true and correct copy of my June 27 refund request is attached here as **Attachment J**. I received a refund of $29,899 from Butterfly Labs within a few days of sending this email. Once I received this refund, I believed I had little to lose by trusting Butterfly Labs and continuing to wait for the other parts of my orders. I believed that if the company was unable to fulfill my orders on its new delivery timetable, it would refund me the rest of my money.

13. I still had not received my order by mid-August of 2013, or any update on when the company planned to ship my order. On or about August 16, 2013, I emailed Butterfly Labs to request a refund for the remaining portions of my two orders—$30,247 for the Mini Rig machine, and $2,632 for the two Single SC models. In this email, I gave the company the option of fulfilling my outstanding orders within 15 business days or issuing me a prompt refund. A true and correct copy of my August 16 refund request is attached here as **Attachment K**.

14. Later that same day, I received an email informing me that Butterfly Labs expected my order to be delivered to me by mid-October. In this email, a representative who identified himself as Paul said the company "ha[d] been shipping products and at this time, [was] not accepting requests for refunds." Within minutes of receiving this email, I responded to Paul by stating that I required a full refund because August was my deadline for receiving the products. A true and correct copy of Butterfly Labs' August 16 refusal to issue a refund and my reiterated refund request is attached here as **Attachment L**.

15. On or about August 18, 2013 and again on or about August 21, 2013, I emailed Butterfly Labs to request a refund. True and correct copies of my August 18 and August 21 refund requests are attached here as **Attachment M**.

16. On or about August 21, 2013, I received an email from Butterfly Labs again refusing to issue me a refund. In this email, Dave McClain said that Butterfly Labs now estimated it would be able to fulfill most of it order backlog by September 30, and that my orders "should ship in advance of that date." A true and correct copy of Butterfly Labs' August 21 refusal to issue me a refund is attached here as **Attachment N**.

17. Later that same day, I emailed Dave at Butterfly Labs. I explained in my email that I would be more comfortable with a refund, and asked how confident he was that my order would be fulfilled prior to September 30. On or about August 29, 2013, Dave from Butterfly Labs responded that he was "fairly confident" that my order would be fulfilled in that timeframe. A true and correct copy of my second refund request on August 21 and the company's August 29 response is attached here as **Attachment O**.

18. I still had not received my order by mid-September of 2013, or any update on when the company planned to ship my order. On or about September 23, 2013, I emailed Butterfly Labs to again request a refund. In this email, I informed the company that if I did not receive a refund or my full order by October 1, I planned to initiate litigation. A true and correct copy of my September 23 refund request is attached here as **Attachment P**.

19. I did not receive a response to my September 23 email within a day or two, so on or about September 26, 2013, I emailed Butterfly Labs to reiterate my request for a refund. A true and correct copy of my September 26 refund request is attached here as **Attachment Q**.

20. In or about October 2013, I began to receive portions of my Butterfly Labs orders in several shipments. However, the orders I received did not come even close to meeting the specifications the company had promised. The smaller, less expensive machines were missing parts, were not recognized by the Windows 7 operating system, and broke quickly. The "Mini Rig" machine I received was little more than a tablet strapped to a pile of soldered metal. Even in theory, this machine had only one third of the computing power Butterfly Labs had promised. But the reality was even worse: the machine didn't work at all. I emailed Butterfly Labs on several occasions to inform the company of the product defects and to request repairs or refunds. True and correct copies of my emails to

Butterfly Labs documenting product defects and requesting repairs or refunds are attached as **Attachment R**. Because the Bitcoin Mini Rig unit did not work at all, I returned it to Butterfly Labs shortly after receiving it.

21. On or about October 11, 2013, I received an email from Butterfly Labs offering to replace the defective products they had shipped me with approximately twenty-four smaller machines that together had the approximate computational power the company had promised for one of its Mini Rig machines. On or about October 12, 2013, I responded to Butterfly Labs to tell the company that such a solution was not a solution at all: these machines would not give me the total computational power promised, and would require many more computers and much more space to operate. I again requested a full refund. A true and correct copy of Butterfly Labs' October 11 equipment substitution offer and my October 12 refund request is attached here as **Attachment S**.

22. Despite my repeated requests for a refund, Butterfly Labs refused to refund me any additional money for my purchases. So in or about late October 2013, I hired an attorney in Florida to send the company a demand letter on my behalf. The company sent a response to this demand within about a week, again refusing to issue me a refund.

23. I filed a complaint against the company with the Federal Trade Commission on or about November 12, 2013.

24. In or about mid-November 2013, I hired an attorney in Kansas to help me recover the money the company refused to refund to me voluntarily.

25. Personal identifying information, such as phone numbers, email addresses, and street addresses, has been redacted from the Attachments to this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements made in this declaration are true and correct.

Executed in Orlando, Florida on ____September, 26th_____, 2014.

_Chalmers Greenlee IV_
Chalmers Greenlee IV
