|          |                                                          |
|---------:|----------------------------------------------------------|
| From:    | **Jonathon Griffin**  jonathon@butterflylabs.com         |
| Subject: | Re: Problem with BFL 60GH Single                          |
| Date:    | November 25, 2013 at 4:38 PM                              |
| To:      | Dylan Symington  DSYM@comcast.net                         |

I'm sorry, but we do not provide reimbursement.

We will ship it back to you at our expense.

If you give me your tracking number, I can authorize shipment to go out immediately, so you'll be able to get your replacement sooner.

Kind regards,
Jonathon


On Mon, Nov 25, 2013 at 3:49 PM, Dylan Symington <DSYM@comcast.net> wrote:
> Ok Jonathon, I will ship it back to you. Is there any way that I can get reimbursed for the shipping costs or the money that I have been missing out on while the miner wasn't working? It's frustrating that I had to wait so long to get this thing in the first place, and then when I finally get it, it is defective and I have to pay even more money to ship it back.
>
> -Dylan
>
> On Nov 25, 2013, at 10:53 AM, Jonathon Griffin wrote:
>
>> Hello, Dylan.
>>
>> Sorry about the delay. Your unit is defective; the RMA ticket is 32385-17394-RMA.
>>
>> Please write that on the box when you ship it to:
>>
>> 10770 El Monte, Suite 101, Overland Park, KS, 66211
>>
>> Kind regards,
>> Jonathon
>>
>> On Sat, Nov 23, 2013 at 9:16 AM, Dylan Symington <DSYM@comcast.net> wrote:
>>> Hey Jonathon,
>>>
>>> When I go to Start > Devices and Printers, I do see an unspecified device with the name "Single RS232-HS", but when I try to populate the FT_Prog device tree by pressing f5 it doesn't find any devices at all. For that reason I am stuck on step 3. Any advice?
>>>
>>> -Dylan
>>>
>>> On Nov 21, 2013, at 12:10 PM, Jonathon Griffin wrote:
>>>
>>>> 1) Plugging in the unit to Windows, drivers do not install automatically.
>>>> 2) Going to Start > Devices and Printers, you see an Unspecified device with the name "Single RS232-HS".
>>>>
>>>> Steps to resolve the problem:
>>>>
>>>> 1) Download the BitFORCE-SHA256-SC.xml file.
>>>> 2) Install FT_Prog_v2.8.2.0
>>>> 3) Run FT_Prog and press F5.
>>>> 4) Once the Device Tree has been populated, you should find a device with the Chip Type "FT232H".
>>>> 5) Right-click it in the Device Tree view and select Apply Template > From File, and choose the xml file.
>>>> 6) Press Ctrl+P or click the thunderbolt next to the magnifying glass.
>>>> 7) In the new window, click Program.
>>>> 8) Press F5 or click the magnifying glass.
>>>> 9) You should see "BitFORCE SHA256 SC" in the Product Description. The device has been successfully programed.
>>>>
>>>> 10) If on a Windows OS, unplugging the device and plugging it back in will prompt the OS to begin installing the default FTDI driver. Once complete, your unit should function normally.



EXHIBIT 16

A&S 00037

**From:** **Butterfly Labs** tracking@shipstation.com
**Subject:** Your order has been shipped!
**Date:** November 1, 2013 at 8:50 AM
**To:** dsym@comcast.net



Dear Dylan Symington,

Thank you for your order from **Butterfly Labs!** Your order (#100032385) was shipped via USPS, USPS Priority Mail on 11/1/2013.  You can track your package at any time using the link below.

**Shipped To:**
Dylan Symington
6310 OWEN PL
BETHESDA, MD 20817-5462 US

**Track Your Shipment:** 9410810200986142673359

This shipment includes the following items:

| Item # | Description | Qty |
|---|---|---|
| SGL600G | 60 GH/s Bitcoin Miner | 1 |

**Thank you for your business and we look forward to serving you in the future!**

**Butterfly Labs**
**Phone:** 913-271-6744
**Email:** office@butterflylabs.com
**Website:** http://www.butterflylabs.com

A&S 00041