

# Bitcoin Forum

*simple machines forum*

September 25, 2014, 02:36:31 PM

Welcome, **Guest**. Please login or register.

Forever

Login with username, password and session length

**News**: Bitcoin Core 0.9.2.1 has been released. Download.

HOME    HELP    SEARCH    DONATE    LOGIN    REGISTER

Bitcoin Forum > Other > Off-topic > is butterfly labs mining with those ASICs at the moment?

« previous topic next topic »

Pages: 1 2 3 [4] 5 6 7 8 9 10 11 12 13 14 All

print

| Author | Topic: is butterfly labs mining with those ASICs at the moment?  (Read 26868 times) |
|---|---|



**j_____**
Legendary

Activity: 1386

Ignore

**Re: butterfly labs is definitely mining with those ASICs at the moment**    #61
September 19, 2012, 08:49:06 PM

Quote from: c_____ on September 19, 2012, 08:39:29 PM

> Do not you dare test a difficulty changing amount of hashing power on mainnet.
>
> THIS IS WHAT TEST NET IS FOR.

More like testnet-in-a-box.

_____, bitcoin core dev team and BitPay engineer; opinions are my own, not my employer.
Donations / tip jar: 1BrufViLKnSWtuWGkryPsKsxonV2NQ7Tcj

**ASICMiner Tube**    800G+ 0.79BTC | The Best $/Gh    **DISCOVER NOW!**

Bitcoin Miner

Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction. Advertise here.



**BFL__Josh**
Member

Activity: 78

BUTTERFLYLA

Ignore

**Re: butterfly labs is definitely mining with those ASICs at the moment**    #62
September 19, 2012, 08:53:38 PM

If we tested on testnet, it would make testnet useless, since it would spike the difficulty to unmanagable levels.

Regardless, we aren't testing any ASIC equipment on the live network either now or in the past, so it's pretty immaterial.  We already have a plan, which I explained to several people at the Bitcoin conference on how we are going to handle the live testing when that time comes.

EXHIBIT
**19**