Case 2:14-cv-02159-KHV   Document 167-20   Filed 11/18/16   Page 1 of 2

Federal Trade Commission vs. BF Labs    Josh Zerlan                     9/25/2014

ROUGH DRAFT

| | | |
|---|---|---|
| 1 | A | Among other things. |
| 2 | Q | What else would a consumer pay in and then it |
| 3 | | would end up in that wallet? |
| 4 | A | Nothing. |
| 5 | Q | What else has ended up in that wallet? |
| 6 | A | Mining revenue, other -- various other payments |
| 7 | | that are not customer related.  I'm not sure what |
| 8 | | else but there probably is other things. |
| 9 | Q | Okay, so let's start with the mining revenue, |
| 10 | | could you describe that? |
| 11 | A | When we burn in our hardware and it earns bit |
| 12 | | coins it is sent to that wallet. |
| 13 | Q | And I didn't hear a phrase you said.  You said |
| 14 | | when we something our equipment? |
| 15 | A | When we burn in our equipment, when we test it to |
| 16 | | be sure that it's functioning properly. |
| 17 | Q | And what equipment do you test? |
| 18 | A | The hardware we manufacture. |
| 19 | Q | Do you test one piece of each type of hardware? |
| 20 | A | No, we test each one individually. |
| 21 | Q | So every bit coin mining machine that Butterfly |
| 22 | | Labs manufactures you test? |
| 23 | A | Ideally. |
| 24 | Q | And that's before it goes to the consumer? |
| 25 | A | Yes. |

EXHIBIT 20

Case 2:14-cv-02159-KHV   Document 167-20   Filed 11/18/16   Page 2 of 2

Federal Trade Commission vs. BF Labs   Josh Zerlan   9/25/2014

ROUGH DRAFT

1  Q  Those are machines that are sold to the consumers?
2  A  Yes.
3  Q  And does the consumer know that the company has
4     mind for bit coins using it?
5  A  I wouldn't know.
6  Q  Are you aware of any representations on the
7     website or anyone else where that would explain
8     that to consumers?
9  A  For which hardware pieces are we talking about?
10        MR. PERRY:  Can I just stop you a
11    second.  We're getting a little far afield of the
12    limited subjected matter of this deposition
13    pursuant to the Temporary Restraining Order.  I'm
14    going to let you go a little bit further and see
15    where this goes, but what it comes down to, the
16    wallets identification and the location of those
17    wallets should be about the limit of your proper
18    testimony.  Thank you, though.
19        MS. MITHAL:  Okay, and thank you.
20 Q  (By Ms. Mithal)  And with the wallet you -- I'm
21    sorry, can the court reporter read back my last
22    question?
23        (WHEREUPON, THE PENDING QUESTION WAS
24    READ BY THE REPORTER.)
25        MR. PERRY:  I'm actually going to