```
                                                                    1

 1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF MISSOURI
 2                   WESTERN DIVISION

 3
     UNITED STATES OF AMERICA,       )  Case No. 4:11-CR-00125-DKG-1
 4                                   )
              Plaintiff,             )
 5                                   )
     VS.                             )
 6                                   )
     SONNY CHRIS VLEISIDES,          )
 7                                   )  January 28, 2014
              Defendant.             )  Kansas City, Missouri
 8

 9              *******************************************

10              TRANSCRIPT OF SHOW CAUSE HEARING
                        BEFORE GREG KAYS
11                 UNITED STATES DISTRICT JUDGE

12              *******************************************

13   APPEARANCES:
     For United States:       Kathleen D. Mahoney
14                            U.S. Attorney's Office
                              400 East 9th Street
15                            Suite 5510
                              Kansas City, Missouri  64106
16
     For Defendant:           Jeffrey D. Morris
17   [Defendant present.]     Shazzie Naseem
                              Berkowitz, Oliver, Williams,
18                              Shaw & Eisenbrandt, LLP
                              2600 Grand Boulevard
19                            Suite 1200
                              Kansas City, Missouri  64108
20

21
                     Regina A. McBride, RDR, CRR
22                      Official Court Reporter              EXHIBIT
                   400 East 9th Street, Room 8652              22
23                    Kansas City, MO  64106
                          816.512.5623
24

25   Proceedings recorded by mechanical stenography, transcript
     produced by computer.
```

A&S 04125

1  Eve was this year.
2  Q. Right.
3  A. And that's when it came.
4  Q. Okay. But in terms of how commerce worked and how
5  Butterfly Labs would sell something, that's how it sold
6  things?
7  A. Yes.
8  Q. And you knew that?
9  A. To a certain extent, yes.
10 Q. Okay. And when you said to me, "to a certain extent,"
11 what does that mean exactly?
12 A. It basically means that, first of all, I go back when you
13 were talking about me being aware of Mr. Vleisides getting
14 investors. I was aware that he initially had a start-up of, I
15 believe, 8 to $10,000 that he told me came from mostly family
16 members. I was aware of that as an investment. Not
17 soliciting money from people to be used as an investment to
18 develop the hardware, that I was not aware of.
19 Q. So your testimony is that Mr. Vleisides told you that he
20 was receiving funds from his family, but he did not apprise
21 you of other efforts to get investment funds?
22 A. I was aware --
23 Q. I'll represent to you we've attached, as exhibits to our
24 response to the violation report, emails that have that exact
25 content.

A&S 04136

```
 1   about bitcoins, you certainly were present and involved in
 2   exchanges with Mr. Vleisides that involved a discussion of
 3   what his company was doing and what the computer hardware was
 4   being used for, safe to say?
 5   A.  In a way, yes.
 6   Q.  Okay.
 7   A.  I was aware of bitcoins and that his company manufactured
 8   mining equipment.  He made me aware of all of that, because I
 9   had never heard of either before.  However, I was not aware
10   that they took preorders, used that money to develop the
11   hardware and just kept customers waiting for months and
12   months.  There's no determinate date.
13   Q.  So -- so the issue -- and I'm trying to make sure that I
14   understand what your concern is.  The issue isn't that
15   Mr. Vleisides concealed the existence of the company or what
16   it did, because it sounds to me like he couldn't have been
17   more transparent giving you access to it whenever you wanted,
18   hosting FBI agents to tour the facility, answering the
19   questions you asked, and making it known to you, your concern
20   is that you weren't aware of complaints and problems with
21   production delays; is that right?
22   A.  Well, I didn't make that his responsibility to -- to tell
23   me of those complaints.  I was --
24   Q.  Exactly.
25   A.  -- not aware of the solicitation of funds through
```