**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| KYLE ALEXANDER, and ) | |
| DYLAN SYMINGTON, ) | |
| on behalf of themselves and all those similarly ) | |
| situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 14-CV-2159-KHV-JPO |
| ) | |
| BF LABS INC., a Wyoming corporation, ) | |
| doing business as BUTTERFLY LABS, ) | |
| ) | |
| Defendant. ) | |

<u>**Affidavit of Alan Sherman, Ph.D.**</u>

**1.  Introduction**

My name is Alan Sherman, Ph.D.  I have been retained by the plaintiffs to offer expert testimony in this matter.

**1.1 Background and Qualifications**

My Curriculum Vitae is submitted herewith as Exhibit A.

I am an expert in the field of cryptography[1] and information security.  Throughout this report, I will refer to the field of cryptography and information security as the relevant field or the relevant art.  In formulating my opinions, I have relied upon my training, knowledge, and experience in the relevant art.  My current *curriculum vitae* (Exhibit A) provides a comprehensive description of my academic and employment history, my publications for the previous ten years, and my expert testimony during the previous four years.

---

[1] Cryptography is the practice of securing communications in the presence of third parties, including through the use of codes and ciphers.

**EXHIBIT 25**

As an expert in the field of cryptology[2] and information security since 1987, I am qualified to explain and to offer expert opinions about the Bitcoin system.

I have been working as a researcher, college professor, and private consultant in the area of computer and communications security for over twenty-five years.  My areas of expertise include security of voting systems, information assurance, cryptology, and discrete algorithms.

Currently, I am professor of computer science (with tenure) in the Department of Computer Science and Electrical Engineering (CSEE) at the University of Maryland, Baltimore County (UMBC).  At UMBC, I am also director of the UMBC Center for Information Security and Assurance (CISA), which is recognized by the Department of Defense (DoD) and the Department of Homeland Security (DHS) as one of the national centers of academic excellence in information assurance/cybersecurity education and research (CAE and CAEr).  At UMBC I teach courses in electronic voting systems, information assurance, cryptology, algorithms, and discrete mathematics.  I have mentored six PhD students and twenty-three MS students through completion of their degrees.

As part of my education and experience in computer and communications security I have worked extensively with cryptographic protocols, encrypted sessions, key distribution, encryption, authentication, hash functions, digital signatures, and message authentication codes, which are widely-used building blocks of secure systems.  For example, I have designed and analyzed protocols to negotiate a cryptographic context and to establish keys for encrypted sessions.  I have also used hash functions, digital signatures, and message authentication codes in the design and analysis of cryptographic protocols and cryptographic voting systems.

---

[2] Cryptology comprises cryptography and cryptanalysis, where cryptanalysis is the practice of breaking codes and ciphers.

I earned my ScB in mathematics, *magna cum laude*, from Brown University in 1978, and my SM in electrical engineering and computer science from the Massachusetts Institute of Technology (MIT) in 1981. I earned my PhD in computer science from MIT in 1987, studying under Professor Ronald Rivest. Rivest is the co-inventor of the RSA cryptosystem and digital signature system.

I have published numerous papers in refereed archival research journals and conferences. This research includes works on the analysis of cryptographic protocols and cryptographic functions, design of the Scantegrity voting system, analysis of vote verification technologies, algorithms for key management in large dynamic groups, cryptanalysis, applied cryptology, network security, digital forensics, and theoretical foundations of cryptography. At UMBC, my research has been funded by the National Science Foundation (NSF), DoD, and IBM. I am a co-inventor on four cryptographic patents in the United States.

My published research includes a new method for performing location authentication using power-line communication. A 2015 paper of mine analyzes David Chaum's protocol for detecting a Man-in-the-Middle using minimal assumptions.

As a private security consultant, I have performed security reviews of products and systems including for ID2P Technologies, 2factor, LuxSat, InfoScape, Phoenix Technologies, Trusted Information Systems (TIS), and Mattel. For ID2P I analyzed the security of their SafeIDKey authentication device used in the mortgage sector. At TIS my work included analyzing registration protocols and other protocols for their RecoverKey product. I have also worked as a cryptologic consultant for NAI Labs at Network Associates, performing security research funded by DoD and the Defense Advanced Research Project Agency (DARPA). This latter research includes design of the Dynamic Cryptographic Context Management (DCCM)

and Adaptive Cryptographically Synchronized Authentication (ACSA) security systems.  This consulting experience includes designing and analyzing protocols that use encryption, hashing, digital signatures, and message authentication codes.

My work for LuxSat involved analyzing the security of their multimedia broadcast system.

My work on the DCCM project included designing and analyzing new cryptographic protocols for negotiating a cryptographic context and establishing keys for encrypted sessions and for controlling access to broadcast streams and services in large dynamic groups.  My work on the ACSA project included designing and analyzing a new authentication method for large streams (including media streams) that used message authentication codes and adaptively chose an appropriate level of authentication strength and speed.

My research on the Scantegrity voting system has been published in top venues for my field, including the IEEE Transactions on Information, Forensics, and Security, the Proceedings of the USENIX Security Conference, and the Proceedings of the USENIX/Accurate Electronic Voting Technology Workshop (EVT).  In 2009 and 2011, the city of Takoma Park, Maryland, used the Scantegrity voting system to elect its mayor.  It was the first time any end-to-end voter verifiable voting system with ballot privacy was ever used in any binding municipal election.  Protocols within the Scantegrity system use encryption, hashing, and digital signatures.

In 2005-2006, I was a member of the UMBC research group that evaluated vote verification technologies in the context of Maryland elections for the Maryland State Board of Elections (SBE).  My primary role was to evaluate security and privacy.  I presented our findings at the 2006 USENIX/Accurate Electronic Voting Technology Workshop (EVT06).  In summer 2005, I testified as an expert witness for the State of Maryland in *Fox vs. Maryland Department*

*of Budget and Management*, which dealt with access to documents about the Diebold AccuVoteTS (AVTS) voting system.  In 2007, I was the organizer and principal investigator of the new NSF-funded VoComp University Voting Systems Competition.

At UMBC, I have engaged in research projects in the design and analysis of new voting systems for Internet voting, digital forensics for cloud forensics, and location authentication.  I am especially interested in voting systems based on end-to-end voter-verifiable cryptographic audit logs, such as Scantegrity.  My current projects include designing and analyzing a new voting system called Random Sample Elections.  Protocols, key management, hash functions, and digital signatures play an important role in my work on voting systems.

At UMBC, I have mentored six students through successful completion of their PhDs degrees in information security, and I have mentored 16 students through successful completion of their Masters degrees in information security.

As an expert witness for Wowza I have analyzed protocols for streaming media servers, which control access to content.  As an expert witness for Apple, I have analyzed systems for electronic rights and transaction management.

In addition to the publications mentioned above, my CV has a complete list of my publications, books, and conference proceedings.

## 1.2 Compensation

I have been retained as an expert witness by Wood Law Firm, LLC on behalf of the plaintiffs for the above-mentioned litigation. I am being compensated for my time in connection with this activity at my standard consulting rate, which is $500 per hour. My compensation is not affected by the outcome of this matter.

### 1.3 Prior Testimony and Depositions

My *curriculum vitae* lists my prior testimony and depositions. My last testimony was in July 2005, about a voting system matter.  Since then, I have been deposed twice: (1) in Unilock vs. Microsoft (for Microsoft concerning the second damages phase of litigation in a cryptographic patent matter), and (2) in Adobe vs. Wowza (for Wowza involving a cryptographic patent matter).

### 1.4 Prior Publications

My *curriculum vitae* lists my prior publications, including for the past ten years.

### 1.5 Engagement

I have been retained by counsel for the plaintiffs as an expert witness in the above-mentioned proceeding.  I have been asked to perform the following tasks:  (1) explain the Bitcoin system, (2) determine whether mining difficulty increases over time, and determine what effect such change might have on miners and their equipment, (3) estimate within a reasonable degree of certainty the number of Bitcoins BF Labs would likely have been able to mine, prior to shipping, with the equipment Plaintiff Dylan Symington ordered,  (4) determine if there is a model that would allow one to estimate within a reasonable degree of certainty the number of Bitcoins that BF Labs would have likely been able to mine, prior to shipping, with the ASIC miners members of the class ordered, and (5) opine as to whether mining hardware could have been tested using testing networks and utilities such as testnet [Testnet], testnet-in-a-box [Testnetbox], regtest, and faucet sites [Bitcoinj, Tpfaucet].

### 1.6 Materials considered

The documents and other information I considered are listed in Exhibit B.

## 2.  The Bitcoin System

1.  I explain the Bitcoin system of digital currency in three steps:  First, I overview the system and review some basic underlying concepts in cryptography.  Second, I explain Bitcoins, transactions, and mining.  Third, I explain in more detail some of its key elements, including proof of work, transaction blocks, and the blockchain ledger of all transactions.

### 2.1 Overview of the Bitcoin System

2.  The Bitcoin system creates a distributed digital currency that operates without any centralized trusted authority.  Key elements of the system include its decentralized peer-to-peer network of "miners," incentivized behaviors (including those derived from transaction fees and rewards for mining new Bitcoins), dynamically adjusted parameters (including mining difficulty and rewards), and use of cryptography (including hashing and digital signatures) to adjust the difficulty of mining and to promote security.

3.  All transactions are public, publically broadcast, and recorded in a public ledger known as the *transaction blockchain*.  The integrity of the system depends on protocols for detecting double-spending and reaching a consensus of what is the history of all valid transactions.  This protocol is carried out by *miners*, who operate nodes in the Bitcoin network and publish versions of the blockchain.   These miners form a peer-to-peer network comprising anyone who wishes to be a miner.   The system incentivizes each miner by offering him the possibility of collecting a transactions fee and Bitcoin reward for successfully solving a difficult puzzle, which enables him to pack recent transactions into a block and append this block into the blockchain.

4.  The system offers a certain degree of anonymity in that each transaction is associated with accounts rather than with individuals, where each account is identified by a public key.

5.  The Bitcoin system was proposed in 2008 in a paper [Naka08] bearing the author name "Satoshi Nakamoto," widely believed to be a pseudonym.   Open-source software [Sourcecode] implementing the system appeared in 2009.   This software is the authoritative specification of the system.  Badev and Chen [Bade14] summarize the Bitcoin system.

6.  Bitcoin uses the proof-of-work concept from Hashcash, proposed in 1997 by Beck [Beck03]. Bitcoin's implementation of its proof-of-work function applies the well-known SHA-256 cryptographic hash function, which is member of the SHA2 family of hash functions [FIPS180-4].

## 2.2 Cryptographic Background

7.  The Bitcoin system uses two fundamental cryptographic primitives: cryptographic hash functions, and digital signatures.

## 2.2.1 Cryptographic Hash Functions

8.  A *hash function* takes an arbitrarily long input and produces a fixed-length output.   For example, the hash function SHA-256 produces an output that is 256 bits long.  The output is called a "digest" or "tag."

9.  Hash functions are easy to compute.

10. Any change to the input (even the modification of a single bit) should, with overwhelming probability, drastically change the output in an unpredictable way.

11. Any cryptographic hash function $h$ must satisfy each of the following three properties:

(a) *Preimage resistance.* Given any digest *t,* it is computationally difficult to find any input *x* such that $h(x) = t$. That is, a hash function is difficult to invert.

(b) *Second preimage resistance.* Given any input string *x*, it is computationally difficult to find any string $y \neq x$ such that $h(x) = h(y)$.

(c) *Collision resistance.* It is computationally difficult to find any pair of input strings $x \neq y$ such that $h(x) = h(y)$.

12. Concerning property (c) above, I emphasize that the requirement is for it to be computationally difficult to find any pair of strings that produce the same hash digest. Because hash functions map arbitrarily long inputs into fixed-length digests, there must necessarily be pairs of input strings that produce the same hash digest.

13. Hash functions are useful for computing a short "fingerprint" (hash digest) of a longer document. Any change to the document will, with overwhelming probability, yield a different fingerprint. For example, any modification to a transaction block in Bitcoin will, with overwhelming probability, result in a change in the fingerprint of that block.

14. A common and useful application of cryptographic hash functions is in digital signatures. Instead of digitally signing a long document, one can instead sign a fingerprint of the document. There are efficiency and security advantages for doing so.

### 2.2.2 Digital Signatures

15. The purpose of a *digital signature* is to enable the receiver to verify that a message came from the purported sender and was not modified.

16. Signing performs a mathematical transformation of the message that can be carried out only with a *secret signing key*, but anyone can verify the signature with a *public verification key*. Inputs are the message and the signing key. The output is a signature, i.e., a ciphertext,

which looks like gibberish.  Without the secret key, no one can create (forge) a valid signature.  With the public verification key, anyone can verify the signed message.

17. Verification means the verifier can apply the public key to the signature of a message and determine that the signature was produced by applying the secret signing key, and thus is deemed authentic.  In some circumstances, including in Bitcoin, the verifier is given the message and the signature and checks that applying the verification key to the signature produces the message exactly.

18. In other circumstances, the verifier is given only the signature but not the message.  In this latter case, the verifier applies the verification key to the signature to recover the message, and then checks that the resulting message is well formed (*e.g.,* if the verifier is expecting an English message, the verifier checks that the message appears to be intelligible English.  If the verifier expects the message to have a certain form such as ending in all 0's, the verifier checks that the message has this form).

19. For long messages, it is common to sign a short "hash" (digest or fingerprint) of the message rather than to sign the entire message.  Where messages are arbitrary (and of arbitrary length), digital signatures are typically performed using hash functions so that both long and short messages can be accommodated, since the output of a given hash function is a string of constant length.

20. The idea of digital signatures was introduced by Diffie and Hellman [Diff76] in 1976 at Stanford.  A commonly used implementation of this idea is RSA, developed by Rivest, Shamir, and Adleman [Rive78] at MIT several months after learning about Diffie and Hellman's seminal idea.

21. The core RSA signature system signs payloads of a certain length (either a message itself, a portion of a message, or a hash of a larger message). This length is referred to as the block size (*e.g.,* 1024 bits). The block size is the length (number of bits) of an important parameter $N$ called the modulus. The longer the block size, the more secure (albeit slower) the signature system. Choosing an appropriate block size is an important engineering decision.

22. The signature produced by RSA has the same length as the block size. The secret signing key and public verification keys are at most as long as the block size.

23. In RSA, the cryptographic strength of the system is based on the difficulty of solving a famous math problem: factoring integers. If the adversary could factor the modulus $N$ into its prime factors $N = pq$, then the adversary could determine the secret signing key and thus completely break the system. Because the adversary knows $N$, he, in theory, has enough information to break the system, if given enough computer time and space. However, experts believe that factoring is so difficult that, for appropriately chosen blocks sizes, the adversary would not have enough time and space to carry out the calculation within a reasonable time.

24. RSA is generally accepted as a strong signature system. It is widely used for government and commercial applications, including banking, health care, technology, and service sectors.

25. In January 2011, the National Institute of Standards and technology (NIST) issued guidelines on appropriate key lengths to use for unclassified applications. For RSA digital signature generation and verification, NIST [NIST800-131A, Table 2] states that, through 2010, it is acceptable to use moduli with bit lengths in the range 1024-2047, and that, after 2010, it is acceptable to use moduli with bits lengths at least 2048.

26. To summarize, a digital signature of a message is a cryptographically transformed version of either the message or a compressed representation of the message (known as a message digest).  The person receiving the message and digital signature uses a key to "unlock" the transformed version (the signature) to recover the message or message digest.  If the message is signed directly, the person receiving the message and signature first recovers the message from the signature and compares it to the message that was sent.  If the two messages are identical, then the message is deemed authentic.  If, instead, the message digest is signed, then the person receiving the message recovers the digest from the signature and also creates a digest from the received message.  These two digests are compared and if they are the same, the message is deemed authentic.  Digests are often used to reduce the amount of data that must be encrypted because encryption takes time and the resulting signature is typically as large as the data being encrypted.

**2.3 Bitcoins, Transactions, Mining**

27. The unit of currency is known as a Bitcoin, denoted BTC.  Fractional amounts are permitted, as small as 1/(100 Million), known as a "Satoshi."   1/1000 of a Bitcoin is known as a "millibitcoin."

28. A *Bitcoin* is an amount specified in a transaction.

29. A *transaction* has one or more inputs (coins from the payer), and one or more outputs (coins to the payee(s)).  Each transaction is digitally signed by the payer.    The payer and payees are identified by accounts, which are associated with public keys.  A payer may receive "change back" by listing his account as one of the payees.  If the total amount input exceeds the total amount output, then the difference becomes the *transaction fee*, to be collected by the miner who successfully processes the transaction.

30. In each transaction, the total output amount must not exceed the total input amount.  Also, in any transaction any Bitcoin must be entirely spent, though the payer may receive change back as noted above.

31. Whereas current credit card systems typically require the payee to pay a transaction fee to the credit card company, in the Bitcoin system, the payer pays the transaction fee (if any) and determines its amount.

32. Whereas a physical coin has no memory of the transactions in which it participated, the Bitcoin system (via the transaction blockchain computed by the miners) maintains a complete public record of all Bitcoin transactions.

33. Whereas in the California gold rush miners spent their time and physical energy to find gold, in the Bitcoin system cyber miners spend computer time and electricity to find the solutions to cryptographic puzzles.

34. New Bitcoins are introduced into the system only as rewards to miners for successfully processing transactions by adding a valid transaction block to the transaction blockchain. The difficulty of adding a block is controlled by adjusting the difficulty of solving cryptographic puzzles.  Every 2016 blocks (about two weeks), based on the performance of the miners, this difficulty is adjusted so that the time to solve a puzzle is approximately 10 minutes.

35. In 2009, the reward for adding a transaction block to the blockchain was 50 Bitcoins.  Every 210,000 blocks (which takes approximately four years), this reward is halved.  On November 28, 2012, the reward was halved to 25 Bitcoins.

36. The Bitcoin system limits the number of Bitcoins to at most 21 million.  It is expected that this limit will be reached in approximately the year 2140.  Once this limit is reached, reward

Bitcoins will be no longer be offered to miners, when miners will be rewarded only through transaction fees.  Currently there are approximately 14,552,450 Bitcoins in circulation.

37. The market value of a Bitcoin has been highly volatile, ranging from $0.30 in 2011 to an all-time high of $1,242 on November 29, 2013.   Currently, the value is approximately $228.

38. A variety of merchants accept payments as Bitcoins.  There are also exchanges that buy and sell Bitcoins using conventional currency.

39. A Bitcoin owner typically uses a *"wallet"* to hold credentials associated with his Bitcoins, which credentials allow the owner to spend his Bitcoins. The Blockchain contains the official history of transactions, which documents all Bitcoins in circulation.  There are a variety of types of wallets, including software wallets, hardware wallets, and on-line wallets.

40. Figure 1 below shows an example transaction [Bade14, Figure 3].  In this transaction, Alice (the payer) sends 10 + 55  = 65 BTC from two different addresses in her wallet.  Bob (the payee) receives 60 BTC into the first of two different addresses in his wallet.  Alice receives back 5 BTC in change.  Alice offered no transaction fee (the total amount sent equals the total amount received).



**Figure 1:** Transaction example.

**2.4 Selected Elements**

41. I now explain selected vital elements of the Bitcoin system, including proof of work, transaction blocks, and the transaction blockchain (also called simply the blockchain).

**2.4.1 Proof of Work**

42. The security of the system depends in part on the ability of any miner to provide evidence that he has performed a certain large amount of computational work.  This evidence is called *proof of work*.  Given any *challenge c* (an arbitrary string of numbers), a proof of work is a string of numbers $p$ such that the hash output $h(c \parallel p)$ has a certain structure.  This structure is that the hash output has numerical value less than a specified *target*, which is another way of saying that a certain number of the initial characters of the hash output are zero).  Here, $h()$ denotes the specified hash function (based on the hash function SHA-256), and "$\parallel$" denotes concatenation.  The proof $p$ is sometimes referred to as a *nonce*.

43. It is a difficult computational task to find such proofs.  But given any challenge and proof, it is easy for anyone to verify if the proof is valid, simply by computing the hash function and inspecting the output. Furthermore, the difficulty of solving this cryptographic puzzle can be easily adjusted upwards or downwards by changing the target.

44. Since hash functions are not supposed to have any detectable structure, their outputs appear like the result of flipping a fair coin many times.  Finding a hash output that begins, for example, with 40 zeros is like flipping a coin 40 times and observing heads each time.  In this example, it would take approximately $2^{40} \approx 10^{12}$ coin flips on average to produce the desired output.  Each miner tries many possible proofs, hoping to be the first to find a valid proof.

**2.4.2 Transaction Blocks**

45. A *transaction block* is a collection of transactions, together with some related information (e.g., time, difficulty) for each transaction, packed in a certain way. Thus, a transaction is like a line on a page in a ledger book, and a block is like a page in this ledger.

46. Within each block, the transactions are arranged in tree-like hierarchy (known as a Merkle hash tree), where each node in the hierarchy includes the hash of its children nodes. Doing so makes it easy for anyone to verify that no transaction has been modified.

47. Miners compete to be the first to find a proof of work for the next block to be added to the transaction blockchain. This next block comprises transactions that took place since those included in the last block that was added the transaction blockchain.

48. To earn a block reward and possible block transaction fees, a miner must be the first to find a proof of work for the next block to be added to the blockchain. That means, the miner must solve the associated puzzle, and he must do so before any other miner does so. The chance of doing so depends in part on the miner's contribution (percent) of computing power (hash rate) to the total computational power (hash rate) in the entire Bitcoin network.

**2.4.3 Transaction Blockchain**

49. The *transaction blockchain* is a public record of all transactions that ever took place in the history of the Bitcoin system. Its main purpose is to verify the validity of Bitcoins and to detect double spending (spending the same bitcoin more than once).

50. The blockchain begins with the first block, known as the "genesis" block. Whenever a new block is added to the blockchain, it includes a proof of work for that block and the hash value of the previous block in the blockchain. Doing so accomplishes two goals: (1) It makes it easy for anyone to verify that no transaction in the blockchain has been modified, and (2) It

makes it extremely difficult for any adversary to build a false alternative blockchain that will be accepted by the other miners.

51. Once a miner finds a valid proof of work for the next block, he broadcasts it to the network. Each of the other miners verifies the newly mined block.  If the proof verifies and, based on the blockchain, if none of the transactions in the newly mined block are guilty of double spending, then the miner adds the new block to the blockchain.  Otherwise, the miner discards the new block.

52. It is possible for a miner to create an alternate future path (called a "fork") of the blockchain; that is, a path different from that computed by the other miners.  In this sense, the blockchain is more like a tree rather than a chain.  For example, an evil miner might intentionally accept a bogus block, hoping that other miners will also accept it and its continuation.  The security of the system depends on a mechanism for resolving forks.

53. The system has a mechanism that enables miners to reach a consensus as to what is the correct blockchain (the correct complete record of all transactions).  First, each miner should reject any blockchain that has any invalid block (one that is guilty of double spending, one whose hash values do not check, or one whose proof of work is invalid).  Second, each miner should favor the fork with the "longest" chain.  Here, "longest" does not literally mean most number of blocks; rather, it means the chain with the most documented computation as proven by the proofs of work.

54. To continue an invalid fork, adversaries would have to expend a huge amount of computation to find valid proofs of work for future blocks.    Meanwhile, the honest miners will be extending the correct fork. If at least half of the miners are honest, then eventually the

computations of honest miners will collectively vastly exceed the computations of the adversaries, and the honest miners will reach a consensus on the correct path of the chain.

55. Similarly, to modify past history in a blockchain undetectably, an adversary would have to expend huge amounts of computation to create a fork by finding proofs of work for all transaction blocks following the modified transaction.

56. Newly minted Bitcoins enter the system only as a reward to the miner who links the next block into the blockchain.  These new Bitcoins are documented in the newly added block of the blockchain.

57. Before a Bitcoin may be spent, it must "mature" for at least 100 blocks.  This rule helps the system detect and limit possible damage caused by any improper transactions.

## 2.4.4 Some Details About Hashing Constructions

58. Figure below [Bade14, Figure 6], shows the hash relationships when adding a new block to the blockchain.   Block N comprises transactions since the last block was added.  To add Block N to the blockchain in a valid fashion, a miner must find a nonce such that the hash digest of the following three values (block N, the last block in the blockchain, and the nonce) has value less than the target.



**Figure 2:** Adding a block to the blockchain.

### 3.   On the Changing Difficulty of Mining Over Time

59. There are two notable parameters in the Bitcoin system that change over time:  block reward and difficulty.  In addition, new hardware continues to outperform (compute faster than) older hardware.

60. Every 210,000 transaction blocks (about four years), the block reward is halved.  Initially, this reward was 50 Bitcoins per block.  Since November 28, 2012, it has been 25 Bitcoins.  Thus, with each such halving of the block reward, miners receive less compensation in block rewards for their work in solving block puzzles.

61. Every 2016 blocks, the difficulty parameter is adjusted (up or down), according to certain formulae, based on the number of blocks added to the block chain since the last adjustment.  The intent is to maintain the invariant that solving one puzzle should take approximately ten

minutes on average.    Thus, even with advances in new computer hardware and algorithms, the time to solve a puzzle should remain the same (approximately ten minutes).

62. Although over short periods of time difficulty has gone up and down, over longer periods of time difficulty has a significant upward trend [blockchain.info].

63. Time is of the essence when running mining hardware to mine Bitcoins.  A particular piece of mining hardware will run at a constant hashing rate.  But difficulty increases over time, meaning that the hardware will take longer to solve puzzles and the miner will solve fewer puzzles in a given time interval.

64. Furthermore, as other miners introduce new and faster mining hardware, miners running older hardware will contribute a lower percent of the total computational power in the Bitcoin network.  Consequently, the older slower hardware will yield, on average, fewer reward Bitcoins than a similar amount of newer faster hardware.

**4.  On Testing of Mining Products**

65. I now turn to the issue of product testing, including "burn-in" testing of products to be shipped to customers.  I begin with statements made by BF Labs and its employees on testing.

**4.1 BF Labs Statements on Testing**

66. BF Labs has publicly stated it does not mine Bitcoins. [FTC Doc. 42-2, p. 34].  BF Labs also publicly stated, "If we tested on testnet, it would make testnet useless, since it would spike the difficulty to unmanageable levels.  Regardless, we aren't testing any ASIC equipment on the live network either now or in the past, so it's pretty immaterial" [FTC Doc. 42-2, p. 37].

67. BF Labs claims, "Gavin and the other tha[t] maintain test net . . . have repeatedly requested that people not mine on test net because it raises the difficulty, making it impossible to test with.  If we unleashed 20 TH onto test net for even 24 hours, it would make it unusable for everyone else" [FTC Doc. 42-2, p. 39].

68. BF Labs states it tests the hardware of each unit individually before it goes to the consumer [FTC Doc. 42-19, pp. 33-34].

69. Former BF Labs employee Brandon Bone states, "Every single machine that we plugged into the burn room was intended for customers.  I was told that the mining machines were placed in the 'burn room' for testing purposes.  But it is not necessary for the company to mine Bitcoins with the machines in order to test them.  A closed system referred to as the 'test net' was specifically designed as a means to test Bitcoin mining equipment without actually mining for Bitcoins.  Butterfly Labs never used a 'test-net' in the 'burn rooms'" [FTC Doc. 42-12, p. 3].

70. Former BF Labs employee Samuel Johnston states "I was in charge of overseeing testing of the bitcoin mining machines that Butterfly Labs sold to consumers.  At the time I started working at Butterfly Labs, I was aware that the company had made statements to consumers that its bitcoin mining machines were tested on the bitcoin testnet, which meant that the machines would not produce any bitcoin value while being tested.  From the time I started, I observed that the machines were not in fact tested on the testnet.  Instead, I found that they were mining with the machines on the bitcoin network" [FTC Doc. 42-13, p. 2].

71. Former BF labs employee Samuel Johnston states, "While I was employed, with the exception of a two-to-three week period, all tested machines were set up to mine bitcoins in

the Eclipse Mining Consortium ('EMC').  I believe that EMC was owned by Josh Zerlan"
[FTC Doc. 42-13, p. 3].

72. Former BF labs employee Samuel Johnston states, "When I asked Mark why the machines
were not tested on the testnet, he responded that there was no point in doing so because the
company would not make any money from the testing.  I understood, based on my
conversations with Mark, that he received direction from Sonny to test the machines in a way
that generated bitcoins. I was present in at least one brief meeting with Sonny and Mark in
which it was suggested that the machines be tested on the testnet, but Sonny and Mark agreed
the company would not do so. I understood that the sole reason for burning in the machines
rather than using the testnet was to make money" [FTC Doc. 42-13, p. 3].

73. Former BF labs employee Samuel Johnston states, "The goal was to maximize the number of
units that could be burned in at a time" [FTC Doc. 42-13, p. 4].

74. Former BF labs employee Samuel Johnston states, "Every machine sent to consumers was
burned in before shipment.  Mark instructed me to always have as many machines burning in
as possible.  When production of the mining machines was slow, we would keep machines
mining all day rather than shipping them.  Machines were burned in for far longer than was
necessary to test them.  Generally, a machine only needs to be tested for ten to 30 minutes to
be tested properly" [FTC Doc. 42-13, p. 3].

75. Bruce Bourne as company representative of BF Labs testified, "We would admit that a test
net exists that does enable machines to be tested without being used to mine.  We would not
agree that it was sufficient to test the machines we were building adequately" [Bourne, p.
179].

76. Bruce Bourne as company representative of BF Labs testified "There were units I believe in early days of the company that were tested on, test network.  In fact, I'm not entirely clear whether the FPGA's were mostly or all tested on the test network.  If we limit the discussion to the ASIC's, live network was the predominant, if not exclusive." [Bourne, p. 171].

77. Josh Zerlan stated, "Testnet is designed primarily to test software. Using it to test hardware would make it unusable to those wishing to use it to test software and thus is not suitable for even regular brief testing of hardware, much less a sustained testing of new hardware." [FTC Doc. 155-11, p. 3].

78. Josh Zerlan continued, "Also, Testnet-in-a-box is not suitable for modern hardware because it relies on directly communicating with bitcoind, which is unable to issue work fast enough to keep new hardware busy, resulting in incomplete and inaccurate testing of new hardware." [FTC Doc. 155-11, p. 3].

## 4.2 Remarks on Testing

79. Vendors of mining hardware have a responsibility to test their products, as part of an overall quality of service program.  Such testing should include testing for functionality, correct operation, configuration, compatibility, and reliability.

80. There are different purposes of testing, including (a) logic and functionality of the common design and software, including for any modifications to the software, (b) reliability of hardware, and (c) correct configuration and operation of a particular unit.  The most appropriate way to perform such testing depends on the purpose.

81. Because the same software (and firmware) is loaded on each hardware unit of the same type, when testing the logic and functionality of this software (as opposed to the operation of this software on a particular unit), there is no need to test the software (for the basic logic of the

common software) on units to be shipped to clients.  Such testing can be done on dedicated test units and in testing environments.

82. When testing the reliability of hardware, it would be inappropriate to do so for long periods of time on units to be shipped to clients.  By analogy, it would be inappropriate for a car manufacturer to test the reliability of a car to be shipped to a client by driving it 100,000 miles.  Instead, such reliability testing ought to be performed by randomly selected units that are removed from the inventory and not shipped to clients.

83. As for a unit to be shipped clients, testing should focus on freedom of possible individual hardware defects, correct configuration, and correct operation of that particular unit.  Such "burn-in" testing of a particular unit is different from the testing noted above for reliability and for the common basic logic and functionality of the software and hardware.  Testing of a particular unit can be achieved by running a battery of tests.

84. I estimate that the testing of a particular unit could be accomplished in a small amount of time (less than one day, or at most a small number of days).  Problems with particular units are likely to be present from the start; they are unlikely to appear only after days of use.  My estimate of this expected testing time holds regardless whether the testing is performed on a test network or on the real Bitcoin network.  My estimate is consistent with Samuel Johnston's statement that a BFL machine  "only needs to be tested for ten to 30 minutes to be tested properly" [FTC Doc. 42-13, p. 3].

85. There are tools for testing Bitcoin software and hardware, including test networks and "faucet sites" for generating free test coins useful for testing.  For example, testnet [Testnet] is a widely used testing network, and regnet [Bitcoinj] is a testing utility that can run locally, not requiring connections to an external network.  I agree with Brandon Bone's statement,

"… it is not necessary for the company to mine Bitcoins with the machines in order to test them." [FTC Doc. 42-12, p. 3]. One advantage of using a test network is that it can be faster than the real Bitcoin network.  This advantage holds true, for example, for testnet-in-a-box [Testnetbox], which includes the ability to deal with certain adverse effects of adding fast hardware to a test network (adding fast hardware can cause the difficulty to be adjusted upwards, slowing down testing).

86. A disadvantage of using a test network is that there might be differences between the real Bitcoin network and the test network that might adversely affect the test results.  I am not aware of any such issue with testnet or regnet.

### 4.3 Summary Opinions on Testing

87. In summary, as for a particular unit to be shipped to a client, a limited amount of testing (less than one day—or a small number of days) would be prudent, but there would be no reason to test the unit for a prolonged amount of time.  Also, given the availability of effective test environments (including testnet and regnet), there is no compelling need to test a unit on the real Bitcoin network.

88. Concerning Josh Zerlan's statement that "Using [testnet] to test hardware would make it unusable …," [FTC Doc. 155-11, p. 3] I have the following comments.  First, the degree to which adding hardware or software will slow down testnet (by increasing the difficulty) depends on the hash rate of the network and the amount of hardware added.  Second, any such effect would be limited in time because the difficulty will be eventually readjusted after the hardware is removed.  I find that Zerlan has not substantiated his claim that adding hardware will make testnet "unusable," and his claim is likely exaggerated.

89. As for Josh Zerlan's claim that "Testnet-in-a-box is not suitable for modern hardware … ." [FTC Doc. 155-11, p. 3], I have the following comment. Even if faucet sites generate test bitcoins slowly in relation to the processing speeds of mining hardware, it would still be possible to test the hardware using testnet-in-a-box and the faucet sites.

90. BF Labs position that their ASIC miners cannot be properly tested on testnet is inconsistent with the fact that they did test FPGA miners on testnet. There is no engineering reason why their position with regard to ASIC miners ought to be different from their position for FPGA miners with regard to the suitability of testnet for burn-in testing.

91. It is my opinion that a reasonable hardware manufacturer, similarly situated, would have disclosed the hardware the customer orders will be tested on the live Bitcoin network.

92. While there may be some benefit to performing some burn-in testing using the real Bitcoin network, there is no valid reason to perform such testing on the real Bitcoin network for an extended period of time (substantially more than one day).

## 5. Estimating the Number of Bitcoins that Can Be Mined

93. In this section I estimate the number of Bitcoins that can be mined by a particular piece of mining hardware over a given period of time. This estimate depends on the following factors: the current difficulty setting, the reward setting, the hash rate of the hardware, the hash rate of the entire Bitcoin network, and the utilization rate of the hardware (the percent of the time period that the hardware runs).

94. Instead of explicitly considering the difficulty and reward settings, it is simpler to consider the total number of Bitcoins mined in a given day in the entire Bitcoin network, since that number implicitly includes all relevant information about difficulty and reward settings for that day. Using this approach, my estimate of the number of Bitcoins that can be mined by a

particular piece of mining hardware over a given period of time depends on the total number of Bitcoins mined in the entire Bitcoin network, the hash rate of the hardware, the hash rate of the entire Bitcoin network, and the utilization rate of the hardware.

## 5.1 Model

95. New Bitcoins are introduced into the Bitcoin network only as a reward given to a miner who successfully adds a transaction block to the transaction block chain.  Mining refers to the gain of such reward Bitcoins.   To earn reward Bitcoins, the miner must accomplish two tasks:  (a) solve the puzzle associated with the next block to be added, and (b) be the first miner in the network to do so.  We will address each of tasks separately.

96. Every 210,000 blocks added to the blockchain, the reward is halved.   Initially it was 50 Bitcoins per block.  Beginning November 28, 2012, the reward was halved to 25 Bitcoins per block.  Today the reward remains at 25 Bitcoins per block.  When 21 million Bitcoins have been mined, the reward will be eliminated, which is expected to happen approximately in the year 2140.

97. The expected time to solve a puzzle depends in part on the difficulty parameter of the Bitcoin system.  This parameter is adjusted (upward or downward) every 2016 blocks (approximately every two weeks) based on the number of blocks added since the last adjustment.  The intent behind the formula for adjusting difficulty is for it to take approximately ten minutes on average to solve a puzzle.

98. *Difficulty* is a number between zero and one.  It is closely related to the concept of *target*, which is an integer between 0 and $2^{256}$-1.   Difficulty and target are inversely related.

99. To solve a puzzle, the miner must find a proof that produces a hash value less than the target. That is, the hash value must begin with a certain number of zeros.

100.   The initial-target (for the genesis block) is the number whose 256-bit binary representation begins with 32 zeroes followed by some ones.  More specifically it is the number $c\,2^{208}$, where $c = 65535$ which in hexadecimal notation is the number 0xffff [WikiC, Sourcecode].  (Hexidecimal is base 16.)

101.   Every 2016 blocks, the target is adjusted by the formula

$$\text{new-target} = \text{old-target} \cdot \text{elapsed-time} / \text{desired-time}, \qquad (1)$$

where elapsed-time denotes the time (in seconds) since the last adjustment, desired time is based on an expected time of ten minutes per block,  "·" denotes multiplication, and "/" denotes division.  Desired-time is computed taking into consideration the number of blocks added to the block chain since the last adjustment [WikiC, Sourcecode].

102.   Difficulty is defined as

$$\text{difficulty} = \text{initial-target} / \text{current-target} \qquad (2)$$

[WikiC, Sourcecode].

103.   In the context of the Bitcoin system, computational power is typically measured in terms of the "*hash rate*," which is the number of cryptographic hashes computed per unit time.

### 5.1.1   Notation

104.   We shall use the following notation:

$D$ denotes the current *difficulty* setting (a positive integer).

$W$ denotes the *reward* setting (Bitcoins per block).

$R_j$ denotes the *hash rate* of a particular mining hardware $j$ (GH/sec), where GH = gigahashes per second = 1 billion hashes per second = $10^9$ = 1,000,000,000 hashes per second.

$R^*$ denotes the *hash rate of the entire Bitcoin network* (GH/sec).

$P_j = R_j / R^*$ denotes the *percent of system hash rate* contributed by the particular mining hardware $j$ (a percent), assuming 100% utilization of the hardware.

$U_j$ denotes the *utilization rate* of the particular mining hardware $j$ in the specified time period -- that is, the percent of the time period that the hardware operates (a percent).   For example,   if the period of time is 24 hours, then a 50% utilization rate means running the hardware   for 12 hours, and a 200% utilization rate means running the hardware for two days.

$N^*(t)$ denotes the number of Bitcoins that were mined during time period $t$ by the entire Bitcoin network (an integer).

$N_j(t)$ denotes the expected number of Bitcoins mined during time period $t$ by the particular mining hardware $j$ (an integer).

### 5.1.2   Solving a Puzzle

105.   At difficulty level $D$, using a particular mining hardware $j$ with 100% utilization, the expected time (in seconds) to solve one puzzle is

$$D \cdot 2^{32} / R_j \, , \qquad\qquad\qquad (3)$$

where $R_j$ is the *hash rate* of mining hardware $j$ [WikiC].  Note that $2^{32} \approx 10^{9.6}$.   This formula make intuitive sense:  to yield a hash output beginning with 32 zeros, one would expect to have to perform approximately $2^{32}$ hashes.

106.   If the hardware is not running 100% of the time, then the expected time to solve one puzzle is

$$D \cdot 2^{32} / (R_j \cdot U_j) \, , \qquad\qquad\qquad (4)$$

where $U_j$ is the percent of time the hardware was in operation.

107.   At difficulty $D$, the expected number of hashes required to solve one puzzle is

$$2^{256} / \text{current-target} = D \cdot 2^{256} / \text{initial-target} = D \cdot 2^{48} / c , \qquad (5)$$

where $c = 65535$ [WikiC].

### 5.1.3   Being the First to Solve a Puzzle

108.    During any given time period $t$, there were a total of $N^*(t)$ Bitcoins mined in the entire

system.  During this period, the expected number of these Bitcoins mined by any particular

piece of mining hardware $j$ is

$$N_j(t) = P_j N^*(t) , \qquad (6)$$

where $P_j$ is the fraction of total network computational power contributed by hardware $j$,

assuming 100% utilization of the hardware.

109.    If the hardware is not running 100% of the time, then the expected number of these

Bitcoins mined by any particular piece of mining hardware $j$ is

$$N_j(t) = P_j N^*(t) U_j , \qquad (7)$$

where $U_j$ is the percent of time the hardware was in operation during the time period.

110.    Here I assume that all hashes are equally likely, and that no miner has any significant

advantage in network communications used to send and receive messages to other nodes in

the Bitcoin network.  Each miner is trying various randomly chosen candidate proofs of

work.  No miner has any way to order his candidates with advantage.  The critical factor is

simply how many hashes are computed.

### 5.2 Estimating Number of Bitcoins that BF Labs Could Have Likely Mined with One Hardware Miner

111.    Using Equations 6 and 7 from Section 5.1.3, for each of their ASIC miners sold to

members of the class, I estimated the number of Bitcoins BF Labs could have likely mined

for each day in the period January 3, 2009, through August 29, 2015.  (see Appendix).  For these calculations I used data downloaded from Quandl.com [Quandl].

112.    The ASIC miners in question range in hash rates from 4.5 GH/sec to 1 TH/sec = 1000 GH/sec [BFL Irog. No. 2].  Apparently the 1,500 GH/sec miner could not be produced to this specification, so BF Labs substituted this product for three 500 GH/sec miners, and the 500 GH/sec miner is reported to mine at 460-490 GH/sec. [FTC Doc. 42-13, pp. 5-6]. Also, BF Labs states the 25 GH/sec product mines at 26.4 Gh/sec.   [FTC Doc. 42-2, p. 35].   (A *terrahash* (TH) denotes one trillion ($10^{12}$) hashes.)

113.    For example, I understand that, on April 3, 2013, Plaintiff Dylan Symington ordered a 60 GH/sec ASIC miner that was shipped on November 1, 2013 [A&S 000035-000041].

114.    My calculations show that, on April 3, 2013, BF Labs could have likely expected to mine approximately 4.5065 Bitcoins using a 60 GH/sec miner running for 24 hours.  Run for 48 hours on October 30-31, 2013, BF Labs could have likely expected to mine approximately 0.1544 Bitcoins.  Run for 24 hours on October 31, 2013, BF Labs could have likely expected to mine approximately 0.0772 Bitcoins. Given the rapidly increasing computational power in the Bitcoin network, the ability of ASIC miners to mine Bitcoins diminishes rapidly over time.

115.    By the time Plaintiff Dylan Symington received the 60 GH/sec miner he had ordered (which I understand was shipped on November 1, 2013), this miner would be unlikely to mine even one Bitcoin if run for 24 hours (the likely expected number would be 0.0772 Bitcoins).

### 5.3 Estimating Number of Bitcoins that BF Labs Could Have Likely Mined with Multiple Hardware Miners

116.    I now estimate the number of Bitcoins that BF Labs could have likely mined with

multiple hardware miners.  I begin with statements by BF Labs.

#### 5.3.1    Statements by BF Labs

117.    Former BF Labs employee Brandon Bone states, "there were up to three burn rooms

operating at one time.  Depending on the room, there could be over 500 Bitcoin mining

machines hooked up and actively mining Bitcoins at one time"  [FTC Doc. 42-12, p. 3].

118.    Former BF labs employee Samuel Johnston states, "BF Labs' mining operation using

equipment to be shipped to customers was powerful.  For example, in August 2013, the

machines being tested were collectively hashing at a rate of 12 terrahashes per second

(TH/s).  At that time, this comprised approximately 3% of the hash rate of the entire bitcoin

network" [FTC Doc. 42-13, pp. 3-4].

119.    Former BF labs employee Samuel Johnston states, "The goal was to maximize the

number of units that could be burned in at a time" [FTC Doc. 42-13, p. 4].

120.    Former BF labs employee Samuel Johnston states, "At times, we would have machines

burning in for two days before shipment, in order to generate additional bitcoins.  If we

reached the end of the day without additional machines ready to replace them, we held back

shipment to keep them burning in all night, and then would ship them the next day.  When

production was high, the machines were burned in for shorter periods of time" [FTC Doc.

42-13, p. 4].

121.    Former BF labs employee Samuel Johnston states, "From my work in the shipping room

and the burn in rooms, I observed the pace at which the mining machines were produced and

sent. When I arrived in June 2013, Butterfly Labs had produced some Jalapeno 65 nm machines, but did not have working parts to mass produce the higher powered 65 nm machines. I estimate that Butterfly Labs would ship out 30-50 units a day when I started, about 100 a day by the time I started constructing the burn-in rooms in September, and about 900 by the time I completed the burn in rooms about three weeks later.  At the beginning of this time period, Butterfly Labs was shipping Jalapenos, and it started shipping 'singles' in July, and mini-rigs in September.  The company shipped one rig in a week, which was celebrated as a big deal at the company and shipped three mini-rigs by the time I left the company (November 2013)" [FTC Doc. 42-13, pp. 5-6].

122.   BF Labs' Exhibit H shows ███████ first generation ASIC miners were shipped between July 14, 2013 and December 31, 2014 [BFL Exhibit H][Bourne p. 229].

123.   BF Labs' Exhibit H reflects shipping of first generation ASIC miners ordered though PayPal and is the minimum floor of the number of shipped units [Bourne pp. 229-230].

124.   The actual number of miners shipped for first and second generation ASIC miners is likely between 40,000 and 60,000 units [Bourne p. 230].

125.   BF Labs' Exhibit S shows BF Labs mined ██████ bitcoins from "testing and the development process" [BFL Exhibit S][ Bourne p. 241].

126.   BF Labs' Exhibit S shows ██████ Bitcoins were mined and/or converted to U.S. Dollar in July 2013 [BFL Exhibit S].

127.   BF Labs' Exhibit I reflects the number of Bitcoins mined to BF Labs' active wallet between March 2012 and September 2014 [BFL Exhibit I][Bourne pp. 230-231].

128.   BF Labs' Exhibit I shows ██████ Bitcoins were mined to BF Labs' active wallet in July 2013 [BFL Exhibit I].

**5.3.2   Calculations I: By Date, Machine Hash Rate, and Number of Machines**

129.   Using Equations 6 and 7 from Section 5.1.3, it is possible to calculate the expected number of Bitcoins that BF Labs could have likely mined using multiple miners running for any one day or over a given period of time.  One simply needs to know the miner's hash rate, the date, the miner's utilization rate, the total number of Bitcoins mined on that date, and the total hash rate for the Bitcoin network on that date.

130.   For example, with thirty 4.5 GH/sec miners running for 24 hours on June 1, 2013, BF Labs could have likely expected to mine approximately 5.5864 Bitcoins.  With thirty 4.5 GH/sec miners running for 24 hours each day in June 2013, BF Labs could have likely expected to mine approximately 123.0446 Bitcoins.

131.   For example, with 100 4.5 GH/sec miners running for 24 hours on September 1, 2013, BF Labs could have likely expected to mine approximately 3.4420 Bitcoins.  With 100 4.5 GH/sec miners running for 24 hours each day from September 1, 2013 through September 21, 2013, BF Labs could have likely expected to mine approximately 55.0370 Bitcoins.

132.   For example, with 900 4.5 GH/sec miners running for 24 hours on September 22, 2013, BF Labs could have likely expected to mine approximately 18.0842 Bitcoins.  With 900 4.5 GH/sec miners running for 24 hours each day from September 22, 2013 through September 30, 2013, BF Labs could have likely expected to mine approximately 136.3713 Bitcoins. With 900 4.5 GH/sec miners running for 24 hours each day from October 1, 2013 through October 31, 2013, BF Labs could have likely expected to mine approximately 283.3767 Bitcoins.

133.   For example, if the machines being tested were collectively hashing at a rate of 12 TH/sec 24 hours each day from August 1, 2013 through August 31, 2013, BF Labs could have likely expected to mine approximately 4040.9040 Bitcoins.

134.   For example, with 500 60 GH/sec miners running for 24 hours on October 31, 2013, BF labs could have likely expected to mine approximately 38.5938 Bitcoins.

135.   In order for BF Labs to have mined ██████ Bitcoins on July 1, 2013, BF Labs would have needed to be running 49.4590  TH/sec in hashing power for one day, which would be the equivalent of 10,990.9032 4.5 GH/sec miners.

136.   With 425 4.5 GH/sec miners running July 1, 2013 through July 31, 2013, BF Labs would have likely expected to mine approximately 1162.9195 Bitcoins.

137.   I conclude this section with a comment about the limits and capabilities of my spreadsheet.  In particular I comment on the fact that the miners BF Labs infused into the Bitcoin network may have affected the network hash rates and difficulty levels.

138.   My spreadsheet includes the effect of the actual number of miners BF Labs infused into the Bitcoin network for the period January 3, 2009 through August 29, 2015.  .  In particular, the network hash rates and the difficulty levels reflect the contributions made by BF Labs.

139.   My spreadsheet has a minor limitation concerning its use in analyzing hypothetical actions from history.  Namely, care should be exercised when using the spreadsheet to predict hypothetical huge infusions of miners by BF Labs into the Bitcoin network greater than the actual number of miners infused by BF Labs.  It is possible that so infusing miners could cause the difficulty to increase at the next adjustment.  My spreadsheet does not account for this possibility (beyond the actual number of miners infused by BF Labs); my spreadsheet is based on the actual past performance of the Bitcoin network.  Regardless, the

difficulty level changes only once every 2016 blocks (approximately two weeks).  Hence, even noting this minor limitation, , my estimates would remain valid throughout the two-week period for the given difficulty level.   This limitation applies only to hypotheticals and not to statements about the actual number of miners used by BF Labs in the Bitcoin network.

### 5.3.3   Calculations II: From Exhibits L and M

140.   BF Labs Exhibit L reflects the number of second generation ASIC units shipped to pre-order clients between August 2014 and June 15, 2015 [BFL Exhibit L][Bourne p. 236].

141.   BF Labs Exhibit L shows ██████ 28nm Monarchs were shipped to pre-order clients in January 2015 [BFL Exhibit L].

142.   With 25 300 GH/sec miners running for 24 hours each day in from January 15, 2015 to January 31, 2015, BF Labs could have likely expected to mine approximately 1.4807bitcoins.

143.   BF Labs' Exhibit M reflects the number of first generation ASIC units ordered vs. shipped in terms of total units and total processing capacity in GH/sec for January 2013 through December 2013 [BFL Exhibit M][Bourne pp. 236-237].

144.   BF Labs' Exhibit M shows ██████ GH/s was shipped in October 2013 [BFL Exhibit M].

145.   If the machines being tested were collectively hashing at a rate of 15,000 GH/sec 24 hours each day from August 15, 2013 through August 31, 2013, BF Labs could have likely expected to mine approximately 2254.0780 bitcoins.

My spreadsheet [sheet pertaining to Exhibit M] conservatively estimates the total number of Bitcoins BFL likely mined via testing of preordered ASIC products from April 2013 through December 2013.  The estimate is conservative in that, for each month, the date I used for determining relevant data about the Bitcoin network (hash rate and total number of Bitcoins mined) is the last day of the month; using the first day of the month would yield a higher

estimate.     My estimate is parameterized by the number of days BF Labs ran each miner. For example, Table 1 below gives my estimate for each of several different choices for the number of days BF ran each miner (for additional parameter choices, see my spreadsheet).

**Table 1:** Estimate on the number of Bitcoins BF Labs likely mined via testing of preordered ASIC products from April 2013 through December 2013.

| Number of days each miner was tested | Expected number of Bitcoins mined |
| --- | --- |
| 1 | 3,042.5591 |
| 3 | 9,127.6774 |
| 5 | 15,212.7957 |
| 10 | 30,425.5914 |

## 5.4 Conclusion

146.     It is my opinion there is a reasonably certain way to estimate the number of Bitcoins BF Labs could have likely mined on each miner prior to shipping to class members between the period January 3, 2009 through August 29, 2015 that can be calculated using Equations 6 and 7 from Section 5.1.3 based on business records possessed by BF Labs.

147.     I understand that the parties dispute the time period BFL tested miners prior to shipping. I am not opining on which side is factually correct; I'm merely giving the jury a method by which to reasonably determine the number of bitcoins likely mined.

148.     Bitcoin's blockchain provides a complete detailed list and record of all Bitcoins mined in the entire existence of the Bitcoin system.  Each of these Bitcoins is identified by a "Bitcoin address" which is associated with a cryptographic key of its owner.  If all of the addresses of

Bitcoins mined at BF Labs were revealed, then the blockchain would reveal the precise number of bitcoins mined at BF Labs.

149.    Table 1 gives my conservative estimate on the total number of bitcoins BFL likely mined via testing of preordered ASIC products from June 23, 2012 to June 15, 2015.

150.    I hold all opinions to a reasonable degree of scientific certainty.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9-3-15___                    *Alan T. Sherman*

                                               Alan T. Sherman, Ph.D.

## 6.  References

[Back03] Back, Adam, "The Hashcash Proof-of-Work Function," Internet Draft (June 2003), 4 pages.  URL: http://www.hashcash.org/papers/draft-hashcash.txt (Accessed 8-29-15).

[Bade14] Badev, Anton, and Mathew Chen, "Bitcoin: Technical Background and Data Analysis," Finance and Economics Discussion Series Divisions of Research & Statistics and Monetary Affairs Federal Reserve Board, Washington, D.C., 2014-104 (October 7, 2014), 38 pages.

[Diff76] W. Diffie and M. E. Hellman, "New directions in cryptography," *IEEE Transactions on Information theory,"* IT-22, November 1976, 644-654.
http://www-ee.stanford.edu/~hellman/publications/24.pdf

[FIPS180-4] "Secure Hash Standard," Federal Information Processing Standards Publication 180-4, National Institute of Standards and Technology (March 2012), 31 pages.  URL: http://csrc.nist.gov/publications/fips/fips180-4/fips-180-4.pdf (Accessed 8-20-15).

[Heil15] Heilman, Ethan, Alison Kender, Aviv Zohar, Sharon Goldberg, "Eclipse Attacks on Bitcoin's Peer-to-Peer Network" in *Proceedings of the 24th USENIX Security Symposium* (August 12-14, 2015), 129-144.

[Krol13] Kroll, Joshua A., Ian C. Davey, and Edward W. Felton, "The Economics of Bitcoin Mining, or Bitcoin in the Presence of Adversaries" in *Twelfth Workshop on the Economics of Information security (WEIS 2013)*, Washington, DC (June 11-12, 2013), 21 pages.

[Murp15] Murphy, Edward V., M. Maureen Murphy, Michael V. Seitzinger, "Bitcoin: Questions, Answers, and Anlaysis of Legal Issues," Congressional Research Service, 7-5700, R43339 (August 14, 2015), 31 pages. URL: https://www.fas.org/sgp/crs/misc/R43339.pdf (Accessed 8-29-15).

[Naka08] Nakamoto, Satoshi, "Bitcoin: A Peer-to-Peer Electronic Cash System," unpublished manuscript (2008), 9 pages. URL: https://bitcoin.org/bitcoin.pdf (Accessed 8-20-15).

[NIST800-131A] Elaine Barker and Allen Roginsky, NIST Special Publication 800-131A Transitions: Recommendation for Transitioning the Use of Cryptographic Algorithms and Key Lengths, Computer Security Division Information Technology Laboratory, January 2011.
http://csrc.nist.gov/publications/nistpubs/800-131A/sp800-131A.pdf

[Rive78] R. Rivest, A. Shamir, and L. Adleman, "A method for obtaining digital signatures and public key cryptosystems," *CACM*, 21, February 1978, 120-126.

[Ron13] Ron, Dori, and Adi Shamir, "Quantitative Analysis of the Full Bitcoin Transaction Graph" in *Financial Cryptography (FC 2013)*, LNCS 7859, Sadeghi, ed., Springer Verlag (2013), 6-24.

[Stin06] Stinson, Douglas R., *Cryptography: Theory and Practice*, CRC Press, Third Edition (2006).

[Wang15] Wang, Luqin, and Young Liu, "Exploring Miner Evolution in Bitcoin Network" in *Passive and Active Measurement Conference (PAM 2015)*, LNCS 8995, Kirkovia and Liu, eds, Springer Verlag (2015), 209-302.

[BFlabs] http://www.butterflylabs.com/ (Accessed 8-29-15).

[Bitcoind] https://en.bitcoin.it/wiki/Bitcoind (Accessed 8-29-15).

[Bitcoinj] https://bitcoinj.github.io/testing (Accessed 8-29-15).

[BitcoinOrg] https://bitcoin.org/en/ (Accessed 8-29-15).

[Blockchain] https://blockchain.info/ (Accessed 8-20-15).

[Hashcash] http://www.hashcash.org/ (Accessed 8-29-15).

[Quandl] https://www.quandl.com/data/BCHAIN (Accessed 8-30-15).

[Sha2] https://en.wikipedia.org/wiki/SHA-2 (Accessed 8-29-15).

[Sourcecode] https://github.com/bitcoin/bitcoin (Accessed 8-25-1).

[Testnet] https://en.bitcoin.it/wiki/Testnet (Accessed 8-29-15).

[Testnetbox] https://github.com/freewil/bitcoin-testnet-box (Accessed 8-29-15).

[Tpfaucet] http://tpfaucet.appspot.com/ (accessed 8-29-15).

[Wiki] https://en.wikipedia.org/wiki/Bitcoin (Accessed 8-29-15).

[WikiC] https://en.bitcoin.it/wiki/Main_Page (Accessed 8-29-15)

[FTC Doc. 42-2] Exhibit 2 to FTC's Reply Suggestions of Points and Authorities in Support of Motion for Preliminary Injunction and Other Equitable Relief.

[FTC Doc. 42-12] Exhibit 12 to FTC's Reply Suggestions of Points and Authorities in Support of Motion for Preliminary Injunction and Other Equitable Relief.

[FTC Doc. 42-13] Exhibit 13 to FTC's Reply Suggestions of Points and Authorities in Support of Motion for Preliminary Injunction and Other Equitable Relief.

[FTC Doc. 42-19] Exhibit 19 to FTC's Reply Suggestions of Points and Authorities in Support of Motion for Preliminary Injunction and Other Equitable Relief.

[FTC Doc. 155-11] Exhibit 11 to BF Labs Inc., Sonny Vleisides, Darla Jo Drake, and Nasser Ghoseiri's Submission of Additional Factual Evidence, Including Declarations.

[Bourne] Deposition of Bruce Bourne.

[A&S 000035-000041] Documents Produced by Dylan Symington.

[BFL Exhibit H] Exhibit H to BFL's Interrogatory Answers.

[BFL Exhibit I] Exhibit I to BFL's Interrogatory Answers.

[BFL Exhibit L] Exhibit L to BFL's Interrogatory Answers.

[BFL Exhibit M] Exhibit M to BFL's Interrogatory Answers.

[BFL Exhibit S] Exhibit S to BFL's Interrogatory Answers.


## 7.  Appendix

Spreadsheets of calculations.

## 8.  Outline

## Contents

1.   Introduction .......................................................................................................................... 1

  1.1 Background and Qualifications ........................................................................................ 1

  1.2 Compensation ................................................................................................................... 5

  1.3 Prior Testimony and Depositions .................................................................................... 6

  1.4 Prior Publications ............................................................................................................ 6

  1.5 Engagement ...................................................................................................................... 6

  1.6 Materials considered ........................................................................................................ 6

2.   The Bitcoin System ............................................................................................................. 7

  2.1 Overview of the Bitcoin System ..................................................................................... 7

  2.2 Cryptographic Background .............................................................................................. 8

    2.2.1 Cryptographic Hash Functions .................................................................................. 8

    2.2.2 Digital Signatures ....................................................................................................... 9

  2.3 Bitcoins, Transactions, Mining ..................................................................................... 12

  2.4 Selected Elements .......................................................................................................... 15

    2.4.1 Proof of Work ........................................................................................................... 15

    2.4.2 Transaction Blocks ................................................................................................... 16

    2.4.3 Transaction Blockchain ............................................................................................ 16

    2.4.4 Some Details About Hashing Constructions ........................................................... 18

3.   On the Changing Difficulty of Mining Over Time ........................................................... 19

4.   On Testing of Mining Products ......................................................................................... 20

  4.1   BF Labs Statements on Testing .................................................................................... 20

  4.2   Remarks on Testing ...................................................................................................... 23

  4.3   Summary Opinions on Testing ..................................................................................... 25

5.   Estimating the Number of Bitcoins that Can Be Mined ................................................... 26

  5.1   Model ............................................................................................................................ 27

    5.1.1   Notation ................................................................................................................... 28

    5.1.2   Solving a Puzzle ..................................................................................................... 29

    5.1.3   Being the First to Solve a Puzzle ........................................................................... 30

  5.2   Estimating Number of Bitcoins that BF Labs Could Have Likely Mined with One Hardware
  Miner ..................................................................................................................................... 30

5.3    Estimating Number of Bitcoins that BF Labs Could Have Likely Mined with Multiple Hardware Miners.............................................................................................................................. 32

  5.3.1   Statements by BF Labs ........................................................................................ 32

  5.3.2   Calculations I: By Date, Machine Hash Rate, and Number of Machines............... 34

  5.3.3   Calculations II: From Exhibits L and M .............................................................. 36

  5.4    Conclusion ............................................................................................................... 37

6.   References.......................................................................................................................... 40

7.   Appendix........................................................................................................................... 42

8.   Outline............................................................................................................................... 43