IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
|       **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 14-CV-2159-KHV-JPO |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
|       **Defendants.** | ) |

## DEFENDANTS' SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

    Defendants BF Labs Inc., Sonny Vleisides, and Jeffrey Ownby respectfully request, pursuant to Local Rule 6.1 and Rule 6(b) of the Federal Rules of Civil Procedure, an Order granting them an extension of time to respond to Plaintiffs Kyle Alexander and Dylan Symington's Motion for Class Certification. In support of their request for relief, Defendants state as follows:

    1.    On November 18, 2016, Plaintiffs filed their Motion for Class Certification. Pursuant to the Local Rules, Defendants' response to Plaintiffs' Motion was due Friday, December 2, 2016.

    2.    Defendants' attorneys were unable to complete the Response by the deadline because of the Thanksgiving holiday and deadlines in other litigation matters. As a result, on November 29, 2016, Defendants respectfully requested a ten (10) day extension of time for its counsel to prepare an appropriate Response, making its Response due on December 12, 2016. (Doc. No. 168).

    3.    The Court has not yet ruled upon that Unopposed Motion for an Extension of Time.

55421643.1

4. Defendants' attorneys have some deadlines in other litigation matters at the end of this week and are unable to complete the Response by December 12, 2016.

5. Defendants therefore are merely asking for an additional four days to complete its Response from December 12, 2016.

6. Defendants' counsel has contacted Plaintiffs' counsel and Plaintiffs' counsel does not oppose this motion. Plaintiffs' counsel has agreed to an extension until December 16, 2016 for Defendants to respond to Plaintiffs' Motion for Class Certification.

7. This is Defendants' second request for an extension of time to extend the time in which to respond to Plaintiffs' Motion.

8. This Motion is not intended to cause any delay, will not result in any prejudice to Plaintiffs, and the extension will not interfere in any of the Court's deadlines.

WHEREFORE, Defendants BF Labs Inc., Sonny Vleisides, and Jeffrey Ownby respectfully request an Order from the Court to extend the deadline for Defendants to respond to Plaintiffs' Motion for Class Certification up to and including, December 16, 2016.

Respectfully submitted,

/s/ Michael S. Foster
Mark A. Olthoff                              KS Fed. #70339
Michael S. Foster                            KS #24011
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
moltoff@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendants BF Labs Inc., Sonny Vleisides, and Jeffrey Ownby

2

55421643.1

## CERTIFICATE OF SERVICE

This is to certify that I have on the 8th day of December, 2016, filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following attorneys of record:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

Attorneys for Plaintiffs

  /s/ Michael S. Foster
Attorney for Defendants