FILED
United States Court of Appeals
Tenth Circuit

December 9, 2016

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| KYLE ALEXANDER, DYLAN SYMINGTON, on behalf of themselves and all those similary situated, <br><br> Petitioners, <br><br> v. <br><br> BF LABS, INC., a Wyoming corporation, d/b/a Butterfly Labs; SONNY CHRIS VLEISIDES; JEFF OWNBY, <br><br> Respondents. | No. 16-609 <br> (D.C. No. 2:14-CV-02159-KHV) <br> (D. Kan.) |

_____

## ORDER
_____

This matter is before the court on the parties' joint *Motion to Dismiss Petition for Permission to Appeal* pursuant to Fed. R. App. P. 42.  Upon consideration, the motion is granted.  The petition is dismissed.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

*[signature: Jane K. Castro]*

by: Jane K. Castro
      Counsel to the Clerk