IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, et al., | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 14-CV-2159-KHV-JPO |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| **Defendant.** | ) |

**UNOPPOSED MOTION TO FILE MEMORANDUM WITH EXCESS PAGES**

Defendants move for an Order of the Court permitting them to file a memorandum in opposition to Plaintiffs' amended motion for class certification of up to 45 pages in the Points and Authorities section. Given the number of issues presented in Plaintiffs' motion, the number of separate defendants, and the nature of the causes of action alleged, Defendants need more than 30 pages to fully present their arguments.

**SUGGESTIONS IN SUPPORT**

1. Defendants' opposition to the amended motion for class certification is due to be filed on December 16, 2016.

2. Although Defendants' counsel has diligently tried to be as succinct as possible, given the number of issues and varied causes of action, additional pages are needed to fully present their arguments.

3. Defendants request that the Court permit them to file a memorandum of up to 45 pages in the Points and Authorities section.

4. Defendants requested agreement from Plaintiffs who have responded they will not oppose this request.

55487197.1

5.	This motion for excess pages is made in good faith and not for the purpose of delay.

6.	This motion for excess pages will not unfairly prejudice the Plaintiffs in this action.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF		KS Fed. #70339
MICHAEL S. FOSTER		KS #24011
POLSINELLI PC
900 W. 48th Place
Suite 900
Kansas City, Missouri  64112-1895
(816) 753-1000
Fax: (816) 753-1536
molthoff@polsinelli.com
mfoster@polsinelli.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO  64105-5171

ATTORNEYS FOR PLAINTIFFS

/s/ Mark A. Olthoff
Attorney for Defendants