## Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DIVISION OF KANSAS
 2
 3     KYLE ALEXANDER, and          )
       DYLAN SYMINGTON, on behalf   )
 4     of themselves and all those  )
       similarly situated,          )
 5                      Plaintiffs, )
                                    )
 6        vs.                       )  No. 14-CV-2159-KHV-JPO
                                    )
 7     BF LABS, INC, a Wyoming      )
       Corporation, doing business  )
 8     as BUTTERFLY LABS,           )
                        Defendant.  )
 9
10              DEPOSITION OF SONNY VLEISIDES,
11     produced, sworn and examined on Tuesday, August 25,
       2015, at the law offices of Polsinelli, P.C., 900
12     West 48th Place, Suite 900, in Kansas City, Missouri,
       before:
13
                  JAMES A. LEACOCK, CCR, for
14                CROSS REPORTING SERVICE, INC
15     A Certified Court Reporter for the State of Missouri.
       Taken on behalf of the Plaintiffs.
16
                        APPEARANCES:
17
       For the Plaintiffs:
18         WOOD LAW FIRM, LLC
           By:  Mr. Ari N. Rodopoulos
19         1100 Main Street, Suite 1800
           Kansas City, Missouri  64105
20
       For the Defendant:
21         POLSINELLI, P.C.
           By:  Mr. Mark A. Olthoff, and
22              Mr. Michael Foster
           900 West 48th Place, Suite 900
23         Kansas City, Missouri  64112
24     Videographer:
           Mr. David Lombardo, TBC Video
25
```

## Page 2

```
 1                    S T I P U L A T I O N S
 2
 3         It is hereby stipulated and agreed by and
 4     between the parties herein that presentment to the
 5     attorneys of record of a copy of this deposition
 6     shall be considered submission to the witness for
 7     his signature within the meaning of the Kansas
 8     Rules of Civil Procedure, but shall in no way be
 9     considered as a waiver of the witness' signature;
10     and will be filed with the court, to be signed by
11     the witness at any time before or at trial of this
12     case.
13
14                        I N D E X
15                                                  Page
16     Examination by Mr. Rodopoulos.............. 3
17     Exhibit 1, Notice to Take Deposition....... 5
```

## Page 3

```
 1              THE VIDEOGRAPHER:  Let the record
 2     reflect that the time is 9:02 a.m.  Today is
 3     Tuesday, August 25, year 2015.  Will counsel
 4     please voice identify themselves and state whom
 5     you represent.
 6              MR. RODOPOULOS:  Ari Rodopoulos for
 7     Plaintiffs.
 8              MR. OLTHOFF:  Mark Olthoff on behalf of
 9     the Defendant Butterfly Labs, Inc., and the
10     witnesses who will testify today in their 30(b)6
11     capacity.
12              THE VIDEOGRAPHER:  Will the court
13     reporter now administer the oath to the witness.
14               SONNY VLEISIDES,
15     of lawful age, being produced, sworn and examined
16     on behalf of the Plaintiffs, testified as follows:
17  EXAMINATION BY MR. RODOPOULOS:
18  Q.   Sir, would you please state your name for the
19       record.
20  A.   My name is Sonny Vleisides.
21  Q.   And you understand that you have been designated
22       to testify on behalf of B.F. Labs, Inc.?
23  A.   Yes.
24  Q.   Have you ever done -- well, first of all, have you
25       done a deposition at all before?
```

## Page 4

```
 1  A.   Yes.
 2  Q.   How many times?
 3  A.   One.
 4  Q.   Was that recently?
 5  A.   Yes, that was with the FTC.
 6  Q.   In that case, or in that deposition, were you
 7       testifying just on your own behalf?
 8  A.   I don't recall.
 9  Q.   Well, let me ask a different way then.  Have you
10       ever done a deposition as a representative of a
11       corporation?
12  A.   In the capacity, that last deposition was either
13       personal or corporate, it could be.
14  Q.   Do you understand today is a corporate deposition
15       rather than just an individual deposition?
16  A.   Right.
17  Q.   And do you understand what that means?
18  A.   Yes.
19  Q.   What is your understanding?
20  A.   My understanding is that I am going to answer
21       questions that you present to me.
22  Q.   On behalf of a corporation?
23  A.   Correct.
24  Q.   So I am going to hand you -- let's mark that as
25       Exhibit 1.
```

                                                                13
 1   A.  The conception of the company and the conception
 2       of the product both occurred over a stretch of
 3       time.  Those two stretches of time overlapped at
 4       some point.  So in that nexus point is your
 5       answer.  I don't know what the date is.
 6   Q.  So at least at the beginning -- well, there's
 7       several owners of BFL, correct?
 8   A.  Correct.
 9   Q.  And I'm envisioning in my head that at some point
10       those owners got together and kind of talked about
11       starting a company together.  Yes?
12   A.  Correct.
13   Q.  At any point during those conversations, was there
14       discussion about what the product or products
15       would be or would look like?
16   A.  Undoubtedly, yes.
17   Q.  And was it any more specific other than, "Let's
18       try to manufacture hardware" for these purposes
19       that we've already talked about today?
20   A.  I think given the flexibility of the processor,
21       our intended approach, we always had our eyes open
22       to any potential application.
23   Q.  In any of these early kind of -- I will call them
24       formation meetings.  Does that make sense to you?
25   A.  Okay.

                                                                14
 1   Q.  Does it make sense to you?
 2   A.  Yes.
 3   Q.  In any of those meetings, did anyone bring out an
 4       actual example of, here is a product, here is how
 5       it works, or here's how it could work if we simply
 6       made some changes.  Was there anything like that,
 7       an actual demonstration of a product?
 8   A.  I don't recall.
 9   Q.  Would there be anyone else that might know the
10       answer to that?
11           MR. OLTHOFF:  Object, calls for
12       speculation.
13   Q.  (By Mr. Rodopoulos)  Just if you know.
14   A.  There were prototype sketches of a wide ranging
15       variety of different form factors to accomplish
16       different size tasks of our envisioned markets.
17       That was a free-flowing point of discussion and
18       thinking.
19   Q.  So it sounds like there were some sketches, either
20       an actual visual graphic or at least maybe like a
21       brainstorming type sketch of what the product
22       could look like, something along those lines?
23   A.  Along the way, certainly.
24   Q.  Do you know when those sketches first started
25       existing or being circulated or looked at by you

                                                                15
 1       guys?
 2   A.  I don't have a date in mind.
 3   Q.  At some point these sketches, or the idea of
 4       selling this hardware, like we've discussed,
 5       started to actually move forward into
 6       implementation?
 7   A.  Uh-huh.
 8   Q.  Yes?
 9   A.  Correct.
10           MR. OLTHOFF:  You will need to give him
11       verbal responses.
12   Q.  (By Mr. Rodopoulos)  I'm not trying to cause you
13       trouble.  Just whenever you don't give a full
14       answer, I'm just trying to get you to say the
15       word, even though I know what you mean.  Okay?
16   A.  Okay.
17   Q.  All right.  I think it is fairly undisputed that
18       one of the big issues in this case is about BFL's
19       preorder business model.
20   A.  Okay.
21   Q.  Do you know what I am referring to?
22   A.  I understand their preorder business model, yes.
23   Q.  I was trying to kind of think, when a company is
24       being formed and you have an idea of a product
25       that you intend to sell, and then at some point,

                                                                16
 1       I'm assuming, there's going to be a conversation
 2       about, "How is it that we are going to attempt to
 3       sell this product?"  Did BFL have a conversation
 4       like that early on?
 5   A.  I'm sure we did.  I'm sure we had many
 6       conversations along those lines, all throughout
 7       the formation process of the company.
 8   Q.  I am kind of focusing on a time period prior to
 9       the decision of, "Let's use the preorder business
10       model," okay?
11   A.  Okay.
12   Q.  At some point there was a decision, we're going to
13       use a preorder, correct?
14   A.  Yes.  Yes, that label was chosen at a certain
15       point.
16   Q.  Prior to that was there discussion of other
17       options that could be used to market or sell this
18       product other than a preorder?
19   A.  Yeah.  The original idea was just to sell the
20       finished products.  And it became -- I am
21       anticipating your next question is, how did it
22       evolve into a preorder model.  I will just go
23       ahead and answer that.  At a certain point the
24       demand was presented to us as such, that they
25       insisted on being put in line.  Our initial

17

1    thoughts were that we're not quite sure how that
2    would work, although it seemed appealing to us.
3    Eventually we allowed them to do so and the
4    preorder model was formed.
5    Q.  I am going to go back just a step.  You mentioned
6        you considered, or at least talked about, selling
7        the finished product.  What did you mean by that
8        exactly?
9    A.  The product, after it had already been completed
10       and it was sitting on the shelf ready to ship.
11   Q.  Basically almost like a Best Buy type thing, maybe
12       not actually in a store, but there was actual
13       inventory and you would sell it once it was there
14       ready to ship?
15   A.  Correct.
16           MR. OLTHOFF:  Object, argumentative.
17   Q.  (By Mr. Rodopoulos)  Do you agree with that in
18       general?
19   A.  Yes.
20   Q.  And it sounds like you ultimately did not choose
21       that route?
22   A.  Well, just to give you a full answer.  That was
23       always our intention.  People wanted to get in
24       line so that they could get their items first.  We
25       envisioned that at some point we would have

18

1    overnight shipping from in stock inventory.  The
2    preorder model was simply to accommodate customer
3    requests to be put in a cue.  In our vision, the
4    production would continue on for quite a while,
5    and those preorders would be served and then we
6    could sell off the shelf and maybe even get in
7    distribution channels.
8    Q.  So far we've kind of talked about this idea of,
9        "Let's sell a finished product," in theory off the
10       shelf.  We have also talked about — at least
11       mentioned the preorder.  Before I really get to
12       preorder, though, were there any other potential
13       plans that were discussed or considered other than
14       selling the finished product for eventually this
15       preorder model?
16   A.  Not that I recall.
17   Q.  Did the company ever discuss doing, "Hey, let's do
18       a — Why don't we try a kick starter type of
19       program, to try to raise funds to develop this
20       product"?
21   A.  I think that had been suggested at some point.
22       Maybe even many points, I don't recall when.
23   Q.  It was considered at least at some point?
24   A.  Yes.
25   Q.  And ultimately, at least from what I have seen, it

19

1    looks like that option was not pursued?
2    A.  Correct.
3    Q.  Did the company ever consider — I'm talking early
4        on at the formation time.  Did they consider
5        bringing on other investors or other owners to
6        raise capital?
7    A.  Yes, that was frequently discussed.
8    Q.  What was the result of those discussions?
9    A.  In the initial stages we didn't really have the
10       contacts to pursue that option.  We did raise
11       capital, we raised capital from friends and family
12       initially to start the company.  The funds that
13       were necessary to complete the prototypes.
14   Q.  I understand that was around like 8 or 10 grand or
15       something like that?
16   A.  Yeah, it was a little amount.
17   Q.  I think what you were saying earlier, at least
18       this is what I took from it, was that we
19       considered bringing in some other investors or
20       owners, but we just didn't know who to go to to do
21       it?
22   A.  At the time the idea of a bitcoin industry of the
23       size and description of today, at the time
24       something like that was considered crazy.  This
25       was a toy project.  And I think that for most

20

1    people, to suggest that they would invest or get
2    involved in order to have an opportunity to
3    realize what we all know has become a reality
4    today, was a stretch of the imagination.  It was
5    more of a toy project with a high risk factor at
6    that stage.
7    Q.  And at that stage, based on our earlier
8        discussion, I'm assuming there still was not an
9        actual working prototype at that point?
10   A.  No.
11   Q.  Do you agree that without such a working
12       prototype, that would make it hard to bring on
13       additional investors?  Especially at a stage where
14       bitcoin really wasn't that well known or
15       understood?
16   A.  No.  I mean, sure to some degree.  But I think the
17       greater problem at that point was just the topic.
18   Q.  Just being foreign to most people?
19   A.  Yeah.
20   Q.  Did BFL ever consider making the company public, a
21       public corporation, bringing in public investors?
22           MR. OLTHOFF:  At the initial stage?
23   Q.  (By Mr. Rodopoulos)  Initial.
24   A.  I believe that question about the company
25       formation is reserved for Bruce.  We are talking

33

1  Q.  The terms that we are talking about, where would
2      the customer have either seen those or had a
3      chance to see those terms?  Would it only be
4      through the website?
5  A.  They were certainly listed on the website, but
6      they were also discussed in forums.  Predominantly
7      the way to present those terms were in the order
8      process.  The customer would see them all.
9  Q.  Through the website?
10 A.  Correct.
11 Q.  Fair to say that the method BFL primarily
12     attempted to disclose its terms was through the
13     website?
14 A.  Yes.  In the order process on the website.
15 Q.  Let's move on to Topic Number 20.  Topic 20 asked
16     BFL to produce someone who could talk about the
17     products that were identified in interrogatory
18     answers.  Specifically, whether for any of those
19     products BFL learned that it could not ship within
20     the time period that it stated or within 30 days
21     thereafter.  Do you see that, Topic 20?
22 A.  Uh-huh.
23 Q.  Yes?
24 A.  I can see Topic 20, yes.
25 Q.  Are you prepared to discuss that topic?

34

1  A.  Sure.
2  Q.  So in interrogatories, BFL has identified all of
3      the products that it has offered for sale.  Do you
4      agree with that in general?
5  A.  Yes, we have.
6  Q.  Without having to go back and actually look at it?
7  A.  That's correct.
8  Q.  At least the way I remembered it, it was broken
9      down kind of by this category of the type of
10     technology.  So, for example, I think it was --
11 A.  Do you happen to have that?
12 Q.  I think I do, yeah.
13 A.  Let's take a look.
14 Q.  As I am pulling this out.  Basically it listed the
15     specific product on the right column and on the
16     left column was kind of a generic category.  Let
17     me see here.  We're not going to mark this.  I am
18     just going to hand it to you for a second.
19 A.  Okay.
20 Q.  So the Topic Number 20 asks you to be prepared to
21     discuss the products listed in the interrogatory
22     answer in front of you.  Okay?
23 A.  Okay.
24 Q.  Are you prepared to talk about that with respect
25     to these products here?

35

1  A.  Sure.
2  Q.  For any of those products, did BFL ever learn that
3      the time period that it stated shipping would
4      occur, that BFL would not be able to do that?
5  A.  Well, this question assumes that we stated a
6      specific time that things would ship, which we did
7      not.  We always gave expected time periods that
8      something would ship.  If we -- if our expectation
9      was that that timeline would slip, then often we
10     would -- I think almost invariably, if we had
11     solid belief that the timeline would slip, that we
12     notified our customers.  We kept a production blog
13     so that -- in the forums, so that customers could
14     follow along with us through the development
15     process.  We shared details of technical delay and
16     expected timeline increases as a result.
17 Q.  So, for example, the FPGA generation product in
18     the interrogatory answer is listed as a single,
19     with a sales start date of November 2011.  Do you
20     recall if BFL gave a specific shipping date with
21     respect to that product?
22 A.  I would have to look at the actual order form to
23     see what the terms were.  I believe back then the
24     expectation was six or eight weeks.  I think
25     that's what we initially started out with.

36

1  Q.  Let's start with that then.  Six to eight weeks.
2      Is that something BFL would consider being a
3      specific shipping time?
4  A.  At that time as we dealt with customers, it was a
5      lot of telephone calls.  We didn't exist, so
6      people wanted to reach out and talk to us.  We
7      didn't have any experience.  There had been other
8      companies that had come into the space that were
9      just out and out scams.  They would take money and
10     they wouldn't -- they would just disappear.  No
11     intention to build a product at all.  There were
12     other companies that offered to -- none of these
13     products actually existed, but it was theorized
14     that they might be possible to be made.  So in
15     that environment, we found that people were
16     interested to call in, talk to someone, get a
17     feel.  We had customers fly in just to lay eyes on
18     the organization and the principals.  In those
19     discussions, we gave a more complete answer.  And
20     I would say those were definitely -- that was the
21     nature of the explanation of the timeline in those
22     early days for the FPGA single.
23 Q.  But the six to eight week, is that the type of
24     thing BFL would consider as being a specific
25     shipping time or not?

9 (Pages 33 to 36)

### Page 37

1              MR. OLTHOFF:  Objection to form.  It is
2      vague.
3    A.  I would call it shipping expectation.
4    Q.  (By Mr. Rodopoulos)  Shipping expectation.  Okay.
5        We can use that phrase then, shipping expectation.
6        For any of these products here listed in the
7        interrogatories, and I am going to hand it back to
8        you.  Did BFL learn that it could not ship within
9        the shipping expectation or the expected shipping
10       period?
11   A.  Yes.
12   Q.  Which products?
13   A.  Let's see.  For the FPGA line-up, the single at
14       times was late, at other times it was on time.  I
15       would say for the majority of its -- at least half
16       of its production, I believe that they all shipped
17       in time.  The Mini Rig, I believe they almost
18       exclusively shipped on time.  The 65 nanometer
19       ASIC line, that suffered significant delay
20       initially.  Some percentage of those orders
21       shipped on time.
22   Q.  I am going to stop you there.  It sounds like we
23       should discuss that one further, instead of going
24       through them all.  So the ASIC 65 nanometer, I
25       think what you said is that product, there were

### Page 38

1        significant delays?
2    A.  Correct.
3    Q.  And fair to say that -- well, first of all, all of
4        those products there, the 65 nanometer products,
5        all of those are kind of what we have referred to
6        as first generation ASIC?
7    A.  Yes.
8    Q.  And all of those products were offered on the
9        preorder business model?
10   A.  Some were off the shelf.
11   Q.  That one that we talked about earlier?
12   A.  And the other models, once we finished the
13       production cue, they were sold off the shelf.
14   Q.  At least initially these were all offered --
15   A.  Initially, except for the 230, all of them were
16       sold on a preorder basis.
17   Q.  Let's start with that 4.5 gigahash product.  Did
18       BFL ever learn that it could not ship within the
19       time it initially stated that it expected to ship?
20   A.  Yes, it did.
21   Q.  When did that occur, approximately?
22   A.  There were a multitude of delay events, some which
23       proved to actually be delays, some which did not.
24       It took place over the course of the entire
25       development of the product and of the

### Page 39

1        manufacturing phase as well.
2    Q.  But when was the first time that BFL realized,
3        "Man, we've told people that we expect this
4        product to ship in a certain time period, and it
5        doesn't look like we're going to be able to do
6        that"?
7    A.  I don't know, I can't give you a specific date.
8        But if you want to track it down, I would
9        recommend you go look in the forums where we kept
10       a log of production and development issues.  So it
11       would be some time immediately preceding those
12       announcements.
13   Q.  The Topic 20 is asking you to be prepared to talk
14       about the approximate date you learned information
15       that you wouldn't be able to ship within the time
16       period.  So I have seen those, and I am able to
17       form my own impression of what I think, but I'm
18       here to find out BFL's position.  When does BFL
19       contend it first learned that, for example, the
20       4.5 gigahash product would not ship within the
21       initial time period?
22   A.  Again, I don't have a specific date for you, the
23       number of events across the number of products.
24       Some of those events were false, some of those
25       events turned out to be real.  It is just too

### Page 40

1        numerous for me to have a specific recollection.
2        I am prepared to talk about them in general terms
3        and help you identify them, with the records that
4        we have here.
5    Q.  What is the approximate date that BFL first
6        learned that information?
7              MR. OLTHOFF:  Can you give an answer by
8        season of the year, quarter of the year?
9    A.  Yeah, we came in -- so I guess it would be the end
10       of 2012, coming into 2013, we had some -- we were
11       struggling with timeline issues or timeline
12       threats, which we were able to remedy a lot of
13       them.  This isn't like making a fork.  You don't
14       place an order on this date and have an
15       expectation that it is going to arrive 90 days
16       later.  There are many, many, many moving parts
17       among many, many, many vendors.  So when you find
18       that there's a difficulty that crops up, or a
19       threat to the timeline, it is not a black and
20       white issue.  You marshal your resources, you use
21       the experience of all the team involved, and you
22       try and solve that problem.  Sometimes you're
23       certain that you have solved the problem, other
24       times you think that you have just improved your
25       chances of sticking to the timeline.  So we were