#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYLE ALEXANDER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 14-CV-2159-KHV-JPO |
| | ) |
| **BF LABS INC.,** | ) |
| | ) |
| **Defendant.** | ) |

#### DEFENDANT BF LABS INC.'S THIRD SUPPLEMENTAL ANSWERS AND OBJECTIONS TO PLAINTIFFS' FIRST INTERROGATORIES

Defendant BF Labs Inc., by and through its counsel of record, submits its second supplemental answers and objections to Plaintiffs' First Interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure.

### INTERROGATORIES

5.     For each product identified in No. 2, above, identify the number of units manufactured by month and year, the number of units ordered by consumers by month and year, and the number of units shipped to consumers by month and year.

### ANSWER:

BF Labs historically has not tracked by product the number of units it has manufactured or shipped to consumers by month and year and, thus, no readily available document or database exists to respond specifically to the interrogatory. However, Marc Goodpasture, production manager at BF Labs, states that, as long as preorders were ready to be fulfilled, all 28 NM units that met specifications ordinarily were shipped the same or next business day after assembly. Therefore, it may be possible to approximate the number of units manufactured by month and year by reviewing emails sent from tracking@shipstation.com that alerted customers that a product was shipped. BF Labs has produced copies of the emails pursuant to Fed. R. Civ. P.

33(d). BF Labs objects to the undue burden and expense of specifically collecting those emails and manually creating a spreadsheet based on the number of units manufactured and shipped to consumers by month and year. Plaintiffs are equally able to review the emails and create a spreadsheet for the litigation if they choose to do so.

Marc Goodpasture also states that, for the 65 NM, he tracked the number of boards received per day. BF Labs was constrained by the number of chips that were made available up to mid to late September 2013. As chips were made available, they were overnighted to the board builder who in turn overnighted the completed boards to BF Labs.  BF Labs was building hundreds of units per day once the chip supply was adequate.  Every unit that met specification ordinarily was shipped as soon as it came off the test.  The number of boards delivered to BF Labs by month in 2013 is as follows:

July = 702

August = 3473

September = 9592

October = 18,890

November = 11,610

December = 4000

Total = 48,267

Mr. Goodpasture notes that he did not keep track of the boards beyond the second week of December, prior to which time the pre-order queue had been fulfilled. Mr. Goodpasture also notes that BF Labs did build 4000 more single boards to be used in a data center, but the cases were six to eight weeks late from its supplier.

For the FPGA generation order dates and order status, *see* Exhibit A. For the 65 and 28

NM generations, *see* Exhibit B which will show order dates and order status. Further, BF Labs has identified a spreadsheet that contains 81 different customers whose order status was excluded from Exhibit B for various reasons. *See* Exhibit G.

Further, BF Labs has a manually created spreadsheet that includes a weekly breakdown of how many 65 NM products were shipped from July 14, 2013 to December 14, 2013 that was used internally for PayPal purposes. BF Labs believe that this document is not comprehensive as to all shipping. *See* Exhibit H.

Finally, BF Labs has created a spreadsheet of the number of machines shipped by month of the 28 NM generation. *See* Exhibit L. This spreadsheet was not created from the shipstation emails, but based on manual records kept in the Customer Service Department; BF Labs believes that the shipstation emails would correspond closely to this analysis, but has not verified that such is the case. Also attached as Exhibit M is an additional spreadsheet showing the amount of products ordered by customers and shipped by BF Labs. Further, attached as Exhibit N is a document prepared by Chronicle Technology that supports the flow of boards from Chronicle Technology to PCB Overnight. Mr. Goodpasture and Bruce Bourne will be able to testify to this information.

7.     For each product identified in No. 2, above, identify the date(s) Defendant first requested, ordered, or initiated the manufacture of such products and the number of units Defendant requested, ordered, or initiated the manufacture of on each such date.

**ANSWER:**

BF Labs does not maintain or possess historical manufacturing records that would allow an exhaustive answer to this interrogatory, but incorporates its answers to interrogatories Nos. 4,

5, and 6 above. BF Labs is also not aware of any witness or witnesses with knowledge of the specific information as to precise dates and numbers of units on each date. BF Labs does not purchase fully manufactured machines and rather assembles components itself for each machine. Because dozens of components go into each machine that BF Labs buys with varying lead times, the interrogatory is too vague to answer. However, see BF Labs' contract titled Product Development Agreement with Chronicle, attached as Exhibit O. Marc Goodpasture and Bruce Bourne will be able to testify to this information.

8.     For each product identified in No. 2, above, identify the estimated shipping date (and each revised shipping date) Defendant represented publically, the date each representation was made, and Defendant's factual basis for making such representation to the public on each such date.

**ANSWER:**

BF Labs objects to Plaintiffs' request to the extent it seeks information that BF Labs represented publically such information is equally accessible to Plaintiffs. BF Labs directs Plaintiffs to three blogs that may contain this information:

https://forums.butterflylabs.com/members/bfl_josh.html

https://forums.butterflylabs.com/members/bfl_jody.html

https://forums.butterflylabs.com/members/bfl_updates.html

Further answering, to the best of BF Labs' knowledge, BF Labs represented that the ASIC generation was "now in final stage development" and that "[i]nitial product delivery [was] scheduled for October, 2012," was made from June through September 2012. In the text space

4

immediately following both the June and September representations (which presumably existed in July and August, too), customers were referred to BF Labs' FAQ page and "release notes."

The "release notes," set forth in Q&A format and available at least as early as July 2012 stated in relevant part:

> **So will the BitForce SC product line REALLY come out in October?**
>
> This is a fair question. Let's review our track record. If you're not aware, our initial product, the BitForce Single had a slow delivery cycle. This was initially due to a last minute design change before initial product release. When we did release it, we weren't quite prepared for the explosive success we had. After several rounds of scaling, single delivery is in sufficient volume to catch up quickly.
>
> The Mini Rig product release has followed it's [sic] development and release timeline pretty well. Initial deliveries aren't far from estimates and the speed of production is on pace to ensure most customers will get their Mini Rigs ahead of schedule.
>
> The SC product line has been under development for quite some time and is not the result of an expedited development process. Although there are always issues during development, our team is highly experienced in exactly this field and we're currently ahead of our original timeline. Honest Abe, we're scheduling shipments for October of 2012.

BF Labs' FAQ page (at least as it appeared in September 2012) provided in relevant part:

> **When will the ASIC (Single SC) ship?**
>
> We plan on shipping the ASIC versions of our products by the end of October or early November [2012], depending on quantity of units available. Please see the FAQ with regards to 1/3 shipping plan. . . . .
>
> **Where am I in line and when will my order ship?**
>
> We cannot disclose the number of orders we currently have. Shipping of new units is still anticipated to being [sic] late October or early November. We are unable to predict accurate wait times until shipping begins.
>
> **Can I get a refund on my pre-order?**
>
> Butterfly Labs, INC is accepting pre-orders for ASIC based products, expected to begin shipping in late October or early November 2012. Your pre-order with payment confirms your place in line for delivery once we

begin shipping. Payments made for pre-orders of ASIC based products now under development should be considered non-refundable until products begin shipping or 1 January 2013, whichever is earlier.

**What is your 1/3 shipping plan?**

Because of the potential for massive disruption that our ASIC units may cause to the mining ecosystem, we are instituting a 1/3 shipping method for our first shipment of products to individuals. So that no single person or handful of people are able to gain a material advantage over another, we will ship all our available units at the same time to as many customers as we can. This means we will likely delay shipping on our first units until we have accumulated enough stock to satisfy a significant portion of our initial orders. This ensures that as many people as possible who are early adopters are equally and fairly treated when receiving our product. To that end we will be shipping our first orders as such: 1/3 of each product line (Jalapeno, Single SC and Mining SC) will be shipping to new orders, 1/3 to upgrade orders and the final 1/3 will be shipped to a random selection of orders from the first two categories (both upgrade and new customers) received in the first month of orders (From 23 June 2012 to 22 July 2012).

In October 2012, BF Labs updated the BitForce SC product page to state that the product "is now in final stage development" and "[i]nitial product delivery is scheduled for November."

In October 2, 2012, Jody Drake posted on the Butterfly Labs blog that:

We have worked hard but we see no possibility of beginning to ship the SC's in October. Hang on to your trade-in units and keep mining…

On October 29, 2012, Josh Zerlan posted on the Butterfly Labs blog that:

We are not going to make the first half of November shipping goal. Right now, I want to say fourth or fifth week of November, but lots of little issues have cropped up, pushing the shipping date out a bit here and there. To be on the safe side, I would estimate the end of November/beginning of December as a likely ship date . . . . We are also still waiting on the HSF for the Single SC to show up – the factory has been a bit slow in that department, so that set things back a bit. We expect the final chip versions to be in our hands in ~25 days, with final assembly and shipping to begin a few days after that.

On November 27, 2012, Jody Drake posted on the Butterfly Labs blog:

That's right. No ASIC's for November. Customer Service left the building for a Thanksgiving holiday, but our team members kept answering emails

6

>from home. We were hoping to come back to work this week with good news of imminent production starting. Not happening this month. Although we see shipments of parts everyday, we kind of need ALL of them to make an SC.

In early December 2012, the BitForce Single "SC" pre-order form stated that delivery was "currently scheduled for December." Later in December 2012, the pre-order form was updated to state that delivery was "currently scheduled for January 2013." A separate December 2012 BitForce Single "SC" product advertising page stated that "[i]nitial product delivery is scheduled for February, 2013."

In late February 2013, a BitForce SC product page stated that:

>BitForce SC (ASIC) products are in final stage development with initial shipping scheduled for the last half of February 2013. Products are shipped according to placement in the order queue.

On February 25, 2013, Josh Zerlan posted on the Butterfly Labs blog that:

>I know people have been waiting on an update for awhile. The simple fact of the matter is there hasn't been any solid updates to offer. I know people are desperate and starving for information and I wish I could provide new information every day, but some days there just isn't new information. Luckily there is some new information today. It's not the best information (such as we are shipping today!) but it is at least an update.
>
>We had expected the bumping to be done by now, as per the previous update(s). That has not been completed yet. There are a number of reasons why this is the case, and we are not pleased with any of them. The bumping facility, which we have no direct contact with, did not complete the NRE on the timeline we had spoke to the packaging facility about. As I've written in previous posts, we are dealing with such an accelerated time scale that all of these facilities simply aren't used to dealing with. It's been a learning experience for both us and for the facilities we are using. The upside, such as it is, is that going forward, we will have all the large, time sucking hurdles already out of the way and the rest of the chips should breeze through without issue, as all the NRE, tooling, design, panning and machines will already be configured for what we need.
>
>Since Friday we have been, in a word, agonizing over how to make up for lost time. [describing plan to minimize time issues going forward] . . . .

> We expect at least some of the chips to be on their way to Chicago by Tuesday, where they will be mounted and sent out to our engineers and KC for testing and final MCU programming. At that point, once the MCU programming is confirmed we'll begin assembling the units. Right now, I'm planning on a week from Friday to be the day, but I'm just gonna say that's subject to change at the moment, although I don't anticipate a change right now.
>
> The ASIC team has promised me pictures of the wafer tomorrow, Tuesday the 26th. As soon as I get those, I will be posting them. "As soon as I hear something with regards to the chip testing, I will be posting that as well. If I'm not posting an update, it's because there's nothing new to report.

On March 15, 2013, Josh Zerlan posted an update on the BF Labs blog:

> It's been a long couple days here at the labs! Trying to test the chip in the test rig has been exceptionally trying and it turns out it's due to a bad socket on the tester. Initially we were concerned there might be a problem with the bumping or substrate, but fortunately we had tested the chips prior with the wire bonding technique, so we knew they worked. Getting the test boards made proved to be fortuitous as well, since we were able to bypass the test right completely and bring the chips up on the board. By doing so, we were able to finally identify that the problem was related directly to the test rig and not any intermediate process or step.
>
> Bringing a chip to life in situ on a board is not the easiest thing, so it has been slow going. The chip was responding properly on the board late this afternoon and we will be picking up the process in the morning. We hope to have a more complete test by Saturday night or Sunday sometime. Meanwhile, we will also be hard soldering a chip into place for use in the test rig and replacing the socket to allow the bulk testing to finish. In some other positive news, we've not found a single bad chip yet, which could mean our yield rate will be exceptionally high…maybe we just got lucky out of the 50 chips we have available on boards so far, but it seems unlikely. So that may mean the vast majority of our chips will be usable. . . .
> So the good news is the boards work, the chips work, the bumping works, the substrate works. We just need to nail down a bit more with the firmware and we should be able to conduct a full test and start shipping. I will be posting another update as soon as I have more information. Needless to say it's been a pretty busy and stressful last few days here, and some script kiddie deciding to DDoS our sites this morning didn't help matters. All connectivity problems should be resolved now and we will keep people updated as time allows.

On March 28, 2013, Josh Zerlan posted an update on the BF Labs blog:

> I had wanted to post a video tonight, but wasn't able to make that happen, so let me apologize for that in advance. As some of you may know from the chatbox, we have been working diligently to get these ASICs out the door. We've been tracking down a power issue these last few days and have it isolated to a few key systems. In the interest of time, we are planning on potentially scaling back units hashing speed as required to accommodate the extra power and shipping multiple units to those that want their units right now. If would would [sic] prefer to wait for a unit after we've made some changes to the systems that need a bit of tweaking, we will be happy to put your shipment on hold. However, if you'd rather have the units right now at an increased power usage, we will ship you as many units as required to get you to the hashrate your [sic] purchased, if we need up having to scale back any given class of unit to fit within the power envelope of the current board design.
>
> We have the current design hashing, and as I said, I had hoped to have a video of a unit hashing here in KC, but I wasn't able to bring that all together tonight, but hopefully I can get it posted up tomorrow or by this weekend. I will update as soon as I have more news to share, with a video.
>
> If you absolutely do not want a unit that is consuming more power than expected, you can let us know you'd like to wait for a revised unit or you are welcome to request a refund. If you'd rather have your units shipped regardless of increased power usage, we will still guarantee your hashrate by shipping you however many units are required to achieve your purchased hashrate. There is no need to contact us right now if you are not concerned about the power usage and just want your units shipped ASAP. Even with the increased power demand on these first units, they will still out perform any competing products by a very wide margin in terms of power and megahash/J.

In April 2013, a BF Labs product page stated that:

> BitForce SC (ASIC) products are in final stage development with initial shipping scheduled for the last half of April 2013. Products are shipped according to placement in the order queue, and delivery may take 2 months or more after order. All sales are final.

In April 2013, the BF Labs FAQ page provided:

> **When will you start shipping machines?**
>
> We plan on shipping the ASIC versions of our products by the end of April. We have orders that date back to June of 2012. Those are the orders

9

> that will be delivered first. Orders placed now will not ship until the month of July. . . . .
>
> **Where am I in line and when will my order ship?**
>
> We cannot disclose the number of orders we currently have. Shipping of new units is still anticipated to begin by the end of April, 2013. We are unable to predict accurate wait times until shipping begins. . . . .
> Where am I in line and when will my order ship? [this question appears twice on the FAQ page]
>
> We currently do not have the ability to easily disclose the number of orders we currently have. Shipping of new units is expected to begin soon. It is unknown at this time when we will complete the shipping of our pre-orders. Even though we should start shipping soon, orders placed now will be shipped at a later time. Our orders date back to June, 2012. All of those orders and those placed since then will be shipped before new orders.
>
> What is your 1/3 shipping plan?
>
> Because of the potential for massive disruption that our ASIC units may cause to the mining ecosystem, we are instituting a 1/3 shipping method for our first shipment of products to individuals. So that no single person or handful of people are able to gain a material advantage over another, we will ship all our available units at the same time to as many customers as we can. This means we will likely delay shipping on our first units until we have accumulated enough stock to satisfy a significant portion of our initial orders. This ensures that as many people as possible who are early adopters are equally and fairly treated when receiving our product. To that end we will be shipping our first orders as such: 1/3 of each product line (Jalapeno, Single SC and Mining SC) will be shipping to new orders, 1/3 to upgrade orders and the final 1/3 will be shipped to a random selection of orders from the first two categories (both upgrade and new customers) received in the first month of orders (From 23 June 2012 to 22 July 2012).

On April 19, 2013, Jody Drake posted on the BF Labs blog that:

> I said I would post everyday we ship an ASIC. I saw 2 Jalapenos leave the plant today. The first ones go to developers/reviewers. You have to have software to run them so don't cry because they get them first. I expect to see several more leave next week. It's very exciting for our employees to see units ship even though they are not yet bound for true customer homes.

On June 14, 2013, Jody Drake posted on the BF Labs blog that:

10

> We shipped Jalapenos through august 25 and into August 26 today.
>
> No Singles.
>
> I said complaining doesn't help because we can't ship any faster just because we hear that you are not happy about it. Do you think we are sitting around BFL with shelves full of miners until we get an email that says, 'Darn it, I am upset because you haven't shipped'? Our lives would be different if all the miners were shipped, but the reality is, they are not all shipped yet, but we are doing our best to change that.
>
> Thanks to all our customers, who have made this job a great joy.

On July 1, 2013, Josh Zerlan stated on the BF Labs blog: "Yes, I still expect us to be through the back orders by the end of August."

Jody Drake's blog updates dated August 29, 2013, October 29, 2013, and November 28, 2013 identify by order/pay dates which units were shipping.

BF Labs' pattern of consistent and detailed updates was not limited to the BitForce SC product line. Even more extensive shipping updates, and additional cautionary, qualifying language, were provided for the subsequent Monarch line. In September 2013, for example, the Monarch product page stated:

> This is a Pre-Order product which is not yet shipping. If you're uncomfortable waiting until the development is complete and the product is shipped, do NOT pre-order this product. Perhaps undesirable, but this is a pre-order market. Customers flatly demand to get in line for the new technology before it's finished development. This has created a lot of drama for the manufacturers but it's something we simply have to deal with. All manufacturers in this space have experienced some degree of delay with their first generation ASIC. Every last one of them, so we're reluctant to give a specific delivery date. However, this is our second generation, so we have much greater clarity on the process and we feel our timeline to begin shipments towards the end of the year is solid.
>
> Here's a breakdown of the timeline.
>
> We're now in at the final stage of development (Tapeout) and are sending wafers into production at the foundry in the next few weeks

11

> Foundry production takes 10 weeks
>
> Bumping, Slicing & BGA packaging takes approximately 2 weeks
>
> Initial shipments begin and ramp up to full capacity over the following 3 weeks
>
> Since this is our 2nd generation ASIC chip, we're free from the pitfalls sometimes associated with a first generation design. Testing systems, Bumping masks, Substrates, & under fill engineering are all carryovers from our last version of the chip, so they're ready for high volume production once the wafers are ready. The importance of this can't be overstated when considering schedule certainty. Nevertheless, please do not purchase this product if you are unwilling to wait for the product to complete its development. . . . .
>
> Pre-Order Terms: This is a pre-order. 28 nm ASIC products are shipped according to placement in the order queue, and delivery may take 3 months or more after order. All sales are final.

Also, beginning in at least February 2014 and continuing through at least August 15, 2014, Josh Zerlan posted detailed production and testing updates for the Monarch line, just as he had for the BitForce SC. Those posts were made on the Butterfly Labs Forum on February 5, 2014, February 18, 2014, March 4, 2014, April 19, 2014, April 30, 2014, June 12, 2014, June 17, 2014, and August 15, 2014.

On August 15, 2015, Zerlan stated that "[s]hipping of the Monarchs will begin next week."

Regarding BF Labs' factual basis for making representations, BF Labs considered the production and assembly processes, information it received from suppliers and component manufacturers, communications with crucial vendors, contracts it had for ASIC chip delivery, among other things. *See, e.g.* exhibit O, exhibit P, all other exhibits being produced today, documents being produced today, and BF Labs also generally refers Plaintiffs to documents previously produced.

14.     Identify all bitcoin mining accounts or operations operated, owned, utilized, or otherwise controlled by Defendant or Defendant's agents or employees by stating the name and number of the account or location of the operation, the specific date(s) bitcoins were mined under that account or at that location, and the product name, version, and serial number of the each piece of mining equipment used to mine bitcoins for each account or operation.

**ANSWER:**

BF Labs objects to this Interrogatory to the extent it seeks information relating to any bitcoin mining accounts owned by BF Labs' agents or employees that are not operated, owned, utilized, or otherwise controlled by BF Labs. BF Labs will not answer this interrogatory to the extent it seeks such information. Subject to the foregoing objection, Eclipse Mining Consortium ("EMC") became part of BF Labs on October 26, 2012. This mining consortium is operated on multiple servers in multiple locations. Josh Zerlan, Vice President of Product Development at BF Labs, believes that four companies host EMC equipment. The contact information for those hosting companies are:

Liquid Web Inc.
4210 S. Creyts Rd
Lansing, MI 48917-9526, US

Hivelocity Hosting
8010 Woodland Center Blvd suite 700
Tampa, FL. 33614

Hetzner Online AG
Industriestr. 25
91710 Gunzenhausen
Germany

Staminus Communications
4695 MacArthur Court
11th Floor
Newport Beach, CA 92660

BF Labs is unaware where those companies' equipment is specifically located.

EMC provides pool mining services for thousands of pool members, who own their own equipment and the bitcoins mined; BF Labs objects to providing records on the mining results of machines not owned by the company, and does not maintain records of the serial number or type of customer equipment connected to the pool. Attached as Exhibit Q are the serial numbers of mining equipment used for self mining with the 28 NM and Exhibit R which is serial numbers of mining equipment that was sent to CoinWare for Cloud Mining with the 28 NM product. BF Labs did not track serial numbers with its 65 NM product.

BF Labs set up a mining operation at its headquarters in February 2014 to fund the bitcoin prize pool for an internet game show named "The Bitcoin Game Show." Initially, no more than 2 TH of 65 NM mining equipment was used; these were units left over after BF Labs' 65 NM pre-order queue was fulfilled. BF Labs ended mining with no more than 3.5 TH of 65 NM equipment.  During the entire operation of this pool, approximately 14 bitcoins were mined.

In January 2014, BF Labs entered into a cloud-based mining partnership with a data center hosting company through which it offered a product sold under the name Nimbus Mining. The hosting company provides administrative software that monitors bitcoins mined to each customer's account; BF Labs does not receive copies of these records. To support the Nimbus Mining offering (sold between January and June 2014), later a free service referred to as Temporary CloudMining (provided between June and December 2014), and eventually permanent (paid) CloudMining (from December 2014 to present), BF Labs initially provided 594 units of excess 230 GH machines to the partnership.  These machines were decommissioned in August and September 2014.  Starting in July 2014, BF Labs began deploying substandard, non-shippable 28 NM Monarchs to the same hosting company to be used to replace the 65 NM

14

equipment. Between July and August 2014 approximately 611 TH of Monarch equipment was delivered. For Nimbus Mining and Cloud Mining, approximately 700 bitcoins were mined and should ultimately be received by BF Labs. *See* Exhibit I for breakdown by month of how much was mined into BF Labs' active wallet. These bitcoins came from burn-in testing, RMA testing, and broken-wing units. Other than mining through Nimbus Mining and cloud mining, BF Labs has only mined from its headquarters in Overland Park, Kansas. BF Labs is currently unaware of where Nimbus or cloud mining have mined bitcoin from. In conversations regarding purported discovery disputes, Plaintiffs' counsel has asked about Joe's Data Center. Josh Zerlan, Vice President of Product Development of BF Labs, stated that mining was done at Joe's Data Center but it was not mining done on behalf of BF Labs but rather customer owned devices that were used to mine for themselves. During the FPGA and 65 NM generations, BF Labs provided a link to third party hosting on its site and if the customer opted for that service then BF Labs would turn the hardware over to the data center. BF Labs merely rented servers for EMC and its website at Joe's Data Center.

BF Labs also incorporates its answer to interrogatories 22 and 23 with respect to the bitcoins that BF Labs has mined through the testing of mining equipment, various activities that resulted in "by-product" mining, such as product research and development, quality assurance testing, returned item testing and diagnosis, and substandard unit testing and repair/retest. The bitcoin resulting from this mining has historically been directed to four wallet addresses. Those four wallet addresses are:

1C8QsB14H1qb3MpxA5CHfhBXt2rsAfqji5;
15A9dzYbkG7c3PZPwT8KMEE93k5qfEZ8LD;
12uyvDAC8LNU8yGcW8dYLGPToSD2JenVfH; and
12HmUEdk3fqz9W4SEf1xjxPqvkGDqAqHyc

*See also* Exhibit S.

15

BF Labs purchased and subsequently owned EMC, which had a deficit in bitcoins held versus bitcoins owed to participants at the time BF Labs purchased the pool. As EMC generated fees for BF Labs after the purchase, the fees earned were not transferred to BF Labs for general operations, but were instead used to cover the pre-existing debt and subsequently to establish a reserve for pay per share mining payments to miners. As the pool continues to operate, it sometimes has a "cushion" in terms of bitcoins held and sometimes a "deficit," but no funds have been transferred to BF Labs for general operations.

/s/ Michael S. Foster
Mark A. Olthoff                KS Fed. #70339
Michael S. Foster                 KS #24011
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
molthoff@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendant BF Labs Inc.

STATE OF __Kansas__ )
                      )ss.
COUNTY OF __Johnson__ )

    Before me appeared David McClain, being duly sworn upon his oath, states that he is a representative of Defendant BF Labs Inc., that he is duly authorized to answer the foregoing interrogatories on behalf of Defendant BF Labs Inc., and that the answers given are true and correct to the best of his information, knowledge, and belief.

                                                            _/s/ David McClain_

Subscribed and sworn to before me this __17th__ day of June, 2015. _/s/ Jaime Pallas_
                                                               Notary Public

My commission expires:

NOTARY PUBLIC - - State of Kansas
Jaime Lynn Pallas
My Appt. Exp. 11/4/2017

17

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2015, a true and correct copy of the foregoing pleading was served via electronic mail on the following:

Noah K. Wood, Esq.
Ari N. Rodopoulos, Esq.
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171

Attorneys for Plaintiffs


 /s/ Michael S. Foster
Attorney for Defendant BF Labs Inc.