IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE ALEXANDER, and<br>DYLAN SYMINGTON,<br>on behalf of themselves and all those similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>BF LABS INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 14-CV-2159-KHV-JPO<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' UNOPPOSED MOTION
FOR EXTENSION OF TIME**

**COME NOW** Plaintiffs, by and through their attorneys of record, and hereby request an Order granting them a one-week extension of time to file their Reply Suggestions in Support of Motion for Class Certification. In support of this unopposed Motion, Plaintiffs state:

1. On December 8, 2016, this Court granted Defendants' motion and extended their deadline to oppose class certification to December 16, 2016. (Doc. 170). At the same time, the Court set Plaintiffs' reply deadline for December 30, 2016. (*Id.*).

2. Due to the intervening holidays and having family in town, Plaintiffs' counsel seeks a one-week extension of time to file the reply.

3. The new deadline would be January 6, 2017.

4. This is Plaintiffs' first request to extend the reply deadline.

5. Plaintiffs' counsel has conferred with defense counsel and Defendants do not oppose this motion.

6. This motion is not intended to cause any delay, will not result in any

prejudice to Defendants, and the extension will not interfere in any of the Court's other deadlines.

**WHEREFORE**, Plaintiffs respectfully request this Court to enter an order extending Plaintiffs' deadline to file their Motion for Class Certification to January 6, 2017.

        WOOD LAW FIRM, LLC

By  /s/ *Ari N. Rodopoulos*
Noah K. Wood      Bar #23238
noah@woodlaw.com
Ari N. Rodopoulos    Bar #26585
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2016, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

By  /s/ *Ari N. Rodopoulos*
*Attorneys for Kyle Alexander and Dylan Symington*