```
                                                                    *
                                                        13LA09619   *
                                                          Div M4    *
```

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
PETITION

| | |
|---|---|
| WILLIAM LOLLI,<br>1835A South Center City Parkway<br>Escondido, CA 92025 <br><br>   Plaintiff,<br><br>  v.<br><br>BF LABS, INC.<br>Serve Registered Agent:<br>  National Registered Agents, Inc. of KS<br>  112 SW 7th St., Suite 3C<br>  Topeka, KS 66603<br><br>   Defendant. | )<br>)<br>)<br>)<br>)   Case No. _____<br>)<br>)   **Pursuant to K.S.A. Chapter 61**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PETITION

COMES NOW Plaintiff William Lolli (hereafter also "Lolli"), by and through his attorney of record, to file his Petition against Defendant BF Labs, Inc. (hereafter also "Butterfly Labs").

### FACTS COMMON TO ALL COUNTS

1. William Lolli is an individual, that resides in California.

2. BF Labs, Inc. is a corporation existing under the laws of the State of Wyoming, is registered and in good standing with the State of Kansas, and may be served in care of its Kansas registered agent, National Registered Agents, Inc. of KS, 112 SW 7th St., Suite 3C, Topeka, KS 66063.

3. Butterfly Labs holds itself out to the public as a manufacturer of, among other things, Bitcoin mining cards for use with personal computers.

4. Butterfly Labs maintains an office and manufacturing facility in Leawood, Johnson County, KS.


*Clerk of the District Court, Johnson County Kansas*
*10/25/13  11:04am SS*



5. On May 13, 2013, Lolli prepaid Butterfly Labs 43.4396 Bitcoins, which had the then exchange rate value of $5,066.00, for two (2) Butterfly Labs Bitforce 50 GH/s Miner Cards (hereafter also "Bitforce 50 Cards") (the "Initial Order"). The purchase transaction was made over the internet, via BF Labs' webpage, order #100056568. A computer screen shot taken from Lolli's computer shows the confirmation and payment for the order is attached hereto and marked Exhibit A.

6. Butterfly Labs represented, on their web pages, the Bitforce 50 Cards would be delivered in approximately 2 months after the date of the order, or in this case approximately July 13, 2013.

7. On May 16, 2013, Lolli sent an email to Butterfly Labs cancelling the Initial Order and requesting a full refund. After receiving assurances of timely delivery by Butterfly Labs, Lolli later rescinded the cancellation request, which Butterfly Labs acknowledged.

8. While Lolli was still waiting for delivery of the Initial Order, Butterfly Labs introduced a new and improved Bitcom Miner Card, the "Monarch" (hereafter also "Monarch Card") rendering the Bitforce 50 models obsolete.

9. Butterfly Labs offered to its customers that had prepaid for Bitforce 50 Cards, and who were still waiting for delivery, that for a 10% transfer fee they could transfer their orders towards the purchase of the new Monarchs.

10. On August 20, 2013, then over 3 months from placement for the Initial Order, rather than continue to wait for delivery of now obsolete equipment, Lolli paid Butterfly Labs an additional 1.2983 Bitcoins ($134.60 at the then exchange rate), to transfer his prepayment for the two (2) Bitforce 50 Cards for one (1) Monarch (the "Revised Order"). A computer screen shot

*Clerk of the District Court, Johnson County Kansas*
*10/25/13  11:04am SS*

2

taken from Lolli's computer shows the confirmation and payment for the Revised Order is attached hereto and marked Exhibit B.

11. Over the past months there have been many computer technology industry reports and newsletters over Butterfly Labs' inability to manufacture and deliver the Bitcoin Mining Cards.

12. Because of the negative industry reports, Lolli asked Butterfly Labs to provide adequate assurance that it would provide conforming goods, namely the Monarch Card, in a timely and reasonable manner.

13. Monarch did not provide adequate assurance to Lolli that it would be providing the Monarch Card in a timely and reasonable manner, but instead replied that the prepayment made was non-refundable, that all sales were "final." Butterfly Labs would not provide Lolli with a firm, reasonable delivery date for the Monarch Card.

14. This Court has personal and subject matter jurisdiction over Butterfly Labs pursuant to K.S.A. § 60-308(b)(1)(A), (B), (E) & (L). This Court is the proper venue for this lawsuit.

### COUNT I – KANSAS CONSUMER PROTECTION ACT CLAIM
### (PURSUANT TO K.S.A. 50-623 ET SEQ.)

15. Paragraphs 1 - 14 are incorporated by reference as though fully set forth herein.

16. Butterfly Labs did, deceptively and unconscionably, to Lolli's disadvantage, in the Lolli's time of need, harm Lolli by: a) soliciting business from Lolli under the false pretense that it could and would manufacture and deliver certain Bitcoin Mining Cards in approximately two months; b) failing to manufacture and deliver the Bitforce 50 Cards, prepaid for by Lolli in a reasonable time; c) failing to manufacture and deliver the Monarch Card in a reasonable time; d) by accepting payment for the Bitforce 50 Cards and the Monarch Card; e) by refusing to refund

Lolli's prepayments; f) by refusing to provide adequate assurance to Lolli of timely delivery of conforming materials purchased and prepaid for by Lolli.

17. Butterfly Lab's deceptive and unconscionable actions are a breach of the requirements of the Kansas Consumers Protection Act (the "KCPA").

18. Lolli has made demand upon Butterfly Labs to refund the prepayment of $5,200.60, but Butterfly Labs refuses to do so.

19. As a result of Butterfly Lab's breach of the KCPA, Lolli has suffered actual damages in the amount of $5,200.60 for the direct costs it prepaid Butterfly Labs for the Bitcoin Cards.

20. As a result of Butterfly Lab's breach of the KCPA, Lolli has suffered incidental and consequential damages due to his lost opportunity to use the Bitcoin Cards to produce Bitcoins. The market value of this lost opportunity costs as of October 22, 2013 is $7,254.32.

21. As a result of Butterfly Lab's breach of the KCPA, Lolli has had to employ the services of a Kansas attorney to pursue a remedy under the KCPA, at a cost to be determined and proven at trial.

WHEREFORE, Plaintiff prays for a judgment in his favor and against Defendant from the Court that: a) awards Plaintiff's actual, direct damages in the amount of $5,200.60; b) awards Plaintiff's lost opportunity damages equal to $7,254.32 as of October 22, 2013; c) finds Lolli is the "prevailing party" in this cause of action as defined in K.S.A. § 50-634(3); d) awards Plaintiff an amount to reimburse Plaintiff for his legal costs, including attorney fees; e) that Defendant pay for costs; and, f) for such other relief as this court deems just.

## COUNT II – FRAUDULENT MISPRESENTATION

22. Paragraphs 1 - 21 are incorporated by reference as though fully set forth herein.

23. Butterfly Labs represented on its web page that it would manufacture and deliver the Bitcoin Cards in approximately two (2) months. Butterfly Labs knew at the time it made the representation that it was false.

24. Butterfly Labs knowingly made the false representations regarding its ability to manufacture and deliver the Bitcoin Cards, intending to deceive unsuspecting, prospective buyers, such as Lolli, to pre-pay for Bitcoin Cards, even though the Cards had not even been made.

25. Lolli detrimentally relied upon the representations of Butterfly Labs that it would manufacture and deliver the Bitcoin Cards to him in approximately two (2) months, when he decided to send $5,200.60 to Butterfly Labs for the Bitcoin Cards, purchased on Butterfly Labs web page.

26. Lolli would not have purchased the Bitcoin Cards from Butterfly Labs without Butterfly Lab's representations that it would manufacture and deliver the Bitcoin Cards in approximately two (2) months.

27. Butterfly Labs knew it could not manufacture and delivery the Bitcoin Cards in approximately two months, and it made the false representations with intent to deceive potential purchasers such as Lolli, or with reckless disregard for the truth.

28. Lolli has made demand on Butterfly Labs to refund its prepayment of $5,200.60, but Butterfly Labs refuses to do so.

29. As a result of Butterfly Lab's fraudulent representation, Lolli has suffered actual damages in the amount of $5,200.60 for the direct costs it prepaid Butterfly Labs for the Bitcoin Cards, plus legal costs to bring this action.

*Clerk of the District Court, Johnson County Kansas*
*10/25/13  11:04am SS*

30. As a result of Butterfly Lab's fraudulent representation, Lolli has suffered incidental and consequential damages due to his lost opportunity to use the Bitcoin Cards to produce Bitcoins. The market value of this lost opportunity costs as of October 22, 2013 is $7,254.32.

WHEREFORE, Plaintiff prays for a judgment in his favor and against Defendant from the Court that: a) awards Plaintiff's actual, direct damages in the amount of $5,200.60; b) awards Plaintiff's lost opportunity damages equal to $7,254.32 as of October 22, 2013; c) awards Plaintiff an amount to reimburse Plaintiff for his legal costs, including attorney fees; d) that Defendant pay for costs; and, e) for such other relief as this court deems just.

## COUNT III – BREACH OF CONTRACT

31. Paragraphs 1 - 30 are incorporated by reference as though fully set forth herein.

30. Butterfly Labs offered to manufacture and deliver the Bitcoin Cards to Lolli in consideration of payment in the amount of $5,200.60 by Lolli.

31. Lolli accepted Butterfly Labs' offer, has paid the $5,200.60 consideration to Butterfly Labs, and has completed all conditions precedent requiring Butterfly Labs to manufacture and deliver the Monarch Card.

32. Butterfly Lab's failure to manufacture and deliver the Bitcoin Cards in a timely manner is a breach of contract.

33. Butterfly Labs has failed to provide adequate assurances of timely delivery of conforming goods, namely the Monarch Bitcoin Card, to Lolli. Such failure to provide adequate assurances is a material breach of contract.

34. Lolli has made demand on Butterfly Labs to refund its prepayment of $5,200.60, but Butterfly Labs refuses to do so.

*Clerk of the District Court, Johnson County Kansas*
*10/25/13  11:04am SS*

35. As a result of Butterfly Lab's breach of contract, Lolli has suffered actual damages in the amount of $5,200.60 for the direct costs it prepaid Butterfly Labs for the Bitcoin Cards, plus legal costs to bring this action.

36. As a result of Butterfly Lab's breach of contract, Lolli has suffered incidental and consequential damages due to his lost opportunity to use the Bitcoin Cards to produce Bitcoins. The market value of this lost opportunity costs as of October 22, 2013 is $7,254.32.

WHEREFORE, Plaintiff prays for a judgment in his favor and against Defendant from the Court that: a) awards Plaintiff's actual, direct damages in the amount of $5,200.60; b) awards Plaintiff's lost opportunity damages equal to $7,254.32 as of October 22, 2013; c) awards Plaintiff an amount to reimburse Plaintiff for his legal costs, including attorney fees; d) that Defendant pay for costs; and, e) for such other relief as this court deems just.

Respectfully submitted,

**The Bachman Law Firm, LLC**

/s/Stanley B. Bachman
Stanley B. Bachman, KS Bar #22647
12730 S. Pflumm Rd.
Olathe, KS  66062
Phone:  (913) 839-2808
Facsimile:  (913) 839-2807
Email:  SBachman@BachmanLawKC.com
*ATTORNEY FOR PLAINTIFF*

*Clerk of the District Court, Johnson County Kansas*
*10/25/13  11:04am SS*



**BF Labs Inc.**

# #100056568

Paid: 43.4396 BTC

☑ This invoice has been paid.

**Continue to BF Labs Inc.**

✉ Email    ▢ Scan

⊙ 2013-05-13                           ⇌ 43.4396 BTC = 5,066.00 USD

**BF Labs Inc.**

10770 El Monte                    #100056568                USD
Leawood, KS 66211                 #100056568                $5,066.00
United States of America

                                  **$5,066.00 USD**

**William Lolli**

1835A Center City Parkway #414    **Thank You**
Escondido, CA 92025

☎ 7604899282

*Clerk of the District Court, Johnson County Kansas*
*10/25/13  11:04am SS*

English ▼ | Support  Powered by BitPay

Petition Exhibit A

`https://bitpay.com/invoice?id=MaBB5FT2vt6B7XL4ovu3Zk`

**BF Labs Inc.**

# #100056568

Paid: 1.2983 BTC

☑ This invoice has been paid.

**Continue to BF Labs Inc.**

✉ Email          ▢ Scan

🕒 2013-08-20                         ⇄ 1.2983 BTC = 134.60 USD

**BF Labs Inc.**

10770 El Monte                    #100056568              USD
Leawood, KS 66211
United States of America          #100056568              $134.60

**William Lolli**                                        **$134.60 USD**

1835A Center City Parkway #414              **Thank You**
Escondido, CA 92025

📞 7604899282

*Clerk of the District Court, Johnson County Kansas*
*10/25/13  11:04am SS*

English ▼  Support  Powered by BitPay

## Petition Exhibit B