IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**KYLE ALEXANDER, et al.,**

|  |  |  |  |
|---|---|---|---|
| | Plaintiff, | ) | |
| | | ) | CIVIL ACTION |
| | | ) | |
| V. | | ) | No. 14-2159 KHV |
| | | ) | |
| **BF LABS INC. et al.,** | | ) | |
| | | ) | |
| | | ) | |
| | Defendants. | ) | |
| _____ | | ) | |

## ORDER

On March 10, 2017, counsel for the parties confirmed that they have settled and compromised the claims in this lawsuit.

IT IS THEREFORE ORDERED that the clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. **On or before March 30, 2017 the parties shall file a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure.** If no such stipulation is received within the specified time and the parties have not asked to reopen this case for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, the Court's entry of final judgment of dismissal with prejudice under Rule 41(a)(2).

DATED this 13th day of March, 2017 at Kansas City, Kansas.

_s/Kathryn H. Vratil_
Kathryn H. Vratil
United States District Judge