**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **KYLE ALEXANDER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 14-CV-2159-KHV-JPO** |
| | ) | |
| **BF LABS INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION FOR DISMISSAL

Plaintiffs Kyle Alexander and Dylan Symington ("Plaintiffs"), by and through their counsel, and defendants BF Labs Inc., Jeffrey Ownby, and Sonny Vleisides ("Defendants"), by and through their counsel, hereby agree and stipulate to the dismissal of all of their claims and causes of action against BF Labs Inc., without prejudice, and dismissal of all of their claims and causes of action against Jeffrey Ownby and Sonny Vleisides, with prejudice, under Fed. R. Civ. P. 41. Each party further agrees and stipulates that he or it shall bear his or its own costs and attorneys' fees in the action.

Plaintiffs and Defendants further stipulate to the dismissal without prejudice of all claims or causes of action of the persons identified in the First Amended Complaint as putative class members, pursuant to Fed. R. Civ. P. 41. All such parties and persons shall bear his, her, or its own costs and attorneys' fees in the action.

52709235.1

Respectfully submitted,

/s/ Ari N. Rodopoulos

| NOAH K. WOOD | KS #23238 |
| ARI N. RODOPOULOS | KS #26585 |

WOOD LAW FIRM, LLC
1100 Main Street, Suite 1800
Kansas City, Missouri  64105-5171
(816) 256-3582
(816) 337-4243 (FAX)
noah@woodlaw.com
ari@woodlaw.com

Attorneys for Plaintiffs Kyle Alexander and Dylan
Symington.

/s/ Mark A. Olthoff

| MARK A. OLTHOFF | KS Fed. #70339 |
| MICHAEL S. FOSTER | KS #24011 |

POLSINELLI PC
900 W. 48th Place
Suite 900
Kansas City, Missouri  64112-1895
(816) 753-1000
(816) 753-1536 (FAX)
molthoff@polsinelli.com
mfoster@polsinelli.com

Attorneys for Defendants BF Labs Inc., Jeffrey Ownby,
and Sonny Vleisides

2

52709235.1